ACCEPTED
15-25-00013-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/8/2025 12:26 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00013-CV

**In the Fifteenth Court of Appeals
Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/8/2025 12:26:29 PM
CHRISTOPHER A. PRINE
Clerk

State of Texas; the Texas Facilities Commission; the Texas Health and
Human Services Commission; Mike Novak, in his Official Capacity as
Executive Director of the Texas Facilities Commission; and Rolland Niles, in his
Official Capacity as Deputy Executive Commissioner for the System Support
Services Division of the Texas Health and Human Services Commission,
*Appellants,*

v.

Broadmoor Austin Associates, a Texas joint venture,
*Appellee.*

On Appeal from Cause No. D-1-GN-23-007899
In the 455th Judicial District of Travis County, Texas

**APPELLANTS' UNOPPOSED
MOTION TO RESET ORAL ARGUMENT**

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney
General

Austin Kinghorn
Deputy Attorney General for Civil
Litigation

Kimberly Gdula
Division Chief
General Litigation Division

Jennifer Cook
Assistant Attorney General
Texas Bar No. 00789233
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Tel: (737) 230-4700
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

**Counsel for Appellants**

## INTRODUCTION

Appellants are the State of Texas; the Texas Facilities Commission ("TFC"); the Texas Health and Human Services Commission ("HHSC"); Mike Novak, in his official capacity as Executive Director of TFC; and Rolland Niles, in his official capacity as Deputy Executive Commissioner for the System Support Services Division of HHSC. Appellee is Broadmoor Austin Associates, a Texas joint venture. This appeal is scheduled for oral argument on Wednesday, September 24, 2025, at 1:30 p.m. Appellee is unopposed to this motion.

## ARGUMENTS & AUTHORITIES

The Court has the authority under Texas Rule of Appellate Procedure 10.5(c) to reset oral argument. Appellants ask the Court to reset oral argument in this case because Assistant Attorney General, Jennifer Cook, cannot attend oral argument on the date presently scheduled for argument.

On the date scheduled for argument, Jennifer Cook is scheduled to be in a jury trial in state court in the 200th District Court of Travis County, *Arnulfo P. Alcorta, et al. v. Kelly Hancock, Acting Texas Comptroller of Public Accounts*, cause number D-1-GN-17-006831 (the "Alcorta Case"). In the Alcorta Case, there are approximately 48 plaintiffs suing the Texas Comptroller of Public Accounts for millions of dollars in unclaimed mineral proceeds, asserting they are heirs of Spanish and Mexican land grants. This case has been pending since 2017 and is specially

assigned to the 200th District Court even though Travis County has a central docket. There have been several recent hearings in the case and the trial court has made it clear that the jury trial set for September 22 will go forward as scheduled and will not be reset. A copy of (1) the notice setting the case for trial, (2) the Travis County district courts' Civil Settings for District Court (showing, at page 17, the Alcorta Case is preferentially set for a 5-day jury trial starting September 22 in front of Judge Mangrum of the 200th Travis County District Court) and (3) a notice of attorney in charge for the Alcorta Case filed by Ms. Cook on April 24, 2025.

Appellants' attorney is a member of the Office of the Attorney General. No other attorney is able to argue this case or try the Alcorta Case because no other attorney is sufficiently familiar with the facts of these cases.

No motion to reset oral argument has been granted in this case.

## CONCLUSION

For these reasons, Appellants ask the Court to grant this motion and to re-schedule the oral argument in this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA

Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Jennifer Cook*

JENNIFER COOK
Texas Bar No. 00789233
Assistant Attorney General
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Tel: (737) 230-4700
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

**Counsel for Appellants**

## CERTIFICATE OF CONFERENCE

I certify I conferred with Appellee's counsel on August 7-8, 2025, and he is unopposed to this motion.

/s/ *Jennifer Cook*
JENNIFER COOK
Assistant Attorney General

11/21/2024 11:06 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-17-006831
Norma Ybarra

Cause No. D-1-GN-17-006831

| | | |
|---|---|---|
| ARNULFO P. ALCORTA, ET AL. | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | TRAVIS COUNTY, T E X A S |
| | § | |
| GLENN ALLEN HEGAR, JR., | § | |
| TEXAS COMPTROLLER OF PUBLIC | § | |
| ACCOUNTS, | § | |
| DEFENDANT. | § | 53rd JUDICIAL DISTRICT |

## AMENDED NOTICE OF TRIAL SETTING

Please take notice that the above styled and numbered cause has been set for jury trial for September 22, 2025 at 9:00 a.m. in the Travis County District Courts. Five days has been requested and will be announced for this trial.

Respectfully submitted,


/s/ Nicholas S. Bressi
Nicholas S. Bressi
State Bar No. 02959485
Law Office of Nicholas Bressi
P.O. Box 162193
Austin, Texas 78716
Tel.: 512.416.8999
Email: Nick@BressiLaw.com

ATTORNEY FOR PLAINTIFFS

1

ATTACHMENT 1

**CERTIFICATE OF SERVICE**

Pursuant to Tex.R.Civ.P. 21 and 21a I certify that a true and correct copy of the foregoing was served on all counsel of record as listed below on November 21, 2024:


Ken Paxton
Brent Webster
Grant Dorfman
Lesley French
Murtaza F. Sutarwalla
Shawn Cowles
Joshua R. Godbey
Jeffrey C. Mateer
Brantley Starr
James E. Davis
H. Melissa Mather
Lea N. Brigsten
Christopher D. Hilton
Alyssa Bixby-Lawson
P.O. Box 12548
Austin, Texas 78711-2548


/s/ Nicholas S. Bressi
Nicholas S. Bressi

2

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 94559028
Filing Code Description: Notice
Filing Description: AMENDED NOTICE OF TRIAL SETTING
Status as of 11/21/2024 11:14 AM CST

Associated Case Party: ARNULFO ALCORTA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicholas Bressi | 2959485 | nick@bressilaw.com | 11/21/2024 11:06:50 AM | SENT |
| Tracia Lee | 24013021 | tlee@tleelaw.com | 11/21/2024 11:06:50 AM | SENT |
| nick bressi | | nsb4x4@gmail.com | 11/21/2024 11:06:50 AM | SENT |

Associated Case Party: GLENN HEGAR COMPTROLLER OF PUBLIC ACCOUNTS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 11/21/2024 11:06:50 AM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 11/21/2024 11:06:50 AM | SENT |
| H. Melissa Mather | | melissa.mather@oag.texas.gov | 11/21/2024 11:06:50 AM | ERROR |
| Samantha Tracy | | Samantha.Tracy@oag.texas.gov | 11/21/2024 11:06:50 AM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jon Smith | | jon@jonmichaelsmith.com | 11/21/2024 11:06:50 AM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 11/21/2024 11:06:50 AM | SENT |
| Murl Miller | | Murl.Miller@cpa.texas.gov | 11/21/2024 11:06:50 AM | SENT |

**2014  D-1-GN-24-003682**

BEER ERIC

vs.  **ROBERTS KIANNA SHANELL**
**TATE JASMINE**

4 days                                          Set By PLAINTIFF                                          JURY

---

**2015  D-1-GN-23-006930**

COOK TIFFANY NICOLE

vs.  **TEXAS TOW BOYS, LLC**
**VASQUEZ JOHN DANIEL**

4 days                                          JURY

---

**2020  D-1-GN-23-001790**

HARRIS GARLAND
HARRIS RODERIC

vs.  **HUTCHINSON JEASIKA**

3 days                                          Set By DEFENDANT                                          JURY

---

**2028  D-1-GN-23-001892**

RUBIO ABBEY
RUBIO RUBEN

vs.  **COMPTON CHARLES ALLEN**
**FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY**
**OF TEXAS**

5 days                                          Set By DEFENDANT                                          JURY

---

**2037  D-1-GN-23-009090**

LEWIS LEE

vs.  **BUENO ALEJANDRO**

4 days                                          Set By PLAINTIFF                                          JURY

---

**2050  D-1-GN-23-003213**

JOHNSON LOVELY
MACKEY WENDELL

vs.  **KIRUHURA JEAN**
**NAMASOMO JEANNE**

4 days                                          Set By PLAINTIFF                                          JURY

---

**2068  D-1-GN-24-000357**

CARSWELL JASON
CARSWELL NATHANIEL
HARRISON BRADLEY
HARRISON ELVIS

vs.  **AMMONS CHRISTIAN**

3 days                                          Set By AS NEXT FRIEND OF                                          JURY

---

**2069  D-1-GN-21-002791**

DIXON KAREN

vs.  **BARGAINS FOR MILLIONAIRES LLC**
**CAMP DAVID**

3 days                                          JURY

Atty: TERRAZAS KEVIN J. (512-904-0200)

Atty: COHRS FORREST DAVID (713-522-9444)
Atty: JACKSON III OSCAR B. (512-551-0677)
Atty: SANDERS JOE THOMAS (512-535-5220)

---

ATTACHEMNT 2

**2076  D-1-GN-23-009054**

| WILLS JASON | vs. | AIRCRAFT SERVICE INTERNATIONAL, INC. |
| WILLS JILLIAN | | BOWERS MICHAEL DAEMON |
| WILLS KIMBERLY | | DOES 1-10 |
| | | MENZIES AVIATION (TEXAS), INC. |
| | | MENZIES AVIATION (USA), INC. |

12 days          Set By PLAINTIFF                                                          JURY

---

**2097  D-1-GN-22-003413**

| WILLIS RYAN | vs. | BAUSTIN OAK PARK, LTD |
| | | RAINER MANAGEMENT LTD |
| | | TRIUMPH CONSTRUCTION, LTD |

5 days          Set By PLAINTIFF                                                          JURY

---

**2098  D-1-GN-23-008775**

| BECKER BRANDON | vs. | LNDERLAB, INC |
| | | UE HOMEBUYER, LLC |
| | | UPEQUITY SPV 2, LLC |
| | | UPEQUITY SPV1, LLC |

3 days                                                                                    JURY

---

**4086  D-1-GN-24-001108**

| HOSSEINI ATENA | vs. | LAE PETITE ACADEMY, INC |
| | | MEYER BEVERLY |
| | | SIMON ERIC  MICHAEL |

5 days          Set By PLAINTIFF                                                          JURY

---

**4089  D-1-GN-24-004902**

| ROMO TARA | vs. | NSSW DEVELOPMENT, LLC |
| | | RAGLAND REALTY AND MANAGEMENT, LLC |

5 days                                                                                    JURY

---

**6002  D-1-GN-23-004366**

| INTELLIBRIGHT CORPORATION | vs. | HOP ENERGY LLC |

5 days                                                                                    JURY

---

**6003  D-1-GN-21-004272**

| SCHNEIDER JEAN MARIE | vs. | BALFOUR BEATTY INFRASTRUCTURE INC |
| | | COLORADO RIVER CONSTRUCTORS |
| | | FLUOR ENTERPRISES INC |
| | | PAZ ARELI PEREZ |

5 days          Set By PLAINTIFF                                                          JURY

Atty: ABRAMOWITZ JOHN BENNETT (512-441-1111)

---

**6004  D-1-GN-23-000883**

| GARRISON  KASEY | vs. | MACNEIL  FRANK |
| GARRISON  KRISTIAN | | TEXAS DISPOSAL SYSTEMS INC |

5 days          Set By DEFENDANT                                                          JURY

---

**6005  D-1-GN-23-007874**

| WIMBERLY DAQUON | vs. | CR404 SAMSUNG TAYLOR, LLC |
| | | UNITED RENTALS (NORTH AMERICA), INC |

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6009  D-1-GN-23-002818**  **WOODWARD ANDREW**  vs. **CORNER WEST LLC**

| | | |
|---|---|---|
| 7 days | Set By PLAINTIFF | JURY |

**6010  D-1-GN-23-005137**  **SIZELOVE MICHAEL**  vs. **THANG AMOS**

| | | |
|---|---|---|
| 4 days | Set By PLAINTIFF | JURY |

**6011  D-1-GN-24-001109**  **WATSON KYLE KAROLINE**  vs. **CHACON H TRUCKING LLC**
**WILLIAMS TIMOTHY**

| | | |
|---|---|---|
| 4 days | Set By PLAINTIFF | JURY |

**6018  D-1-GN-23-004242**  **DE LA CRUZ DE CARDON ROCIO**  vs. **VARGAS JORGE**

| | | |
|---|---|---|
| 3 days | Set By DEFENDANT | JURY |

**6019  D-1-GN-24-003417**  **LENOIR  MEGAN**  vs. **RPM LIVING, LLC**
**VELOCIS WILDHORN SAINT MARY SPE LP**

| | | |
|---|---|---|
| 3 days | Set By PLAINTIFF | JURY |

**6025  D-1-GN-23-004564**  **NINO ZITLALY**  vs. **3 POINTS ENTERPRISES LP**
**GOMEZ GILBERTO GARCIA**

| | | |
|---|---|---|
| 4 days | Set By PLAINTIFF | JURY |

**6026  D-1-GN-23-008280**  **HERNANDEZ GALICIA EVELIN Z**  vs. **ACOSTA NAJERA JUAN RICARDO**
**ALVARADO SILVIA NAJERA**

| | | |
|---|---|---|
| 3 days | | JURY |

**6031  D-1-GN-19-004719**  **LAST CONNIE**  vs. **HUYNH HIEP**

| | | |
|---|---|---|
| 4 days | Set By COUNTER-PLAINTIFF | JURY |

Atty: OUNJIAN ROBERT JOHN (310-273-1230)  
Atty: TRAUB ANDREW SAUL (512-246-9191)

Atty: Chambers Kenneth R (936-249-2240)  
Atty: MONTGOMERY MATTHEW LYNN (903-526-1772)  
Atty: WILKINSON MEREDYTHE HEATON (512-503-4878)

**6034  D-1-GN-23-007594**  **TEJADA JESSICA PARAMO**  vs. **FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**
**VELASCO FRANCES MARY**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6036  D-1-GN-23-008436**  **LAMBING DAVID**  vs. **WILLOWBROOK NORTH TOWNHOMES OWNERS
ASSOCIATION, INC.**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, August 18, 2025, 09:01 AM

**6038  D-1-GN-23-006698**                                                vs.
5 days                                        Set By COUNTER-PLAINTIFF                                                                JURY

---

**6044  D-1-GN-22-007133**    **ZAMORA NATHANIEL**                        vs.  **BUSE MICHAEL**
                                                                          **HYDRO RESOURCES, INC.**
4 days                                        Set By DEFENDANT                                                                       JURY

---

**6046  D-1-GN-19-004934**    **SEGURA DANIEL AARON**                     vs.  **CRUZ CARBAJAL NELIDA**
                                                                          **ZAMORA JESSE**
3 days                                        Set By PLAINTIFF                                                                       JURY

Atty: AINSWORTH PRICE (512-477-7333)                    Atty: COONY BRANDON DAVID (210-547-9323)
Atty: MCKINNEY JESSICA NICOLE (512-457-8991)
Atty: PRONSKE THOMAS ERIK (512-477-7333)

---

**6048  D-1-FM-24-006169**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    vs.  **MUNOZ VANESSA  DAWN**
                                                                          **RIVERA PETER RAYMOND**
3 days                                        Set By PETITIONER                                                                     JURY

---

**6051  D-1-GN-24-003840**    **DELANCEY CURTIS**                         vs.  **FARRINGTON BRIAN**
                                                                          **FARRINGTON DALTON**
                                                                          **USAA GENERAL INDEMNITY COMPANY**
4 days                                        Set By PLAINTIFF                                                                       JURY

---

**6053  D-1-GN-23-002000**    **FRAUSTO PRISCILLA**                       vs.  **HANDY COLT**
                              **GRANT CASSANDRA**                              **UNITED RENTALS, INC.**
4 days                                        Set By PLAINTIFF                                                                       JURY

---

**6056  D-1-FM-24-001544**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    vs.  **GARCIA MONTOYA YOHANA PATRICIA**
                                                                          **MEZA ORTIZ RUBEN ALONZO**
3 days                                        Set By PETITIONER                                                                     JURY

---

**6059  D-1-GN-23-004238**    **MOLINA HASSEL LOBO**                      vs.  **SMITH SPENCER ALLEN**
                              **QUINTANILLA SANDRA MOLINA**
5 days                                        Set By PLAINTIFF                                                                       JURY

---

**6061  D-1-GN-24-009019**    **DEL AVELLANO DANIELLE**                   vs.  **ALTAVILLA CHRISTOPHER**
4 days                                        Set By PLAINTIFF                                                                       JURY

---

**6062  D-1-GN-24-000010**    **MORGAN PAUL**                             vs.  **SETON FAMILY OF DOCTORS**
4 days                                        Set By PLAINTIFF                                                                       JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, August 18, 2025, 09:01 AM

| 6063 | D-1-FM-24-001526 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **BARAHONA OBET**<br>**DE LOS SANTOS DIAZ JUAN**<br>**HUERTA-OCHOA CRYSTAL SILLERO** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | JURY |

| 6065 | D-1-FM-24-000074 | **OLSCHEWSKY SCOTT MICHAEL** | **vs.** | **OLSCHEWSKY LINDSAY AUSTIN** | |
|---|---|---|---|---|---|
| | 5 days | | Set By PETITIONER | | JURY |

| 6066 | D-1-AG-15-001806 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **MARTINEZ JOSEFINA**<br>**RODRIGUEZ DOUGLAS**<br>**RUEBBLING LISA** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | JURY |

| 6067 | D-1-FM-24-004320 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **HEFLIN TYLER DEAN**<br>**JARAMILLO JESSICA MARIE** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | JURY |

| 6070 | D-1-FM-23-000789 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **MILLER-HOLST BETHANY**<br>**ODOM JACOB** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | JURY |

| 6071 | D-1-FM-15-000678 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **PORTER RACHEL THEOBALD**<br>**PORTER RYAN CHRISTOPHER** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | JURY |

| 6072 | D-1-FM-24-001780 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **HARWELL AMBER**<br>**NICHOLAS JOSHUA** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | JURY |

| 6073 | D-1-FM-24-006995 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **KAVANAUGH PRECIOUS**<br>**WESSON BRIAN** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | JURY |

| 6075 | D-1-GN-23-004760 | **BRITT LAURA**<br>**CAPRA JEFF** | **vs.** | **BONTERRA, LLC**<br>**GREENEARTH ENGINEERING, INC.**<br>**ZHANG ZHIGANG** | |
|---|---|---|---|---|---|
| | 10 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, August 18, 2025, 09:01 AM

**6080 D-1-FM-24-007486**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  BARTON JONATHAN
BARTON VICTORIA

3 days                                    Set By PETITIONER                                                      JURY

---

**6081 D-1-FM-24-001751**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  AC CABNAL MARTA
PANA TIUL OSCAR

3 days                                    Set By PETITIONER                                                      JURY

---

**6082 D-1-FM-24-001205**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  BRAY REBECCA LAUREN

3 days                                    Set By PETITIONER                                                      JURY

---

**6083 D-1-GN-24-000685**  GONZALES JESSICA   vs.  DW AUSTIN TOWN SQUARE, LLC
GRAN CASA GARCIA'S ENTERPRISES, INC.

5 days                                    Set By PLAINTIFF                                                       JURY

---

**6085 D-1-FM-23-009190**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  MORIN JOSLIN  RISHEL
RAMIREZ JOSE  MANUEL

3 days                                    Set By PETITIONER                                                      JURY

---

**6088 D-1-FM-24-007700**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  BROOKS JASON
MANOR HYDIEA  T

3 days                                    Set By PETITIONER                                                      JURY

---

**6090 D-1-GN-23-001929**  STEWART JAMES   vs.  CAMACHO ROGELIO

4 days                                    Set By PLAINTIFF                                                       JURY

---

**6093 D-1-GN-23-005151**  RYMES BRENDA   vs.  ROUND ROCK INDEPENDENT SCHOOL DISTRICT

3 days                                    Set By PLAINTIFF                                                       JURY

---

**6095 D-1-FM-24-008063**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  PEREZ JENNIFER  ELOISA
VILLANUEVA QUINTON  HUNTER

3 days                                    Set By PETITIONER                                                      JURY

---

**6099 D-1-FM-24-002609**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  CUNNINGHAM LEE ANN
RODRIGUEZ DIAZ JESUS FIDENCIO

3 days                                    Set By PETITIONER                                                      JURY

---

**6100 D-1-GN-21-006700**  MORRISON CAROLYN   vs.  BINKLEY RON

3 days                                    Set By PLAINTIFF                                                       JURY

| 6101 | D-1-FM-24-003614 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **CHISOLM CALVIN** **HARPER NESHEA** **STEWART JOSEPH** | |
|------|------------------|---|---|---|---|---|
| | 3 days | | | | | JURY |

| 6102 | D-1-AG-20-000145 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **CRUZ JOANNA MARIE** **DELOSSANTOS JOE LOUIS** | |
|------|------------------|---|---|---|---|---|
| | 3 days | | | | | JURY |

| 6103 | D-1-FM-24-006597 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **GIBSON DOMINIQUE  MONYAE** **HAYWOOD NICHOLAS** | |
|------|------------------|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | | JURY |

| 6108 | D-1-AG-14-000158 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **HARVEY DAVID EUGENE** **MIMS-HARVEY SHARONA** **UNKNOWN FATHER** | |
|------|------------------|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | | MERITS |

| 6109 | D-1-FM-24-004271 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **HARVEY DAVID EUGENE** **MURRAY NORA** | |
|------|------------------|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | | JURY |

| 6111 | D-1-FM-24-007352 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **CARLSON WILLIAM SCOTT** **CUMLEY ANIKA NICOLLE** | |
|------|------------------|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | | JURY |

| 6112 | D-1-FM-22-004657 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **EASTERLING ELIZABETH** **HOLDRIDGE RAYMOND CHASE** | |
|------|------------------|---|---|---|---|---|
| | 3 days | | | | | JURY |

| 6113 | D-1-GN-23-001760 | **OCHOA BOBBY** | | **vs.** | **LARA  ARTHUR** **TEXAS FARM BUREAU UNDERWRITERS** | |
|------|------------------|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | | JURY |

| 6114 | D-1-GN-23-008763 | **CARTER HARVEY** | | **vs.** | **TORRES DEREK** **WHITE CAP, L.P.** | |
|------|------------------|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, August 18, 2025, 09:01 AM

| 6115 | D-1-FM-23-008592 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | FOWLER RHIANNON<br>WILSON JEKORION | |
|------|------------------|---------------------------------------------------|-----|-----------------------------------|------|
| | 3 days | Set By PETITIONER | | | JURY |

| 6116 | D-1-GN-22-003239 | JACKSON TONYA | vs. | ASADI JALAL<br>RASIER LLC<br>UBER TECHNOLOGIES INC | |
|------|------------------|---------------|-----|----------------------------------------------------|------|
| | 5 days | Set By DEFENDANT | | | JURY |

| 6117 | D-1-FM-24-005020 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | MACKEY NIESHA<br>RODRIGUEZ JAVIER | |
|------|------------------|---------------------------------------------------|-----|-----------------------------------|------|
| | 3 days | Set By PETITIONER | | | JURY |

**2009  D-1-GN-22-001996**  HARMON CHANCE  vs.  **DAILEY DUSTIN  PATRICK**
**TESLA INC**

6 days  Set By DEFENDANT  JURY

---

**6002  D-1-GN-23-001231**  CARTER  LUKE  vs.  **FETTNER CLIFF**

4 days  JURY

---

**6003  D-1-GN-22-005566**  DE LA CRUZ LEANDRO  vs.  **MYERS TIMOTHY**

3 days  Set By DEFENDANT  JURY

---

**6005  D-1-GN-22-003753**  PATRIDGE THERESA  vs.  **H-E-B, L.P.**

3 days  Set By PLAINTIFF  JURY

---

**6007  D-1-GN-24-002504**  vs.

3 days  JURY

---

**6008  D-1-GN-24-002477**  WILSON MARIA  vs.  **GEICO COUNTY MUTUAL INSURANCE COMPANY**
**GIKWERERE PATRICK**

3 days  Set By PLAINTIFF  JURY

---

**6011  D-1-GN-23-008430**  MOORE RUSSELL LUSK  vs.  **HENDERSON JAMES MICHAEL**
**PAYTON CONSTRUCTION, INC**
**PAYTON WENDELL**

4 days  JURY

---

**6012  D-1-GN-24-002746**  ROMERO SANDRA  vs.  **GUTIERREZ INGRID JIMENA**

3 days  Set By PLAINTIFF  JURY

---

**6013  D-1-GN-19-001558**  WARDLAW RACHEL  vs.  **LARSON JUHL US LLC**
**WALKER LEONARD**

5 days  Set By PLAINTIFF  JURY

Atty: SMITH DANIEL RUSSELL (512-982-1510)  Atty: Doyle Donald William (2109790100)

---

**6014  D-1-GN-22-003356**  MCKENZIE ANGELA  vs.  **AUSTIN REGIONAL CLINIC, P.A.**
**MCKENZIE DEREK**  **BELT MELANIE**
**ST. DAVID'S HEALTHCARE PARTNERSHIP L.P., LLP**

10 days  Set By PLAINTIFF  JURY

---

**6015  D-1-GN-19-006781**  NALLE ALAN W  vs.  **BAGAN JAMES**
**BAGAN MEREDITH**

5 days  Set By DEFENDANT  JURY

| | |
|---|---|
| Atty: RICHEY KENNETH A. (512-538-4780) | Atty: Carroll Frank Osborne (512-370-2888) |
| | Atty: NGUYEN THANHAN (512-391-6142) |
| | Atty: ROJO STEPHANIE SIMONS (512-708-8200) |
| | Atty: RUIZ JAMES G. (512-370-2800) |

**6016  D-1-GN-23-008434**   **LIBRIZZI CHERYL**                          **vs. LIN RAN**

5 days                          Set By PLAINTIFF                                    JURY

**6017  D-1-GN-24-003827**   **LANCIAULT KAREN**                          **vs. USAA CASUALTY INSURANCE COMPANY,**

4 days                          Set By PLAINTIFF                                    JURY

**6018  D-1-GN-14-002459**   **BAKER DONALD**                          **vs. CITY OF AUSTIN**

5 days                          Set By DEFENDANT                                    JURY

| | |
|---|---|
| Atty: CRAMPTON MARK WESLEY (512-892-9300) | Atty: CARTER LYNN E. (512-974-2268) |
| Atty: Galow Jerry (5124810200) | Atty: LAIRD HENRY GRAY (512-974-1342) |
| Atty: NORMAN SUSAN CECILIA (713-882-2066) | Atty: Mosby Megan T. (512-974-2268) |
| Atty: STUDDARD JUSTIN EUGENE (512-610-4400) | Atty: SIEGEL MICHAEL JOHN WEILLS (737-615-9044) |

**6019  D-1-GN-24-002063**   **FRANKLIN AMY MARIE**                          **vs. LEABLE KEITH EDWARD**
                                 **SMITH LONNIE MAC**

4 days                          Set By PLAINTIFF                                    JURY

**6020  D-1-GN-21-007327**   **SANDBERG JOYCE**                          **vs. ASCENSION SETON MEDICAL CENTER**
                                 **SANDBERG, OBO ESTATE OF JEFFREY SANDBERG JOYCE**          **HARMON MICHAEL**
                                                                           **HOSPITALIST MEDICINE PHYSICIANS OF TEXAS PLLC**
                                                                           **SOUND PHYSICIANS EMERGENCY MEDICINE OF TEXAS,**
                                                                           **PLLC**

5 days                          Set By DEFENDANT                                    JURY

**6021  D-1-GN-24-000066**   **ENRIQUEZ RITCHIE CAAGUSAN**                          **vs.**

2 days                          Set By PLAINTIFF                                    JURY

**6022  D-1-GN-23-000770**   **HENDERSON APARTMENTS TENANT, LP**                          **vs. ROSCOE PROPERTIES, INC**
                                                                           **TRAVELERS EXCESS AND SURPLUS LINES COMPANY**

8 days                          Set By PLAINTIFF                                    JURY

**6026  D-1-GN-24-004831**   **BARKHUIZEN SARAH**                          **vs. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

4 days                          Set By PLAINTIFF                                    JURY

**6027  D-1-GN-24-001282**   **LIRA GONZALEZ  GABRIELA**                          **vs. KLATT ISABELLA  RAE**

5 days                          Set By DEFENDANT                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 08, 2025,  09:01 AM

**6032  D-1-GN-24-007628**     MILLER DIANE                                  vs.  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

3 days                                    Set By PLAINTIFF                                                              JURY

---

**6033  D-1-GN-20-000750**     JIMMERSON JADARREL                            vs.  BENETIZ JONATHAN
                               SANCHEZ LAUREN                                     GONZALEZ JUAN
                                                                                  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

3 days                                    Set By DEFENDANT                                                             JURY

Atty: PETIT ALLEN DANIEL (210-656-1000)

---

**6034  D-1-GN-24-004863**     HERSKOWITZ  ROBIN                             vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

4 days                                                                                                                 JURY

---

**6036  D-1-GN-21-003195**     LANGNER CARL WILLIAM                          vs.  FREIREICH SAMUEL JAY

3 days                                    Set By DEFENDANT                                                             JURY

Atty: WYATT KATHERINE M (512-651-7000)

---

**6038  D-1-GN-24-005647**     MARTINEZ RAUL                                 vs.  1401 EQUITY
                                                                                  1401 EQUITY DE LLC
                                                                                  1401 EQUITY, LLC
                                                                                  LARK
                                                                                  LARK APARTMENTS
                                                                                  QUANTUM
                                                                                  SHIPPY PROPERTIES
                                                                                  SHIPPY PROPERTY MANAGEMENT, LLC

5 days                                    Set By PLAINTIFF                                                              JURY

---

**6039  D-1-GN-23-001632**     SIBLOCK NATHAN                                vs.  IMPACT UNLIMITED, INC.
                                                                                  POLLACCO JARED

4 days                                    Set By PLAINTIFF                                                              JURY

---

**6040  D-1-GN-23-002574**     JAYAKUMAR PRAKASH                             vs.  RODRIGUEZ NELDA
                               PARIHAR NISHA

3 days                                    Set By DEFENDANT                                                             JURY

---

**6041  D-1-GN-24-008365**     RECOVO  RUBY  PATRICE                         vs.  LYNCH  TRACY  RENE

3 days                                                                                                                 JURY

| | | | |
|---|---|---|---|
| **6042 D-1-GN-23-004512** | **SAMONE SPEIGHTS KYRA** | **vs.** | **GATEWAY INSURANCE COMPANY**<br>**KUCHENSKI JOEL**<br>**WALLS AMARI** |
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6044 D-1-GN-23-000664** | **4400 SAM BASS ROAD, LLC** | **vs.** | **GAROFALO ELLIOT**<br>**PATRIOT SERVICES NETWORK, LLC** |
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6045 D-1-GN-23-004207** | **HJORTH CAMILLA** | **vs.** | **MILLENNIUM PHYSICIAN GROUP** |
| 5 days | | Set By AS NEXT FRIEND OF | JURY |

| | | | |
|---|---|---|---|
| **6046 D-1-GN-23-008628** | **MERINO MARICELA CASTRO**<br>**RAMIREZ RAMIREZ MARIA GUADALUPE** | **vs.** | **CITY OF PFLUGERVILLE** |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6047 D-1-GN-23-006072** | **IMP YAUPON LLC** | **vs.** | **TRAVIS CENTRAL APPRAISAL DISTRICT** |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6048 D-1-GN-23-007672** | **PPF AMLI COVERED BRIDGE DRIVE, LLC** | **vs.** | **TRAVIS CENTRAL APPRAISAL DISTRICT** |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6050 D-1-GN-24-000308** | **CARPINTEYRO MARISSA** | **vs.** | **LIBERTY COUNTY MUTUAL INSURANCE COMPANY** |
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6051 D-1-GN-24-007917** | **JIMENEZ MISLEYDI FERGUSON** | **vs.** | **DADWALL NASIMULLAH**<br>**SPEED INTERMODAL** |
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6052 D-1-FM-24-006525** | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **ABINDEYO RONALDO**<br>**BRASHER TAYLOR PAIGE**<br>**UNKNOWN ALIMUND**<br>**UNKNOWN FATHER** |
| 3 days | | Set By PETITIONER | JURY |

| | | | |
|---|---|---|---|
| **6055 D-1-GN-24-003868** | **DIAZ CALIXTO** | **vs.** | **TIMMONS JOHN P.** |
| 3 days | | Set By PLAINTIFF | JURY |

**6056  D-1-GN-24-009650**  **SAGE VETERINARY IMAGING, PLLC**  **vs.  PRATER KARIN**

5 days                                      Set By PLAINTIFF                                                                    JURY

---

**6059  D-1-FM-24-006238**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  YTUARTE JOE**
**YTUARTE LINDSAY CHRISTINE**

3 days                                      Set By PETITIONER                                                                  JURY

---

**6060  D-1-FM-24-004320**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  HEFLIN TYLER DEAN**
**JARAMILLO JESSICA MARIE**

3 days                                      Set By PETITIONER                                                                  JURY

---

**6061  D-1-FM-23-000789**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  MILLER-HOLST BETHANY**
**ODOM JACOB**

3 days                                      Set By PETITIONER                                                                  JURY

---

**6062  D-1-FM-24-007146**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  CARWELL JUSTIN**
**JACKSON TASHA**
**WASHINGTON DAVID TYRONE**

3 days                                      Set By PETITIONER                                                                  JURY

---

**6064  D-1-FM-24-007162**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  BABB JONATHAN WAYNE**
**CONLEY SAMANTHA DAWN**
**FATHER UNKNOWN ALLEGED**
**ROBERTS CEDRIC**
**TACKETT CHRISTIAN**

3 days                                      Set By PETITIONER                                                                  JURY

---

**6065  D-1-FM-24-007079**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  ROBERTS DIMITRI NAKAI**

3 days                                      Set By PETITIONER                                                                  JURY

---

**6066  D-1-GN-23-008250**  **HARDEMAN CELIA**  **vs.  CASULO HOTEL FRANCHISING, LLC**
**HARDEMAN WILLIE**

2 days                                                                                                                          JURY

---

**6067  D-1-FM-24-006078**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  BARROWMAN JAMES ALVA**
**COLEMAN JEREMY DUANE**
**MENDOZA VALERIE ELAINE**

3 days                                      Set By PETITIONER                                                                  JURY

**6068  D-1-GN-23-000373**  HAYES TOBEY DEAN  vs.  BENSON INVESTMENTS INC
BENSON REVOCABLE MANAGEMENT TRUST
BLUE RIBBON SERVICES, INC
MATHISON AIR CONDITIONING AND HEATING
MATHISON JIMMY  WAYNE
MATHISON LINDA MAY

5 days  Set By PLAINTIFF  JURY

---

**6070  D-1-GN-23-008704**  SELPH MARK  vs.  AUSTIN-H, INC.

5 days  JURY

---

**6072  D-1-FM-24-008007**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  vs.  ELIZONDO CLARISSA
ORTIZ EUSEBIO

3 days  Set By PETITIONER  JURY

---

**6075  D-1-GN-24-006053**  ROMERO CARTAGENA JUNIOR  vs.  FLORES  KAREN

3 days  JURY

---

**6078  D-1-GN-23-001393**  TORRES ALBERT  vs.  ASHTON AUSTIN RESIDENTIAL LLC
BOULDIN COMMERICAL SERVICES LLC
CHRIS LAWS
GREYSTAR ACQUISITION, LLC
GREYSTAR REAL ESTATE PARTNERS GP, LLC
GREYSTAR REAL ESTATE PARTNERS WEST, LLC
GREYSTAR REAL ESTATE PARTNERS, LLC
GREYSTAR WORLDWIDE, LLC
MMIP ASHTON AUSTIN OWNER LLC,,

4 days  Set By DEFENDANT  JURY

---

**6079  D-1-GN-24-002696**  BLANCO LOPEZ DANIEL ARMANDO  vs.  DEL RIO BRYANA
LUCERO LUIS ALFREDO

4 days  Set By PLAINTIFF  JURY

---

**6080  D-1-GN-24-001342**  RUSTIGIAN VINCENT CHARLES  vs.  GOODE QUENTIN LAVAR
TEXAS DISPOSAL SYSTEM, INC

5 days  Set By DEFENDANT  JURY

---

**6081  D-1-FM-24-008427**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  vs.  ARMSTRONG SHANE PAUL
GORDON DANA ROXANNE

3 days  Set By PETITIONER  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 08, 2025, 09:01 AM

**6083  D-1-GN-23-004394**     **DEMARTINI HEATHER**                                                                    **vs.  DAVIS PLACE TOWNHOMES ASSOCIATION**
                                                                                                                                **GOODWIN MANAGEMENT INC**
                                                                                                                                **SMIT BEKI**
                                                                                                                                **SZABO ANNE-MARIE**
                                                                                                                                **WEEKS JOELYN**

   5 days                                                        Set By PLAINTIFF                                                                                                           JURY

---

**6086  D-1-GN-23-002711**     **HAJELSAWI HUSSAM**                                                                     **vs.  HERRERA FELIX EDWARD**
                               **RAMOS BRIAN**                                                                                   **MID-TEX SAFETY &amp; RENTALS, LLC**

   4 days                                                        Set By PLAINTIFF                                                                                                           JURY

---

**6087  D-1-GN-24-006132**     **LOPEZ UGARTE  LUIS RODOLFO**                                                           **vs.  WEST JASON**

   3 days                                                        Set By PLAINTIFF                                                                                                           JURY

---

**6089  D-1-GN-20-003479**     **PHAUP KAREN**                                                                          **vs.  DENNY GRACE ELOISE**

   4 days                                                        Set By DEFENDANT                                                                                                          JURY

                                                                                                      Atty: BETTAC NADIA (210-829-5566)

---

**6091  D-1-GN-23-008911**     **MENDEZ APRIL**                                                                         **vs.  PATEL KALPESH SITARAM**
                                                                                                                                **STATE FARM MUTUAL AUTOMOBILE INSURANCE**
                                                                                                                                **COMPANY**

   4 days                                                                                                                                                                                  JURY

---

**6093  D-1-GN-24-003235**     **MAGANA JUDITH**                                                                        **vs.  WILLIAMS LAUREN M.**

   4 days                                                        Set By PLAINTIFF                                                                                                           JURY

---

**6094  D-1-FM-24-002790**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**                                   **vs.  KWARTENG AMBER CIERRA**
                                                                                                                                **SHOELS QUINCY RASHAAD**
                                                                                                                                **UNKNOWN FATHER**

   3 days                                                        Set By PETITIONER                                                                                                         JURY

---

**6095  D-1-GN-20-003840**     **KHADEM ADEEB**                                                                         **vs.  BADDI FARIS**

   3 days                                                        Set By DEFENDANT                                                                                                          JURY

                                                                                                      Atty: JUNKIN DAVID C. (512-392-7510)

---

**6097  D-1-FM-20-006101**     **THOMAS NINA TERESA**                                                                   **vs.  THOMAS EARL V**

   4 days                                                                                                                                                                                  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 08, 2025, 09:01 AM

| 6098 D-1-GN-23-004174 | CHOI KYUNG | vs. | BAE MUNKYONG |
| | CHOI MIYOUNG | | BAE SUNHEE |
| | | | BMK SUSHI, LLC |
| | | | CHOI EUNJOO |
| | | | LEE SUNGJOO |
| | | | OH WONJIN |
| | | | PAE HAEMAN |
| 5 days | Set By DEFENDANT | | JURY |

| 6099 D-1-GN-23-005168 | BALDERAS ALMA | vs. | EAGLE TRUCKING, LLC |
| | BALDERAS MARTIN | | TREJO MARTINEZ JUAN ANDRES |
| 3 days | | | JURY |

5004  D-1-GN-17-006831

ALCORTA ARNULFO
ALCORTA JOSE ABRAM
ALCORTA REYES
ALVARADO ARMANDO
BAUTISTA ADELA A
CANTU GUADALUPE
CANTU JOSE ANGEL GOMEZ
CANTU JULIAN JESUS TORRES
CANTU MARGARITA
CANTU MELISSA SOTO
CANTU OLGA
CANTU OLIVIA T
CASTILLO HORTENCIA CANTU
CORDERO CARMELA
DIAZ MARGARITA
GALVAN MARIA TORRES
GARCIA FRANCES A
GONZALES GUADALUPE S
GONZALES MARIA CHRISTINA
GONZALEZ JULIA C
GUAJARDO PEDRO T
HERNANDEZ JUANITA T
HERNANDEZ MARGARITA T
HUGONNETT RICARDO GUILLERMO
JUAREZ CLEOFAS TORRES
MARTINEZ CYNTHIA
MARTINEZ MARIO
MEDINA DORA ALICIA A
MEJIA AURORA DIANA CANTU
PENA ROSALINDA CANTU
RAMOS EDWARDO
RAMOS ELOYD D
RODRIGUEZ CARMEN
RODRIGUEZ MARIA DEL ROSARIO
SALAZAR CARLOS
THIES VELMA
TORRES BEATRIS
TORRES COSME
TORRES JAMES
TORRES JOSE ANGEL
TORRES JOSE LUIS
TORRES MARCELINA
TORRES RAUL
TORREZ ALFREDO R
TORREZ MIGUEL
VASQUEZ ISABEL C
VENABLE MARY T
VILLANUEVA IRMA SALAZAR

vs.  GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF
THE STATE OF TEXAS

PREF ((MANGRUM))

5 days

JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 22, 2025, 09:01 AM

| Atty: BRESSI NICHOLAS S. (512-416-8999) | | Atty: Mather H. Melissa (512-475-2540) | |
|---|---|---|---|
| **5007  D-1-GN-21-003788** | **AHRENS CAROLYN** | vs. **31-W INSULATION, CO., INC** | **PREF ((SOIFER))** |
| | AHRENS JON | A &amp; B POOLS LLC | |
| | APPLEWHITE CHRISTIE | A + POOL LEAK DETECTIVES, LLC | |
| | APPLEWHITE RICHARD | Allegiant Contractors, LLC | |
| | AQUATIC IDEAS, LLC | AQUATIC IDEAS, LLC | |
| | ARCH CONSULTING ENGINEERS, PLLC | AQUATIC REFLECTIONS, INC. | |
| | ASHER JOHN HART | ARROYO' S POOLS CONSTRUCTION | |
| | ASHLEY JAMES | ASHBY CAPITAL INVESTMENTS, LLC 401K PLAN | |
| | ASHLEY JENNIFER | ASHBY JILL K. | |
| | BAILLARGEON KRISTEN | ASHBY NORMAN E. | |
| | BAILLARGEON ROBERT | ATLANTIS POOLS PLASTERING INC | |
| | BAILLARGEON ROBERT R | AUSTIN READY MIX, LLC | |
| | BAKER TERRANCE | Austin Ready-Mix LLC | |
| | BALTZ JOSHUA | AUSTINTATIOUS POOLS, INC | |
| | BATSON PAUL | BAILEY BRENT | |
| | BEAULIEU BRYAN | BAIRD BRADY | |
| | BEAULIEU NICOLE | BASTROP SAND SUPPLY, LLC | |
| | BLAIR  JASON | BOULDER POOLS, LLC | |
| | BLAIR CHERYL | BRAD FARRIS, P.E. | |
| | BOWDOIN DUSTIN | BRIGHTEN POOLS, LLC | |
| | BRADLEY AND NICOLE HOLDEN TRUST | BRISCO JAMES | |
| | BRESHEARS JEREMY | CATTLES CONSTRUCTION,INC. | |
| | BRESHEARS RIANNE | CCP&amp;S, LTD | |
| | BRODY YULIYA | CEMPLEX GROUP TEXAS, LLC | |
| | BROWN DRU | CHANAS AGGREGATES, LLC | |
| | BUCHANAN NATALIE | COLLIER MATERIALS, INC. | |
| | BUCHANAN RYAN | CONSTRUCTION MANAGERS OF AUSTIN LLC | |
| | BYCHOWSKI MARK | CRYSTAL CLEAR CONSTRUCTION, LTD | |
| | Cahak Brian | dba Premier POOL &amp; SPAS AND PREMIER | |
| | Cahak Rebecca | POOLS&amp; SPAS | |
| | CARAS MAHSHID | DIMENSION CUSTOM POOLS, LLC | |
| | Carroll Daniel P. | DIRECT ROOFING, INC | |
| | Carroll Morgan | EASY MIX CONCRETE SERVICES, LLC | |
| | CARROLL MORGAN P. | ELITE POOLS OF AUSTIN GP, INC | |
| | CARTER REGINA | ELITE POOLS OF AUSTIN, LTD | |
| | CARTER RICHARD | ELY EDWARD ELLIOT | |
| | CHATFIELD JONATHAN | ELY EDWARD MITCHELL | |
| | CHATFIELD SARA | ELY MATTHEW BRANDES | |
| | CHING ERICK | ELY PROPERTIES, INC. | |
| | CHING RACHEL | EPPRIGHT HOMES, LLC | |
| | CHIUMENTI JUSTIN | Fried Gabrielle | |
| | CHO YUKYUNG | Fried Michael | |
| | CLARK JESSICA | FUN N SUN POOLS OF AUSTIN INC | |
| | CLASSIC NEIGHBORHOOD DEVELOPMENT LLC | GRYCO INC. | |
| | COCHRAN ANGELA | H&amp;H TILE AND PLASTER OF AUSTIN LTD LP | |
| | COCHRAN JAMIE | HAMPLE POOLS &amp; SERVICE LLC | |
| | COFFEY MICHELLE | HARVEY JAMES | |
| | COPELAND RYAN | HAYLEX GP, LLC. | |

CRAN JONATHAN
DARGIS AMBER
DARGIS MATTHEW
DAVIS BRIAN
DAVIS LORI
DEATON BRIAN
DEJOHN TAMARA
DIGEATANO MICHAEL
DIMEO JAMES M
DIMEO TINA M
Donald LaBove
DUFFIE CONNOR
DUFFIE KAYTI
FARRIS BRAD
FIELDS ASHLEY
FIELDS SHARON
FISCHER JUSTIN
FLINT KIERSTEN
FLORES YVETTE
FONTENOT ASHLEY
FONTENOT CHRISTOPHER
FORD JOHN
FORD VICKI
FRIED GABRIELLE
FRIED MICHAEL
Fu Yulai
FUN N SUN POOLS OF AUSTIN, INC
GAITHER JARROD
GARRETT ROBERT
GREEN ADAM
GREEN LAUREN
GREGG JODI
GREGG PRESTON
GRIEGO JEANNIE
GRIEGO JON
HAMPSTEIN PHILLIP
HAMPSTEN KRISTIN
Hanks Kristin
Hanks, Jr. Elbert Wayne
HARPER JACK
HARPER PAMELA
HATLEY DEREK
HATLEY HEATHER
HAYES AMBER
HAYES JOSEPH
HEINROTH CHE
HEINROTH ERIC
HELTA DYLAN
HELTON KYRA
HESTER TINA
HULLUM BRADLEY
HULLUM CANADA

HAYLEX PARTNERS, LTD.
HEATH WILLIAM C.
HERZOG RANDY
JD HUNT CUSTOM HOMES INCORPORATED
JIMMY EVANS COMPANY, LTD
JOSH WILLIS CUSTOM HOMES, INC.
KAUFMANN BRAD
KB CUSTOM POOLS, LLC.
LEGACY DCS LLC
LEHIGH CEMENT COMPANY, LP
LYON DYNAMIC ENTERPRISES, INCORPORATED
MARTINEZ SIMON
MATT SITRA CUSTOM HOMES, INC.
MCFADYEN JOHN CODY
MCGUIRE  JUSTIN
MILLENNIUM POOLS, INC
MILLENNIUM POOLS, INC.
NALLE CUSTOM HOMES, INC
NORMAN E. ASHBY, TRUSTEE
OMEGA DRY WALL COMPANY, INC
Omega Dry Wall Company, Inc.
OMEGA FRAMING LLC
Omega Framing, L.L.C.
PACK POOLS, INC.
PCA BOOT RANCH, LLC
POND SPRINGS CUSTOM POOLS, LLC
PRECISION WATERSHAPES, INC
PRECISION WATERSHAPES, INC.
PREMIER ATX INDUSTRIES, LLC
PROVENANCE CONSTRUCTORS LLC
PROVENANCE DEVELOPMENT LLC
QUALITY CUSTOM POOLS INC
REDLINE CONCRETE, LLC
RIVERA ENGINEERING LLC
RODRIGUEZ BIG R POOL &amp; CONSTRUCTION, LLC
RODRIGUEZ CARLOS
RODRIGUEZ IGNACIO
ROUND ROCK POOL PROS LLC
SASSENBERG  BRANDON
SAYRE MICHAEL B.
SENDERO DEVELOPMENT, INC.
SIERRA BUILDERS, INC.
SM POOL CONSTRUCTION, LLC
SM Pools
SMART POOLS SERVICES, LLC
SOLARA CUSTOM POOLS, LLC
SOUTHPAW POOLS, INC.
STAG POOLS, LLC
SUNRISE CONCRETE SERVICES, LLC
TEXAN PROPERTIES, LLC
TEXAS LEHIGH CEMENT COMPANY L.P.
TEXAS LUXURY OUTDOORS, LLC

HUSER MATTHEW
JOHN GEORGE
JOYCE JACQUE
JOYCE JAMES
KEENEY SAMANTHA
KEENEY SHANNON
KEY  CHRISTOPHER
KEY CORYNN
KOWALIK KRIS
KOWALIK KRISTI
LANDERS PATRICIA
LANDERS WADE
LARSON GLENN
LARSON MICHELLE
LAWLOR RICHARD
LEHRMANN DEBRA
LEHRMANN GREG
LEUNG FRANK
LITTLE MEGAN
LITTLE NATHAN
LYON DOUGLAS HAROLD
MADDEN JOHN
MADDEN MELISSA
MANNING DAVID
MANNING JANET
MARCHMAN TAYLOR
MCFERRIN CLINTON
MCGREGOR KARA
MEAD BRIAN
MEINEN COURTNEY
MEINEN JASON
MERITAGE HOMES OF TEXAS, LLC
Michael Floyd
MOORE JONATHAN
MYERS AMANDA
NALLE CUSTOM HOMES, INC.
NAM DEBBIE
OLIVER DANIELA
OLIVER GUILLERMO
OLSON  BLAKE
PEPPER ANDREW
PEPPER INGRID
PETERSON CRAIG
PETERSON CRAIG  JON
PETERSON JILL VICARS
PISCITELLI DAWN
QUINTANA JULIO
RAMEY NEELEY
RIBBLE  JOE
ROBERTS HARLAN
RUSSO CHARLIE
SAVITT  ELAN

TEXAS MATERIALS GROUP, INC.
THE FLATS ON SOUTH CONGRESS LLC
THE JMHH COMPANY LLC
TIME FRAMING &amp; CONSULTING, LLC
TRANSOU HOLDINGS, INC.
TRAVIS MATERIALS GROUP, LTD.
TRI COUNTY POOLS SERVICE, LP.
TRI COUNTY POOLS, INC.
UNLIMITED SPRINKLER FIRE PROTECTION, INC
URBAN CONSTRUCTORS, INC.
VOLUTE PARTNERS, LLC
WALDEN KIRK
WATERVIEW CUSTOM POOLS, LLC
WATERVIEW POOLS
WATERVIEW POOLS, INC

SAVITT  ROISIN
SCHERER GEOFFREY
SCHULTZ ERIC
SCHWARZBACH ANNA
SCHWARZBACH DAVID
SEAFLOWER, LLC
SEARLE BARRY
SHUMAKER AARON
SIGMON JAMES
SIGMON TRACI
Singh Teja
SMITH  MARK
SMITH GERRY
SMITH MICHELLE
SORRENTINO JAMIE
SORRENTINO MATTHEW
STAIGERWALD JOHN
STAIGERWALD LISA
STEIN JENNIFER
STEIN RUSSELL
STEWART CLAIRE
STEWART POETRELL
SWANGER DERRY
SWART BRYAN
SWART JEAN
TAVARES DEBBIE
TAVARES VINNY
THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY
AS SUBROGEE OF STAG POOLS, LLC
THE PUBLIC CONDOMINIUM COMMUNITY INC
THE TRUSTEE FOR THE PUBLIC CONDOMINIUM PROPERTY
IRREVOCABLE
Thomson Will
TRIBUNE CASSANDRA
TRIBUNE DAVID
VAN ARSDALE CORBIN
VANDER GHEYNST JOHN
VANDER GHEYNST LESLIE
VANDERVEEN ARTHUR
VASQUEZ LUDY
WALTERS MICHELLE
WALTERS NEIL B
WEEKLEY HOMES LLC
WEITKEMPER KELLEY
WEITKEMPER PAUL
WHEELER BRAD
WHITE REX
WHITE TERRI
WILCHER GARY
WILLAMS HANNAH
WILLENS SHAINA
WILLENS ZACHARY

**WILLIAMS DAMON**
**WITTLIFF REID**
**WITTLIFF SUSAN**
**WOOD BRIAN**

1 days | | REVIEW/STATUS

Atty: Perczak Margene K. (3037790077) | | Atty: WILKINSON MEREDYTHE HEATON (512-503-4878)

---

**5008 D-1-FM-24-006078** **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** **vs. BARROWMAN JAMES ALVA** PREF ((MARTINEZ JONES))
**COLEMAN JEREMY DUANE**
**MENDOZA VALERIE ELAINE**

2 days | | MERITS

---

**6001 D-1-GN-22-002116** **TEXAS MUTUAL INSURANCE COMPANY** **vs. BOWEN CHRISTINE**
**BOWEN TIM**
**FREE BALL LLC**

5 days | Set By PLAINTIFF | JURY

---

**6002 D-1-GN-22-002176** **M T** **vs. AUSTIN HOTEL ASSOCIATES LLC**
**DOMAIN SPORTSBAR, INC.**
**LINK RAYMOND ELVIS**
**LODGEWORKS PARTNERS, LP**
**LODGEWORKS, LP**
**MARRIOTT INTERNATIONAL, INC.**

5 days | Set By DEFENDANT | JURY

---

**6005 D-1-GN-22-002269** **MORRISON CRYSTAL** **vs. FIGUEROA GALLO HENRY LEONIDES**
**FIGUEROA TRUCKING LLC**
**HOGAN EDWARD**
**MALONG MARCIA MOORE**

5 days | Set By DEFENDANT | JURY

---

**6006 D-1-GN-22-001258** **VANN PAUL** **vs. NEURO INSTITUTE OF AUSTIN LP**
**VANN THELMA**

4 days | Set By PLAINTIFF | JURY

---

**6011 D-1-GN-21-006122** **ARCENEAUX TAYLOR** **vs. MCCOMISH MICHAEL**

4 days | Set By DEFENDANT | JURY

---

**6013 D-1-GN-21-000609** **MAYES DOUGLAS** **vs. CURETON JENNY**
**MAYES REGINA** **PARKS BEN B**
**PARKS DJUANA J**

5 days | Set By PLAINTIFF | JURY

Atty: GAMMON WILLIAM B (512-444-4529) | Atty: Annis Thomas Joseph (214-871-8200)
| Atty: Dowis Craig Lanahan (214-871-8200)
| Atty: SHAW ETHAN L. (512-499-8900)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 22, 2025, 09:01 AM

| 6014 D-1-GN-24-001080 | ESCOBEDO JUAN<br>ESCOBEDO RAUL<br>RODRIGUEZ FRANCISCO<br>RODRIGUEZ OLVALDO | | vs. HOWLE BENJAMIN<br>NEW ABACUS LLC | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6015 D-1-GN-24-001504 | ESTRADA ANDRADE RAMONA | | vs. CAMPBELL BRANDON | |
|---|---|---|---|---|
| 3 days | | | | JURY |

| 6016 D-1-GN-23-001561 | GORDON  BRITTANY | | vs. METCALF MARK | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6017 D-1-GN-24-000673 | GANTT WENDY | | vs. BLACKBURN, TYRONE<br>CAPITAL METROPOLITAN  TRANSPORT AUTHORITY | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6018 D-1-GN-23-007035 | COLEMAN HOLLY | | vs. ALL IN ONE HOME SOLUTIONS, LLC<br>SERRANO NELSON | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

| 6019 D-1-GN-24-002577 | FOX ANNE | | vs. BASTIEN LINDA MARIE | |
|---|---|---|---|---|
| 5 days | | Set By AS NEXT FRIEND OF | | JURY |

| 6020 D-1-GN-23-005250 | CORBY KENNETH | | vs. BLUE MOUNTAIN TRANSPORT, INC<br>FEDEX GROUND PACKAGE SYSTEM, INC<br>SANCHEZ ENRICO | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6021 D-1-GN-22-000354 | SHUTE JEFFREY | | vs. USAA GENERAL INDEMNITY COMPANY | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6022 D-1-GN-23-002028 | BAKER CAROLINE | | vs. FELAN MICHAEL CHARLES<br>QUICK TOW, LLC | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6023 D-1-GN-22-000683 | RICHARDS TROY | | vs. SUAREZ JOSE | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6025 | D-1-GN-18-006191 | CLIFTON NICHOLAS | | vs. | AUSTINTATIOUS EXPERIENCE LLC |
|------|------------------|------------------|---|-----|------------------------------|
| | | | | | FAYKUS CORY |
| | 5 days | | Set By PLAINTIFF | | JURY |
| | | Atty: BATRICE PAUL ALEXANDER (512-600-1000) | | | |

| 6026 | D-1-GN-24-002262 | HAMMONDS COURTNEY | | vs. | AUTO CLUB INDEMNITY COMPANY |
|------|------------------|-------------------|---|-----|-----------------------------|
| | | | | | DUPNIK WILLIAM |
| | | | | | FRAZIER COLETTE |
| | | | | | LOANPEOPLE, LLC |
| | 5 days | | Set By PLAINTIFF | | JURY |

| 6027 | D-1-GN-23-008695 | FACUNDO MARGARITO GASPAR | | vs. | DE JESUS GUTIERREZ TERESA |
|------|------------------|--------------------------|---|-----|---------------------------|
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6028 | D-1-GN-20-000891 | HIGGINS HUNTER | | vs. | COKINS AMBER |
|------|------------------|----------------|---|-----|--------------|
| | | | | | DOUGH DADDY LLC |
| | 3 days | | | | JURY |
| | | Atty: Ceaser Lucia Marie (956-287-3743) | | | Atty: Wike Christopher Champion (512-637-4956) |
| | | Atty: Monahan Joseph Arthur (9567298800) | | | |

| 6029 | D-1-GN-24-004851 | MAREZ JOSE ANTONIO | | vs. | MV TRANSPORTATION, INC. |
|------|------------------|--------------------|---|-----|-------------------------|
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6030 | D-1-GN-23-006816 | LOPEZ LILIANA | | vs. | CRUZ SALGUERO JOSE ROBERTO |
|------|------------------|---------------|---|-----|----------------------------|
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6031 | D-1-GN-24-003485 | CUBBERLEY MICHAEL | | vs. | TEXAS HEALTH AND HUMAN SERVICES COMMISSION |
|------|------------------|-------------------|---|-----|--------------------------------------------|
| | 4 days | | Set By PLAINTIFF | | JURY |

| 6033 | D-1-GN-23-001657 | ZAMORA ADAM | | vs. | RUNYAN DENNIS TYLER |
|------|------------------|-------------|---|-----|---------------------|
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6034 | D-1-GN-23-007207 | WILHELM GAIL | | vs. | JOHNSON JOLISA |
|------|------------------|--------------|---|-----|----------------|
| | 5 days | | Set By PLAINTIFF | | JURY |

| 6035 | D-1-GN-24-000245 | CONTRERA ANTONIA | | vs. | CITY OF AUSTIN |
|------|------------------|------------------|---|-----|----------------|
| | 5 days | | Set By DEFENDANT | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 22, 2025, 09:01 AM

**6036 D-1-GN-23-004486**  CARPENTER CAITLIN E.  **vs. DURAN ESPERANZA**
MARQUEZ LORENZO A.  GUARDARRAMA JESSICA
MARQUEZ MIREYA CRUZ
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
SUAREZ PEDRO JAIMES
VIERA LEO
WINGS LLC

8 days                     Set By AS NEXT FRIEND OF                                    JURY

---

**6037 D-1-GN-23-004729**  DONELSON PHYLIS  **vs. AUSTIN COUNTRY CLUB**
DONELSON ROBIN  PGA TOUR, INC.

4 days                     Set By DEFENDANT                                    JURY

---

**6038 D-1-GN-22-004435**  BOCANEGRA CASTILLO FRANCISCO  **vs. CNA CONSTRUCTION, INC.**
LUNA OLVERA JESUS  STARLIGHT HOMES TEXAS L.L.C.

4 days                     Set By PLAINTIFF                                    JURY

---

**6039 D-1-GN-23-007967**  OLMOS CASTRO FERNANDO  **vs. FAUSET CHARLES**
RIOS MICHAEL

4 days                     Set By PLAINTIFF                                    JURY

---

**6040 D-1-GN-22-004475**  MANLEY GARY  **vs. DEGEEST LEO**
POTTORFF MICHAEL  Van Der Geest Enterprises, Inc.
TENORIO SAM  VAN DER GEEST ENTERPRISES, INCORPORATED
WIGHAMAN AUSTIN

5 days                     Set By DEFENDANT                                    JURY

---

**6043 D-1-GN-24-008324**  FIELDS CONSTANCE  **vs. ELEPHANT INSURANCE COMPANY**

3 days                     Set By PLAINTIFF                                    JURY

---

**6044 D-1-GN-21-002645**  SHOTGUN SELTZER LLC  **vs. FFBC OPERATIONS LLC**

5 days                     Set By COUNTER-DEFENDANT                                    JURY

Atty: KING MARY ELLEN (512-298-1182)              Atty: SHELTON CHARLIE (737-881-7100)

---

**6045 D-1-GN-23-004708**  TORRES EDGAR  **vs. BRIGHTVIEW LANDSCAPE, LLC**
CASAS MARTINEZ JOSE

4 days                     Set By PLAINTIFF                                    JURY

**6046  D-1-GN-24-005144**  DYER KIMBERLY  vs.  **RAMIREZ JOSHUA**
**ROY BINGO SUPPLIES, INC.**
**ROY BINGO SUPPLIES, OF TEXAS, INC.**

4 days                              Set By PLAINTIFF                                                       JURY

---

**6047  D-1-GN-19-000922**  PANGLE JACOB  vs.  **RAMIREZ CHAVARRIA HUGO**

5 days                              Set By DEFENDANT                                                     JURY

Atty: Goudarzi Joel Brent (903-843-2544)                    Atty: Thomisee Donna Faith (713-222-1990)

---

**6049  D-1-GN-24-004535**  MCCARTHY KEVIN  vs.  **BETTICHE IZZEDDINE BEN**
MCCARTHY KRISTEN  **CENTRAL TRANSPORT, LLC**
**DAVIS EVAN  NATHANIEL**
**GEICO COUNTY MUTUAL INSURANCE COMPANY**

5 days                              Set By PLAINTIFF                                                       JURY

---

**6051  D-1-GN-22-001440**  HENEN MICHAEL  vs.  **STOAKLEY DOUGLAS**
POLES HEBA

3 days                              Set By AS NEXT FRIEND OF                                         JURY

---

**6054  D-1-GN-22-002069**  MONTES CASTRO MARIA ENEDINA  vs.  **BUFFALO FRAMING AND TRUSS LLC**
SEVILLA MONTES CARMEN SAMUEL  **MENFY JOSUE AJANEL DE LEON**
SEVILLA MONTES MARIO NEPTAEL  **SKYBECK CONSTRUCTION LLC**
SEVILLE MONTES RAMONA GUADALUPE  **ZELAYA CONSTRUCTION INC**

5 days                              Set By CROSS-DEFENDANT                                         JURY

---

**6055  D-1-GN-23-002804**  TAPIA NORMA  vs.  **AUSTIN PARKE APARTMENTS**
4 days                              Set By PLAINTIFF                                                       JURY

---

**6056  D-1-GN-23-004813**  CWS RIVERSIDE SQUARE, L.P.  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
2 days                              Set By PLAINTIFF                                                       JURY

---

**6058  D-1-GN-24-003686**  WEBER MARK  vs.  **MONROE GUARANTY INSURANCE COMPANY**
**NICHOLS ASHLEY**

1 days                              Set By DEFENDANT                                                     JURY

---

**6060  D-1-GN-23-007243**  ALLEN ROBERT  LEN  vs.  **ROJAS ANA  LUISA**
**ST CHARTERS AND BUSES, INC**

3 days                              Set By PLAINTIFF                                                       JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 22, 2025, 09:01 AM

**6062 D-1-FM-24-007521**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  LEWIS JUSTIN DEATKINS**
  **MARTINEZ  LEE  GEENE**
  **UNKNOWN FATHER**
  **UNKNOWN JONATHAN**
  **VALDEZ SELENA**

3 days  Set By PETITIONER  JURY

---

**6063 D-1-FM-24-007468**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  HERNANDEZ FERNANDA  MARIA**
  **MARQUEZ FRANCISCO**

3 days  Set By PETITIONER  JURY

---

**6064 D-1-FM-24-007146**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  CARWELL JUSTIN**
  **JACKSON TASHA**
  **WASHINGTON DAVID TYRONE**

3 days  Set By PETITIONER  JURY

---

**6065 D-1-GN-22-005367**  **VERKUYL BRITTANY**  **vs.  MIA AESTHETICS CLINIC ATX PLLC**
  **MIA AESTHETICS SERVICES, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6066 D-1-GN-22-004496**  **PHILLIPS HEATHER**  **vs.  CORNELIUS HUNTER THOMAS**
  **GEICO COUNTY MUTUAL INSURANCE COMPANY**

5 days  JURY

---

**6067 D-1-GN-23-000011**  **VASQUEZ PILAR GOMEZ**  **vs.  A&amp;M DEEP CLEANERS LLC**
  **AVALOS MALDONADO YENESSA**
  **PARADIS LLC**
  **PARADIS MICHEL**
  **UNITED STATES OF AMERICA**

3 days  Set By PLAINTIFF  JURY

---

**6068 D-1-GN-22-002410**  **VALADEZ DANIEL**  **vs.  BONNER CARRINGTON PROPERTY MANAGEMENT LLC**
  **BONNER CARRINGTON, LLC**
  **BONNER CARRINGTON, LP**
  **CASPITA APARTMENTS I LP**
  **MAEDC CASPITA GP LLC**
  **MAPLE AVENUE  ECONOMIC DEVELOPMENT**
  **CORPORATION**

5 days  Set By PLAINTIFF  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 22, 2025,  09:01 AM

**6069  D-1-GN-23-008602**      **RANSOM MAVERICK**                                      **vs.  ORTIZ USA, LLC**
                                                                                    **SERRANO MIGUEL ANGEL**

3 days                                    Set By PLAINTIFF                                                        JURY

---

**6070  D-1-AG-15-001712**      **WELCH KATIE JEAN**                                      **vs.  MUENCH WILLIAM J**

5 days                                    Set By PETITIONER                                                       JURY

                                                                                    Atty: CULP AARON MICHAEL (512-710-9763)

---

**6071  D-1-GN-20-004101**      **BELTRAN EDENILSON**                                     **vs.  BLUE HAT CRANE LLC**
                                                                                    **J E DUNN CONSTRUCTION GROUP INC**
                                                                                    **J E DUNN LOGISTICS INC**

10 days                                   Set By PLAINTIFF                                                        JURY

Atty: MELENDEZ ROBERT M (512-467-0600)                              Atty: Fauntleroy John Parker (713-535-5500)

---

**6073  D-1-FM-24-007636**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  BRINNER MURIEL**
                                                                                    **TURNER SAMUEL**
                                                                                    **WESLEY PIERCE**

3 days                                    Set By PETITIONER                                                       JURY

---

**6074  D-1-GN-21-007255**      **LASSEIGNE CHRIS J**                                     **vs.  GALDEAN BENJAMIN**
                                                                                    **GREAT BASIN INDUSTRIAL LLC**
                                                                                    **JOHNSON DEXTER D**

10 days                                   Set By PLAINTIFF                                                        JURY

---

**6075  D-1-FM-24-003631**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  RAMOS GARCIA JUAN J**
                                                                                    **ROCHA-LARA CECILIA DEL RAYO**

3 days                                    Set By PETITIONER                                                       JURY

---

**6076  D-1-GN-22-002955**      **DOEBLER ELIZABETH  KYUNG LEE**                          **vs.  AMERICAN LANDMARK MANAGEMENT LLC**
                                                                                    **ASTEN AT RIBELIN RANCH LP**

7 days                                    Set By COUNTER-DEFENDANT                                                JURY

---

**6077  D-1-FM-24-001205**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  BRAY REBECCA LAUREN**

3 days                                    Set By PETITIONER                                                       JURY

---

**6078  D-1-GN-24-004034**      **MARTINEZ SOPHIA**                                       **vs.  LOVE MATTHEW**

3 days                                                                                                            JURY

---

**6079  D-1-GN-21-002383**      **HUTCHINSON PRICE MARLINE**                              **vs.  DWIGGINS DUSTIN A**
                                                                                    **ENGLETON CAIROSHELL**
                                                                                    **JAGODZINSKI TESSA**
                                                                                    **LUGO SADE**
                                                                                    **TODD KENDRA**

| | | |
|---|---|---|
| 6 days | Set By DEFENDANT | JURY |
| | Atty: HEGINBOTHAM LANE (254-526-0108) | Atty: Ross Joshua David (8178841400)<br>Atty: SIMMONS STACEY J. (512-703-5020) |

**6080  D-1-FM-24-002982**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   **vs.  CARDENAS-LEIJA IZAAC MAURICIO**
                                                                                              **GARCIA PRISCILLA**

| | | |
|---|---|---|
| 3 days | Set By PETITIONER | JURY |

**6081  D-1-FM-24-007362**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   **vs.  STOVALL GABRIEL  COSTON**
                                                                                              **STOVALL JESSICA  NICOLE**

| | | |
|---|---|---|
| 3 days | Set By PETITIONER | JURY |

**6082  D-1-FM-24-007700**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   **vs.  BROOKS JASON**
                                                                                              **MANOR HYDIEA  T**

| | | |
|---|---|---|
| 3 days | Set By PETITIONER | JURY |

**6083  D-1-FM-24-008189**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   **vs.  HARRIS AUSTIN OSEAN**
                                                                                              **THOMPSON DEANNA**

| | | |
|---|---|---|
| 3 days | Set By PETITIONER | JURY |

**6085  D-1-GN-24-003864**   RUIZ ESMERALDA MENDOZA   **vs.  CHIDEBELU ALEXANDRIA**

| | | |
|---|---|---|
| 2 days | Set By PLAINTIFF | JURY |

**6086  D-1-GN-24-003433**   RODRIGUEZ ARTILES RAMON   **vs.  SMITH JASON**

| | | |
|---|---|---|
| 2 days | Set By PLAINTIFF | JURY |

**6087  D-1-GN-23-003995**   LOPEZ  ALBERTO   **vs.  HARBUCK  JAMES MADISON**

| | | |
|---|---|---|
| 5 days | Set By DEFENDANT | JURY |

**6088  D-1-FM-24-002706**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   **vs.  CANTU SARAH**
                                                                                              **CASTILLO JESUS**

| | | |
|---|---|---|
| 3 days | Set By PETITIONER | JURY |

**6090  D-1-GN-24-004217**   FAIZI GHAZNAWI AHMAD   **vs.  DONIAS RAMIREZ JESUS**
                                                                                              **JPI CARRIERS INC**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

| 6091 D-1-GN-23-002118 | **ROGERS ARCHIE** | vs. | **AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY** |
|---|---|---|---|
| | | | **FRENCH JIMMY ALEX** |
| | | | **RANGER EXCAVATING, L.P.** |
| 4 days | Set By PLAINTIFF | | JURY |

| 6092 D-1-FM-24-008770 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | vs. | **BERNAL-HERNANDEZ BRAYAN ALAN** |
|---|---|---|---|
| | | | **MENDOZA-RAMIREZ JACQUELINE** |
| 3 days | Set By PETITIONER | | JURY |

| 6093 D-1-GN-24-002486 | **ADAMS HALEY** | vs. | **BROOKS ALEXIS TAYLOR** |
|---|---|---|---|
| | | | **CD2 HOLDINGS LLC** |
| 3 days | Set By PLAINTIFF | | JURY |

| 6094 D-1-GN-24-000176 | **Thompson  Dolores** | vs. | **TEXAS DISPOSAL SYSTEMS, INC** |
|---|---|---|---|
| | | | **THOMAS CHAD EVERETT** |
| 5 days | Set By DEFENDANT | | JURY |

| 6095 D-1-FM-24-002522 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | vs. | **HEARNANDEZ MICHAEL** |
|---|---|---|---|
| | | | **MATTHEWS SAVANNAH  RENEE** |
| | | | **TOLBERT DEXTER** |
| | | | **UNKNOWN FATHER** |
| 3 days | Set By PETITIONER | | JURY |

| 6096 D-1-FM-24-007975 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | vs. | **FATHER UNKNOWN** |
|---|---|---|---|
| | | | **WILLIAMS JULIA CAPRICE** |
| 3 days | Set By PETITIONER | | JURY |

| 6097 D-1-GN-25-000511 | **EDWARDS NAOMI RUTH** | vs. | **SIMPKIN BRYSON** |
|---|---|---|---|
| 3 days | Set By PLAINTIFF | | JURY |

| 6098 D-1-FM-24-002575 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | vs. | **MURILLO MATTHEW** |
|---|---|---|---|
| | | | **VILLEGAS DOROTHY** |
| 3 days | Set By PETITIONER | | JURY |

| 6099 D-1-GN-19-001860 | **TORRES JEANET** | vs. | **ROBINS DOUGLAS ERIC** |
|---|---|---|---|
| 3 days | Set By DEFENDANT | | JURY |
| | Atty: GARCIA ALBERTO T (956-627-0455) | | Atty: BENNETT BRADFORD T (210-256-3431) |

| 6100 D-1-GN-24-003017 | **HUDSON ERIK** | vs. | **SHAMARD JAMES M.** |
|---|---|---|---|
| | | | **SHAMARD KAREN** |
| 4 days | | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 22, 2025, 09:01 AM

**6101  D-1-GN-24-002558**      **TREVINO MEGAN**                                           **vs.  BROWNING GERALINE**
                                                                                                  **YOUNG MEN'S CHRISTIAN ASSOCIATION OF CENTRAL**
                                                                                                  **TEXAS**

4 days                                    Set By PLAINTIFF                                                                                  JURY

---

**6102  D-1-GN-22-001414**      **BARNES DANNET BROCK**                                      **vs.  COIBION KODY LEE**

4 days                                    Set By DEFENDANT                                                                                 JURY

---

**6103  D-1-GN-24-002269**      **VILLEGAS JOSE ANTONIO**                                    **vs.  BARLOW TREVION DUANE**

3 days                                    Set By PLAINTIFF                                                                                  JURY

---

**6104  D-1-GN-20-000879**      **THOMPSON MARY**                                            **vs.  ALONSO LUIS**
                                                                                                  **M &amp; L CARRIERS INC**
                                                                                                  **PARDON YUNIEL**

3 days                                    Set By PLAINTIFF                                                                                  JURY

                                 Atty: AINSWORTH PRICE (512-477-7333)                              Atty: SARGENT DAVID LYNN (214-749-6516)

---

**6105  D-1-FM-21-005848**      **ALESSIO EDUARDO**                                          **vs.  PISTER LETICIA**

5 days                                    Set By PETITIONER                                                                                JURY

---

**6107  D-1-FM-24-008700**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**       **vs.  FATHER UNKNOWN**
                                                                                                  **GREEN YUNNIQUE ROSEANNE**

3 days                                    Set By PETITIONER                                                                                JURY

---

**6109  D-1-FM-24-000582**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**       **vs.  FRANKLIN SAMMIE**
                                                                                                  **HARRIS PRINCESS GEZALE**
                                                                                                  **HICKS SAMMIE LEE**

3 days                                    Set By PETITIONER                                                                                JURY

---

**6110  D-1-FM-24-008511**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**       **vs.  LOPEZ MARISSA ANNE**
                                                                                                  **UNKNOWN FATHER**

3 days                                    Set By PETITIONER                                                                                JURY

---

**6111  D-1-GN-20-004061**      **CORDOVA SANCHEZ GERARDO FELIPE**                           **vs.  HALLDORSSON HELEN MAI-LINH**
                                                                                                  **MATTEO MATILDE**
                                                                                                  **PIMENTEL CARLOS**
                                                                                                  **VENERO LAW PLLC**
                                                                                                  **VENERO LUGO JOSE ANTONIO**
                                                                                                  **VENERO ORIANA C**

4 days                                    Set By PLAINTIFF                                                                                  JURY

                                 Atty: LOZADA JUAN ANTONIO (512-296-5033)                          Atty: JOHNSON MICHAEL BRIAN (512-708-8200)
                                                                                                  Atty: LAREMONT ERIKA MARIA (512-254-5492)

**6112  D-1-FM-24-002609**     TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  CUNNINGHAM LEE ANN
RODRIGUEZ DIAZ JESUS FIDENCIO

3 days                            Set By PETITIONER                                                        JURY

---

**6113  D-1-FM-24-009009**     TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  ARREGUIN JACOB  EMERY
KUJAWA MICHELLE  CHRISTINE

3 days                            Set By PETITIONER                                                        JURY

---

**6114  D-1-FM-24-007032**     TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  KLOSS CHRISTOPHER  THOMAS
KLOSS KRISTIE  DENISE

3 days                            Set By PETITIONER                                                        JURY

---

**6115  D-1-FM-24-003614**     TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  CHISOLM CALVIN
HARPER NESHEA
STEWART JOSEPH

3 days                                                                                                      JURY

---

**6116  D-1-GN-24-001557**     WILKINSON JOHN     vs.  MOD SUPER FAST PIZZA, LLC

3 days                            Set By DEFENDANT                                                         JURY

---

**6118  D-1-GN-24-003440**     ALVAREZ  LUIS     vs.  FITTS  MARLENA
FITTS SANFORD

4 days                            Set By PLAINTIFF                                                          JURY

---

**6119  D-1-GN-19-003864**     BOSS EXOTICS LLC     vs.  TEAM CAR CARE, LLC

5 days                            Set By PLAINTIFF                                                          JURY

Atty: COX BENJAMIN D. (512-834-9317)                 Atty: Arias Fernando Pablo (214-987-9600)
                                                     Atty: Hardy Mark D. (214-987-9600)

---

**6120  D-1-GN-24-009638**     BERNAL YIANA     vs.  BUCZEK RONALD

4 days                            Set By PLAINTIFF                                                          JURY

---

**6121  D-1-GN-22-000393**     ALTMAN  LISA     vs.  CHRISTINA M. SHEELY, PLLC
ALTMAN  SALLY     DAIGREPONT, D.O. CHRISTINA M.
ST DAVIDS HEALTHCARE PARTNERSHIP LP LLP

5 days                            Set By PLAINTIFF                                                          JURY

---

**6122  D-1-GN-24-007670**     JARAMILLO MERLAN JASON  MIGUEL     vs.  KILLGORE JENNIFER
MERLAN LUCILA

3 days                            Set By AS NEXT FRIEND OF                                                  JURY

**6123  D-1-FM-23-009259**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  SALINAS JUAN MANUEL**
**SANCHEZ-ESPINAL DIANA ARELY**

3 days    Set By PETITIONER    JURY

---

**6124  D-1-GN-24-000885**  **MATHUR SHUBHAM**    **vs.  HARDIN ADAM WESLEY**
**LOCKHART EXCAVATION, LLC**
**TRIPP JERRY COOPER**

10 days    Set By PLAINTIFF    JURY

---

**6125  D-1-FM-25-002647**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  GONZALES ANTOINETTE DENISE**
**WALLACE SAMUEL**

3 days    Set By PETITIONER    JURY

---

**6126  D-1-GN-22-005766**  **MCCRARY STEVEN**    **vs.  ALCEDO KAMERON**

4 days    Set By PLAINTIFF    JURY

---

**6127  D-1-GN-23-009093**  **CONTRERAS LUIS BARCENAS**    **vs.  TEXAS DISPOSAL SYSTEMS, INC**
**WARD  JERAMIAH  LEE**

7 days    Set By DEFENDANT    JURY

---

**6128  D-1-GN-24-006146**  **SUDARSAN SAMPATHKUMAR**    **vs.  AVIS CAR RENTAL AUSTIN - WALMART**
**AVIS RENT A CAR SYSTEM, LLC**

4 days    Set By PLAINTIFF    JURY

---

**6129  D-1-GN-21-001055**  **CINTAS CORPORATION NO 2**    **vs.  ROADRUNNER CHARTERS INC**

3 days    Set By PLAINTIFF    JURY

Atty: TOUMANIDIS STAMATIA (713-615-6060)    Atty: HERNANDEZ ALEX R. (361-792-3811)

---

**6130  D-1-FM-23-008592**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  FOWLER RHIANNON**
**WILSON JEKORION**

3 days    Set By PETITIONER    JURY

---

**6131  D-1-FM-24-002790**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  KWARTENG AMBER CIERRA**
**SHOELS QUINCY RASHAAD**
**UNKNOWN FATHER**

3 days    Set By PETITIONER    JURY

---

**6132  D-1-GN-24-001230**  **FORSYTHE ANDREW**    **vs.  AUSTIN BEACH CLUB, LLC**
**CARSON LAUREN**

4 days    Set By PLAINTIFF    JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 22, 2025,  09:01 AM

**6133  D-1-FM-24-003088**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  BONTON KENNESA AMIYA**
                                                                                    **BROOKS DARIUS**
                                                                                    **GARCIA HUNTER ELLIOT**

3 days                                      Set By PETITIONER                                                                        JURY

---

**6134  D-1-GN-21-007140**      **NEY SIDNEY CHRISTOPHER**                                **vs.  RAMSEY JUDI**
                                                                                    **RAMSEY KENNETH MARSH**

2 days                                      Set By PLAINTIFF                                                                         JURY

---

**6135  D-1-FM-25-000559**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  GALINDO SANDRA**
                                                                                    **GONZALES MALDONADO EDUARDO**

3 days                                      Set By PETITIONER                                                                        JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

**6002 D-1-GN-22-001634**    **TEXAS MUTUAL INSURANCE COMPANY**     **vs. BM BENCHMARK CONSTRUCTION LLC**

5 days     Set By PLAINTIFF     JURY

---

**6003 D-1-GN-24-001075**    **HILTON ESTELLA**     **vs. IWILL PAINTING AND REMODELING**

5 days     JURY

---

**6004 D-1-GN-24-000717**    **PADEN BETTYIE JO**     **vs. SIMMONS NATASHA ELIZABETH**
**PADEN CHARLENE LEE**

3 days     Set By PLAINTIFF     JURY

---

**6005 D-1-GN-24-001930**    **HERNANDEZ MARIA DEL PILAR**     **vs. LAMMEMAN GRACE**
**LAMMEMAN KURT**

5 days     Set By PLAINTIFF     JURY

---

**6009 D-1-GN-24-000015**    **PINERO DIOSDANY MARTIN**     **vs. TURRUBIARTE ESTEBAN PAUL**
**PINERO YANDIER MARTIN**

3 days     Set By PLAINTIFF     JURY

---

**6010 D-1-GN-20-003762**    **HELLSTERN JOYCE**     **vs. CENTRAL TEXAS COSMETIC DENTIST INC**
**GARCIA ARTURO R**

6 days     Set By DEFENDANT     JURY

Atty: SHARP LANCE D (512-407-8800)     Atty: SIMMONS STACEY J. (512-703-5020)
Atty: SHARP LAURA FRANCES BELLEGIE (512-407-8800)

---

**6011 D-1-GN-23-000306**    **ALTA MENSA, LLC**     **vs. ZEEP, INC.**
**DUTA ANDREI**

5 days     Set By DEFENDANT     JURY

---

**6012 D-1-GN-24-002325**    **YOUNG LUDIVINA**     **vs. SPENCE JERRY**
**USAA GENERAL INDEMNITY COMPANY**

3 days     Set By PLAINTIFF     JURY

---

**6013 D-1-GN-23-004771**    **CHEKIRA JASON YASSINE**     **vs. AGUILAR CLEMENTINA**

3 days     Set By DEFENDANT     JURY

---

**6014 D-1-GN-23-009007**    **DREWRY DUSTY**     **vs. ADAPTHEALTH CORPORATION**
**ADAPTHEATH LLC**
**AEROCARE HOME MEDICAL EQUIPMENT, INC.**
**AMARO CARLOS**
**EXPRESS MEDICAL SUPPLY, LTD**

4 days     JURY

**6015  D-1-GN-24-002407**  STOFFERAHN BRAXTON  **vs.**  LEMAN JOSEPH CHRISTIAN
STOFFERAHN BRITTNEY

5 days                                                    Set By DEFENDANT                                                    JURY

---

**6016  D-1-GN-23-008043**  GONZALES SAMUEL  **vs.**  ABA APPLIANCE SERVICE, INC
STEPHEN DOUGLAS  BLAKE

5 days                                                    Set By PLAINTIFF                                                    JURY

---

**6017  D-1-GN-21-006237**  ESCONDERA CONDOMINIUM OWNERS ASSOCIATION, INC.  **vs.**  AJT INDUSTRIES, LLC
HEMPEL ANDREW

10 days                                                   Set By PLAINTIFF                                                    JURY

---

**6018  D-1-GN-23-001443**  JUROVICH MIKAELA ANN  **vs.**  PETRAUSKAS LORRI
JUROVICH VICTORIA

4 days                                                    Set By PLAINTIFF                                                    JURY

---

**6019  D-1-GN-23-008800**  CITY OF LOCKNEY  **vs.**  TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK
POOL

3 days                                                    Set By DEFENDANT                                                    JURY

---

**6020  D-1-GN-18-002494**  FREEMAN DAVID  **vs.**  G CREEK INC
STEWART TITLE OF AUSTIN LLC
TIRES MADE EASY INC
TIRES MADE EASY LLC

4 days                                                    Set By PLAINTIFF                                                    JURY

Atty: Swearingen Robert Adren (9796809993)          Atty: HARRIS ANDREW STEVAN (512-900-3012)
Atty: HAYES LAUREN ELIZABETH (512-472-5456)
Atty: MITCHELL MOLLY JEAN (512-474-9486)
Atty: WATKINS THOMAS H. (512-472-5456)
Atty: WATTS JAMESON (214-479-5456)

---

**6021  D-1-GN-23-008720**  TEXAS ENTERPRISES, INC.  **vs.**  E &amp; P ENTERPRISES, LLC
FAMA ENERGY RESOURCES, LLC
FUENTES FABIOLA
MARVIC PETROLEUM, INC.
NACIM VICTOR
PORTILLO LUIS MARCELLO
TEXAS INTERNATIONAL FUELS, LLC
VANCO PETROLEUM, LLC
VELEZ EDUARDO PABLOS

7 days                                                    Set By PLAINTIFF                                                    JURY

**6022  D-1-GN-24-003831**     **WELLS ANNE**     **vs.  SCHMITT STACY**

4 days     Set By PLAINTIFF     JURY

---

**6023  D-1-GN-24-004606**     **SCELFO DOMINICK**     **vs.  GONZALEZ IRIS**

3 days     Set By DEFENDANT     JURY

---

**6024  D-1-GN-21-000245**     **SELLERS ASHLEY**     **vs.  CONNOR GROUP**

4 days     Set By DEFENDANT     JURY

Atty: CALLAHAN C. ASHLEY (512-817-3977)     Atty: Morris Myra Kay (3618848808)

---

**6026  D-1-GN-24-002648**     **LANGLEY  SEBASTIAN**     **vs.  GUZMAN SALSADO NOE GEOVANNY**
**ROUSSELL JACE CADE**     **TRIVY TRANSPORTATION, LLC**

5 days     JURY

---

**6027  D-1-GN-24-004637**     **HERNDON JASMINE**     **vs.  CATHEY  LEAH**

3 days     Set By PLAINTIFF     JURY

---

**6028  D-1-GN-24-005129**     **AMES  GRANT**     **vs.  MEARIG KENAN**

4 days     Set By PLAINTIFF     JURY

---

**6030  D-1-GN-21-002141**     **JONES QUAMANE**     **vs.  ASHLEY JACK**
    **AUSTIN INDEPENDENT SCHOOL DISTRICT**

4 days     JURY

Atty: PARTIN CLAIRE E (512-956-4787)     Atty: HOWELL JOHN CLAIBORNE (210-734-7488)

---

**6031  D-1-GN-22-000312**     **BRADY CASEY ORION**     **vs.  MORRIS JAMIE**

3 days     Set By DEFENDANT     JURY

---

**6032  D-1-GN-22-005373**     **SPEEDY STOP FOOD STORES, LLC**     **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

4 days     Set By PLAINTIFF     JURY

---

**6033  D-1-GN-24-005030**     **KERNELL  FAUSTINO  DERRICK**     **vs.  BSL COLINA, LLC**
    **LEHNE CONSTRUCTION, INC.**
    **OWENS  NORRIS  LEE**

5 days     Set By PLAINTIFF     JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

**6035 D-1-GN-24-008179**   COGGIN LEANNE — vs. ALLEN KRISTA C.
COGGIN SEAN — AUSTIN GUNITE POOLS, LLC
KRISTA. C ALLEN
PLUM AGGREGATE, INC.

3 days                           Set By PLAINTIFF                                      JURY

---

**6036 D-1-GN-21-004985**   NEUROLOGICAL FITNESS EQUIPMENT AND EDUCATION  LLC — vs. BIOENHANCEMENT TECH LLC
DOUGHERTY RICHARD

5 days                                                                                 JURY

Atty: TERRAZAS KEVIN J. (512-904-0200)

---

**6037 D-1-GN-23-001479**   HOLLOWAY MIESHA THOMAS — vs. DENSMAN KENDALL

5 days                                                                                 JURY

---

**6038 D-1-GN-23-004453**   DE LEON ALFREDO VILLALOBOS — vs. 84 EAST AVE, LLC
UNKNOWN DRIVER

4 days                           Set By PLAINTIFF                                      JURY

---

**6039 D-1-GN-24-003877**   BECKER  SHILOH — vs. RUIZ GARRIDO  ERLAN  NAHUN
TEXAS ROOFING CO., INC.

3 days                           Set By PLAINTIFF                                      JURY

---

**6040 D-1-GN-23-007588**   BALLEZA ANDRES — vs. CHAIN DISTRIBUTION SERVICES, LLC.
QUIROZ JOSE — SMITH CURTIS GLYNN

3 days                           Set By PLAINTIFF                                      JURY

---

**6042 D-1-GN-24-008163**   SNOW  MICHAEL — vs. LIRA ORTIZ JORGE  A.
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY

4 days                           Set By PLAINTIFF                                      JURY

---

**6044 D-1-GN-24-002296**   ALVAREZ STEPHANIE ALYSSA — vs. STAHLKE TIMOTHY  LEONARD
4 days                                                                                 JURY

---

**6046 D-1-GN-23-006073**   IMP REPUBLIC PLACE LLC — vs. TRAVIS CENTRAL APPRAISAL DISTRICT
3 days                           Set By PLAINTIFF                                      JURY

---

**6047 D-1-GN-24-002244**   INDRAKUSUMA  DHANNY — vs. BOUCHER  DAVID
CACTUS MOVING, LLC
MCCOWAN JASON

2 days                           Set By PLAINTIFF                                      JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

| 6048 D-1-GN-23-003739 | HALL MICHELLE | | vs. | ASHNEM HAULING, LLC |
|---|---|---|---|---|
| | | | | MAYZONE ROBERT D. |
| 5 days | | Set By DEFENDANT | | JURY |

| 6049 D-1-FM-19-003975 | KAHLDEN KEVIN J | | vs. | BRISCO LEAH ANN |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |
| | Atty: EGGLESTON BRYAN ERIC (512-200-4529) | | | |

| 6050 D-1-GN-24-006502 | OTT MATTHEW | | vs. | GLOWKA KIMBER |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6051 D-1-GN-23-007146 | 1620 EAST RIVERSIDE DRIVE, LLC | | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6052 D-1-GN-24-009034 | AVILA JOCELYN | | vs. | PATTERSON KYLE |
|---|---|---|---|---|
| | CALDERA LAYLA | | | |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6054 D-1-GN-23-007431 | MEYER JONAH | | vs. | EATON JOHN |
|---|---|---|---|---|
| | | | | FREMIN GEORGE PHILLIP |
| | | | | FREMIN VALERIE |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6055 D-1-GN-22-001236 | TURNER HADRA | | vs. | DUFFIN CONSTRUCTION  LLC |
|---|---|---|---|---|
| | TURNER MARCUS | | | DUFFIN TERESA L |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6057 D-1-GN-23-008325 | APTEXAS, LLC | | vs. | COMPASS RE TEXAS,  LLC |
|---|---|---|---|---|
| | | | | KESSLER NICOLE |
| | | | | LONG CHRIS |
| 5 days | | Set By PLAINTIFF | | JURY |

| 6058 D-1-FM-24-007673 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | GAUNA NANCY MARIE |
|---|---|---|---|---|
| | | | | RUIZ JOHN |
| 3 days | | Set By PETITIONER | | JURY |

| 6059 D-1-GN-21-003428 | KINNISON JESS | | vs. | AA OBGYN PLLC |
|---|---|---|---|---|
| | KINNISON SARA | | | ANDERSON ALLISON L |
| | | | | AUSTIN AREA OBSTETRICS GYNECOLOGY AND FERTILITY PA |
| | | | | ST DAVIDS HEALTHCARE PARTNERSHIP LP LLP |
| | | | | WANG DIANA Y |

| | | | | |
|---|---|---|---|---|
| 10 days | | Set By DEFENDANT | | JURY |
| | Atty: ANDERS EVAN MARK (361-575-0551) | | Atty: Bell-Moss Katherine Ellen (512-970-5706) Atty: VIGILANTE-FILLEY ALEXIS M. (512-472-0288) | |

**6060  D-1-GN-23-000456**    SHIN  HYON-HO  CHRISTOPHER    vs.  **FERRELLGAS, LP**
**WELTON KIMBERLY**

| | | |
|---|---|---|
| 4 days | Set By PLAINTIFF | JURY |

**6061  D-1-GN-21-003538**    HAVER KATHERINE ANNA    vs.  **LAGO VISTA BOAT RENTALS**

| | | |
|---|---|---|
| 3 days | Set By DEFENDANT | JURY |
| Atty: Bale Jeffrey Ross (2812956000) | Atty: Lacy Jeffrey A (817-349-8409) | |

**6062  D-1-GN-24-002398**    HEGARTY ARIANNA EVA    vs.  **ORDONEZ LUIS**

| | | |
|---|---|---|
| 3 days | Set By PLAINTIFF | JURY |

**6065  D-1-GN-24-007806**    PARR JOAN    vs.  **GUY AND LARRY RESTAURANTS, LLC**
**ROARING FORK AUSTIN STONELAKE, LLC**
**ROARING FORK AUSTIN, LLC**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6066  D-1-GN-22-001246**    SALINAS KARLOS    vs.  **GONZALES LUIS FERNANDO**
**MARTINEZ MOVERS LLC**
**NAVARRO ELEAZAR  MARTINEZ**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6067  D-1-GN-22-005366**    DAWKINS MIKEYIA    vs.  **MIA AESTHETICS CLINIC ATX PLLC**
**MIA AESTHETICS SERVICES, LLC**
**NAZAROVA JAMILA**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6068  D-1-FM-24-007610**    TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES    vs.  **MACHADO-HERNANDEZ SHERLES**

| | | |
|---|---|---|
| 3 days | Set By PETITIONER | JURY |

**6069  D-1-FM-24-008007**    TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES    vs.  **ELIZONDO CLARISSA**
**ORTIZ EUSEBIO**

| | | |
|---|---|---|
| 3 days | Set By PETITIONER | JURY |

**6070  D-1-GN-24-004599**    GREGG  DAYMON    vs.  **USAA CASUALTY INSURANCE COMPANY**

| | | |
|---|---|---|
| 3 days | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

**6071** D-1-GN-24-004825    **GAVARRETE ALVARADO MOISES**      **vs.**   **SANCHEZ OLVERA VIRGINIA**

2 days      Set By PLAINTIFF      JURY

---

**6072** D-1-GN-23-007990    **FREZON CARSON**
**FREZON JENNIFER**      **vs.**   **FAHRLANDER GRANT MITCHELL**

4 days      Set By PLAINTIFF      JURY

---

**6073** D-1-GN-22-004210    **ESTATE GATE, INC**      **vs.**   **NEUMANN EZEKIEL**

2 days      Set By PLAINTIFF      JURY

---

**6074** D-1-GN-19-005131    **COLEHOUR MARNIE**      **vs.**   **BANEK TERRY LYNN**
**DEER RUN CHAUFFEUR SERVICES**

5 days      Set By PLAINTIFF      JURY

Atty: Rasmus Sheryl Gray (713-951-1000)      Atty: CLEMONS LAMAR G (512-651-7011)
Atty: JOHNSON KENTON DEE (512-451-7800)
Atty: MCCOMB ANNEMARIE KATELYN (512-477-5291)
Atty: REYES ROSS GARRICK (214-880-8100)

---

**6075** D-1-GN-23-001895    **LITINSKY IGOR**
**PETRAKOUSKAYA HANNA**      **vs.**   **BRAHLER ANNIE**
**EURO TRASH, LLC**

5 days      Set By PLAINTIFF      JURY

---

**6076** D-1-GN-23-001776    **DE SOLA SEMERIA DAVID ANDRES**      **vs.**   **RIVERS LM**

4 days      Set By DEFENDANT      JURY

---

**6077** D-1-GN-24-005506    **DUNCAN DESHAY**      **vs.**   **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

4 days      JURY

---

**6078** D-1-FM-24-006524    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs.**   **CASTRO JESSE**
**GARZA MIA**
**ROMERO SUSIE**
**TORRES JOSE**
**VASQUEZ MELINDA SUE**

3 days      Set By PETITIONER      JURY

---

**6079** D-1-FM-24-007741    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs.**   **CLENNEY DARRIN**
**CLENNEY WIDNALDINE**

3 days      Set By PETITIONER      JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

**6081 D-1-GN-20-006928**

ARIAS JOSE
CAMPUZANO DURANTE RUPERTO
DAMIAN MARCOS
JARAMILLO ESPINOZA JOSE LUIS
MOLINA HERNANDEZ JENNIFER
ROMAN EDITH R
TILLER FANNY A
TOVAR GERARDO
VALVERDE MARTINEZ URSULA
VARELA GONZALEZ MARIA ANGELICA

**vs.** HERNANDEZ ULISES
HULL TRAVIS BRENT

3 days                                                                                      JURY

Atty: Bhagia Sheroo (512-270-0531)

---

**6084 D-1-FM-24-009073**

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

**vs.** FOSTER JAMES ANTHONY
GOMEZ BRETANNI

3 days                              Set By PETITIONER                                        JURY

---

**6086 D-1-GN-24-002382**

DEL CARMEN MATA MARIA
GONZALEZ JOSE

**vs.** DEL TORO-VASQUEZ CORNELIO

3 days                              Set By DEFENDANT                                         JURY

---

**6087 D-1-GN-23-001852**

DANIELS KATHLEEN

**vs.** JPC CONSTRUCTION, INC
WHEELER WILSON SAMUEL BRENNAN

3 days                              Set By PLAINTIFF                                         JURY

---

**6089 D-1-AG-20-000145**

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

**vs.** CRUZ JOANNA MARIE
DELOSSANTOS JOE LOUIS

3 days                                                                                      JURY

---

**6090 D-1-FM-24-008586**

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

**vs.** BENAVIDEZ ALISSA
SOLIS JONATHAN JEREMY

3 days                              Set By PETITIONER                                        JURY

---

**6091 D-1-GN-24-003045**

RIVERA FRANCISCO ALEJANDRO

**vs.** DOMINGUEZ GABRIELA
PPG INDUSTRIES, INC.

4 days                                                                                      JURY

---

**6095 D-1-GN-18-004090**

SANDERS ANDRE

**vs.** GUTIERREZ EDWARD

3 days                                                                                      JURY

Atty: ALFORD JACOB RYAN (210-951-9467)

Atty: Balli Jaime (9564636311)
Atty: Davis Justin Stiel (9566878700)
Atty: WELCH ROBIN W. (210-256-3440)

| 6096 D-1-GN-23-001204 | M. S.<br>M. Y.<br>MENCHACA GARZA ALMA DELIA<br>MENDOZA PEREZ LUIS  MIGUEL | | vs. C&amp;W LEASING CORPORATION<br>GILBERT INTERESTS, INC.<br>MCGROARTY JORGE | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6098 D-1-GN-23-000220 | HERRING JOHN ASHTON<br>SAUCEDA LUCERO | | vs. 2101 RIO GRANDE PROPERTY OWNER, LLC<br>CA VENTURES LLC<br>CAMPUS ACQUISITIONS MANAGEMENT, LLC<br>GARCIA ALFONSO<br>MENDOZA MARGO<br>OTIS ELEVATOR COMPANY | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6099 D-1-GN-24-002754 | CARTER MARIA | | vs. SUN SPOT, LLC<br>THR, LLC<br>VEGA ERICK RIVERS | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6100 D-1-GN-23-007678 | CANDELARIO ALEXANDER<br>CENTRIX GROUP, LLC | | vs. MARIADB USA INC<br>MUELLER  BRIDGET<br>PEREIRA RIBEIRO FELIPE | |
|---|---|---|---|---|
| 5 days | | Set By COUNTER-PLAINTIFF | | JURY |

| 6101 D-1-GN-24-002219 | BURDITT NURALIAH | | vs. SAFECO INSURANCE COMPANY OF INDIANA | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6102 D-1-GN-23-003764 | GENNUSA SUSAN | | vs. GARTNER JONATHAN L<br>MARTIN CHRISTINA A.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE<br>COMPANY | |
|---|---|---|---|---|
| 4 days | | Set By DEFENDANT | | JURY |

| 6103 D-1-FM-20-003098 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. CISNEROS LETICIA<br>GUTIERREZ ALEXANDER LEE<br>TREJO CATALINA SHERICE<br>TREJO MAXIMINO | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6104 D-1-FM-24-005488 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. OLVERA STEVE<br>TREJO CATALINA | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

| 6105 D-1-GN-24-005519 | SHADDIX FREDRICK | | vs. 4 STONES LLC<br>CONTRERAS DANIEL APARICIO | |
|---|---|---|---|---|
| 4 days | | Set By DEFENDANT | | JURY |

| 6106 D-1-GN-23-005572 | JONES ABIGAIL<br>JONES DAVID E.<br>ZHANG YING | | vs. BBG, INC<br>ROACH CHRISTOPHER S. | |
|---|---|---|---|---|
| 5 days | | | | JURY |

| 6107 D-1-GN-24-004360 | FODOR DANIEL | | vs. GEICO COUNTY MUTUAL INSURANCE COMPANY<br>KANDER KYLE | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6108 D-1-GN-22-005340 | AVILES HERNANDEZ LESLIE CELESTE<br>BOISVERT DESI NICOLE<br>CHAVEZ LEMUS FREDYS<br>DUCHAMP JOHN<br>OSORIO YOLIZMIN<br>ROBINSON SHAYLA NICOLE | | vs. AVILES ANTHONY BRIAN<br>MLA LABS, INC. | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6109 D-1-FM-24-005856 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. FRUZIA GLORIA<br>KRUCKENBERG JAKE W<br>MEEKS KENDRICK CHARLES<br>UNKNOWN FATHER | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6111 D-1-GN-23-004607 | 290 &amp; I30 LLC<br>RAHIMI HASSAN | | vs. MOGHADASSI MOHAMMED | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6112 D-1-FM-25-000636 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. ESCOBAR-MACOLAS FRANCISCA<br>PEREZ SOLIS GERBER<br>REYES GONZALEZ EMETERIO | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6113 D-1-GN-23-007012 | GARY W. RAESZ CO., INC<br>RAESZ GARY | | vs. ROBERTS DEBRA<br>ROBERTS ENTERPRISES ET AL, LLC<br>ROBERTS TIMOTHY | |
|---|---|---|---|---|
| 2 days | | Set By PLAINTIFF | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, October 06, 2025,  09:01 AM

| 6114 | D-1-FM-24-007880 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **ALVAREDO TORRES KARIN MARIZOL** |
| | | | | **HERNANDEZ ABIGAIL** |
| | | | | **TORRES NATIVIDAD  JESUS** |
| | 3 days | Set By PETITIONER | | JURY |

| 6115 | D-1-FM-25-001337 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **CATALAN ROSA JULIETA** |
| | | | | **HERNANDEZ ROBERTO  JAVIER** |
| | 3 days | Set By PETITIONER | | JURY |

| 6116 | D-1-FM-24-007309 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **ALLEN CALINA DURHAM** |
| | | | | **DURHAM MELVIN FORREST** |
| | 5 days | Set By PETITIONER | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

| | | | |
|---|---|---|---|
| **D-1-GN-19-008531** | **FEY GLENN RAY**<br>**GERARDO MARTIN DARLEN D** | **vs. CARILLO ARMANDO** | |
| 3 days | Set By PLAINTIFF | | JURY |
| | Atty: QUILES JOSE FABIAN (682-444-4444)<br>Atty: ZUNIGA JESUS (571-292-1209) | Atty: RAMIREZ RUBEN RAMON (956-704-0000) | |

| | | | |
|---|---|---|---|
| **6001 D-1-GN-24-003007** | **NOLES AMANDA** | **vs. SHOCK RYAN** | |
| 6 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6003 D-1-GN-22-002200** | **BEAN VICTOR**<br>**WILLIS WYNDI** | **vs. LIM TOBIN** | |
| 5 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6005 D-1-GN-21-004908** | **BUICAN GHERGHINA**<br>**BUICAN TRAIAN**<br>**MANAVI MINAELA** | **vs. CARDIAC CLINIC**<br>**DR ERIC TIBLIER PA**<br>**ERIC TIBLIER MD** | |
| 6 days | Set By DEFENDANT | | JURY |
| | Atty: GREEN MARY ELIZABETH (832-690-7000) | | |

| | | | |
|---|---|---|---|
| **6006 D-1-GN-24-000843** | **GONZALEZ CHRISTOPHER** | **vs. WALKER ELVIS L.**<br>**WASTE CONNECTIONS US, INC** | |
| 5 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6008 D-1-GN-24-001087** | **TAIYM NORA** | **vs. CONTINENTAL AUTOMOTIVE GROUP, INC**<br>**CONTINENTAL IMPORTS, INC** | |
| 7 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6009 D-1-GN-20-007226** | **CALDERON ESTHER**<br>**CALDERON MARCOS** | **vs. AUSTIN HEART CENTRAL**<br>**FOTEH MAZIN I**<br>**PICONE MARK**<br>**ST DAVID'S HEART AND VASCULAR PLLC** | |
| 5 days | Set By DEFENDANT | | JURY |
| | Atty: MELENDEZ ALFONSO L. (915-593-2357) | Atty: Andrews Nicole G (713-452-4400)<br>Atty: BEAMAN MARK THOMAS (512-472-0288)<br>Atty: LOIACONO JOSEPH (512-474-9124)<br>Atty: MASSEY MEREDITH (512-474-9124) | |

| | | | |
|---|---|---|---|
| **6010 D-1-GN-24-001491** | **DILLON THOMAS** | **vs. BOADA YORDANIS PENA** | |
| 3 days | | | JURY |

| | | | |
|---|---|---|---|
| **6011 D-1-GN-24-001575** | **LUPTON BRADLEY** | **vs. LEDUFF KERWIN HILARY** | |
| 3 days | Set By PLAINTIFF | | JURY |

| 6013 D-1-GN-24-001759 | **TOME JONATHAN COLINDRES** | | **vs. GAGNON JOHN MICHAEL** | |
|---|---|---|---|---|
| | | | **GG PHI LLC** | |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6014 D-1-GN-24-000388 | **RIVERO REBOLLAR BRYAN FELIPE** | | **vs. BRINK'S INCORPORATED** | |
|---|---|---|---|---|
| | | | **TORRES MALIK A** | |
| 5 days | | Set By DEFENDANT | | JURY |

| 6015 D-1-GN-23-002251 | **RATLIFF JENNIFER** | | **vs. CONNER HILAIRE ELIZABETH** | |
|---|---|---|---|---|
| | | | **ESA ENGINEERING LLC** | |
| | | | **GARCIA RALPH** | |
| | | | **HILJAY ENTERPRISES, LLC** | |
| 3 days | | Set By DEFENDANT | | JURY |

| 6016 D-1-GN-23-003917 | **MERRITT MORGAN** | | **vs. MOUSAVI MIR EMAD** | |
|---|---|---|---|---|
| | **RIZZUTI MICHAEL** | | **TEXAS STRUCTURAL ENGINEERS, LLC** | |
| 5 days | | Set By PLAINTIFF | | JURY |

| 6020 D-1-GN-24-001570 | **GUYTON RIQUA** | | **vs. UNITED SERVICES AUTOMOBILE ASSOCIATION** | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6021 D-1-GN-23-007876 | **GUEVARA YUSNAIRA MALAVE** | | **vs. MORATA GILBERTO VARONA** | |
|---|---|---|---|---|
| | **RIOS BARBARA GUERRA** | | | |
| | **RIVERO HILLARIS GONZALEZ** | | | |
| 3 days | | | | JURY |

| 6022 D-1-GN-24-001250 | **CASAREZ JOHNNY** | | **vs. AUSTIN CONSTRUCTORS, LLC** | |
|---|---|---|---|---|
| | | | **SANCHEZ HERNANDEZ GERARDO** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6023 D-1-GN-23-000178 | **OLOGBAN KRISTINA** | | **vs. MURPHY MORGAN** | |
|---|---|---|---|---|
| | | | **WELCH EXCAVATION AND UTILITY COMPANY, INC** | |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6024 D-1-GN-24-000817 | **SIEVERS TODD** | | **vs. NETHERLAND LINDA** | |
|---|---|---|---|---|
| | | | **SREENIVASAN ADITHYA** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6025 D-1-GN-24-000934 | **STILES MORGAN** | | **vs. SUTTON GEREN KANE** | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

**6026  D-1-GN-24-005705**      **NOURI BEHZAD**        **vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

3 days        Set By PLAINTIFF        JURY

---

**6027  D-1-GN-23-007524**      **LASSERRE KIMBERLEY**        **vs.  ALL POINTS GROUP, L.P.**

5 days        Set By PLAINTIFF        JURY

---

**6028  D-1-GN-24-007097**      **PARK BRIAN**        **vs.  JIMENEZ LUCIA VELAZQUEZ**
                                                      **SILVA NICOLAS**

4 days        JURY

---

**6029  D-1-GN-23-007343**      **MENON MEENA**        **vs.  GOLDEN ZACKERY JOHN**

3 days        Set By PLAINTIFF        JURY

---

**6030  D-1-GN-24-003518**      **BROWN CYNTHIA**        **vs.  MV TRANSPORTATION, INC.**
**BROWN II EARL**

3 days        Set By PLAINTIFF        JURY

---

**6031  D-1-GN-21-004747**      **VALDOVINOS LUIS ALBERTO**        **vs.  CAMACHO DAVID**
**VARGAS DAYSI**        **MARSHALL MONICA**

4 days        JURY

Atty: VENABLE TRAVIS E. (210-656-1000)

---

**6032  D-1-GN-24-003305**      **SHINER HOPE KARA**        **vs.  ROBBINS ANDREW SCOTT**
**SHINER KAYLA FRENCH**        **WALDOCK AARON JAMES**

3 days        Set By DEFENDANT        JURY

---

**6033  D-1-GN-23-009022**      **LOPEZ ANA  LAURA**        **vs.  SLEEPER NOAH  SEIJI**

3 days        Set By PLAINTIFF        JURY

---

**6034  D-1-GN-23-001609**      **KEELING TINA**        **vs.  SIMS DEVEN**
                                                      **WALK! ATX PET CARE, LLC**

5 days        Set By PLAINTIFF        JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, October 20, 2025,  09:01 AM

**6035  D-1-GN-22-003021**   SOBALVARRO ODEL            **vs. CEH SPE, LLC**
                            URBINA  WENDY                   OL ALMEDA OWNER, LLC
                                                            OL BEVERAGE HOLDINGS, LLC
                                                            OL HOUSTON, LLC
                                                            OL MANAGEMENT, LLC
                                                            OL RE HOLDINGS, LLC
                                                            OL TEXAS RESTURANTS, LLC
                                                            STASSNEY RE, LLC

5 days                        Set By PLAINTIFF                                                JURY

---

**6036  D-1-GN-23-004720**   HERNANDEZ CHRISTIAN        **vs. OLIVER DUSTIN J.**
                            MALDONADO JAVIER

3 days                        Set By DEFENDANT                                               JURY

---

**6037  D-1-GN-24-005544**   MIRAN  HAYDER  SABAH       **vs. CHAVEZ  ALAN  JENDSEL**

3 days                                                                                       JURY

---

**6038  D-1-GN-23-002651**   THORNTON NIKKI             **vs. DANIELS DONALD**
                                                            HERRERA LESLIE
                                                            HUTTO CHIRO LLC

3 days                        Set By DEFENDANT                                               JURY

---

**6039  D-1-GN-22-004701**   GUTIERREZ-PANTOJA MARCO ANTONIO   **vs. RIVERA EDWIN**
                            RUIZ ALMA                         RIVERA ROBERTO ARTURO
                                                              RIVERA RONEY
                                                              VELA LOPEZ YESSICA AMANDA

3 days                        Set By PLAINTIFF                                               JURY

---

**6040  D-1-GN-24-000460**   MAXWELL RYAN               **vs. ABED OBAIDULLAH**
                                                            LYFT, INC.

5 days                                                                                       JURY

---

**6041  D-1-GN-23-000768**   TOMASZEWSKI JOHN           **vs. TEXAS FARMERS INSURANCE COMPANY**
                            TOMASZEWSKI NICOLE

4 days                        Set By DEFENDANT                                               JURY

---

**6042  D-1-GN-24-002496**   GONZALES ERICA             **vs. WALMART INC.**

3 days                        Set By PLAINTIFF                                               JURY

---

**6044  D-1-GN-23-007676**   TMP AIRPORT BLVD PROJECT, LLC   **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                        Set By PLAINTIFF                                               JURY

**6046 D-1-GN-24-002387**   **MERCADEL LARRY**   vs.  **HAAS LUKAS ALEXANDER**

5 days   Set By PLAINTIFF   JURY

---

**6048 D-1-GN-24-000329**   **LALONE MICHAEL**   vs.  **C. ROBINSON REALTY SERVICES, INC.**
**KIRTLAND CHARLES**
**KIRTLAND DEBORAH**

5 days   JURY

---

**6049 D-1-GN-24-001933**   **ATES NICHOLAS JASON**   vs.  **OUTLAW KELLY**

5 days   Set By DEFENDANT   JURY

---

**6050 D-1-GN-23-004259**   **MORENO ROSAURA BRAVO**   vs.  **BARTHOLOW RENTAL CO., INC.**
**ESPINOZA WILLIAM A. GUTIERREZ**
**RAMON JESSE RENE**

5 days   Set By DEFENDANT   JURY

---

**6051 D-1-GN-24-005311**   **TGA RACEWAY CROSSINGS IC LLC**   vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

2 days   Set By PLAINTIFF   JURY

---

**6053 D-1-AG-15-001806**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   vs.  **MARTINEZ JOSEFINA**
**RODRIGUEZ DOUGLAS**
**RUEBBLING LISA**

3 days   Set By PETITIONER   JURY

---

**6055 D-1-GN-24-008295**   **LEDFORD AJARA**   vs.  **TIMBERLAKE LOGAN NOEL**
**VASQUEZ MARIA GUADALUPE**

3 days   Set By PLAINTIFF   JURY

---

**6056 D-1-GN-21-002307**   **THE STATE OF TEXAS**   vs.  **COOPER JOHN DAVID**
**JOHNNYS BEER GARDEN**
**WEST EXCHANGE INC**

7 days   Set By PLAINTIFF   JURY

Atty: SAUER KEVIN ROBERT (512-463-2173)

---

**6057 D-1-GN-22-000641**   **HERNANDEZ ALBERTO**   vs.  **LLANES-RODRIGUEZ GABRIEL**
**OSCAR ORDUNO INC.**

4 days   Set By DEFENDANT   JURY

| | | | | |
|---|---|---|---|---|
| **6058 D-1-GN-21-003521** | **PEERBHAI RAHIM** | | **vs. DESCHAMPS DANIEL** | |
| | | | **HOUSTON COMMERCIAL BUILDINGS** | |
| 7 days | | Set By 3RD PARTY DEFENDANT | | JURY |
| | | | Atty: SORRELS RANDALL O. (713-496-1100) | |
| **6059 D-1-GN-24-002081** | **RODRIGUEZ HUMBERTO** | | **vs. LEMASTER ANDREW** | |
| 4 days | | Set By PLAINTIFF | | JURY |
| **6060 D-1-GN-21-002200** | **JACKSON ANNA** | | **vs. BELL TYRA** | |
| | **JACKSON BLAKE** | | **NEIGHBORFAVOR INC** | |
| 5 days | | Set By PLAINTIFF | | JURY |
| | Atty: BATRICE PAUL ALEXANDER (512-600-1000) | | Atty: MERONEY RANELLE MOORE (512-391-0197) | |
| **6064 D-1-GN-24-008287** | **DAVIS  TAYLOR** | | **vs. MCKEOWN JAIDEN** | |
| 2 days | | | | JURY |
| **6065 D-1-GN-24-008568** | **FONSECA ESPINOSA JESUS MANUEL** | | **vs. LOFTON MICHAEL ROY** | |
| 5 days | | Set By PLAINTIFF | | JURY |
| **6067 D-1-GN-21-003170** | **ISIDORO ALEXIS VIELMA** | | **vs. MICHAEL CARTER LAWFUL ADMINISTRATOR OR EXECUTOR** | |
| | **VIELMA LILIA** | | **SHARAE D WALKER** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| | Atty: CADENA JACOB CESAR (512-600-1000) | | Atty: WILSON CATHERINE ANNE BEYER (915-443-3904) | |
| | Atty: PEREZ MCKENNA C (512-600-1000) | | | |
| **6068 D-1-FM-24-008213** | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs. CAGLE JOHN BUSCH** | |
| | | | **MANDALINCI DUAN DIDEN** | |
| 3 days | | | | JURY |
| **6069 D-1-FM-24-002982** | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs. CARDENAS-LEIJA IZAAC MAURICIO** | |
| | | | **GARCIA PRISCILLA** | |
| 3 days | | Set By PETITIONER | | JURY |
| **6070 D-1-FM-24-008189** | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs. HARRIS AUSTIN OSEAN** | |
| | | | **THOMPSON DEANNA** | |
| 3 days | | Set By PETITIONER | | JURY |
| **6071 D-1-GN-18-001659** | **OAKES AARON** | | **vs. STANCIU NICKOLAS** | |
| 4 days | | Set By DEFENDANT | | JURY |
| | Atty: Benton Jeffrey M. (9726611111) | | Atty: MACINNES ROBERT A. (512-477-6813) | |
| | | | Atty: WHIGHAM GREGORY ALLAN (512-239-8680) | |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

**6073  D-1-GN-23-002264**  **MATTA MELISSA**                          vs.  **CHOICE HOTELS INTERNATIONAL, INC**
                                                                              **CHOICE HOTELS INTERNATIONAL, INC.**
                                                                              **DOOR CAPITAL PARTNERS, LLC**

3 days                                                                                                    JURY

---

**6074  D-1-GN-24-000759**  **DOYLE JACQUELINE**                       vs.  **PARKER AT HYDE PARK, LLC**

5 days                      Set By PLAINTIFF                                                              JURY

---

**6075  D-1-GN-24-008982**  **ESPINOZA JACKELINE YAJAIRA**             vs.  **LEIGH JOHN  WILLIAM**

3 days                      Set By DEFENDANT                                                              JURY

---

**6076  D-1-GN-24-003274**  **BARRERO  MARTHA**                        vs.  **BONNEAU  JORDAN  EDEL**

3 days                      Set By DEFENDANT                                                              JURY

---

**6077  D-1-GN-23-002596**  **GARCIA GILBERT**                         vs.  **ENGELKE BENNIE**
                                                                              **HOME STATE COUNTY MUTUAL INSURANCE**

3 days                      Set By PLAINTIFF                                                              JURY

---

**6078  D-1-GN-22-004561**  **NJANKOU BILLY**                          vs.  **CENTEX MATERIALS LLC**
                                                                              **EAGLE MATERIALS INC**
                                                                              **TORRES JEREMIAH**

2 days                                                                                                    JURY

---

**6079  D-1-GN-24-001991**  **COREVEST AT COPPER RIDGE, LLC**          vs.  **ALLEN MITCH**
                            **KOSIGI INC.**                                 **AUSTERRA STABLE GROWTH FUND, LP**
                            **MAN VE REALTY, LLC**                          **AUSTERRA STABLE INCOME FUND, LP**
                            **MIDNITOL, FLP**                               **HORNET CAPITAL, LLC**
                            **NIRVANAZONE, LLC**                            **JENKINS JONATHAN**
                            **ROYAL AUSTIN PROPERTIES, LLC**               **KAELEY PAUL**
                            **SP IMPEX HOLDINGS LLC**                       **NEU COMMUNITY BASTROP LLC**
                                                                           **NEU COMMUNITY CREEKSIDE LLC**
                                                                           **NEU COMMUNITY LAKE TRAVIS LLC**
                                                                           **NEU COMMUNITY ROBINHOOD LLC**
                                                                           **NEU COMMUNITY, INC.**
                                                                           **NEU DEVELOPMENT FUND LLC**
                                                                           **STALLION TEXAS REAL ESTATE FUND, LLC**

5 days                      Set By PLAINTIFF                                                              JURY

---

**6080  D-1-FM-24-008063**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **PEREZ JENNIFER  ELOISA**
                                                                                         **VILLANUEVA QUINTON  HUNTER**

3 days                      Set By PETITIONER                                                             JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

**6082  D-1-FM-24-007975**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  FATHER UNKNOWN
WILLIAMS JULIA CAPRICE

3 days                                             Set By PETITIONER                                             JURY

---

**6083  D-1-GN-25-000231**   MERCADO MARIA   vs.  ALBERTO ETHAN MICHAEL

5 days                                             Set By PLAINTIFF                                             JURY

---

**6084  D-1-GN-23-002987**   GARCIA ANA   vs.  BURLINGTON COAT FACTORY DIRECT CORPORATION
BURLINGTON COAT FACTORY OF TEXAS, INC
BURLINGTON COAT FACTORY OF TEXAS, LP
BURLINGTON STORES, INC

4 days                                             Set By DEFENDANT                                             JURY

---

**6086  D-1-AG-19-001780**   KOZLOWSKI CHRISTOPHER
KOZLOWSKI SAMANTHA   vs.  GOMEZ ELEAZAR
PETERS ASHLEY RENEE

3 days                                             Set By PETITIONER                                             JURY

---

**6087  D-1-GN-24-004859**   JURADO  ELIAS   vs.  ARORA ESHAAN
FARMER'S TEXAS COUNTY MUTUAL INS. CO.

2 days                                             Set By PLAINTIFF                                             JURY

---

**6088  D-1-GN-23-008155**   GLADSTEIN AMY
GLADSTEIN CLIFF   vs.  RIZZO BRIAN
RIZZO JANUARY

5 days                                             Set By PLAINTIFF                                             JURY

---

**6089  D-1-GN-22-006147**   THE VERANDAH AT GRANDVIEW HILLS LLC
THE VILLAGES OF BELLA VISTA LLC   vs.  HURCON, INC.

5 days                                             Set By PLAINTIFF                                             JURY

---

**6090  D-1-GN-24-001457**   NIETO JOSE  ANTONIO
ROSALES JESSICA
ROSALES JONATHON
ROSALES JUAN
SANCHEZ MARIA   vs.  CUEVAS ROSENDO TY
JOHN DOE
USIC HOLDINGS, INC.
USIC LOCATING SERVICES, LLC
USIC, LLC

5 days                                             Set By PLAINTIFF                                             JURY

---

**6091  D-1-FM-24-007607**   D G   vs.  D C

8 days                                             Set By PETITIONER                                             JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, October 20, 2025,  09:01 AM

**6092  D-1-GN-22-003396**  HALL BILLY     **vs.  TEXAS DEPARTMENT OF PUBLIC SAFETY**
HAYNES TONY
HESTER CHRISTIE
POOL MIKKI

5 days     Set By PLAINTIFF     JURY

---

**6093  D-1-GN-23-006990**  NELSON SYLVIA     **vs.  ALARCON TRIANNA**
TREVINO SANTIAGO     BASSHAM PROPERTIES, INC.
BASSHAM TRUST
SONTERRA LUXURY APARTMENTS, LLC

5 days     Set By PLAINTIFF     JURY

---

**6094  D-1-GN-24-002680**  RAMIREZ AGUSTIN     **vs.  BROWN KIRSTON JERMOND**
J.D. ABRAMS L.P.

3 days     JURY

---

**6095  D-1-FM-24-008511**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     **vs.  LOPEZ MARISSA ANNE**
UNKNOWN FATHER

3 days     Set By PETITIONER     JURY

---

**6097  D-1-FM-24-003876**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     **vs.  HIGGINS  AMANDA**

3 days     Set By PETITIONER     JURY

---

**6098  D-1-GN-23-002778**  COLEMAN DENNIS     **vs.  NYLE MAXWELL GMC, LLC**
NYLE MAXWELL OF AUSTIN, LLC

3 days     Set By PLAINTIFF     JURY

---

**6099  D-1-GN-23-008327**  2JH INVESTMENTS, INC.     **vs.  KIM HYUNWOO**
KIM JINHWAN
PARK HEESOON
YOON JEONGWON

5 days     Set By PLAINTIFF     JURY

---

**6100  D-1-FM-24-008586**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     **vs.  BENAVIDEZ ALISSA**
SOLIS JONATHAN JEREMY

3 days     Set By PETITIONER     JURY

---

**6101  D-1-GN-22-004528**  LOPEZ CRUZ     **vs.  NGONGFEUTANG JERRET**
LYNCH ANDREW

4 days     Set By DEFENDANT     JURY

---

**6102  D-1-GN-21-001045**  MANDUJANO JESSICA     **vs.  ESKEW MORGAN LYNN**

| | | | |
|---|---|---|---|
| 4 days | Set By AS NEXT FRIEND OF | | JURY |
| | Atty: GALVANY CARLTON ALICIA MARIA (2103080004) | | |

**6103  D-1-FM-24-003270**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **HOLDER TRAVIS L**
**SALAS YADIRA AZUCENA**

| 3 days | | | JURY |
|---|---|---|---|

**6104  D-1-GN-23-002171**  **GUARINO JAKE LOUIS**  vs.  **FREDERICK THOMAS T**
**ZENO DIGITAL SOLUTIONS, LLC**

| 10 days | Set By COUNTER-DEFENDANT | | JURY |
|---|---|---|---|

**6105  D-1-FM-25-000379**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **DEVAUGHN ANIKA NORA**
**SPEARS PATRICK**

| 3 days | Set By PETITIONER | | JURY |
|---|---|---|---|

**6106  D-1-GN-24-004507**  **STARKS BROWN HEAVEN SEYMMONE**  vs.  **MAKADOK RYAN GEORGE**

| 5 days | Set By PLAINTIFF | | JURY |
|---|---|---|---|

**6107  D-1-FM-23-008325**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **COLE SHANNON LEIGH**
**FATHER UNKNOWN**

| 3 days | Set By PETITIONER | | JURY |
|---|---|---|---|

**6108  D-1-GN-22-001904**  **ORTIZ MELISSA**  vs.  **AAA DRYWALL, LLC.**
**GUZMAN JESSE**
**LEWIS CHARLIE**
**RICO PEDRO**
**T&amp;K DRYWALL, LLC**

| 4 days | Set By AS NEXT FRIEND OF | | JURY |
|---|---|---|---|

**6109  D-1-FM-23-003457**  **ATTORNEY GENERAL**
**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **JEFFERSON BYRANAZIA RUTHISHA E.**
**PERRY TREYVON TYRELL**

| 3 days | Set By PETITIONER | | JURY |
|---|---|---|---|

**6110  D-1-FM-25-002647**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **GONZALES ANTOINETTE DENISE**
**WALLACE SAMUEL**

| 3 days | Set By PETITIONER | | JURY |
|---|---|---|---|

**6111  D-1-GN-24-007896**  **LAURYSSEN CARL**  vs.  **VERISLAW 2, PLLC**
**VERISLAW, PLLC**

| 3 days | | | JURY |
|---|---|---|---|

**6112  D-1-FM-20-003098**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. CISNEROS LETICIA**
**GUTIERREZ ALEXANDER LEE**
**TREJO CATALINA SHERICE**
**TREJO MAXIMINO**

3 days  Set By PETITIONER  JURY

---

**6113  D-1-FM-24-005488**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. OLVERA STEVE**
**TREJO CATALINA**

3 days  Set By PETITIONER  JURY

---

**6114  D-1-GN-22-004788**  **CROSS  RUTH**  **vs. GONZALEZ EDDIE**
**GONZALEZ MADISON**  **RPM DINING, LLC**
**MOLINA  SANDRA**

4 days  Set By PLAINTIFF  JURY

---

**6116  D-1-FM-24-005856**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. FRUZIA GLORIA**
**KRUCKENBERG JAKE W**
**MEEKS KENDRICK CHARLES**
**UNKNOWN FATHER**

3 days  Set By PETITIONER  JURY

---

**6117  D-1-FM-24-000177**  **ABDUL AMIR HAIDAR SABAH**  **vs. HAYDER MAYSAA**
1 days  JURY

---

**6118  D-1-FM-24-003269**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. COKER ALYX  SKYE**
**PFLEUGER ANDREW FRANK**

3 days  Set By PETITIONER  JURY

---

**6120  D-1-FM-24-006973**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. CLARK LADASCIOUS DATRONMELVIN**
**THOMAS EDRIANNA DA'SHAWN**

3 days  Set By PETITIONER  JURY

---

**6121  D-1-FM-24-003088**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. BONTON KENNESA AMIYA**
**BROOKS DARIUS**
**GARCIA HUNTER ELLIOT**

3 days  Set By PETITIONER  JURY

---

**6122  D-1-FM-25-000559**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. GALINDO SANDRA**
**GONZALES MALDONADO EDUARDO**

3 days  Set By PETITIONER  JURY

---

**6123  D-1-FM-25-000902**  **ANIS ABDUL A**  **vs. RIAZ SUMAN**

3 days                                                                                          JURY

---

**6125  D-1-FM-24-005574      TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES      vs.  GONZALEZ REBECCA**
**KAY EZEKIEL ABRAHAM**

3 days                                                                                          JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 03, 2025,  09:01 AM

**5009  D-1-GN-24-003839**

COOK CHILDREN'S HEALTH PLAN
SUPERIOR HEALTHPLAN, INC.
TEXAS CHILDREN'S HEALTH PLAN
WELLPOINT INSURANCE COMPANY

vs.  CECILE ERWIN YOUNG EXECUTIVE COMMISSIONER OF THE     PREF
TEXAS HEALTH AND HUMAN SERVICES COMMISSION
MOLINA HEALTHCARE OF TEXAS, INC.

10 days                              Set By PLAINTIFF                                                    JURY

---

**5015  D-1-GN-21-003338**

GERLACHER HANNAH
GERLACHER JESSICA

vs.  CHEER ATHLETICS BRANDS, LLC                    PREF ((MEACHUM))
CHEER ATHLETICS FRISCO LLC
CHEER ATHLETICS HOLDINGS LLC
CHEER ATHLETICS INC
CHEER ATHLETICS PLANO LLC
MCCARTNEY JASON
UNITED STATES ALL STAR FEDERATION

5 days                                                                                      JURY

Atty: DAO ANDREW ANH (713-655-1405)                    Atty: Huddleston Ed (817-878-6391)
Atty: TUEGEL MICHELLE SIMPSON (214-774-9121)

---

**6001  D-1-GN-22-002086**

PHAM BINH THAI

vs.  CURB PLANET, INC
JENKINS ANGELA
JENKINS JOHN MICHAEL
TEXAS A&amp;M CONCRETE -  AUSTIN LLC
THE CONLAN COMPANY

5 days                              Set By AS NEXT FRIEND OF                                JURY

---

**6002  D-1-GN-24-001587**

VALLIANI ALI SHAH

vs.  STATE FARM INSURANCE COMPANY

3 days                              Set By PLAINTIFF                                                    JURY

---

**6003  D-1-GN-23-002088**

CITY OF WEST LAKE HILLS

vs.  JAFF VENTURES LLC
JAFFE DOUGLAS
REAL PROPERTY AT 1405 WILD CAT HOLLOW, WEST LAKE
HILLS, TX

3 days                                                                                      JURY

---

**6004  D-1-GN-24-001495**

RIORDAN PATRICK

vs.  OCAMPO LOPEZ URIEL

3 days                              Set By PLAINTIFF                                                    JURY

---

**6005  D-1-GN-24-001749**

ULFSON BJOERN

vs.  DOORDASH INC
WHEAT DANIEL ZACHARY

4 days                              Set By PLAINTIFF                                                    JURY

**6006  D-1-GN-24-005294**  
MCCRACKEN MADELYN  
WHITMAN CORINA  
     vs.  GARCIA ALFREDO  MORENO  
           TUCKER MICHELLE  
           VASQUEZ-RODRIGUEZ ABEL FERNAND

5 days                                                        JURY

---

**6007  D-1-GN-24-003490**  
SANDERS SHARDAVIA  
     vs.  HAILE SEMRET TESFAY

3 days           Set By PLAINTIFF                                 JURY

---

**6008  D-1-GN-23-001425**  
HEILMAN JANET  
     vs.  SANOVA DERMATOLOGY MANAGEMENT, INC  
           SANOVA DERMATOLOGY, PLLC

6 days                                                           JURY

---

**6010  D-1-GN-23-007653**  
BUESO ALVARADO  JOSE  
CORTES CRUZ  LEANDRO  
     vs.  JEAN BARKWELL  BILLIE

3 days           Set By PLAINTIFF                                 JURY

---

**6011  D-1-GN-23-001198**  
ODOM  JESSE  
     vs.  ESCALANTE JAIME GOMEZ  
           GOMEZ LUIS ALBERTO  
           THREE BROTHERS TRUCKING OF TEXAS LLC

3 days           Set By PLAINTIFF                                 JURY

---

**6012  D-1-GN-22-006667**  
REA MOLINA JUAN RICARDO  
     vs.  JARRELL ROBERT DWAIN  
           LEE COUNTY PETROLEUM, INC.

5 days           Set By DEFENDANT                                 JURY

---

**6013  D-1-GN-23-004237**  
JONES NIKKI  
     vs.  CTM ENTERPRISES, INC  
           FIELDS TYRIQUE LASHAWN

4 days           Set By PLAINTIFF                                 JURY

---

**6014  D-1-GN-23-009002**  
KEEVER CYNTHIA  
     vs.  D GUERRA CONSTRUCTION LLC  
           OLVERA PERRISQUIA

7 days           Set By PLAINTIFF                                 JURY

---

**6016  D-1-GN-24-003110**  
BURKETT AUSTIN  
     vs.  JONES JORDAN  
           SOLARAY, LLC

4 days                                                           JURY

---

**6018  D-1-GN-24-000862**  
FORTE JACQULYN  
     vs.  LAURISTON KIMBERLY

3 days           Set By PLAINTIFF                                 JURY

---

**6019  D-1-GN-22-006829**  
TEXAS MUTUAL INSURANCE COMPANY  
     vs.  PERMABOND CONSTRUCTION, INC

| | | | | |
|---|---|---|---|---|
| | 5 days | | Set By PLAINTIFF | JURY |

| | | | | |
|---|---|---|---|---|
| **6022  D-1-GN-23-008841** | **OGBE MEZAN**<br>**YOHANNES MONICA**<br>**YOHANNES RAPHAEL** | | **vs.  BLOCK ALEC G.**<br>**BLOCK GREGORY L.** | |
| | 5 days | | Set By DEFENDANT | JURY |

| | | | | |
|---|---|---|---|---|
| **6023  D-1-GN-23-004220** | **SANTOS GABRIELA**<br>**WUTHRICH JUSTIN** | | **vs.  MANGOLD TRISHA** | |
| | 4 days | | Set By PLAINTIFF | JURY |

| | | | | |
|---|---|---|---|---|
| **6024  D-1-GN-23-009120** | **COMER LARRY** | | **vs.  OBASI DANIEL** | |
| | 4 days | | Set By PLAINTIFF | JURY |

| | | | | |
|---|---|---|---|---|
| **6025  D-1-GN-24-002624** | **YOUNG MARTHA** | | **vs.  VAN BANH EXECUTOR FOR THE ESTATE OF HANH THI**<br>**BANH** | |
| | 3 days | | Set By PLAINTIFF | JURY |

| | | | | |
|---|---|---|---|---|
| **6026  D-1-GN-24-007100** | **BASS TAMMY** | | **vs.  LIBERTY COUNTY MUTUAL INSURANCE COMPANY** | |
| | 3 days | | Set By PLAINTIFF | JURY |

| | | | | |
|---|---|---|---|---|
| **6027  D-1-GN-23-003158** | **ROCKPORT ENERGY SOLUTIONS, LLC**<br>**ROCKPORT OIL &amp; GAS I LLC** | | **vs.  AMERICAN BULK PIPE &amp; STEEL, LLC**<br>**ANCHOR C. SERVICES, LLC**<br>**CAMPION RUTH**<br>**CASTRO GONZALEZ JUAN JOSE**<br>**COSGROVE WADE**<br>**ENERGY SERVICE &amp; SUPPLY, LLC**<br>**JC INSPECTION SERVICES, LLC**<br>**KOLB DALE**<br>**MASSEY PATRICK**<br>**OFS INTERNATIONAL LLC**<br>**PM PIPE COMPANY, LLC**<br>**SPLENDORA PIPE SERVICES, LLC** | |
| | 10 days | | Set By PLAINTIFF | JURY |

| | | | | |
|---|---|---|---|---|
| **6028  D-1-GN-24-004615** | **RODRIGUEZ  SYLVIA** | | **vs.  CITY OF AUSTIN** | |
| | 4 days | | Set By PLAINTIFF | JURY |

| | | | | |
|---|---|---|---|---|
| **6029  D-1-GN-24-004589** | **KHALEK  DANIEL**<br>**ZAHREDDINE  NICOLE** | | **vs.  MAKHLOUF  TIDJET**<br>**MARTINEZ- RUIZ  ALDO**<br>**RASIER, LLC**<br>**UBER TECHNOLOGIES INC**<br>**ZEVO CORP.** | |

| 5 days | | Set By PLAINTIFF | | JURY |

---

| **6031** | **D-1-GN-24-002271** | **CAMPBELL EDWARD T.** | **vs.** | **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY** |
| | | **CAMPBELL KIMBERLY R.** | | |
| | 3 days | Set By PLAINTIFF | | JURY |

---

| **6032** | **D-1-GN-24-000218** | **PRODIGY HEALTH, LLC** | **vs.** | **AXIA MEDICAL SOLUTIONS, LLC** |
| | | | | **CAPITAL CITY DRUG, LLC** |
| | | | | **CONEY ANDREW** |
| | | | | **JAMES CHRISTOPHER LAMONT** |
| | | | | **MELENDEZ LUIS** |
| | | | | **MIAM CONSULTING, LLC** |
| | | | | **PATHWRIGHT ASSETS AND HOLDINGS, LLC** |
| | | | | **ROAM HOLDINGS, LLC** |
| | | | | **SANCHEZ-WALKER AMY** |
| | | | | **SB PHARMA, LLC** |
| | | | | **THE UDLAND GROUP, LLC** |
| | | | | **UDLAND BRETT** |
| | | | | **WALKER MITCHELL** |
| | 10 days | Set By PLAINTIFF | | JURY |

---

| **6033** | **D-1-GN-23-002562** | **PARKER JAMES CORBIN** | **vs.** | **BASNET PRASANNA** |
| | | | | **STATE FARM MUTUAL INSURANCE COMPANY** |
| | 3 days | Set By PLAINTIFF | | JURY |

---

| **6035** | **D-1-GN-24-008105** | **ZAZOVSKY ERIC** | **vs.** | **LEE JEREMY** |
| | 4 days | Set By PLAINTIFF | | JURY |

---

| **6036** | **D-1-GN-24-008483** | **HERNANDEZ KIMBERLY** | **vs.** | **GEICO COUNTY MUTUAL INSURANCE COMPANY** |
| | | **VASQUEZ ISSAC** | | |
| | 4 days | Set By PLAINTIFF | | JURY |

---

| **6037** | **D-1-GN-23-008578** | **AHMED RAHIMAH KHAN** | **vs.** | **KDKB, LLC** |
| | | **AHMED SYED ROHAIL** | | **RISE RESIDENTIAL CREEKVIEW MANAGEMENT, LLC** |
| | | | | **RISE RESIDENTIAL CREEKVIEW SLP, LLC** |
| | | | | **RISE RESIDENTIAL MANAGEMENT, LLC** |
| | | | | **RISE RESIDENTIAL OFFICES, LP** |
| | | | | **SHFC CREEKVIEW LAND, LLC** |
| | | | | **TEXAS CREEKVIEW AUSTIN, LP** |
| | 5 days | Set By PLAINTIFF | | JURY |

---

| **6038** | **D-1-GN-24-008197** | **FUCHS  DENNIS** | **vs.** | **ARCHER WESTERN CONSTRUCTION, LLC** |
| | | | | **GREAT HILLS CONSTRUCTORS** |
| | | | | **SUNDT CONSTRUCTION, INC.** |

4 days | JURY

---

**6039  D-1-GN-24-003036**  **MARKS MICHAEL**  vs.  **DISCOUNT TIRE COMPANY OF TEXAS, INC.**

5 days | Set By PLAINTIFF | JURY

---

**6040  D-1-GN-21-002157**  **TOOMEY SHAE**  vs.  **STRODE AUSTIN ISAAC**

3 days | Set By PLAINTIFF | JURY

Atty: NAGLE STEPHEN G (512-480-0505)

---

**6041  D-1-GN-22-007370**  **TYBOR  COURTNEY**  vs.  **SISNEROZ  MARIO**

5 days | JURY

---

**6042  D-1-GN-23-007917**  **RILEY MARISHA MARCHE**  vs.  **MCDOWELL ALANA  NICOLE**

4 days | Set By PLAINTIFF | JURY

---

**6043  D-1-GN-24-001595**  **MARSHALL APARTMENTS, LLC**  vs.  **2019 FOREAL GP, LLC**
**2019 FOREAL LP**
**2019 TAYLOR GP, LLC**
**2019 TAYLOR LP**
**CAMPOS  RENE**
**EUREKA HOLDINGS ACQUISITIONS GP, INC.**
**EUREKA HOLDINGS ACQUISITIONS, LP**
**EUREKA HOLDINGS, INC.**
**EUREKA MULTIFAMILY GROUP GP, INC.**
**EUREKA MULTIFAMILY GROUP LP**
**ROC INVESTMENT TRUST**

4 days | Set By PLAINTIFF | JURY

---

**6044  D-1-GN-23-003813**  **OCELOT GROWTH OPPORTUNITIES FUND, L.P**  vs.  **OCELOT CAPITAL MANAGEMENT, LLC**
**OCELOT GROWTH OPPORTUNITIES GP, LLC**
**TOWNSEND ANDREW**

5 days | Set By PLAINTIFF | JURY

---

**6045  D-1-GN-24-005823**  **KAIWI EMMA**  vs.  **AVIS BUDGET CAR RENTAL, LLC**
**LAW TYION**
**WRAY RICK**

3 days | Set By PLAINTIFF | JURY

---

**6046  D-1-GN-24-007395**  **SABO ANYA**  vs.  **STATE FARM AUTOMOBILE INSURANCE COMPANY**

5 days | Set By PLAINTIFF | JURY

| 6047 | D-1-GN-22-000849 | MIRANDA SAUL | | vs. | 1ST CALL TOWING, LLC |
|---|---|---|---|---|---|
| | | | | | COLLINS JIMMIE RALPH |
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6048 | D-1-GN-24-005607 | DOMINGUEZ OSCAR | | vs. | TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY |
|---|---|---|---|---|---|
| | | | | | ASSOCIATION |
| | 4 days | | Set By DEFENDANT | | JURY |

| 6049 | D-1-GN-23-007862 | ETHERIDGE JEFFREY  WALKER | | vs. | FREEDOM SOLAR, LLC |
|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6050 | D-1-GN-24-001492 | CHANG DAVID | | vs. | PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY |
|---|---|---|---|---|---|
| | 5 days | | Set By DEFENDANT | | JURY |

| 6051 | D-1-GN-24-008171 | BLEIER EDWARD | | vs. | HILSCHER JANICE |
|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6052 | D-1-GN-22-007015 | STATE FARM LLOYDS AS SUBROGEE OF PRATAP AND DEEPIKA REDDY | | vs. | BROOKS CONSTRUCTION GROUP, LLC |
|---|---|---|---|---|---|
| | | | | | REDDY DEEPIKA |
| | 10 days | | Set By CROSS PLAINTIFF | | JURY |

| 6054 | D-1-GN-23-001167 | PURIFOY ANASTHASIA | | vs. | GARCIA JOHN CHRISTOPHER |
|---|---|---|---|---|---|
| | | | | | GONZALES LIVESTOCK MARKET, INC. |
| | | | | | RAMOS BRANDON |
| | | | | | RAMOS JUSTIN |
| | | | | | ROCKIN R LIVESTOCK |
| | | | | | SHELTON JOSHUA DAVID |
| | 5 days | | Set By DEFENDANT | | JURY |

| 6055 | D-1-GN-24-002699 | LUNA ROLANDO | | vs. | UNBARLIEVABLE LLC |
|---|---|---|---|---|---|
| | 5 days | | Set By DEFENDANT | | JURY |

| 6056 | D-1-GN-24-004499 | DUNBAR JAYLA | | vs. | ROY JORGENSEN ASSOCIATES, INC. |
|---|---|---|---|---|---|
| | 5 days | | Set By DEFENDANT | | JURY |

| 6057 | D-1-GN-24-000446 | ACEVEDO RICARDO | | vs. | JP PORRAS TRUCKING, LLC |
|---|---|---|---|---|---|
| | | | | | LOPEZ ROSA ROBERTO CESAR |
| | 3 days | | Set By DEFENDANT | | JURY |

**6058  D-1-GN-22-005472**  TGA RACEWAY CROSSINGS IC, LLC                           vs.  TRAVIS CENTRAL APPRAISAL DISTRICT
2 days                                        Set By PLAINTIFF                                                              JURY

---

**6059  D-1-GN-23-001042**  ATX PRO BUILDERS LLC                                    vs.  CSP TEXAS JOINT VENTURE LLC
                                                                                         DAVIS  ANTHONY
                                                                                         TEXAS CAPITOL LLC
5 days                                        Set By INTERVENOR DEFENDANT                                                   JURY

---

**6060  D-1-GN-23-009050**  TIMMONS STEPHANIE                                       vs.  ALDULAIMI SAAD
4 days                                        Set By PLAINTIFF                                                              JURY

---

**6061  D-1-GN-24-006537**  CASTANEDA CASTRILLON FRANCELY MARIA                     vs.  LOPEZ RIVERA HILDA
3 days                                                                                                                      JURY

---

**6064  D-1-GN-24-009128**  MCINTOSH TARENCE                                        vs.  ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
                            TREVINO ANDREA
4 days                                        Set By PLAINTIFF                                                              JURY

---

**6065  D-1-GN-23-002449**  LENZO GARY                                              vs.  CARDIOTHORACIC AND VASCULAR SURGEONS, P.A.
                            LENZO GAYE                                                    JOHN DOE ENTITIES 1-10
                                                                                         JOHN DOE INDIVIDUALS NOS 1-10
                                                                                         KERENDI FARAZ
                                                                                         ST. DAVID S HEALTHCARE PARTNERSHIP, L.P., LLP
7 days                                        Set By PLAINTIFF                                                              JURY

---

**6066  D-1-GN-21-006649**  TOZEE CONSTRUCTION, INC                                  vs.  GOOD SEED CONSULTING GROUP, INC
                                                                                         PASER ENTERPRISES, INC
5 days                                        Set By DEFENDANT                                                             JURY

---

**6067  D-1-GN-17-006153**  HALTERMANN BEATRIX                                      vs.  310 EDWARDS DRIVE INC
                            HALTERMANN BERNHARD                                           HALTERMANN BEATRIX
                                                                                         HALTERMANN CHRISTIAN
                                                                                         HALTERMANN ELKE
                                                                                         HALTERMANN MERGER SUB INC
                                                                                         HALTERMANN REAL ESTATE LLP
                                                                                         HALTERMANN REINHARD
                                                                                         NEW WORLD BAKERY INC
                                                                                         REINHARD HALTERMANN, INDEPENDENT EXECUTOR OF
                                                                                         THE ESTATE OF ELKE HALTERMANN
5 days                                                                                                                      JURY

Atty: Mattka David Carroll (5123916116)

**6068  D-1-GN-24-007920**   **ZACARIAS LUCIA RAMIREZ**                                          **vs.  COOK THOMAS**
**COSTCO WHOLESALE CORPORATION**

5 days                                          Set By PLAINTIFF                                          JURY

---

**6069  D-1-GN-23-000236**   **VASQUEZ TAURINO**                                          **vs.  7-ELEVEN, INC**
**GHARTI GYAN BAHADAR**
**SINGH DALJIT**
**VIRSA INC**

3 days                                          Set By PLAINTIFF                                          JURY

---

**6071  D-1-GN-23-008406**   **VALDES MAYELA**                                          **vs.  MILLER EDWARD**

3 days                                          Set By PLAINTIFF                                          JURY

---

**6072  D-1-FM-24-003631**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**                    **vs.  RAMOS GARCIA JUAN J**
**ROCHA-LARA CECILIA DEL RAYO**

3 days                                          Set By PETITIONER                                          JURY

---

**6073  D-1-GN-24-003587**   **MEDRANO ORLANDO**                                          **vs.  THOMAS JERMAINE**
**YARBOROUGH JUSTIN  B.**

5 days                                          Set By PLAINTIFF                                          JURY

---

**6074  D-1-GN-24-010107**   **NARRA SUBRAHMANYAM**                                          **vs.  WALTERS EUGENE  FRANK**
**YALAMANCHILI VIJAYALAKSHMI**

3 days                                          Set By PLAINTIFF                                          JURY

---

**6075  D-1-GN-24-001679**   **ALEXANDER AARON**                                          **vs.  CAPITOL METROPOLITAN TRANSPORTATION  AUTHORITY**
**FOX MALCOLM**
**KEOLIS TRANSIT SERVICES, LLC**

3 days                                          Set By PLAINTIFF                                          JURY

---

**6076  D-1-GN-22-001120**   **DORSEY JANETTE**                                          **vs.  MV TRANSPORTATION, INC.**

4 days                                          Set By DEFENDANT                                          JURY

---

**6077  D-1-GN-24-009952**   **HURST ARRON**                                          **vs.  JARRETT JEAN MICHELLE**

3 days                                          Set By PLAINTIFF                                          JURY

---

**6078  D-1-GN-24-006575**   **VALLECILLO RAUL CASTANEDA**                                          **vs.  HERNANDEZ FREDY JAIMES**

3 days                                          JURY

**6079  D-1-GN-21-000386**  MOORE WILLIAM RICHARD  **vs.  CHAMPION INCOME PARTNERS LLC**
**INDEED INC**
**MEARF MENLO EQUITIES MANAGEMENT COMPANY INC**
**MEARF MENLO EQUITIES MANAGEMENT COMPANY LP**

7 days                    Set By PLAINTIFF                                                                JURY

Atty: Gutierrez Laura Esther (2102241054)          Atty: DESHAZO SCOTT F. (512-732-2727)
                                                   Atty: Silvera Darryl J (972-715-1750)

---

**6080  D-1-GN-24-005327**  LOWE JOHN PATRICK  **vs.  RHOADS JAY**

5 days                    Set By PLAINTIFF                                                                JURY

---

**6081  D-1-GN-24-004576**  GRAVES  DANIEL  **vs.  ALVITER  LUIS  CHRISTIAN**
**HUNTER INDUSTRIES, LTD.**

3 days                                                                                                     JURY

---

**6082  D-1-GN-24-002755**  PARDO JIMMIE  **vs.  CONTRERAS PAUL  DONOVAN**
**DISCOUNT FENCE ENTERPRISES USA LLC**

4 days                                                                                                     JURY

---

**6083  D-1-GN-22-003282**  GONZALES GABRIELLA  **vs.  FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**
**GONZALEZ KIELA**
**VELEZ VANESSA**

5 days                    Set By PLAINTIFF                                                                JURY

---

**6084  D-1-GN-24-000160**  SMITH CHANELLE  **vs.  A-1 CORING, INC**
**GIST SAMANTHA RAY**

5 days                    Set By PLAINTIFF                                                                JURY

---

**6087  D-1-GN-24-003430**  HOUSE RUSSELL  **vs.  BROADSTONE RCS TEXAS, LLC**
**FORD RESTAURANT GROUPS,INC.**
**K &amp; N MANAGEMENT, INC.**
**RUDY'S TEXAS BAR-B-Q, LLC**
**ST JOHN ISABELLE**

3 days                    Set By PLAINTIFF                                                                JURY

---

**6088  D-1-GN-23-008922**  HERNANDEZ ADOLFO  **vs.  RAMIREZ FRANCISCO**
**RAMIREZ REGINA KAYE**

3 days                    Set By PLAINTIFF                                                                JURY

---

**6089  D-1-GN-23-009225**  SULZER LORI  **vs.  MARTINEZ MOSES**

5 days                    Set By PLAINTIFF                                                                JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 03, 2025, 09:01 AM

**6090  D-1-GN-24-003428**   MILLER JACOB                                             vs.  PHILLIPS ANASTASL

4 days                                                                                                          JURY

---

**6091  D-1-FM-24-008427**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  ARMSTRONG SHANE PAUL
                                                                                              GORDON DANA ROXANNE

3 days                              Set By PETITIONER                                                           JURY

---

**6092  D-1-GN-24-003875**   PRATO  KRISTY                                            vs.  JACKSON  AHAROWN
                                                                                              RIVER CITY PRODUCE COMPANY, INC.

3 days                              Set By PLAINTIFF                                                            JURY

---

**6093  D-1-GN-20-000459**   ARMIJO GUSTAVO                                           vs.  CITY OF AUSTIN

5 days                                                                                                          JURY

                              Atty: SMITH DANIEL RUSSELL (512-982-1510)             Atty: BIRRING SAMEER SINGH (512-854-5985)

---

**6095  D-1-GN-23-006446**   CARTER DEBORAH                                           vs.  BAKER MELISSA
                                                                                              SUTHERLAND NORMA

3 days                              Set By PLAINTIFF                                                            JURY

---

**6096  D-1-FM-24-008315**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  FATHER UNKNOWN
                                                                                              WHITESIDE JESSICA MICHELLE

3 days                              Set By PETITIONER                                                           JURY

---

**6097  D-1-GN-24-008518**   EASLEY REGINAL                                           vs.  BUILDER SERVICES GROUP INC.
                                                                                              CUEVAS ENRIQUE

4 days                              Set By PLAINTIFF                                                            JURY

---

**6098  D-1-GN-23-002266**   AGUIRRE PHILLIP                                          vs.  FL TRANSPORTATION, INC.
                                                                                              FRITO-LAY NORTH AMERICA, INC
                                                                                              FRITO-LAY, INC
                                                                                              RODRIGUEZ  EDUARDO DOMINGO
                                                                                              ROLLING FRITO-LAY SALES, LP

5 days                              Set By PLAINTIFF                                                            JURY

---

**6099  D-1-GN-24-000963**   INMON JULIE                                              vs.  GARZA RUBEN JAMES

3 days                              Set By DEFENDANT                                                           JURY

---

**6100  D-1-GN-24-005375**   RITZINGER DIANE D.                                       vs.  ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

4 days                                                                                                          JURY

| 6103 D-1-GN-22-001590 | TOBIAS KIMBERLY | | vs. VARGAS CARLOS | |
|---|---|---|---|---|
| 2 days | | Set By DEFENDANT | | JURY |

| 6104 D-1-GN-24-009239 | CASTILLO BUENO EMILIO | | vs. GABRYSCH KATHRYN TAYLOR | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6105 D-1-GN-24-002009 | CARPER RUSHEL | | vs. LA BLUE REBEKKAH<br>ORTH CAROLINE | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6106 D-1-GN-24-007837 | MANSOUR SOFYAN | | vs. MITCHELL TYLER | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6107 D-1-FM-24-006127 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. SANCHEZ-ESPINAL DIANA ARELY<br>ZETE CHUQUIEJ ALVARO | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6108 D-1-FM-23-008325 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. COLE SHANNON LEIGH<br>FATHER UNKNOWN | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6109 D-1-GN-23-001266 | STEPHENS MONIQUE | | vs. CAPITAL METROPOLITAN TRANSPORTATION AUTHORITY<br>CONTRERAS RYAN JESSE<br>EACJRC, LLC<br>MV CONTRACT TRANSPORTATION , INC | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6111 D-1-FM-23-009259 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. SALINAS JUAN MANUEL<br>SANCHEZ-ESPINAL DIANA ARELY | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6112 D-1-FM-24-008769 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. ALQURAAN SUMMER DAWN ANNE<br>MIDDLETON DAMIEN LEE | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6113 D-1-GN-23-004902 | **CROSS EDWARD**<br>**SOSNER NAOMI** | | **vs.** | **DANTAG ENTERPRISES, LLC**<br>**GORMAC CORPORATION**<br>**HARPER AUSTIN**<br>**LUTFAK AMNON**<br>**WATSON WILLIAM R.**<br>**ZHANG RUI JANICE** | |
| 5 days | | Set By COUNTER-DEFENDANT | | | JURY |

| 6114 D-1-FM-25-000404 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **HECTOR DACIA MONAE**<br>**NASBY KYLE GORDON** | |
| 3 days | | Set By PETITIONER | | | JURY |

| 6115 D-1-FM-20-003098 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **CISNEROS LETICIA**<br>**GUTIERREZ ALEXANDER LEE**<br>**TREJO CATALINA SHERICE**<br>**TREJO MAXIMINO** | |
| 3 days | | Set By PETITIONER | | | JURY |

| 6116 D-1-FM-24-005488 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **OLVERA STEVE**<br>**TREJO CATALINA** | |
| 3 days | | Set By PETITIONER | | | JURY |

| 6117 D-1-FM-25-000864 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **FIGUEROA MIGUEL**<br>**MARTINEZ MUJICA NEREIDA** | |
| 3 days | | Set By PETITIONER | | | JURY |

| 6118 D-1-GN-24-007520 | **DAY  JESSICA** | | **vs.** | **H-E-B, LP** | |
| 5 days | | Set By DEFENDANT | | | JURY |

| 6119 D-1-GN-23-004027 | **VICTORIANO CATALINO GONZALEZ** | | **vs.** | **FLUOR  HEAVY CIVIL, LLC**<br>**MARTINEZ JOSE CHAVEZ**<br>**SERNA'S TRUCKING, LLC** | |
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6120 D-1-FM-24-003953 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **ESTRADA MICHAEL PAUL**<br>**RODRIGUEZ JENNY CHRISTIEVE** | |
| 3 days | | Set By PETITIONER | | | JURY |

| 6121 D-1-GN-19-002175 | **BRAINARD OWEN**<br>**BRAINARD SALLY** | | **vs.** | **CITY OF ROLLINGWOOD TEXAS** | |
| 5 days | | Set By PLAINTIFF | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 03, 2025,  09:01 AM

Atty: ARNETTE AMSTUTZ PAIGE (512-495-6300)        Atty: DEITCH MICHAEL ERIC (512-474-1554)
Atty: CLARK SARA WILDER (512-495-6300)             Atty: DICKIE MARTHA S. (512-474-9486)
Atty: Hargrove Robyn Bigelow (5124956300)          Atty: SCHEICK JACOB CHARLES (512-507-4097)

---

**6122  D-1-FM-24-006524**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  CASTRO JESSE**
**GARZA MIA**
**ROMERO SUSIE**
**TORRES JOSE**
**VASQUEZ MELINDA SUE**

3 days                                    Set By PETITIONER                                                      JURY

---

**6123  D-1-GN-23-006801**        **BRONAUGH TIMOTHY**                                    **vs.  TRAVIS COUNTY**

5 days                                    Set By PLAINTIFF                                                       JURY

---

**6124  D-1-GN-21-007055**        **DAGMAWI DESSALEGN**                                   **vs.  DBI SERVICES, LLC**
**VASQUEZ LUIS**

3 days                                    Set By PLAINTIFF                                                       JURY

---

**6125  D-1-FM-24-006973**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  CLARK LADASCIOUS DATRONMELVIN**
**THOMAS EDRIANNA DA'SHAWN**

3 days                                    Set By PETITIONER                                                      JURY

---

**6126  D-1-GN-23-004391**        **GARCIA-VIVERO AMALIA**                                **vs.  RICHIE ANA  ELIZABETH**
**LOPEZ-RODRIGUEZ JOSE**

3 days                                    Set By PLAINTIFF                                                       JURY

---

**6128  D-1-FM-24-005297**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  MARTINEZ OSCAR  DANILO**
**MELGAR GEIDY**

3 days                                    Set By PETITIONER                                                      JURY

---

**6129  D-1-GN-23-007144**        **PPF AMLI SIMOND AVENUE, LLC**                         **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days                                    Set By PLAINTIFF                                                       JURY

---

**6131  D-1-FM-24-004522**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  BARTON CHARLES**
**HARRIS RITA OPHELIA**

3 days                                    Set By PETITIONER                                                      JURY

---

**6132  D-1-FM-24-001780**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  HARWELL AMBER**
**NICHOLAS JOSHUA**

3 days                                    Set By PETITIONER                                                      JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 03, 2025,  09:01 AM

| 6133 | D-1-FM-24-006219 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | CASTRO JOSEPH<br>MINJAREZ BIANCA | |
|---|---|---|---|---|---|
| | 3 days | | Set By PETITIONER | | JURY |

| 6134 | D-1-GN-23-001193 | WHELESS ANTOINETTE | vs. | SECURITAS SECURITY SERVICES USA, INC<br>UPP JOSEPH | |
|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

| 6002 D-1-GN-23-004020 | LOPEZ MELISSA | | vs. H-E-B, LP |
| | | | KELLERMEYER BERGENSONS SERVICES, LLC |
| 4 days | | Set By DEFENDANT | JURY |

| 6003 D-1-GN-22-006372 | HART JAMES | | vs. MERCER CHRISTOPHER |
| 3 days | | Set By DEFENDANT | JURY |

| 6004 D-1-GN-24-002582 | FRAZIER TYRA MICHELLE | | vs. MARQUEZ CALISTA EMMA |
| 4 days | | Set By PLAINTIFF | JURY |

| 6006 D-1-GN-22-001105 | LOPEZ CHLOE | | vs. BASNET TILAK |
| 4 days | | Set By PLAINTIFF | JURY |

| 6008 D-1-GN-23-005705 | AUSTIN ACHIEVE PUBLIC SCHOOLS | | vs. BOOKREPORT, LLC |
| 5 days | | | JURY |

| 6012 D-1-GN-24-000267 | POSTAR MICHAEL | | vs. GARGOYLE MANAGEMENT INC |
| | | | POSTAR DAVID |
| 3 days | | | JURY |

| 6013 D-1-GN-24-005580 | MARTINEZ RAYMOND | | vs. MATTA MIRIUM ANN |
| | SALDANA MARIA ALTAMIRANO | | MATTA NADIA CATALINA |
| 4 days | | Set By PLAINTIFF | JURY |

| 6014 D-1-GN-20-006051 | GARCIA RAPALO YONY EDGARDO | | vs. AZL INVEST INC |
| | | | GARCIA KEVEN ISAAC |
| | | | JOHN DOES 1 THROUGH 20 |
| | | | LAHLOU YOUSSEF |
| | | | PRIORITY TITLE SETTLEMENT GROUP OF TEXAS, LLC |
| | | | YLG TRUCKING INC |
| 5 days | | Set By DEFENDANT | JURY |
| | Atty: JORDAN PAUL H. (512-930-9775) | | Atty: DICKSON DONALD WEBB (512-668-7826) |

| 6015 D-1-GN-24-002011 | CASTELLANOS LILIANA LARA | | vs. GARCIA GABRIEL |
| | | | GREAT HILLS CONSTRUCTORS |
| 3 days | | Set By PLAINTIFF | JURY |

| 6017 D-1-GN-24-002979 | SEGURA MARIA DELCARMEN | | vs. ALL MY SONS MOVING AND STORAGE OF AUSTIN-SOUTH, LLC |
| | | | MARTINEZ VAZQUEZ CHRISTHIAN ANTONIO |
| 3 days | | Set By PLAINTIFF | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 17, 2025,  09:01 AM

**6018  D-1-GN-22-006892**  **SCOTT LOLITA**  **vs. AULER MARK**
**AUSTIN RADIOLOGICAL ASSOCIATION**

8 days  Set By DEFENDANT  JURY

---

**6019  D-1-GN-23-004411**  **GUNES  HAYRETTIN  GIRAY**  **vs. Lara Brian**

3 days  Set By PLAINTIFF  JURY

---

**6020  D-1-GN-24-003810**  **BOGGESS ISAAC DEANGELO**  **vs. JAIMEZ DIEGO EDUARDO**
**JONES MARCUS ANTOHNY**

2 days  Set By PLAINTIFF  JURY

---

**6021  D-1-GN-24-005325**  **BARTOLOMEY TRACEY**  **vs. CONE MICHAEL**

5 days  Set By PLAINTIFF  JURY

---

**6022  D-1-GN-22-006741**  **GUY ROBERT PEREZ INDEPENDENT EXECUTOR OF THE ESTATE OF**  **vs. FOX LARRY E.**
**MELISSA ANN PEREZ**  **ZFLO TECHNOLOGIES LLC**

3 days  JURY

---

**6023  D-1-GN-19-005430**  **TAPIA AGUILAR JOSE**  **vs. JOE BLAND CONSTRUCTION LP**
**THOMAS JAMES CURTIS**

5 days  Set By PLAINTIFF  JURY

Atty: Goudarzi Joel Brent (903-843-2544)  Atty: Loveless David Kyle (713-659-5100)

---

**6024  D-1-GN-24-003972**  **HERNANDEZ MELVIN**  **vs. GARCIA RAUL ANTONIO**
**TEXAS BIN VENTURES, LLC**

5 days  JURY

---

**6025  D-1-GN-24-004918**  **VALENCIA REYES NILSER**  **vs. SCOTT CHANCE**
**UFP TRANSPORTATION, INC.**
**UFP, AN ASSUMED OR COMMON NAME**

5 days  Set By DEFENDANT  JURY

---

**6026  D-1-GN-24-005437**  **MUNOZ DAYEZA**  **vs. SHRECKENGAST ALLISON**

3 days  Set By PLAINTIFF  JURY

---

**6027  D-1-GN-23-009125**  **LOZA PASTOR**  **vs. INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC.**
**MARTINEZ ALBERTO ALEJANDRO**

4 days  Set By PLAINTIFF  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

| | | | |
|---|---|---|---|
| **6028 D-1-GN-24-006158** | **OZUNA CHARLES** | **vs. JACKSON JOSHUA LANE** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6029 D-1-GN-24-001386** | **HATCH SHEENA** | **vs. ROCHA FIGUEROA ESTEBAN** | |
| | | **THE SAFE ALLIANCE** | |
| | | **THE SAFE ALLIANCE AFFORDABLE HOUSING CORPORATION** | |
| | | **THE SAFE ALLIANCE FACILITIES HOLDINGS** | |
| | | **URESTI HEDEN HEIDI** | |
| | | **WHITTEN CHLOE ANNE** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6030 D-1-GN-21-005497** | **SUAREZ JOHN** | **vs. EMMERT ASHLEE** | |
| 4 days | | | JURY |
| | Atty: MELENDEZ ROBERT M (512-467-0600) | | |

| | | | |
|---|---|---|---|
| **6033 D-1-GN-23-007956** | **ROMER THOMAS** | **vs. UNRUH ALBERT** | |
| 3 days | | | JURY |

| | | | |
|---|---|---|---|
| **6034 D-1-GN-24-004476** | **MEDRANO XOCHILT** | **vs. CORTES OCHOA OMEDIS GLORIBEL** | |
| 3 days | | Set By AS NEXT FRIEND OF | JURY |

| | | | |
|---|---|---|---|
| **6035 D-1-GN-24-006496** | **CARDENAS RUDOLPH** | **vs. USAA GENERAL INDEMNITY COMPANY** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6036 D-1-GN-24-000682** | **GARZA LAURO ENRIQUE** | **vs. JESS ELECTRIC, INC** | |
| | **HERRERA ALFREDO** | **JESS PS&amp;E LLC** | |
| | **IRE ELECTRICAL, LLC** | **SOLIS JAVIER** | |
| | **LEE TAEKHUN** | | |
| | **TD7VII INC** | | |
| 4 days | | Set By COUNTER-DEFENDANT | JURY |

| | | | |
|---|---|---|---|
| **6037 D-1-GN-23-004724** | **GASPAR MARIANE** | **vs. VANDERBURG ANN E.** | |
| 4 days | | | JURY |

| | | | |
|---|---|---|---|
| **6039 D-1-GN-24-003561** | **ROBEDEE TWILA** | **vs. REQUENA DAVID M.** | |
| | | **TEXAS AUTOHAUL, LLC** | |
| 5 days | | Set By DEFENDANT | JURY |

| | | | |
|---|---|---|---|
| **6042 D-1-GN-22-007271** | **KOHLHOFF SYLVIA** | **vs. KREJIC BEN** | |
| 3 days | | Set By PLAINTIFF | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 17, 2025,  09:01 AM

**6043  D-1-GN-22-000363**       JAMES  ANITA                                                    vs.  ARROYO LIZBETH
                                 JAMES  TAMECIA

5 days                                    Set By PLAINTIFF                                                                      JURY

---

**6044  D-1-GN-24-009468**       CAVALLARO ELLORA                                                vs.  NDAGIRO EMMANUEL

4 days                                    Set By PLAINTIFF                                                                      JURY

---

**6045  D-1-GN-24-000533**       COCHRAN WILLIAM                                                 vs.  WOODS FUN CENTER, LLC

3 days                                    Set By DEFENDANT                                                                     JURY

---

**6046  D-1-GN-23-006808**       BAKER STEVEN                                                    vs.  BELL NICK
                                 BAKER WENDY                                                          CALCOTE BERNIE
                                                                                                      MARSH JESSE
                                                                                                      MELDE CONSTRUCTION COMPANY, LLC

10 days                                   Set By COUNTER-DEFENDANT                                                             JURY

---

**6047  D-1-GN-24-007671**       GORMAN ERIC                                                     vs.  LEE GAGE WILDER
                                                                                                      SA&amp;H WESTERN HOLDINGS LLC

4 days                                    Set By PLAINTIFF                                                                      JURY

---

**6048  D-1-GN-24-007346**       GRIFFIN KELLI                                                   vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

3 days                                    Set By PLAINTIFF                                                                      JURY

---

**6050  D-1-GN-24-003706**       HORVATH  LIUDMILA                                               vs.  GEICO COUNTY MUTUAL INSURANCE COMPANY
                                 HORVATH PAVEL                                                        SARAVIA OMAR

4 days                                    Set By PLAINTIFF                                                                      JURY

---

**6051  D-1-GN-23-005139**       BARTON OAKS OFFICE CENTER, LLC                                  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days                                    Set By PLAINTIFF                                                                      JURY

---

**6052  D-1-GN-24-006258**       HOOVER KIMBERLY                                                 vs.  BLISARD JEREMY DANIEL
                                 NICHOLS KOBY LEE                                                     QUICK GLASS SERVICE, LP

5 days                                                                                                                          JURY

---

**6053  D-1-GN-24-008815**       BULLOCK CAROL                                                   vs.  POOLIE LLC
                                                                                                      RIDER STEVEN

4 days                                    Set By PLAINTIFF                                                                      JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

**6054  D-1-GN-24-005304**  ESTRADA KATILEIDY JORGE  vs.  DAYRISE RESIDENTIAL, LLC
RODRIGUEZ CARIDAD ALVAREZ  GERMAN DAYRISE, LLC
INTERGERMAN GRACE WOODS LIMITED PARTNERSHIP
INTERGERMAN GRACE WOODS SPE I, LLC

5 days  Set By PLAINTIFF  JURY

---

**6055  D-1-GN-23-001121**  KELLY KENNETH  vs.  MEHRMAN GREGORY  SCOTT
THE SALVATION ARMY

4 days  Set By PLAINTIFF  JURY

---

**6056  D-1-GN-24-009547**  STROTHER EVELYN  vs.  SHIRZDI MASHM

3 days  Set By PLAINTIFF  JURY

---

**6058  D-1-GN-24-005151**  MARTINEZ GARCIA  ZEFERINO  vs.  CALIX TURCIOS  MIGUEL  ALEXANDER

3 days  Set By PLAINTIFF  JURY

---

**6059  D-1-GN-24-004633**  CRUZ MORALES  ULICES  vs.  JOHNSON DANIEL  EDWARD

3 days  Set By PLAINTIFF  JURY

---

**6060  D-1-GN-23-007235**  COSTCO TEXAS BEVERAGES, INC  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT
COSTCO TEXAS HEARING AID CORP
COSTCO WHOLESALE CORPORATION

4 days  Set By PLAINTIFF  JURY

---

**6062  D-1-GN-24-004871**  TEXAS DISPOSAL SYSTEMS, INC.  vs.  SLSCO, LTD.
SLS-WSP JV, LLC

5 days  Set By PLAINTIFF  JURY

---

**6063  D-1-GN-24-008017**  CRESPO YORDANI MENAS  vs.  BRASINGTON KEITH ALAN

3 days  Set By DEFENDANT  JURY

---

**6064  D-1-GN-24-001739**  HURLEY RACHEL  vs.  LINDLEY MCKENNA

5 days  Set By PLAINTIFF  JURY

---

**6065  D-1-GN-24-008891**  BERTRAND CRESLYN  vs.  SANTA-ANA JACK RYAN

3 days  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

**6066  D-1-GN-21-004687**    **MANCIAS JERRY**                              **vs.  HERNANDEZ LEONARDO**
                                                                                **OASIS SERVICES LLC**

3 days                                    Set By PLAINTIFF                                                    JURY

Atty: HERNANDEZ MIGUEL LUIS (210-656-1000)

---

**6067  D-1-GN-24-005503**    **PATTERSON WALES**                           **vs.  ALLSTATE INDEMNITY COMPANY**

3 days                                    Set By DEFENDANT                                                   JURY

---

**6068  D-1-GN-24-009429**    **BRUMMETT ANDREW**                           **vs.  STATE FARM MUTUAL AUTOMOBILE INSURANCE**
                                                                                **COMPANY**

5 days                                                                                                        JURY

---

**6069  D-1-GN-24-002706**    **SANCHEZ JUAN**                              **vs.  SMITH REBEKAH TELLO**

5 days                                    Set By PLAINTIFF                                                    JURY

---

**6070  D-1-GN-23-009252**    **HAGGARD BRENT**                             **vs.  INSURAPRISE, INC**
                                **HUGHES CASEY**                                **THE TODD AGENCY, INC**
                                **LEGEND INSURANCE AGENCY, LLC**                **TODD BRANDON**
                                **UNIVERSAL FIDELITY LIFE INSURANCE COMPANY**

4 days                                    Set By PLAINTIFF                                                    JURY

---

**6071  D-1-GN-24-005336**    **LIN QUN**                                   **vs.  LAURICH SUZANNE**

2 days                                    Set By PLAINTIFF                                                    JURY

---

**6072  D-1-GN-24-003983**    **PIGGOTT HEATHER**                           **vs.  HEMBREE PAUL**

4 days                                                                                                        JURY

---

**6073  D-1-GN-24-007553**    **BANKS FLOYD**                               **vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

5 days                                                                                                        JURY

---

**6074  D-1-GN-24-006060**    **PROVOST MADIYSN COLLETTE**                  **vs.  LANDIS JENNIFER**
                                                                                **LANDIS JEREMY**

5 days                                    Set By PLAINTIFF                                                    JURY

---

**6076  D-1-GN-23-000791**    **ACE AMERICAN INSURANCE COMPANY**            **vs.  BALFOUR BEATTY CONSTRUCTION, LLC**
                                **CONTINENTAL CASUALTY COMPANY**                **SHAMBAUGH &amp; SON, L.P. D/B/A NORTHSTAR FIRE**
                                **ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY**   **PROTECTION COMPANY OF TEXAS**
                                **INTERSTATE FIRE &amp; CASUALTY COMPANY**
                                **LEXINGTON INSURANCE COMPANY**
                                **STARR SURPLUS LINES INSURANCE COMPANY**

4 days                                    Set By PLAINTIFF                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 17, 2025,  09:01 AM

**6077  D-1-GN-24-001840**  **CARRANZA MAGDALENA**  **vs.  BARBA DOMITILA**

4 days                                    Set By AS NEXT FRIEND OF                                    JURY

---

**6078  D-1-GN-23-009249**  **GARCIA MARGARITA**  **vs.  AUGUSTINE BAILEY**
**MOJICA CHEYENNE**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6079  D-1-GN-24-003997**  **VARGAS YESSICA ROJAS**  **vs.  GARVEY COLIN P.**

3 days                                    Set By PLAINTIFF                                    JURY

---

**6080  D-1-GN-24-006355**  **MOSIER MAYA**  **vs.  GEICO TEXAS COUNTY MUTUAL INSURANCE COMPANY**

3 days                                                                      JURY

---

**6081  D-1-GN-24-003096**  **ACUNA ANTONIO**  **vs.  REDPOINT COUNTY MUTUAL INSURANCE COMPANY**

3 days                                                                      JURY

---

**6082  D-1-GN-23-001039**  **JANE DOE**  **vs.  ALLEN CHARLES**
**EMBASSY SUITES MANAGEMENT LLC**
**SBCO-BREI AUSTIN OPERATING COMPANY, LLC**

5 days                                                                      JURY

---

**6083  D-1-GN-23-004107**  **PHILLIPS LIGA**  **vs.  NEZWORSKI TERESA**
**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

3 days                                    Set By DEFENDANT                                    JURY

---

**6084  D-1-GN-24-001766**  **LANDRY DAKOTA**  **vs.  HENRY ROGER LEE**
**RAMOS SASHA**

3 days                                    Set By PLAINTIFF                                    SCHEDULING ORDER

---

**6085  D-1-GN-24-008854**  **STAPLETON ELLEN J.**  **vs.  COVERT CADILLAC WEST, INC.**
**STAPLETON STEPHEN  J.**                        **GENERAL MOTORS, LLC**

3 days                                    Set By PLAINTIFF                                    JURY

---

**6086  D-1-GN-24-008913**  **BLAKE ANN**  **vs.  TRI-COUNTY POOLS, INC.**
**GOLDSTEIN RYAN**

3 days                                                                      JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

**6087  D-1-GN-23-008700**     **CERRO  ANGELINA  NEYS**                                          **vs.  MULIK MICHAL   STANISLAW**
**FLORES ZAMBRANO JOSE  ORLANDO**

5 days                                      Set By DEFENDANT                                                                                JURY

---

**6088  D-1-FM-24-008770**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     **vs.  BERNAL-HERNANDEZ BRAYAN ALAN**
**MENDOZA-RAMIREZ JACQUELINE**

3 days                                      Set By PETITIONER                                                                              JURY

---

**6089  D-1-GN-24-000438**     **WRIGHT VONCILLE**                                               **vs.  PAPPAS RESTAURANTS, INC**

5 days                                      Set By PLAINTIFF                                                                               JURY

---

**6090  D-1-GN-24-005496**     **KENNEDY-CROSBY EMMA**                                           **vs.  RISMILLER LYDIA REBECCA**

4 days                                      Set By DEFENDANT                                                                               JURY

---

**6091  D-1-GN-24-008313**     **ALVAREZ OMAR**                                                  **vs.  ROBINSON SHANNON**
**TEXAS DISPOSAL SYSTEMS, INC.**

5 days                                      Set By DEFENDANT                                                                               JURY

---

**6092  D-1-GN-24-000784**     **CUEVAS MAYRA**                                                  **vs.  DOMAIN NORTHSIDE RETAIL PROPERTY OWNER GP, LLC**
**DOMAIN NORTHSIDE RETAIL PROPERTY OWNER, LP**
**PRIEBE SECURITY SERVICES, INC.**
**SOJI SERVICES, INC.**

3 days                                      Set By PLAINTIFF                                                                               JURY

---

**6093  D-1-GN-25-000331**     **EDWARDS EDDIE**                                                 **vs.  BANANA DISTRIBUTING COMPANY, LTD**
**BANANA GP, LLC**
**LOPEZ CONTRERAS GERARDO**

3 days                                      Set By PLAINTIFF                                                                               JURY

---

**6094  D-1-GN-24-002723**     **BUTCHER CHEYNIE**                                               **vs.  GATTON DAKOTA  STARR**
**ROBITAILLE CHRISTOPHER**

4 days                                                                                                                                    JURY

---

**6095  D-1-GN-23-003864**     **305 SOUTH CONGRESS LP**                                         **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

5 days                                      Set By PLAINTIFF                                                                               JURY

---

**6096  D-1-GN-24-002465**     **HOLSCHUH ELLIE**                                                **vs.  BILLELA MARIYA**
**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

5 days                                      Set By DEFENDANT                                                                               JURY

**6097  D-1-GN-23-005042**     **E &amp; E PLUMBING, LLC**                                         **vs.  DAVEY CONSTRUCTION LLC**
                                                                                                            **NB PLUMBING LLC**

5 days                                                          Set By PLAINTIFF                                                                     JURY

---

**6099  D-1-GN-23-007305**     **PORTER JOAN**                                                   **vs.  BAYOU DEVIEW DUCK BLINDS AND LODGING, LLC**
                               **PORTER TYRONE**                                                        **BOCANEGRA RICARDO**
                                                                                                       **J.D. ABRAMS, L.P.**
                                                                                                       **MOORE JAMES**

3 days                                                          Set By PLAINTIFF                                                                     JURY

---

**6101  D-1-GN-24-007177**     **PERRY  STEPHANIE**                                              **vs.  KOONCE KENNETH**

5 days                                                                                                                                              JURY

---

**6102  D-1-FM-24-008700**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**            **vs.  FATHER UNKNOWN**
                                                                                                       **GREEN YUNNIQUE ROSEANNE**

3 days                                                          Set By PETITIONER                                                                   JURY

---

**6103  D-1-GN-24-004284**     **WIZBOWSKI JENNIFER**                                            **vs.  RAMOS ADALBERTO**

7 days                                                          Set By PLAINTIFF                                                                     JURY

---

**6104  D-1-GN-23-008789**     **RAMIREZ MARY**                                                  **vs.  AUSTIN ATTIC FANS, LLC**
                                                                                                       **DICKERSON RUSSELL**

4 days                                                          Set By DEFENDANT                                                                     JURY

---

**6105  D-1-GN-21-004577**     **CASTILLO CYNTHIA A**                                            **vs.  RECON SERVICES INC**
                                                                                                       **ROBINSON KENNETH**

4 days                                                          Set By PLAINTIFF                                                                     JURY

Atty: Bentley Dennis James (210-656-1000)

---

**6106  D-1-FM-24-009073**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**            **vs.  FOSTER JAMES ANTHONY**
                                                                                                       **GOMEZ BRETANNI**

3 days                                                          Set By PETITIONER                                                                   JURY

---

**6107  D-1-GN-24-002832**     **GIORDANO  JAMES**                                               **vs.  MILLER  MELISSA**

4 days                                                          Set By PLAINTIFF                                                                     JURY

---

**6108  D-1-GN-24-005982**     **ALLEN DARLENE**                                                 **vs.  AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY**
                               **ALLEN MAURICE**                                                        **HERRON  LINDA**
                                                                                                       **PIATT MARY**

5 days                                                          Set By PLAINTIFF                                                                     JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 17, 2025,  09:01 AM

**6109  D-1-GN-20-005472**          **FOCUS CASE SUPPORT SERVICES LLC**                                          **vs.  LENZE JENNIFER**
                                                                                                                        **LENZE LAWYERS PLC**

5 days                                                    Set By PLAINTIFF                                                                                                JURY

                                                                                                              Atty: Skarnulis Steven Bradley (512-477-5000)

**6110  D-1-FM-24-009009**          **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  ARREGUIN JACOB  EMERY**
                                                                                                                        **KUJAWA MICHELLE  CHRISTINE**

3 days                                                    Set By PETITIONER                                                                                            JURY

**6111  D-1-GN-23-001102**          **NIBLETT  CRAIG**                                                            **vs.  REV RECREATION GROUP**
                                                                                                                        **REV Recreation Group, Inc.**

3 days                                                    Set By DEFENDANT                                                                                            JURY

**6112  D-1-FM-24-003876**          **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  HIGGINS  AMANDA**

3 days                                                    Set By PETITIONER                                                                                            JURY

**6113  D-1-GN-23-000933**          **HERNANDEZ ROGELIO**                                                      **vs.  COWBOY MOTORSPORTS BEAUMONT LP**
                                                                                                                        **TORRES ESTHER**

5 days                                                    Set By PLAINTIFF                                                                                                JURY

**6114  D-1-GN-23-001658**          **HALL LEAH**                                                                  **vs.  LANDESIGN SERVICE, INC**
                                     **SHUMAKER JAYVION**                                                              **MANNING TOBY**
                                     **SHUMAKER SHAWN**

3 days                                                                                                                                                                        JURY

**6115  D-1-FM-25-000443**          **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  GONZALEZ MARYA ALEXANDRA**
                                                                                                                        **JUAREZ PEREZ ADIEL  ALEJANDRO**
                                                                                                                        **SALDANA RODRIGUEZ RUDOLFO**

3 days                                                    Set By PETITIONER                                                                                            JURY

**6116  D-1-GN-23-001751**          **MILLER JILL**                                                               **vs.  AUSTIN CONVENTION ENTERPRISES, INC.**
                                     **PRATHER BRENDA**                                                                **HILTON MANAGEMENT, LLC,**

5 days                                                    Set By PLAINTIFF                                                                                                JURY

**6117  D-1-FM-25-000611**          **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  GRANT KEYON  GEMAR**
                                                                                                                        **SHEDD DYNETTA**

3 days                                                    Set By PETITIONER                                                                                            JURY

| 6118 D-1-GN-23-003893 | JARAMILLO JOANNA<br>JARAMILLO RIGOBERTO | | vs. | ESPINOZA SELINA<br>GONZALEZ JAIMES PEDRO<br>GONZALEZ OSIEL | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6119 D-1-FM-24-008769 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | ALQURAAN SUMMER DAWN ANNE<br>MIDDLETON DAMIEN LEE | |
|---|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | | JURY |

| 6120 D-1-GN-24-009421 | WALKER ANDREW | | vs. | FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY<br>HERRERA JOSE ROBERTO | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6121 D-1-GN-24-003650 | SIAN KIM | | vs. | LAROSE JEFFERSON XAVIER<br>TIFF'S TREATS GP, LLC | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6122 D-1-GN-24-008752 | BEAN IAN | | vs. | JOHNSON HAYDEN P<br>JOHNSON LISA A.<br>JOHNSON SCOTT | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6123 D-1-FM-24-007040 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | MARTINEZ CARILLO RAUL<br>RAMIREZ VALERIE | |
|---|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | | JURY |

| 6124 D-1-GN-24-005793 | JOHNSTON ALTON | | vs. | ARENOSA INVESTMENTS LTD<br>HOLZHEAUSER STEVEN<br>TURNER ULICEA CURTISA | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6125 D-1-GN-23-005156 | HERNANDEZ ERIK | | vs. | SOLOMON CAMERON | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6126 D-1-GN-24-001881 | ABREGO JOSE | | vs. | CARPENTER TYLER SKOT<br>STREET ANDREA B. | |
|---|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | | JURY |

| 6127 D-1-FM-23-003259 | SERRATO MARTIN | | vs. | OLVERA ESMERALDA | |
|---|---|---|---|---|---|
| 3 days | | Set By INTERVENER | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

**6128  D-1-FM-24-003953**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs.  **ESTRADA MICHAEL PAUL**
**RODRIGUEZ JENNY CHRISTIEVE**

3 days                                      Set By PETITIONER                                                                           JURY

---

**6129  D-1-GN-24-001805**     **MARTINEZ PABLO PORTILLO**     vs.  **BROWN DISTRIBUTING COMPANY, LTD.**
**MERINO WILSON ALEXANDER FERRERA**          **YOUNG JOEL ROSS**
**PORTILLO CASTILLO KENIA LICETH**

3 days                                      Set By PLAINTIFF                                                                            JURY

---

**6130  D-1-GN-24-003335**     **CORNEJO  ARISSA**     vs.  **CHRISTIAN EDIL TRUCKING, INC.**
**SILESHI TOMAS**

5 days                                      Set By PLAINTIFF                                                                            JURY

---

**6131  D-1-FM-25-000964**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs.  **HERNANDEZ MICHELLE**
**MENDIETA-CHARRE MIGUEL ANGEL**

3 days                                      Set By PETITIONER                                                                           JURY

---

**6132  D-1-GN-23-004429**     **DURAN MIGUEL**     vs.  **KLLM TRANSPORT SERVICES LLC**
**OLIVO EVELYN**          **WILSON LONZO DESHUN**
**VALDES ANGEL**
**VALDES CARLOS**

5 days                                      Set By PLAINTIFF                                                                            JURY

---

**6133  D-1-GN-23-000174**     **PULIDO IGNACIO G.**     vs.  **GREATER AUSTIN BUILDERS, LLC**

4 days                                      Set By PLAINTIFF                                                                            JURY

---

**6134  D-1-GN-24-005395**     **MORENO ROBERT**     vs.  **DCOMM INC.**
**MCGRATH ALEXANDER**

5 days                                      Set By PLAINTIFF                                                                            JURY

---

**6135  D-1-GN-19-007016**     **BURNS KATHRYN**     vs.  **CITY OF AUSTIN**

3 days                                      Set By PLAINTIFF                                                                            JURY

Atty: SCHAEFER SARA ROSE (512-974-1536)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

**5002 D-1-GN-21-003338**

| | | |
|---|---|---|
| GERLACHER HANNAH | vs. | CHEER ATHLETICS BRANDS, LLC |
| GERLACHER JESSICA | | CHEER ATHLETICS FRISCO LLC |
| | | CHEER ATHLETICS HOLDINGS LLC |
| | | CHEER ATHLETICS INC |
| | | CHEER ATHLETICS PLANO LLC |
| | | MCCARTNEY JASON |
| | | UNITED STATES ALL STAR FEDERATION |

PREF ((MEACHUM))

5 days

JURY

Atty: DAO ANDREW ANH (713-655-1405)
Atty: TUEGEL MICHELLE SIMPSON (214-774-9121)

Atty: Huddleston Ed (817-878-6391)

---

**5142 D-1-GN-21-003788**

PREF ((SOIFER))

| | | |
|---|---|---|
| AHRENS CAROLYN | vs. | 31-W INSULATION, CO., INC |
| AHRENS JON | | A &amp; B POOLS LLC |
| APPLEWHITE CHRISTIE | | A + POOL LEAK DETECTIVES, LLC |
| APPLEWHITE RICHARD | | Allegiant Contractors, LLC |
| AQUATIC IDEAS, LLC | | AQUATIC IDEAS, LLC |
| ARCH CONSULTING ENGINEERS, PLLC | | AQUATIC REFLECTIONS, INC. |
| ASHER JOHN HART | | ARROYO' S POOLS CONSTRUCTION |
| ASHLEY JAMES | | ASHBY CAPITAL INVESTMENTS, LLC 401K PLAN |
| ASHLEY JENNIFER | | ASHBY JILL K. |
| BAILLARGEON KRISTEN | | ASHBY NORMAN E. |
| BAILLARGEON ROBERT | | ATLANTIS POOLS PLASTERING INC |
| BAILLARGEON ROBERT R | | AUSTIN READY MIX, LLC |
| BAKER TERRANCE | | Austin Ready-Mix LLC |
| BALTZ JOSHUA | | AUSTINTATIOUS POOLS, INC |
| BATSON PAUL | | BAILEY BRENT |
| BEAULIEU BRYAN | | BAIRD BRADY |
| BEAULIEU NICOLE | | BASTROP SAND SUPPLY, LLC |
| BLAIR JASON | | BOULDER POOLS, LLC |
| BLAIR CHERYL | | BRAD FARRIS, P.E. |
| BOWDOIN DUSTIN | | BRIGHTEN POOLS, LLC |
| BRADLEY AND NICOLE HOLDEN TRUST | | BRISCO JAMES |
| BRESHEARS JEREMY | | CATTLES CONSTRUCTION,INC. |
| BRESHEARS RIANNE | | CCP&amp;S, LTD |
| BRODY YULIYA | | CEMPLEX GROUP TEXAS, LLC |
| BROWN DRU | | CHANAS AGGREGATES, LLC |
| BUCHANAN NATALIE | | COLLIER MATERIALS, INC. |
| BUCHANAN RYAN | | CONSTRUCTION MANAGERS OF AUSTIN LLC |
| BYCHOWSKI MARK | | CRYSTAL CLEAR CONSTRUCTION, LTD |
| Cahak Brian | | dba Premier POOL &amp; SPAS AND PREMIER |
| Cahak Rebecca | | POOLS&amp; SPAS |
| CARAS MAHSHID | | DIMENSION CUSTOM POOLS, LLC |
| Carroll Daniel P. | | DIRECT ROOFING, INC |
| Carroll Morgan | | EASY MIX CONCRETE SERVICES, LLC |
| CARROLL MORGAN P. | | ELITE POOLS OF AUSTIN GP, INC |
| CARTER REGINA | | ELITE POOLS OF AUSTIN, LTD |
| CARTER RICHARD | | ELY EDWARD ELLIOT |
| CHATFIELD JONATHAN | | ELY EDWARD MITCHELL |
| CHATFIELD SARA | | ELY MATTHEW BRANDES |

CHING ERICK  
CHING RACHEL  
CHIUMENTI JUSTIN  
CHO YUKYUNG  
CLARK JESSICA  
CLASSIC NEIGHBORHOOD DEVELOPMENT LLC  
COCHRAN ANGELA  
COCHRAN JAMIE  
COFFEY MICHELLE  
COPELAND RYAN  
CRAN JONATHAN  
DARGIS AMBER  
DARGIS MATTHEW  
DAVIS BRIAN  
DAVIS LORI  
DEATON BRIAN  
DEJOHN TAMARA  
DIGEATANO MICHAEL  
DIMEO JAMES M  
DIMEO TINA M  
Donald LaBove  
DUFFIE CONNOR  
DUFFIE KAYTI  
FARRIS BRAD  
FIELDS ASHLEY  
FIELDS SHARON  
FISCHER JUSTIN  
FLINT KIERSTEN  
FLORES YVETTE  
FONTENOT ASHLEY  
FONTENOT CHRISTOPHER  
FORD JOHN  
FORD VICKI  
FRIED GABRIELLE  
FRIED MICHAEL  
Fu Yulai  
FUN N SUN POOLS OF AUSTIN, INC  
GAITHER JARROD  
GARRETT ROBERT  
GREEN ADAM  
GREEN LAUREN  
GREGG JODI  
GREGG PRESTON  
GRIEGO JEANNIE  
GRIEGO JON  
HAMPSTEIN PHILLIP  
HAMPSTEN KRISTIN  
Hanks Kristin  
Hanks, Jr. Elbert Wayne  
HARPER JACK  
HARPER PAMELA  
HATLEY DEREK  

ELY PROPERTIES, INC.  
EPPRIGHT HOMES, LLC  
Fried Gabrielle  
Fried Michael  
FUN N SUN POOLS OF AUSTIN INC  
GRYCO INC.  
H&amp;H TILE AND PLASTER OF AUSTIN LTD LP  
HAMPLE POOLS &amp; SERVICE LLC  
HARVEY JAMES  
HAYLEX GP, LLC.  
HAYLEX PARTNERS, LTD.  
HEATH WILLIAM C.  
HERZOG RANDY  
JD HUNT CUSTOM HOMES INCORPORATED  
JIMMY EVANS COMPANY, LTD  
JOSH WILLIS CUSTOM HOMES, INC.  
KAUFMANN BRAD  
KB CUSTOM POOLS, LLC.  
LEGACY DCS LLC  
LEHIGH CEMENT COMPANY, LP  
LYON DYNAMIC ENTERPRISES, INCORPORATED  
MARTINEZ SIMON  
MATT SITRA CUSTOM HOMES, INC.  
MCFADYEN JOHN CODY  
MCGUIRE  JUSTIN  
MILLENNIUM POOLS, INC  
MILLENNIUM POOLS, INC.  
NALLE CUSTOM HOMES, INC  
NORMAN E. ASHBY, TRUSTEE  
OMEGA DRY WALL COMPANY, INC  
Omega Dry Wall Company, Inc.  
OMEGA FRAMING LLC  
Omega Framing, L.L.C.  
PACK POOLS, INC.  
PCA BOOT RANCH, LLC  
POND SPRINGS CUSTOM POOLS, LLC  
PRECISION WATERSHAPES, INC  
PRECISION WATERSHAPES, INC.  
PREMIER ATX INDUSTRIES, LLC  
PROVENANCE CONSTRUCTORS LLC  
PROVENANCE DEVELOPMENT LLC  
QUALITY CUSTOM POOLS INC  
REDLINE CONCRETE, LLC  
RIVERA ENGINEERING LLC  
RODRIGUEZ BIG R POOL &amp; CONSTRUCTION, LLC  
RODRIGUEZ CARLOS  
RODRIGUEZ IGNACIO  
ROUND ROCK POOL PROS LLC  
SASSENBERG  BRANDON  
SAYRE MICHAEL B.  
SENDERO DEVELOPMENT, INC.  
SIERRA BUILDERS, INC.

HATLEY HEATHER
HAYES AMBER
HAYES JOSEPH
HEINROTH CHE
HEINROTH ERIC
HELTA DYLAN
HELTON KYRA
HESTER TINA
HULLUM BRADLEY
HULLUM CANADA
HUSER MATTHEW
JOHN GEORGE
JOYCE JACQUE
JOYCE JAMES
KEENEY SAMANTHA
KEENEY SHANNON
KEY  CHRISTOPHER
KEY CORYNN
KOWALIK KRIS
KOWALIK KRISTI
LANDERS PATRICIA
LANDERS WADE
LARSON GLENN
LARSON MICHELLE
LAWLOR RICHARD
LEHRMANN DEBRA
LEHRMANN GREG
LEUNG FRANK
LITTLE MEGAN
LITTLE NATHAN
LYON DOUGLAS HAROLD
MADDEN JOHN
MADDEN MELISSA
MANNING DAVID
MANNING JANET
MARCHMAN TAYLOR
MCFERRIN CLINTON
MCGREGOR KARA
MEAD BRIAN
MEINEN COURTNEY
MEINEN JASON
MERITAGE HOMES OF TEXAS, LLC
Michael Floyd
MOORE JONATHAN
MYERS AMANDA
NALLE CUSTOM HOMES, INC.
NAM DEBBIE
OLIVER DANIELA
OLIVER GUILLERMO
OLSON  BLAKE
PEPPER ANDREW
PEPPER INGRID

SM POOL CONSTRUCTION, LLC
SM Pools
SMART POOLS SERVICES, LLC
SOLARA CUSTOM POOLS, LLC
SOUTHPAW POOLS, INC.
STAG POOLS, LLC
SUNRISE CONCRETE SERVICES, LLC
TEXAN PROPERTIES, LLC
TEXAS LEHIGH CEMENT COMPANY L.P.
TEXAS LUXURY OUTDOORS, LLC
TEXAS MATERIALS GROUP, INC.
THE FLATS ON SOUTH CONGRESS LLC
THE JMHH COMPANY LLC
TIME FRAMING &amp; CONSULTING, LLC
TRANSOU HOLDINGS, INC.
TRAVIS MATERIALS GROUP, LTD.
TRI COUNTY POOLS SERVICE, LP.
TRI COUNTY POOLS, INC.
UNLIMITED SPRINKLER FIRE PROTECTION, INC
URBAN CONSTRUCTORS, INC.
VOLUTE PARTNERS, LLC
WALDEN KIRK
WATERVIEW CUSTOM POOLS, LLC
WATERVIEW POOLS
WATERVIEW POOLS, INC

PETERSON CRAIG
PETERSON CRAIG  JON
PETERSON JILL VICARS
PISCITELLI DAWN
QUINTANA JULIO
RAMEY NEELEY
RIBBLE  JOE
ROBERTS HARLAN
RUSSO CHARLIE
SAVITT  ELAN
SAVITT  ROISIN
SCHERER GEOFFREY
SCHULTZ ERIC
SCHWARZBACH ANNA
SCHWARZBACH DAVID
SEAFLOWER, LLC
SEARLE BARRY
SHUMAKER AARON
SIGMON JAMES
SIGMON TRACI
Singh Teja
SMITH  MARK
SMITH GERRY
SMITH MICHELLE
SORRENTINO JAMIE
SORRENTINO MATTHEW
STAIGERWALD JOHN
STAIGERWALD LISA
STEIN JENNIFER
STEIN RUSSELL
STEWART CLAIRE
STEWART POETRELL
SWANGER DERRY
SWART BRYAN
SWART JEAN
TAVARES DEBBIE
TAVARES VINNY
THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY
AS SUBROGEE OF STAG POOLS, LLC
THE PUBLIC CONDOMINIUM COMMUNITY INC
THE TRUSTEE FOR THE PUBLIC CONDOMINIUM PROPERTY
IRREVOCABLE
Thomson Will
TRIBUNE CASSANDRA
TRIBUNE DAVID
VAN ARSDALE CORBIN
VANDER GHEYNST JOHN
VANDER GHEYNST LESLIE
VANDERVEEN ARTHUR
VASQUEZ LUDY
WALTERS MICHELLE
WALTERS NEIL B

**WEEKLEY HOMES LLC**
**WEITKEMPER KELLEY**
**WEITKEMPER PAUL**
**WHEELER BRAD**
**WHITE REX**
**WHITE TERRI**
**WILCHER GARY**
**WILLAMS HANNAH**
**WILLENS SHAINA**
**WILLENS ZACHARY**
**WILLIAMS DAMON**
**WITTLIFF REID**
**WITTLIFF SUSAN**
**WOOD BRIAN**

1 days                                                                                                                    REVIEW/STATUS

Atty: Perczak Margene K. (3037790077)                    Atty: WILKINSON MEREDYTHE HEATON (512-503-4878)

---

**6001  D-1-GN-23-009010**   **TEXAS MUTUAL INSURANCE COMPANY**        vs. **DYNAMIC ENERGY TRANSPORT, LLC**
                                                                            **DYNAMIC FREIGHT CARRIERS, INC**
                                                                            **DYNAMIC FREIGHT LINES, INC**

5 days                          Set By PLAINTIFF                                                         JURY

---

**6004  D-1-GN-21-006972**   **CLARK KENNISHA**                        vs. **BENN ADRIEAN**
                             **WILLIAMS TATYANNA**                         **CAPITOL ENDEAVORS, LTD.**
                                                                            **GT SECURITY SOLUTIONS LLC**
                                                                            **SWING LOUNGE LLC**
                                                                            **TITAN PROTECTIVE SERVICES LLC**

5 days                          Set By AS NEXT FRIEND OF                                                 JURY

---

**6005  D-1-GN-24-003130**   **VANMETER TONYA**                        vs. **RAMIREZ ANGELA**
5 days                          Set By DEFENDANT                                                         JURY

---

**6007  D-1-GN-23-001712**   **PEREZ MARY**                            vs. **LUTCHMEE KISTEN**
4 days                          Set By PLAINTIFF                                                         JURY

---

**6009  D-1-GN-22-005709**   **VARELA RONALD**                         vs. **MESH APARTMENTS**
                                                                            **RPM LIVING LLC**

3 days                          Set By PLAINTIFF                                                         JURY

---

**6010  D-1-GN-23-001996**   **LOREI MAUREEN**                         vs. **BRAZOS CONCESSIONS CO.**
                                                                            **CITY OF AUSTIN**
                                                                            **DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY**
                                                                            **SERVICES, INC.**
                                                                            **MCLIFF PARTNERS, LTD.**
                                                                            **MCLIFF TEXAS GP, LLC**
                                                                            **THE CITY OF AUSTIN**

| | | | | |
|---|---|---|---|---|
| | 5 days | | Set By PLAINTIFF | JURY |
| **6012  D-1-GN-24-002421** | **MOKE MARK** | | vs. | **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** |
| | 4 days | | Set By PLAINTIFF | JURY |
| **6013  D-1-GN-23-001478** | **TREST KENNETH** | | vs. | **ALTERMAN, INC** |
| | 5 days | | Set By DEFENDANT | JURY |
| **6014  D-1-GN-23-001765** | **ROBLES II  LOUIS** | | vs. | **H-E-B, LP** |
| | 3 days | | Set By PLAINTIFF | JURY |
| **6015  D-1-GN-24-001310** | **KAWALEK ABIGAIL** | | vs. | **SMITH ASHER** <br> **SMITH GLENNA** |
| | 4 days | | | JURY |
| **6016  D-1-GN-24-002996** | **SANTOS MAYTE** <br> **TORRES EDUARDO** | | vs. | **GOMEZ JULIO** |
| | 3 days | | Set By PLAINTIFF | JURY |
| **6017  D-1-GN-22-002916** | **SENORO EQUIPMENT LEASING LLC** | | vs. | **BOYLE ERICK J.** <br> **GLASGOW GENEVIEVE A.** |
| | 3 days | | Set By PLAINTIFF | JURY |
| **6018  D-1-GN-24-005451** | **HAIDARI GH  MUHAMMAD** <br> **HAIDARI GHULAM** | | vs. | **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** |
| | 4 days | | Set By PLAINTIFF | JURY |
| **6019  D-1-GN-23-008107** | **GUNES HAYRETTIN GIRAY** | | vs. | **LAVIGNE TIANA MICHELLE** |
| | 4 days | | Set By PLAINTIFF | JURY |
| **6020  D-1-GN-24-002572** | **ARNOLD CHARLES** | | vs. | **PEREZ DOMINGO** <br> **RAMOS PEREZ LIZBETH JACQUELIN** |
| | 5 days | | Set By PLAINTIFF | JURY |

**6021  D-1-GN-24-002019**

| HYATT DIANE | vs. | CUSTOMIZED SERVICES ADMINISTRATORS, INC. |
| MORIARTY WILLIAM | | GENERALI GLOBAL ASSISTANCE, INC. |
| | | GENERALI GROUP |
| | | GENERALI U.S. BRANCH |
| | | HAGEN TORSTEIN |
| | | JANE DOE NOS. 1-10 |
| | | JOHN DOE CORPORATION/PARTNERSHIP/LLC NOS. 1-10 |
| | | MATTES SPENCER |
| | | VIKING CRUISES USA LTD |
| | | VIKING RIVER CRUISES, INC. |
| | | VIKING RIVER CRUISES, LLC |

5 days                          Set By PLAINTIFF                                                                              JURY

---

**6022  D-1-GN-24-007156**

RUSSELL JORDAN                                    vs.  BRACK JUDY BOUDREAUX

5 days                                                                                                                        JURY

---

**6023  D-1-GN-23-001803**

ZAVALA RICHARD                                   vs.  HEB GROCERY COMPANY LP

4 days                          Set By DEFENDANT                                                                             JURY

---

**6024  D-1-GN-23-007251**

BAROS HALEY                                       vs.  DUFFY MICHAEL PATRICK
                                                       YARDDOC, LLC

3 days                          Set By PLAINTIFF                                                                              JURY

---

**6025  D-1-GN-17-005372**

MARTINEZ JUAN                                     vs.  CALHOON THOMAS
                                                       CARTER ELLIOT LLC

3 days                          Set By PLAINTIFF                                                                              JURY

Atty: Bickham Thomas F (713-526-4969)                    Atty: BUSTER BRIAN H (512-637-4956)
Atty: Rushing Kraig Lyle (346-293-9670)

---

**6026  D-1-GN-24-002350**

CONTRERAS ROCIO                                   vs.  PORTIER, LLC
                                                       TOLES AMINAH
                                                       UBER TECHNOLOGIES, INC.

5 days                          Set By DEFENDANT                                                                             JURY

---

**6027  D-1-GN-24-008902**

ALEXANDERSON LISA                                 vs.  STATE FARM AUTOMOBILE INSURANCE COMPANY

3 days                          Set By PLAINTIFF                                                                              JURY

---

**6028  D-1-GN-24-002443**

MARTINEZ RAQUEL                                   vs.  BOSTIC LLEWELLYN DUJUAN

3 days                                                                                                                        JURY

**6029 D-1-GN-24-003159**      **SHANKLE CATHERINE**                                    **vs.  ACG 1359, L.P.**
                                                                                              **IHOP RESTAURANTS, LLC**

5 days                                      Set By DEFENDANT                                                              JURY

---

**6030 D-1-GN-24-004264**      **RODRIGUEZ  FRANCISCO**                            **vs.  TORRES ALBERTO FABIAN**
                                **RODRIGUEZ ROSA MARIA**

4 days                                      Set By PLAINTIFF                                                              JURY

---

**6031 D-1-GN-24-003735**      **BAEZ MELISSA**                                    **vs.  JONES ZACHARY**
                                                                                              **UNITED PARCEL SERVICE, INC.**

5 days                                      Set By PLAINTIFF                                                              JURY

---

**6032 D-1-GN-24-004361**      **RIVAS MARLON RODOLFO**                            **vs.  BLISARD JEREMY**
                                                                                              **QUICK GLASS SERVICE, L.P. D/B/A ACE DISCOUNT GLASS**
                                                                                              **&amp; DOOR**

3 days                                      Set By PLAINTIFF                                                              JURY

---

**6034 D-1-GN-24-005388**      **ALVEREZ-FUNEZ PEDRO ANTONIO**                     **vs.  DAVIS H. ELLIOT COMPANY, INC.**
                                **HERRERA-CAMARILLO NARCIZO**                              **HAMAD KHALED**
                                **MARTINEZ-LOPEZ LEONEL**
                                **MONTOYA-ESPARZA JOSE ALFREDO**
                                **VARELA EDGAR SILVA**

5 days                                      Set By PLAINTIFF                                                              JURY

---

**6035 D-1-GN-24-006100**      **DUPONT STEPHEN**                                  **vs.  GAONA CRISTIAN**

5 days                                      Set By PLAINTIFF                                                              JURY

---

**6036 D-1-GN-24-009240**      **VALDEZ IRMA**                                     **vs.  JOHNSON JOHN**
                                                                                              **SPRAYBERRY HALEY**

4 days                                                                                                                   JURY

---

**6037 D-1-GN-23-002526**      **WALKER WILLIAM ALFRED**                           **vs.  GORDON DOUGLAS SCOTT**
                                                                                              **RPF EMERGENCY SERVICES, LLC.**

4 days                                      Set By PLAINTIFF                                                              JURY

---

**6038 D-1-GN-24-004090**      **JAN DOE 2**                                       **vs.  AIZA ANDRES**
                                **JANE DOE 1**                                            **BERKOWITZ BENJAMIN DAVID**

10 days                                     Set By COUNTER-PLAINTIFF                                                      JURY

---

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

**6039  D-1-GN-23-005052**  DJAMA MAHAMOUD                                          **vs.  KLINE DENNIS PAUL**

3 days                                          Set By PLAINTIFF                                                                            JURY

---

**6040  D-1-GN-24-006769**  PARKS TRENT                                          **vs.  BANDERA UTILITY CONTRACTORS, LLC**
                                                                                        **TANKSLEY CRAIG ALLAN**

5 days                                                                                                                         JURY

---

**6041  D-1-GN-24-003730**  BRIGHAM-DOUCETTE ANGELA                                          **vs.  BAEZ MARTIN**

4 days                                                                                                                         JURY

---

**6042  D-1-GN-23-000821**  KIRKALDY KENNETH W.                                          **vs.  A2 RACING CORPORATION**
                                                                                        **CALVO ANTONIO**
                                                                                        **CALVO MOTORSPORTS**
                                                                                        **CALVO MOTORSPORTS CORPORATION**
                                                                                        **CALVO MOTORSPORTS, LLC**

3 days                                          Set By PLAINTIFF                                                                            JURY

---

**6043  D-1-GN-23-007124**  BELL FUND V SOUTH LAMAR, LLC                                          **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                          Set By PLAINTIFF                                                                            JURY

---

**6044  D-1-GN-23-007152**  CAMERON WILDWOOD, LP                                          **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                          Set By PLAINTIFF                                                                            JURY

---

**6045  D-1-GN-24-001664**  GUERMEUR DANIEL                                          **vs.  LANTZ'S LAKESIDE PLUMBING, LLC**
                              GUERMEUR JOANNA                                              **SCOTT THOMAS G.**
                                                                                        **USAA GENERAL INDEMNITY COMPANY,**

5 days                                          Set By PLAINTIFF                                                                            JURY

---

**6046  D-1-GN-24-003581**  GOSHA  MICHAEL                                          **vs.  USAA CASUALTY INSURANCE COMPANY**

5 days                                          Set By DEFENDANT                                                                            JURY

---

**6047  D-1-GN-24-004876**  COVINGTON NORVELL  JAMES BLAKE                                          **vs.  TEXAS LAWYERS' INSURANCE EXCHANGE**

5 days                                          Set By DEFENDANT                                                                            JURY

---

**6048  D-1-GN-24-008756**  LANGE-MERITT MELANYE                                          **vs.  FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**

3 days                                          Set By PLAINTIFF                                                                            JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

**6049  D-1-GN-24-005363**      **LAGUNA TACO, LLC**                          vs.  **CITY OF AUSTIN**
                                                                                    **KAHN  ROBERT**

3 days                                    Set By PLAINTIFF                                                    JURY

---

**6050  D-1-GN-19-008799**      **CUATRO CONSTRUCTION LLC**                  vs.  **CUATRO CONTRACTING LLC**
                                **OLIVAREZ JAVIER**                               **KOOL BREEZE PROPERTY INVESTMENTS LLC**
                                                                                 **PENA JOHN**

6 days                                    Set By COUNTER-PLAINTIFF                                            JURY

                                Atty: GORTHEY KEMP W. (512-699-8006)              Atty: Montalvo Marcus (956-631-1185)

---

**6051  D-1-GN-23-007627**      **HERNANDEZ QUIROZ VERONICA LUCIA**          vs.  **MORTHOLE GEORGE RYAN**
                                **MARTINEZ RUIZ JUAN**                            **SCI TEXAS FUNERAL SERVICES, LLC**
                                **MARTINEZ SUGEY**

3 days                                    Set By PLAINTIFF                                                    JURY

---

**6052  D-1-GN-16-003071**      **DOE JANE**                                 vs.  **FIRST BAPTIST CHURCH COL OF AUSTIN TEXAS**
                                **DOE JOHN**                                      **MCGEE CAROLYN**
                                                                                 **MCGEE HENRY**

10 days                                   Set By PLAINTIFF                                                    JURY

                                Atty: Dugas Clay (4098131111)                    Atty: Womac Terry M (7135529595)
                                                                                 Atty: WOOD STEPHEN A. (512-708-8200)

---

**6054  D-1-GN-24-006425**      **FREEMAN BRUCE**                            vs.  **HUMPHRIES CALISIA**
                                                                                 **HUMPHRIES JENKINS YANCY**

3 days                                    Set By PLAINTIFF                                                    JURY

---

**6055  D-1-GN-22-004588**      **GREEN  KAREN**                             vs.  **CRUZ  FERNANDO**
                                **GREEN JOHNNIE**

7 days                                    Set By PLAINTIFF                                                    JURY

---

**6056  D-1-GN-24-010247**      **SORENSEN ETHAN THOMAS**                    vs.  **ALVARADO OSIEL**
                                **SORENSEN GLENN**                                **TEXAS-A TRANSPORT INC**
                                                                                 **VZ TRANSPORTATION, LLC**

5 days                                    Set By PLAINTIFF                                                    JURY

---

**6057  D-1-GN-23-004550**      **GUZMAN PAYTON**                            vs.  **FOSTER MONICA**
                                                                                 **FUSSELL ALEC**

4 days                                    Set By PLAINTIFF                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

| 6058 D-1-GN-23-002364 | HOLGUIN ALEXA M<br>HOLGUIN JACELYNE<br>MORALES LOUIS<br>SAMANO JOSE L | | vs. | GOATSCAPERS LLC<br>ROMERO CECILIA P.<br>ROMERO JENYFER<br>ROOKE DARLA D. | |
|---|---|---|---|---|---|
| 7 days | | Set By PLAINTIFF | | | JURY |

| 6059 D-1-GN-24-001646 | GUERRERO KENNETH | | vs. | ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br>PUENTE ROGELIO | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6060 D-1-GN-24-008180 | JACKSON VIVIAN | | vs. | STATE FARM MUTUAL AUTOMOBILE INSURANCE<br>COMPANY | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6061 D-1-GN-24-001807 | HERNANDEZ RENE ALCIDES | | vs. | BROWN CHRISTOPHER CARL | |
|---|---|---|---|---|---|
| 3 days | | | | | JURY |

| 6062 D-1-GN-22-001554 | STATE OF TEXAS | | vs. | MOODY LEROY | |
|---|---|---|---|---|---|
| 2 days | | Set By PLAINTIFF | | | JURY |

| 6063 D-1-GN-24-003003 | ITURBE MIRIAN JANET | | vs. | NUBRAKES | |
|---|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | | JURY |

| 6065 D-1-GN-21-006237 | ESCONDERA CONDOMINIUM OWNERS ASSOCIATION, INC. | | vs. | AJT INDUSTRIES, LLC<br>HEMPEL ANDREW | |
|---|---|---|---|---|---|
| 10 days | | Set By PLAINTIFF | | | JURY |

| 6066 D-1-GN-23-003246 | CONLEY FRED | | vs. | HEB GROCERY COMPANY, LP<br>H-E-B, LP | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6067 D-1-GN-21-007445 | GT 40 MOTORSPORTS LLC<br>JOINER DAVID PATRICK | | vs. | A PLUS FEDERAL CREDIT UNION | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6068 D-1-GN-24-004019 | GARCIA-TODD MARY | | vs. | DAN WILLIAMS COMPANY<br>GLIDDEN CHARLES EDWARD | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6069 D-1-GN-24-002077 | MORGAN CHERI LEE | | vs. DAVIS MOTORCARS OF AUSTIN, LTD | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6070 D-1-GN-22-004038 | O'CONNOR SHANNON | | vs. BAYLOR SCOTT &amp; WHITE HEALTH | |
| | | | SCOTT &amp; WHITE HOSPITAL-MARBLE FALLS | |
| 4 days | | | | JURY |

| 6071 D-1-GN-24-006062 | BARRAZA DAISY | | vs. BUNCE BRANDI LYNN | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6072 D-1-GN-24-008236 | OLIVA YESSICA | | vs. GEORGOULIS CHELSEY  T | |
|---|---|---|---|---|
| 3 days | | | | JURY |

| 6073 D-1-GN-24-006064 | DOWD  ROBERT | | vs. HOUK AIR CONDITIONING, INC. | |
| | MCCLAIN KYLA | | RUIZ MOLINA  JULIO  C. | |
| 3 days | | | | JURY |

| 6074 D-1-GN-23-004552 | ESCARPMENT VILLAGE, LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6075 D-1-GN-24-003051 | HARRIS LOGAN S. | | vs. EZR LIVES, LLC | |
| | | | HARRIS DANIEL M. | |
| 2 days | | Set By PLAINTIFF | | JURY |

| 6076 D-1-GN-23-000366 | LOPEZ JACQUELYN | | vs. CINCO E TRANSPORT, LLC | |
| | | | GLISSON JAMES | |
| | | | RICHARD ESSER, LLC | |
| | | | TWISTED L TRANSPORT LLC | |
| 5 days | | Set By PLAINTIFF | | JURY |

| 6077 D-1-GN-24-008621 | KAJJAJ HAFIDA | | vs. GARCIA RAYMOND ANTHONY | |
| | | | PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY | |
| 4 days | | | | JURY |

| 6078 D-1-GN-24-008279 | MAYMI IVETTE | | vs. STATEWIDE MATERIALS TRANSPORT, LTD | |
| | | | TADLOCK RHONDA  FAYE | |
| 5 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

**6080  D-1-GN-25-000306**          BARNETT NATALYA                                                vs.  CARTER JOHN  MASON

4 days                          Set By PLAINTIFF                                                                              JURY

---

**6081  D-1-GN-20-002062**          MAXWELL ADRIAN                                                 vs.  BENNET THOMAS JEFFERSON
                                    MAXWELL ERICA                                                       ROMCO EQUIPMENT COMPANY LLC
                                    WASHINGTON DEMETRA

10 days                         Set By AS NEXT FRIEND OF                                                                      JURY

Atty: Stogner Brant Jeffrey (713-222-7211)                              Atty: Clark Deborah G (512-241-1800)
                                                                        Atty: MURPHY KEVIN O'NEAL (832-604-8887)

---

**6082  D-1-GN-24-008342**          WYATT ALEXANDER                                                vs.  LEDOUX ALEXIS

3 days                          Set By PLAINTIFF                                                                              JURY

---

**6083  D-1-GN-24-004094**          KIEN CHAU CHI LAN                                              vs.  JACOBSON JOHN
                                    YEN PHAN THI MY

2 days                          Set By PLAINTIFF                                                                              JURY

---

**6084  D-1-GN-24-003046**          BECHT KAYLA                                                    vs.  EXTERIOR MAINTENANCE RESOURCES, INC
                                                                                                        REGENCY CENTERS, L.P.

3 days                          Set By PLAINTIFF                                                                              JURY

---

**6085  D-1-GN-22-002442**          MENDOZA BRITTANEY                                              vs.  ENJOY TECHNOLOGY LLC
                                                                                                        PORTILLO LUIS  ALBERTO

5 days                          Set By PLAINTIFF                                                                              JURY

---

**6086  D-1-GN-24-009979**          BURROWS BRANDON                                                vs.  CASTILLO DIEGO BONFIL
                                                                                                        SWOOP FRANCHISE, LLC

4 days                          Set By PLAINTIFF                                                                              JURY

---

**6087  D-1-GN-23-008764**          MILLER ERIC JAMES                                              vs.  DOLGHIH ELISAVETA
                                    THE SPINE GROUP, PLLC                                                DOLGHIH LAW GROUP, PLLC
                                                                                                        LEWIS, BRISBOIS, BISGAARD &amp; SMITH, LLP

5 days                          Set By COUNTER-DEFENDANT                                                                      JURY

---

**6088  D-1-GN-24-003920**          PARRA MYRIAM PEREZ                                             vs.  FCS FOX COMMERCIAL SERVICES, LLC
                                                                                                        JOHN DOE
                                                                                                        MILAM BENJAMIN

4 days                          Set By PLAINTIFF                                                                              JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

**6089  D-1-GN-24-003994**     **GROVES DIANA**     vs.  **D&amp;S RESIDENTIAL SERVICES, INC.**
                                                                **FERNANDEZ RUTH**

4 days                                                                                                    JURY

---

**6090  D-1-GN-24-002143**     **HELMS  DENNIS**     vs.  **FERGUSON ENTERPRISES LLC**
                                                                **SKIDMORE  DEREK**

5 days                                         Set By PLAINTIFF                                           JURY

---

**6091  D-1-GN-24-000054**     **HETRICK MARY  JANE**     vs.  **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**
                               **HETRICK TOM**

4 days                                                                                                    JURY

---

**6092  D-1-GN-24-003703**     **WEDGEWOOD CONDOMINIUM OWNERS ASSOCIATION**     vs.  **MID-CENTURY INSURANCE COMPANY**

4 days                                                                                                    JURY

---

**6094  D-1-GN-22-002714**     **JIMENEZ AURELIANO**     vs.  **HERNANDEZ JUAN RIVAS**

4 days                                         Set By PLAINTIFF                                           JURY

---

**6095  D-1-GN-22-000391**     **MOHAMMAD KHUSHI**     vs.  **ASLAM MOHAMMAD**
                                                                **ASLAM MOHAMMAD SHAHZAD**
                                                                **GO GREEN FOOD MART**
                                                                **SUB KABOB**

4 days                                         Set By DEFENDANT                                           JURY

---

**6096  D-1-GN-23-008183**     **BOWSER CHRISTAL**     vs.  **CASILLAS REYNALDO**
                                                                **MV TRANSPORTATION, INC**

4 days                                         Set By PLAINTIFF                                           JURY

---

**6097  D-1-GN-23-003455**     **ROBBINS DEANNA**     vs.  **JONES MADELINE MARIE**

3 days                                         Set By DEFENDANT                                           JURY

---

**6099  D-1-GN-24-001787**     **RAMOS JOSEPH**     vs.  **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

3 days                                         Set By PLAINTIFF                                           JURY

---

**6100  D-1-GN-23-006923**     **REYES JIMENEZ THAIMI**     vs.  **RUIZ SAVANNAH DENISE**
                                                                **SALVADOR ERIK**

3 days                                         Set By PLAINTIFF                                           JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

**6101 D-1-GN-24-003040**   CINQUE RALPH                                                                   vs. BLUE BRAIN PRODUCTIONS, LLC
                                                                                                                ROBINSON PATRICIA

1 days                                          Set By PLAINTIFF                                                                        JURY

---

**6102 D-1-GN-24-001336**   FERNANDEZ CESAR CORTEZ                                             vs. LARA ARIAS JOSE ANTONIO

5 days                                                                                                                                  JURY

---

**6103 D-1-GN-20-007701**   STEWART DAVID                                                          vs. CITY OF LAGO VISTA

4 days                                          Set By PLAINTIFF                                                                        JURY

Atty: MELTON JOHN FOSTER (512-330-0017)                                    Atty: SALINAS JOANNA LIPPMAN (512-476-5300)

---

**6104 D-1-FM-25-000443**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs. GONZALEZ MARYA ALEXANDRA
                                                                                                                JUAREZ PEREZ ADIEL ALEJANDRO
                                                                                                                SALDANA RODRIGUEZ RUDOLFO

3 days                                          Set By PETITIONER                                                                       JURY

---

**6105 D-1-FM-25-000379**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs. DEVAUGHN ANIKA NORA
                                                                                                                SPEARS PATRICK

3 days                                          Set By PETITIONER                                                                       JURY

---

**6106 D-1-FM-23-003457**   ATTORNEY GENERAL                                                     vs. JEFFERSON BYRANAZIA RUTHISHA E.
                            TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES       PERRY TREYVON TYRELL

3 days                                          Set By PETITIONER                                                                       JURY

---

**6107 D-1-GN-24-001951**   GARCIA JENIE                                                            vs. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
                                                                                                                ALLSTATE INSURANCE COMPANY
                                                                                                                DAVIS JAMES EARL
                                                                                                                WORLDWIDE DRIVEWAYS, LLC

5 days                                          Set By PLAINTIFF                                                                        JURY

---

**6108 D-1-FM-25-000404**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs. HECTOR DACIA MONAE
                                                                                                                NASBY KYLE GORDON

3 days                                          Set By PETITIONER                                                                       JURY

---

**6109 D-1-GN-21-004384**   GONZALES ERICA                                                        vs. BRINKS INC
                            RODRIGUEZ RICKY RAY                                                       HAMMER JENNIFER

4 days                                          Set By PLAINTIFF                                                                        JURY

Atty: LONDERGAN CHRISTINE REGINA (512-220-1800)                       Atty: Ross Jeffrey Ryan (469-698-4200)

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

**6110  D-1-GN-24-001215**     **HUGHES JOHN MASON**                                **vs.  ATX DESTINY TRANSPORTATION LLC**
                                                                                           **SHELEMO ALAZAR TEKLE**
                                                                                           **WELDESENBET SOLOMON GIRMA**

3 days                                                                                                                                    JURY

---

**6111  D-1-FM-24-007040**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     **vs.  MARTINEZ CARILLO RAUL**
                                                                                                    **RAMIREZ VALERIE**

3 days                            Set By PETITIONER                                                                                       JURY

---

**6112  D-1-GN-25-000755**     **AIMARD ALEXIS**                                    **vs.  WILHELM BRODY**

4 days                            Set By PLAINTIFF                                                                                        JURY

---

**6113  D-1-GN-19-003198**     **SIXTH STREET PARTNERS LLC**                        **vs.  POWDER ROOM LLC**

3 days                            Set By PLAINTIFF                                                                                        JURY

                                  Atty: Harley Lewis K (7139686540)                        Atty: Laitner Colin Clark (5127322650)
                                  Atty: KILLEEN ROBERT JOSEPH (713-626-5100)

---

**6114  D-1-GN-23-003844**     **LONEGRAN ALLISON**                                 **vs.  UNIVERSITY OF TEXAS AT AUSTIN**

5 days                            Set By PLAINTIFF                                                                                        JURY

---

**6115  D-1-GN-25-000111**     **ARELLANO LINA**                                    **vs.  GARCIA  JESUS**
                                  **ENRIQUEZ ELIZABETH**                                    **GONZALEZ ALESSANDRO**
                                  **GALAVIZ DANIEL**

4 days                            Set By PLAINTIFF                                                                                        JURY

---

**6118  D-1-FM-25-000716**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     **vs.  POWELL SARAH**

3 days                            Set By PETITIONER                                                                                       JURY

---

**6120  D-1-FM-24-006082**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     **vs.  PIKE KEVIN JEFFREY**
                                                                                                    **WALLS MADISON CHANNING**

3 days                            Set By PETITIONER                                                                                       JURY

---

**6121  D-1-FM-23-003259**     **SERRATO  MARTIN**                                  **vs.  OLVERA ESMERALDA**

3 days                            Set By INTERVENER                                                                                       JURY

---

**6122  D-1-GN-19-004334**     **SHADY HOLLOW HOMEOWNERS ASSOCIATION INC**          **vs.  REYNOLDS AND FRANKE PC**

4 days                            Set By DEFENDANT                                                                                        JURY

                                  Atty: PRINGLE BRANTLEY ROSS (512-476-4600)               Atty: JOHNSON MICHAEL BRIAN (512-708-8200)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

**6123 D-1-GN-25-003730**  **HARRIS BRYAN**                                          **vs. OKPEGBUE JOE**

2 days                                                                                      JURY

---

**6124 D-1-FM-25-001097**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs. BRIGHT NATALIE JEAN**
                                                                                             **CHRISTOPHER TAYLOR**

3 days                                   Set By PETITIONER                                   JURY

---

**6125 D-1-FM-23-008592**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs. FOWLER RHIANNON**
                                                                                             **WILSON JEKORION**

3 days                                   Set By PETITIONER                                   JURY

---

**6126 D-1-GN-23-007082**  **PARKS CURTIS**                                          **vs. ATKINS TRAVIS**
                                                                                             **DUPREE DALTON**
                                                                                             **FRICK STEPHEN**

3 days                                   Set By PLAINTIFF                                    JURY

---

**6127 D-1-GN-22-002207**  **LIMUEL ALAN J**                                         **vs. CITY OF AUSTIN**

5 days                                   Set By DEFENDANT                                    JURY

---

**6128 D-1-GN-23-002989**  **LEON MARIBEL**                                          **vs. GRAYCO PARTNERS MANAGEMENT, LLC**
                                                                                             **GRAYCO PARTNERS, LLC**
                                                                                             **GRAYCO SS PHASE I 2011, LP**
                                                                                             **SHELTON DONALD**
                                                                                             **VELAZQUEZ JOSH**
                                                                                             **WARNELL MICHAEL**

2 days                                   Set By PLAINTIFF                                    JURY

---

**6130 D-1-FM-24-005297**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs. MARTINEZ OSCAR  DANILO**
                                                                                             **MELGAR GEIDY**

3 days                                   Set By PETITIONER                                   JURY

---

**6131 D-1-AG-16-000810**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs. KELLY SALLY**
                                                                                             **KELLY THOMAS JAMES**
                                                                                             **OVERSTREET JESSICA ROBIN**

3 days                                   Set By PETITIONER                                   JURY

                        Atty: HIME ERIKA (405-496-9913)                  Atty: HEAGERTY MICHAEL FOARD (512-415-6644)
                                                                         Atty: SALAZAR DANIELLA (713-256-3973)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

**6132  D-1-FM-25-000636**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     **vs.  ESCOBAR-MACOLAS FRANCISCA**
**PEREZ SOLIS GERBER**
**REYES GONZALEZ EMETERIO**

3 days                                      Set By PETITIONER                                                                JURY

---

**6133  D-1-GN-23-006822**     **HELKA CHRISTIE**     **vs.  B4 PIZZA LLC**
**BURNHAM MASON**
**CEDAR PARK SAN MART, LLC**

4 days                                      Set By PLAINTIFF                                                                JURY

---

**6134  D-1-GN-23-007145**     **PPF AMLI ALDRIDGE AVENUE, LLC**     **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                      Set By PLAINTIFF                                                                JURY

---

**6135  D-1-GN-24-009984**     **HINDS BENNY**     **vs.  HINDS ROBBY**
**HINDS BILLY**
**HINDS DANNY**
**HINDS KATHY**

5 days                                      Set By PLAINTIFF                                                                JURY

---

**6137  D-1-FM-24-005574**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     **vs.  GONZALEZ REBECCA**
**KAY EZEKIEL ABRAHAM**

3 days                                                                                                                        JURY

---

**6138  D-1-FM-24-004522**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     **vs.  BARTON CHARLES**
**HARRIS RITA OPHELIA**

3 days                                      Set By PETITIONER                                                                JURY

---

**6139  D-1-GN-24-003885**     **ELECTRA CONSULTING LLC**     **vs.  GOFF AND METYKO LAW FIRM PLLC**
**ELEKTRICA HOLDINGS LLC**               **GOFF DAMON  A**
**GRANT JEDEDIAH**                       **LAW OFFICES OF DAMON A. GOFF PPLC**
**METYKO MATHEWS**

5 days                                                                                                                        JURY

---

**6140  D-1-GN-24-004254**     **DONAHUE JACQUELYN**     **vs.  GEP X SOCO, LLC**
**GREP TEXAS, LLC**
**GREYSTAR MANAGEMENT SERVICES, LLC**
**GREYSTAR WORLDWIDE, LLC**

5 days                                      Set By PLAINTIFF                                                                JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

**6141  D-1-FM-24-001780**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  HARWELL AMBER**
**NICHOLAS JOSHUA**

3 days                                    Set By PETITIONER                                    JURY

---

**6143  D-1-FM-24-005969**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  BLALOCK BRYAN**
**THOMPSON JENNIFER MARIE**

3 days                                    Set By PETITIONER                                    JURY

**6001 D-1-GN-23-005919**  **COLONIAL REALTY LP**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

2 days  Set By PLAINTIFF  JURY

---

**6002 D-1-GN-24-007645**  **ACOSTA MIGUEL**  **vs. COLLING RICHARD**

4 days  JURY

---

**6003 D-1-GN-23-005231**  **EXTRA SPACE PROPERTIES 107 LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
  **EXTRA SPACE PROPERTIES 129 LLC**

2 days  Set By PLAINTIFF  JURY

---

**6004 D-1-GN-24-000778**  **SILVA MARLON**  **vs. HALEY JORDAN**

3 days  Set By PLAINTIFF  JURY

---

**6005 D-1-GN-23-004141**  **RIVER SOUTH VENTURE, LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

5 days  Set By PLAINTIFF  JURY

---

**6006 D-1-GN-22-005525**  **COLUMBIA LANTANA, LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6007 D-1-GN-22-005530**  **IMP OAK HILL HP**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6008 D-1-GN-23-001186**  **GENTRY JACKIE EVON**  **vs. NATAL ROBERT**
  **UNITED PROTECTIVE SERVICES, L.P.**

5 days  Set By PLAINTIFF  JURY

---

**6009 D-1-GN-23-004639**  **CHING JOHN ZHENG YAN**  **vs. CHOICE BOTANICALS, INC**
  **ZAPHIRIS HELEN**  **WHITE DRAGON BOTANICALS, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6010 D-1-GN-23-005663**  **KIRKLIN JOHN AARON**  **vs. GONZALEZ DAPHNE ANASTASIA**

3 days  JURY

---

**6011 D-1-GN-21-004588**  **NICHOLS BRIEJIER**  **vs. HILLAN AHMED**
  **IDELIVER USA LLC**

3 days  Set By PLAINTIFF  JURY

Atty: PIERCE MARK D. (512-220-1800)

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 12, 2026,  09:01 AM

**6012  D-1-GN-24-010108**   CATALAN RODRIGUEZ MARTHA ALICIA                              vs. PALOMERA GISSELLE
CORDOVA SELENA
GONZALEZ ALEJANDRA

5 days                                    Set By PLAINTIFF                                                                JURY

---

**6013  D-1-GN-23-000331**   HERRERA JORGE                                                vs. SCOTT  SARAH
ISLAS  JOSE  ANGEL

2 days                                    Set By PLAINTIFF                                                                JURY

---

**6014  D-1-GN-24-000163**   JONES ALLEN-MICHAEL                                           vs. DAY ANTHONY IAN
ROGERS KYRA                                                       LOWES HOME CENTERS, LLC

2 days                                                                                                                    JURY

---

**6015  D-1-GN-16-005631**   ENFIELD PLAZA HOMEOWNERS ASSOCIATION INC                      vs. 1621 ENFIELD CONDOMINIUMS OWNERS ASSOCIATION
5 days                                    Set By PLAINTIFF                                                                JURY

Atty: WILLIAMS M. MATTHEW (512-902-1554)          Atty: ANDRE KATY MERRILL (512-454-5500)
                                                  Atty: Kasling Roy Kemp (512-472-6800)
                                                  Atty: WRIGHT DAVID A. (412-457-5500)

---

**6016  D-1-FM-25-000611**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES            vs. GRANT KEYON  GEMAR
                                                                                             SHEDD DYNETTA

3 days                                    Set By PETITIONER                                                              JURY

---

**6017  D-1-GN-25-000680**   DENES GRAZIELA ALINE                                          vs. RODRIGUEZ VILLEGAS JESUS
MARTINS GOUVEIA NATHALIA GOMES                                    VILLEGAS LIZETTE MARIAN
NEGREIRO JOAO CANDIDO
PEREIRA ANA BEATRIZ

5 days                                    Set By PLAINTIFF                                                                JURY

---

**6019  D-1-GN-22-001177**   REYES DOMINIC                                                vs. MILLER WILLIAM
4 days                                    Set By PLAINTIFF                                                                JURY

---

**6020  D-1-GN-24-001343**   NECESSARY VERONICA                                           vs. S.A. LONE STAR TRUCK &amp; EQUIPMENT, INC
                                                                                             SOLSBURY HILL LLC
                                                                                             TEXAS IRRIGATION SUPPLY LLC
                                                                                             ZAMORA NATHANIEL

5 days                                    Set By DEFENDANT                                                               JURY

---

**6021  D-1-GN-21-001455**   WELCH GREGORY THOMAS                                         vs. CORNER WEST LLC
2 days                                    Set By PLAINTIFF                                                                JURY

Atty: CHAPA JOSE ANGEL (214-629-0788)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, January 12, 2026, 09:01 AM

**6022  D-1-FM-24-006082**       **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**       vs.  **PIKE KEVIN JEFFREY**
**WALLS MADISON CHANNING**

3 days                                                    Set By PETITIONER                                                                JURY

---

**6023  D-1-FM-25-000864**       **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**       vs.  **FIGUEROA MIGUEL**
**MARTINEZ MUJICA NEREIDA**

3 days                                                    Set By PETITIONER                                                                JURY

---

**6024  D-1-GN-23-001830**       **SHAHEEN ALYSSA**       vs.  **HERNANDEZ NAZARETH**
**RADIANT PLUMBING SERVICE, LLC**

5 days                                                                                                                                       JURY

---

**6025  D-1-GN-20-007482**       **GALEANA JULIAN LEOBARDO**       vs.  **LOPEZ ROLAND**

4 days                                                    Set By DEFENDANT                                                                 JURY

Atty: DANG LOC TAN (512-973-8997)

---

**6027  D-1-AG-16-000810**       **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**       vs.  **KELLY SALLY**
**KELLY THOMAS JAMES**
**OVERSTREET JESSICA ROBIN**

3 days                                                    Set By PETITIONER                                                                JURY

Atty: HIME ERIKA (405-496-9913)                          Atty: HEAGERTY MICHAEL FOARD (512-415-6644)
Atty: SALAZAR DANIELLA (713-256-3973)

---

**6028  D-1-GN-22-002518**       **MCKINEX DOMONICK**       vs.  **1137254 ONTARIO LTD**
**PORTER HUNTER**
**THIND SINGH SUKHRAJ**

5 days                                                    Set By PLAINTIFF                                                                 JURY

---

**6029  D-1-GN-24-003375**       **RESSLING BUILDERS, INC.**       vs.  **HUTTO CHRIS**
**WANG LINDSAY**

7 days                                                    Set By PLAINTIFF                                                                 JURY

---

**6030  D-1-FM-25-000964**       **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**       vs.  **HERNANDEZ MICHELLE**
**MENDIETA-CHARRE MIGUEL ANGEL**

3 days                                                    Set By PETITIONER                                                                JURY

---

**6032  D-1-GN-23-002851**       **AVA'S CONSTRUCTION, LLC**       vs.  **MORALES RAMON**
**PA ELECTRICAL LLC**

2 days                                                    Set By PLAINTIFF                                                                 JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 12, 2026,  09:01 AM

**6033  D-1-FM-24-006219**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  CASTRO JOSEPH**
**MINJAREZ BIANCA**

3 days                                      Set By PETITIONER                                                                  JURY

---

**6034  D-1-GN-24-001984**    **WOERNER CLIFFORD JOSEPH**    **vs.  HESS BRADY MANUEL**
**HESS RYAN  MICHAEL**

5 days                                                                                                                        JURY

---

**6035  D-1-GN-22-006922**    **GILBERT DONAE**    **vs.  AUSTIN ORAL &amp; MAXILLOFACIAL SURGERY**
**ASSOCIATES, P.A.**
**VOORHEES FRED J**

5 days                                      Set By DEFENDANT                                                                   JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 26, 2026,  09:01 AM

**5045  D-1-GN-24-003215**     BERNARD LEVI                                          vs.  ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP          PREF
                               BERNARD NADIA

10 days                                                                                                                            JURY

                                                                                                                                   (MAUZY)

---

**6001  D-1-GN-25-000667**     BROWN COURTNEY                                        vs.  KEOLIS TRANSIT SERVICES, LLC
                                                                                          POLLEY CURTIS RAY

5 days                                        Set By PLAINTIFF                                                                      JURY

---

**6002  D-1-GN-24-007197**     BARNES JAYANNA                                        vs.  PEREZ  VANESSA
                                                                                          TOLEDO  JUAN  RAMON

4 days                                        Set By PLAINTIFF                                                                      JURY

---

**6003  D-1-GN-23-004721**     JMSQUARED, PBC                                        vs.  BREAK IT DOWN LLC
                               MESSICA MEDIA, INC.                                        HUNGRY GIANT WASTE SYSTEMS LLC
                                                                                          MACFARLANE MELANIE
                                                                                          PAINE JEFF

5 days                                        Set By PLAINTIFF                                                                      JURY

---

**6004  D-1-GN-24-007894**     DAVIS TAMIA                                           vs.  BURGOS SUAREZ ARBIN
                                                                                          STATE FARM MUTUAL AUTOMOBILE INSURANCE
                                                                                          COMPANY
                                                                                          VASQUEZ DOMINGUEZ EVIN

3 days                                        Set By PLAINTIFF                                                                      JURY

---

**6005  D-1-GN-23-000788**     J.E. DUNN CONSTRUCTION COMPANY                        vs.  ALPHA PAINTING &amp; DECORATING COMPANY, INC.
                                                                                          APPLE, INC.
                                                                                          BRYMER COMMUNICATION SERVICES, L.L.C
                                                                                          F.L. CRANE &amp; SONS, INC.
                                                                                          HEARTLAND ACOUSTICS AND INTERIORS, INC.
                                                                                          IES COMMUNICATIONS, INC.
                                                                                          J.F. DUNCAN INDUSTRIES, INC.
                                                                                          JOHNSON CONTROLS, INC.
                                                                                          LASCO ACOUSTIC &amp; DRYWALL - AUSTIN, INC.
                                                                                          ROSENDIN ELECTRIC, INC.
                                                                                          SCG MECHANICAL, L.P.

12 days                                                                                                                            JURY

                                                                                                                                   (EISERLOH)

---

**6006  D-1-GN-23-003302**     POWELL LAURIE                                         vs.  AUSTEX DUMPSTERS, LLC
                                                                                          EMAL WILLIAM BENJAMIN

4 days                                                                                                                            JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 26, 2026,  09:01 AM

**6007  D-1-GN-24-004726**   CRAW  MICHELE   vs.  WHITE  TYRONE  RIVERS

4 days   Set By AS NEXT FRIEND OF   JURY

---

**6008  D-1-GN-24-008861**   VILLARREAL LIZARDO LYDIA   vs.  MOREQUECHO ANGEL DANIEL
WALTER B. AGUILAR, INC.

5 days   Set By PLAINTIFF   JURY

---

**6009  D-1-GN-24-008386**   BERNAL IVAN
TALAMANTEZ NANCY   vs.  WHITE HUNTER ALEXANDER

3 days   Set By PLAINTIFF   JURY

---

**6010  D-1-GN-24-008984**   HODGES FRANK   vs.  KEOLIS TRANSIT AMERICA, INC.
KEOLIS TRANSIT SERVICES, LLC

5 days   Set By PLAINTIFF   JURY

---

**6011  D-1-GN-24-009483**   CARR, IESHA   vs.  HERRERA ALVARO
LEE WON Y

4 days   Set By PLAINTIFF   JURY

---

**6012  D-1-GN-24-004764**   LOVE SHARON   vs.  BECK GROUP CONSTRUCTION SERVICES, LLC
ENVIRONMENTAL ALLIES ROAD  BRIDGE INC
ENVIRONMENTAL ALLIES, INC.
ENVIRONMENTAL ALLIES,LLC.
HCBECK, LTD

5 days   Set By DEFENDANT   JURY

---

**6013  D-1-GN-23-007855**   SDG APARTMENTS, LP   vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

5 days   Set By PLAINTIFF   JURY

---

**6014  D-1-GN-23-009103**   HUNT ANA   vs.  AZARI HADAS
CS15 LLC
HUNT JAMES CHRISTOPHER
LTL LLC
PICAL LLC

5 days   Set By COUNTER-DEFENDANT   JURY

---

**6015  D-1-GN-23-002168**   FIGUEROA LARA CARLOS   vs.  CAPITAL METROPOLITAN TRANSPORTATION AUTHORITY
MV TRANSPORTATION, INC.

4 days   Set By PLAINTIFF   JURY

---

**6016  D-1-GN-24-001100**   LAMM SEAN
MILLS TARA   vs.  DA VINCI POOLS, L.L.C.
DEL RE GUIDO M.

| | | | |
|---|---|---|---|
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6017  D-1-GN-23-006053** | **IMP Burnet LLC** | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6018  D-1-GN-23-006060** | **IMP ELEVEN LLC** | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6019  D-1-GN-24-006005** | **PEREZ JESSE RENE** | **vs.  JW MATERIALS MANAGEMENT, LLC**<br>**POMPA MICHAEL** | |
| 4 days | | Set By DEFENDANT | JURY |

| | | | |
|---|---|---|---|
| **6020  D-1-GN-24-010211** | **ELLERBEE EDWARD** | **vs.  WHITE LARISSA MARIA** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6021  D-1-GN-24-003278** | **PERKINS CHRISTY**<br>**PERKINS ROBERT** | **vs.  CARDINAL GROUP ASSET MANAGEMENT, LLC**<br>**CARDINAL GROUP MANAGEMENT MIDWEST, LLC**<br>**LDG DEVELOPMENT, LLC**<br>**SANSOM RIDGE, LP**<br>**SOLIDAGO RESIDENTIAL SERVICES, LLC** | |
| 6 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6022  D-1-GN-24-009470** | **WAIER LOGAN** | **vs.  DANCING FOOL, LLC**<br>**GEHLKEN JOHN** | |
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6023  D-1-GN-24-006306** | **DETELICH BROOKE** | **vs.  GEICO ADVANTAGE INSURANCE COMPANY**<br>**LOPEZ CASTILLO MARIA LETICIA**<br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | |
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6024  D-1-GN-23-001267** | **LYLES TONYA** | **vs.  WHOLE FOODS MARKET IP, INC**<br>**WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST I, INC**<br>**WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, LP**<br>**WHOLE FOODS MARKET, INC** | |
| 4 days | | Set By PLAINTIFF | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, January 26, 2026, 09:01 AM

**6025  D-1-GN-24-005253**  **MCGINNIS ROBERT**  **vs. RIBAUDO MICHAEL**

5 days                                    Set By DEFENDANT                                    JURY

---

**6026  D-1-GN-25-000068**  **JONES  MYA  DANIELLE**  **vs. BECK  MICAH**

3 days                                    Set By PLAINTIFF                                    JURY

---

**6027  D-1-GN-23-002608**  **SIVALINGAM KAJIBARAN**  **vs. 418 EAST 6TH STREET LLC**
                                                                   **418E6 3, LLC**
                                                                   **GAYLE  ZACHARY**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6028  D-1-GN-24-006453**  **JOHNSON CHEYENNE**  **vs. GALMO TUJI DAWE**
                                                                   **NASIM TRUCKING, LLC**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6029  D-1-GN-24-000285**  **LAIRMORE ANNE**  **vs. H &amp; H CONCRETE ON DEMAND AUSTIN, LLC**
                            **LAIRMORE JIM**         **SCALLON CUSTOM POOLS, INC.**

4 days                                    Set By PLAINTIFF                                    JURY

---

**6030  D-1-GN-22-004281**  **LOPEZ CYNTHIA**  **vs. RAFAEL TELESFORO LAWN SERVICES  &amp; OUTDOOR**
                                                                   **LIVING**
                                                                   **RODRIGUEZ SERGIO SANTOYO**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6031  D-1-GN-24-005067**  **GOMEZ GABRYELLA**  **vs. KEOLIS NORTH AMERICA**
                                                                   **KEOLIS TRANSIT AMERICA, INC.**
                                                                   **KEOLIS TRANSIT SERVICES, LLC**
                                                                   **SITTON JENNAMAE**
                                                                   **SMITH DEBRA**
                                                                   **WATERLOO PEDICAB**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6032  D-1-GN-21-005660**  **BLUEBONNET LANE CITYHOMES CONDOMINIUM ASSOCIATION**  **vs. BLUEBONNET LANE CITYHOMES LP**
                                                                   **GJH GENPAR LLC**
                                                                   **GOSSETT JONES HOMES, INC**

10 days                                    Set By PLAINTIFF                                    JURY

| 6033 D-1-GN-23-009095 | GREEN  WILLIAM | | vs. | ECHO ONE TRUCKING LLC |
|---|---|---|---|---|
| | | | | FIZE TRUCKING LLC |
| | | | | LUNA'S TRUCKING |
| | | | | RANGER EXCAVATING, L.P. |
| | | | | SANDOVAL PINEDA  CARLOS  CONSTINO |
| | | | | ZELAYA EYMY |
| | | | | ZELAYA LOANY |
| 7 days | | Set By PLAINTIFF | | JURY |

| 6034 D-1-GN-22-002672 | PLATT COLIN | | vs. | JOHNSON LOGAN |
|---|---|---|---|---|
| | PLATT OLIVIA | | | PALMER CARIS |
| | | | | WARE FELIX |
| | | | | WARE SONOMA |
| 4 days | | Set By AS NEXT FRIEND OF | | JURY |

| 6035 D-1-GN-24-005623 | BLACKMON CAPITAL, LLC | | vs. | NEWREZ, LLC |
|---|---|---|---|---|
| 3 days | | | | JURY |

| 6036 D-1-FM-24-006127 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | SANCHEZ-ESPINAL DIANA ARELY |
|---|---|---|---|---|
| | | | | ZETE CHUQUIEJ ALVARO |
| 3 days | | Set By PETITIONER | | JURY |

| 6037 D-1-GN-25-001488 | ELLIOTT DEBORAH COLE | | vs. | GAGLIANO CHRISTOPHER |
|---|---|---|---|---|
| | HARTLEY THOMAS MARK | | | |
| 2 days | | Set By PLAINTIFF | | JURY |

| 6038 D-1-GN-20-003471 | | | vs. | ROCHA JAY JAY |
|---|---|---|---|---|
| 3 days | | Set By DEFENDANT | | JURY |
| | Atty: PARMET MATTHEW SCOTT FINKEL (713-999-5228) | | Atty: BENNETT BRADFORD T (210-256-3431) | |

| 6039 D-1-GN-24-008328 | REGO JENNIFER | | vs. | LIBERTY COUNTY MUTUAL INSURANCE COMPANY |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6040 D-1-GN-22-006910 | CASIDA SHIRLEY | | vs. | DILLARD TEXAS SOUTH, LLC |
|---|---|---|---|---|
| 2 days | | Set By PLAINTIFF | | JURY |

| 6042 D-1-GN-23-002876 | CORDELL STEVE | | vs. | GARNER AMY |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 26, 2026,  09:01 AM

**6043  D-1-GN-24-002929**  **LIVAS CAVAZOS SANDRA**

vs.  **EE MICAH**
**KALTENBACH  KONRAD**

4 days  Set By DEFENDANT  DECLARATORY JUDGMENT
JURY

---

**6044  D-1-GN-23-001975**  **ORMAND BOBBY**

vs.  **CF ONION CREEK ARCIS LLC**
**JONES DEMARCUS**
**STEVENS DANIEL**
**TEALER JULIUS**

4 days  Set By PLAINTIFF  JURY

---

**6045  D-1-GN-24-009933**  **WALKER ROBERT**

vs.  **FEDEX FREIGHT INC.**
**GLENN  JEFFRY  MARTIN**

5 days  Set By DEFENDANT  JURY

---

**6046  D-1-GN-22-003467**  **LAY AARON W.**

vs.  **PETERSEN LAWRENCE THOMAS**

4 days  Set By PLAINTIFF  JURY

---

**6047  D-1-GN-23-001968**  **HUETHER BRYANT**

vs.  **MENDOZA FIGUEROA BANNEL ALBERTO**
**STATE AUTOMOBILE MUTUAL INSURANCE COMPANY**

4 days  Set By PLAINTIFF  JURY

---

**6048  D-1-GN-24-008194**  **BECHTOL CONNER**

vs.  **STUART ZACHARY**

4 days  Set By PLAINTIFF  JURY

---

**6049  D-1-GN-23-008074**  **YSAIS ZACHARY**

vs.  **GIRAL LEROY BARO**
**JOSEPH CARRIERS, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6050  D-1-GN-23-003878**  **ADAMS PHILLIP**

vs.  **FANCI THAT PROPERTIES LLC**
**GRANNIES ANGELS, INC**
**HUDSON ANGELA**
**HUDSON LOWELL**
**KENNEDY ALOMA**

5 days  JURY

---

**6051  D-1-FM-25-000716**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

vs.  **POWELL SARAH**

3 days  Set By PETITIONER  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 26, 2026,  09:01 AM

**6052  D-1-GN-23-008041**   **LINDSEY ELLEN**                                                           **vs.  DIRECT COUNSELING SERVICES, LLC**
                                                                                                                **HAYES DANIELLE**

5 days                                    Set By PLAINTIFF                                                                              JURY

---

**6053  D-1-GN-23-004607**   **290 &amp; I30 LLC**                                                        **vs.  MOGHADASSI MOHAMMED**
                              **RAHIMI HASSAN**

4 days                                    Set By PLAINTIFF                                                                              JURY

---

**6054  D-1-FM-25-000920**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs.  ANDERSON DEVIN WALTER**
                                                                                                                **PETSCHEN-RODRIGUEZ KAILIE MARIE**

3 days                                    Set By PETITIONER                                                                             JURY

---

**6055  D-1-GN-23-001962**   **SEIBERT RICHARD AARON**                                    **vs.  BIRCK BLAYNE**
                                                                                                                **HILL COUNTRY FENCE, INC..**

5 days                                    Set By DEFENDANT                                                                              JURY

---

**6056  D-1-GN-24-004150**   **SLIVA PAMELA**                                             **vs.  VIDAL HUMBERTO CALA**

7 days                                    Set By PLAINTIFF                                                                              JURY

---

**6057  D-1-GN-24-004784**   **BEACH  RUSSELL**                                           **vs.  CASTENDA  AGUSTINE  SORIA**
                              **R.A.B IANF**
                              **R.U.B IANF**

4 days                                    Set By COUNTER-DEFENDANT                                                                      JURY

---

**6058  D-1-GN-17-003311**   **MUNOZ SANDY**                                              **vs.  HEB LP**

5 days                                    Set By DEFENDANT                                                                              JURY

Atty: WARREN LESLIE ARIN (512-680-6861)                            Atty: MERONEY RANELLE MOORE (512-391-0197)

---

**6061  D-1-GN-24-000813**   **PATEL SUNIKUMAR**                                          **vs.  SCHOESSOW KARL L.**

3 days                                    Set By PLAINTIFF                                                                              JURY

---

**6062  D-1-FM-25-001531**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs.  MONRROY-FORTIN SERGIO  HERNAN**
                                                                                                                **URBINA REYES KENIA  SARAI**

3 days                                    Set By PETITIONER                                                                             JURY

---

**6063  D-1-FM-25-001622**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs.  MARTINEZ LUIS**
                                                                                                                **RENTERIA BETHANY**

3 days                                    Set By PETITIONER                                                                             JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 26, 2026,  09:01 AM

**6064  D-1-GN-24-006094**   **POWELL ALBERT**                                        **vs.  ELLIS CAROLINE**

5 days                                                                                                          JURY

---

**6065  D-1-GN-24-003765**   **GRIFFIN-EL GLENDA ANN**                        **vs.  HOLT PAMELA OVERTON**
                                              **HARRIS ANTINETTE MONIK**

4 days                                        Set By DEFENDANT                                                JURY

---

**6066  D-1-GN-24-004621**   **PARKER HARRY**                                       **vs.  GEICO COUNTY MUTUAL INSURANCE COMPANY**

4 days                                        Set By DEFENDANT                                                JURY

---

**6067  D-1-GN-23-004616**   **LYNAM SETH**                                          **vs.  JAZSTRAB MARK**
                                              **MOLINA VERONICA**                                          **ROSE PAVING, LLC**

5 days                                        Set By PLAINTIFF                                                 JURY

---

**6068  D-1-GN-25-001786**   **ADKINSON SHANNON**                             **vs.  GFO HOME LLC**

3 days                                        Set By COUNTER-DEFENDANT                                JURY

---

**6069  D-1-GN-23-006846**   **RUTHVEN LAUREN FORCADE**                  **vs.  C HERNANDEZ TRUCKING**
                                                                                                        **HERNANDEZ CIPRIANO**

5 days                                        Set By PLAINTIFF                                                 JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 09, 2026,  09:01 AM

**6001  D-1-GN-23-004853**  **ELLER STEVEN**  **vs.  LEIF JOHNSON FORD II, LTD.**
**LEIF JOHNSON FORD, INC.**
**MILAM DAVID**

5 days                                                  Set By PLAINTIFF                                                                    JURY

---

**6002  D-1-GN-24-002235**  **JANE DOE**  **vs.  8515 SOUTH, LP**
**APARTMENT MANAGING PROFESSIONALS, LTD**
**MONARCH BLUFFS PROPERTY OWNER, LLC**
**TERRELL QUINCY**

5 days                                                  Set By PLAINTIFF                                                                    JURY

---

**6003  D-1-GN-24-002308**  **HONEY DAVID**  **vs.  KLEIN SETH**
**YELLEN CYNTHIA**  **UNBARLIEVABLE, LLC**

5 days                                                  Set By PLAINTIFF                                                                    JURY

---

**6004  D-1-GN-24-006047**  **MENDEZ SANCHEZ NATALIA**  **vs.  ASTVATSATURIAN HANNA**

5 days                                                  Set By DEFENDANT                                                                   JURY

---

**6005  D-1-GN-22-001790**  **SPERBER HEATH**  **vs.  EDGEWATER POOLS, LLC**

5 days                                                  Set By PLAINTIFF                                                                    JURY

---

**6006  D-1-GN-24-002845**  **vs.**

5 days                                                                                                                                       JURY

---

**6007  D-1-GN-24-001321**  **GALEAS LOURDES**  **vs.  BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC**
**BRIDGESTONE AMERICAS, INC**
**BRIDGESTONE RETAIL OPERATIONS, LLC**
**CLASSIC COLLISION**
**EAN HOLDINGS LLC**
**PROCARE AUTOMOTIVE, LLC**

14 days                                                 Set By DEFENDANT                                                                   JURY

---

**6008  D-1-GN-23-007128**  **PPF AMLI 300 NORTH LAMAR BOULEVARD, LLC**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                                  Set By PLAINTIFF                                                                    JURY

---

**6011  D-1-GN-24-008507**  **BONILLA KLEIDYS**  **vs.  MILES MIRANDA HOLMLUND**

4 days                                                  Set By PLAINTIFF                                                                    JURY

---

**6012  D-1-GN-24-004554**  **ECHEGOJEN YANELIS     NICOLAS**  **vs.  THOMAS ANITAE**

4 days                                                  Set By PLAINTIFF                                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 09, 2026,  09:01 AM

**6013  D-1-GN-24-010044**

| AYEAKEH BLAISE | vs. | FIGUEROA ALEXANDER |
| NKENBEZA NANCY | | OLAND ROBERT |
| | | PHILLIPS-GARZA ALISSA R. |
| | | TOETU TII ROQUE |

4 days      Set By PLAINTIFF      JURY

---

**6014  D-1-GN-24-004434**

| DIAZ JESUS | vs. | DALE SUPER MERCADO INC. |
| | | EL PADRINO EVENT CENTER LLC |
| | | LYTTON SPRINGS INVESTMENST, LLC |

7 days      Set By PLAINTIFF      JURY

---

**6015  D-1-GN-24-004963**

| ISAACS JESSICA | vs. | ECK CYNTHIA ELAINE |
| | | SMITH AARON |
| | | SMITH ELISSA |

3 days      Set By PLAINTIFF      JURY

---

**6016  D-1-GN-23-008571**

| VERA BERTHA | vs. | CHILDERS REID |

5 days      Set By PLAINTIFF      JURY

---

**6017  D-1-GN-23-005059**

| BARBER JEFFERY | vs. | CARROLL LYNAE MICHELLE |
| BARBER SIDNEY MICHELLE | | |

5 days      Set By AS NEXT FRIEND OF      JURY

---

**6018  D-1-GN-23-000575**

| WOULLARD PRINCE | vs. | 4J LOGISTICS, LLC |
| | | LICHTNER JOSEPH  RICHARD |

4 days      Set By DEFENDANT      JURY

---

**6019  D-1-GN-23-008831**

| SMITH MACK | vs. | M.A. SMITH CONTRACTING COMPANY, INC. |
| | | RAGLAND TRAVIS |

5 days      Set By PLAINTIFF      JURY

---

**6020  D-1-GN-24-000917**

| LINDSEY MORGAN | vs. | FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY |

4 days      Set By PLAINTIFF      JURY

---

**6021  D-1-GN-19-000522**

| JONES KITAMBRA | vs. | CITY OF AUSTIN AUSTIN POLICE DEPARTMENT |

4 days      Set By PLAINTIFF      JURY

Atty: ARCHER CASEY JAMES (512-220-1800)      Atty: SCHAEFER SARA ROSE (512-974-1536)
Atty: FAUDOA BERTHA ALICIA (512-220-1800)
Atty: Komie David A (512-338-0900)
Atty: MATTAR JEHAAN AHMED (800-870-5521)
Atty: MULLER OTTO YANNICK (512-973-8997)

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 09, 2026,  09:01 AM

**6022  D-1-GN-23-001313**     FEINGOLD SAMANTHA                              vs.  DCO INC.
                                                                                  MORGAN TIMOTHY

5 days                                  Set By PLAINTIFF                                                    JURY

---

**6023  D-1-GN-24-007897**     AGUILAR CHRISTOPHER                           vs.  RAMIREZ ALEXANDRIA

7 days                                  Set By DEFENDANT                                                    JURY

---

**6024  D-1-GN-22-000474**     CARR LANCE                                    vs.  TESLA INC.,

10 days                                 Set By INTERVENOR DEFENDANT                                         JURY

---

**6025  D-1-GN-21-002567**     GLYNN SHAWANNA DESHAY                         vs.  BELTRAN JENNIFER
                                                                                  HCA HEALTHCARE SERVICES OF TEXAS INC
                                                                                  SIDES KATHERINE
                                                                                  ST DAVID'S HEALTHCARE PARTNERSHIP LP LLP
                                                                                  TEAMHEALTH INC

7 days                                  Set By DEFENDANT                                                    JURY

                Atty: Minns Rain Levy (512-372-3222)              Atty: Bell-Moss Katherine Ellen (512-970-5706)
                                                                 Atty: Shepperd John R (713-353-2000)
                                                                 Atty: VIGILANTE-FILLEY ALEXIS M. (512-472-0288)

---

**6026  D-1-GN-24-004406**     PEREZ LAURA                                   vs.  HOME STATE COUNTY MUTUAL INSURANCE COMPANY
                                                                                  NATIONAL GENERAL INSURANCE COMPANY
                                                                                  TORRES BLANCA
                                                                                  TORRES JOSE L.

3 days                                  Set By PLAINTIFF                                                    JURY

---

**6027  D-1-GN-25-002196**     KLINK KIRSTEN                                 vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
                               KLINK SHANE

4 days                                  Set By PLAINTIFF                                                    JURY

---

**6028  D-1-GN-25-002363**     LUCKETT ARTRA                                 vs.  ASHOK ARUN
                                                                                  SATHEESH RUGMA

3 days                                  Set By PLAINTIFF                                                    JURY

---

**6029  D-1-GN-24-004106**     PHAN CHAU                                     vs.  AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY
                               TRANG TOMMY                                         INSURANCE COMPANY
                                                                                  REYES SERAFIN

5 days                                  Set By DEFENDANT                                                    JURY

**6030  D-1-GN-24-008785**  NICHOLSON WILLIAM                     vs.  GEICO GENERAL INSURANCE COMPANY
                                                                        WILLIAMS YVONNE

4 days                          Set By PLAINTIFF                                                    JURY

---

**6031  D-1-GN-23-003644**  AUGUR ROBERT                         vs.  SELLITTO DENNIS
                                                                        STRAND BROTHERS SERVICE EXPERTS

6 days                          Set By PLAINTIFF                                                    JURY

---

**6032  D-1-GN-24-007622**  MORALES JUAN                         vs.  LYFT, INC.
                                                                        RUGAMBA CHRISTIAN KAGAME

3 days                                                                                             JURY

---

**6033  D-1-GN-24-005290**  HARAYAMA TOMOHIRO                    vs.  FESSLER DALE
                            LI ZHENGKAI                               PARSONS APRIL L.

4 days                          Set By PLAINTIFF                                                    JURY

---

**6034  D-1-GN-24-003309**  ALDER CREEK PROPERTIES, LLC           vs.  ARRAKIS FUND, LLC
                                                                        AUSTIN TITLE COMPANY
                                                                        BANK OZK
                                                                        CAPITAL TITLE OF TEXAS, LLC
                                                                        CHICAGO TITLE OF TEXAS, LLC
                                                                        CSP TEXAS JOINT VENTURE, LLC
                                                                        ITCOA, LLC
                                                                        SECURED LAND TRANSFERS, LLC
                                                                        SUPERIOR ABSTRACT AND TITLE, LLC
                                                                        WOLFE CAPITAL INVESTMENTS, LLC CALIFORNIA
                                                                        WOLFE CAPITAL INVESTMENTS, LLC TEXAS
                                                                        WOLFE CHRISTOPHER

5 days                          Set By PLAINTIFF                                                    JURY

---

**6035  D-1-GN-24-008601**  RIOS ROLANDO                         vs.  GREEN LAKISHA

3 days                          Set By PLAINTIFF                                                    JURY

---

**6037  D-1-GN-24-009729**  ARBOLEDA SEGURA JERSON               vs.  SAVONEN CODY RYAN

3 days                          Set By PLAINTIFF                                                    JURY

---

**6038  D-1-GN-23-000020**  BERNIER HANNAH                       vs.  COPLAND BRIAN
                            BOHANNON LEXI                             KILVENTON JOHN
                            GOVETT ABIGAIL                            REALTY AUSTIN
                            SCHOTT SOPHIE                             WASSERMAN MERYL
                            VOTAPEK SERENA

4 days                          Set By PLAINTIFF                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 09, 2026,  09:01 AM

**6039  D-1-GN-25-001346**     MORALES CYNTHIA     vs.  BRAZIL COHL RYAN
ENAMEL DENTISTRY PARMER PARK, PLLCS

5 days     JURY

---

**6040  D-1-GN-25-001996**     SRIRAM SUNIL     vs.  ESPT TRUCKING, LLC
THOMPSON MORGAN     PRIETO SANTANA REINIER

5 days     JURY

---

**6041  D-1-GN-25-001792**     HAYDEN CARL     vs.  FEHR THERESA

5 days     JURY

---

**6042  D-1-GN-24-006043**     SMITH AIMEE     vs.  WURST DANIEL
WURST KERSTIN

3 days     Set By PLAINTIFF     JURY

---

**6043  D-1-GN-23-007256**     VASQUEZ MARIA GODOY     vs.  GUEVARA DIEGO
QUALITY EMULSIONS, L.L.C.

4 days     Set By PLAINTIFF     JURY

---

**6044  D-1-GN-25-000974**     OTIS LINDSY     vs.  FROMBERG CONSTRUCTION, LLC
JOHN DOE

4 days     Set By PLAINTIFF     JURY

---

**6045  D-1-GN-19-000144**     MATIAS CINDY     vs.  UT SOUTHWESTERN HEALTH SYSTEMS

7 days     Set By DEFENDANT     JURY

Atty: KELLY LANNIE TODD (737-356-7827)     Atty: ATWOOD MISSY K. (512-472-0288)
Atty: Bell-Moss Katherine Ellen (512-970-5706)
Atty: Hale Paula Kay Phillips (512-476-1094)
Atty: HARGETT ROBERT L. (512-660-5960)
Atty: HARRIS TERRI S. (512-476-1094)
Atty: Warner Matthew Jason (5124632197)

---

**6046  D-1-GN-23-004346**     QUIROZ SARAH MENDEZ     vs.  VAVASOUR DAN

4 days     Set By PLAINTIFF     JURY

---

**6047  D-1-GN-25-000257**     NAVARRO SAMUEL     vs.  HANCOCK WILLIAM

4 days     Set By PLAINTIFF     JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 09, 2026,  09:01 AM

**6048  D-1-GN-18-002238**

TOVAR DANIEL FRANCO
TOVAR MARIA ANGELES

vs.  ELAM JOHN
ELAM LARRY

3 days                                Set By PLAINTIFF                                                                JURY

Atty: Barrera Jose Evan (361-221-1850)                    Atty: BENNETT KAREN R. (409-654-6700)
                                                         Atty: SCHAEFER SARA ROSE (512-974-1536)

---

**6049  D-1-GN-24-004724**

STEFFAN JASON

vs.  GUZMAN JIMENEZ DANIEL
JAIMES MELESIO
TEX STAR EXCAVATION LLC

4 days                                Set By PLAINTIFF                                                                JURY

---

**6050  D-1-GN-25-002062**

LONDONO RICHARD

vs.  MCKAY REBECCA

5 days                                Set By PLAINTIFF                                                                JURY

---

**6051  D-1-GN-25-000587**

LUNA DAVID

vs.  SANCHEZ TERRI M.

3 days                                Set By PLAINTIFF                                                                JURY

---

**6052  D-1-GN-19-007086**

THE STATE OF TEXAS

vs.  GUNIGANTI CHILDRENS 1999 TRUST
GUNIGANTI FAMILY PROPERTY HOLDINGS LLC
PRABHAKAR R GUNIGANTI INDIVIDUALLY AND AS
DIRECTOR OF TRIPLE PG SAND DEVELOPMENT, LLC
PUSKOOR DAYAKAR
TRIPLE PG SAND DEVELOPMENT LLC

5 days                                Set By PLAINTIFF                                                                JURY

Atty: MYERS CARL (512-463-2012)                         Atty: STOVER JOHN D. (936-632-3130)

---

**6053  D-1-GN-23-000732**

GREEN  GREGORY
GREEN KRISTEN  GAIL

vs.  CUTERA INC
VALDEZ IXCHEL

8 days                                Set By PLAINTIFF                                                                JURY

---

**6054  D-1-GN-25-000925**

OLSEN JEFFREY

vs.  AGUERO MELANIE
GEICO GOVERNMENT EMPLOYEES  INSURANCE COMPANY

5 days                                Set By PLAINTIFF                                                                JURY

---

**6055  D-1-FM-25-001097**

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

vs.  BRIGHT NATALIE JEAN
CHRISTOPHER TAYLOR

3 days                                Set By PETITIONER                                                              JURY

---

**6056  D-1-GN-23-002019**

MICHAEL DEANE HOMES, INC.

vs.  FIFTY MISSION CAPITAL, LLC

10 days                                                                                                              JURY

| | | | | |
|---|---|---|---|---|
| **6057  D-1-GN-23-000304** | **CIOMPERLIK WYATT** | | **vs.  GARCIA-RUIZ ERWIN** | |
| 4 days | | Set By DEFENDANT | | JURY |
| **6058  D-1-GN-24-001486** | **COLEMAN ELBERT ALLEN** | | **vs.  ANDRADE CRISTIAN  MARTINES** | |
| | | | **GARCIA MARCUS V.** | |
| | | | **HAYS NURSING AND REHABILITATION CENTER** | |
| | | | **HILL COUNTRY DAIRIES, INC** | |
| | | | **THE ENSIGN GROUP INC** | |
| | | | **WILLOW SPRINGS CREEK HEALTHCARE INC** | |
| 5 days | | Set By PLAINTIFF | | JURY |
| **6059  D-1-GN-23-006136** | **IMP SOUTH CONGRESS LLC** | | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6060  D-1-GN-25-001348** | **MENCHACA MARIA** | | **vs.  CATHEY DOUGLAS CHRIS** | |
| | | | **CATHEY TY ALLAN** | |
| 4 days | | Set By PLAINTIFF | | JURY |
| **6061  D-1-GN-25-000322** | **JOE ELIZABETH KAREN** | | **vs.  REGENCY IHS OF SOUTHPARK MEADOWS** | |
| 5 days | | Set By PLAINTIFF | | JURY |
| **6062  D-1-GN-22-001513** | **KUYKENDALL MICHAEL** | | **vs.  KEVIN HUFFMAN FARMS LLC** | |
| | | | **SHEEHY MAIL CONTRACTORS, INC.** | |
| | | | **SNOW TRAVIS** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6063  D-1-GN-24-005706** | **KERR KATHLYN** | | **vs.  RADUENZ BRIAN** | |
| | | | **RADUENZ TERESA** | |
| 4.5 days | | Set By COUNTER-DEFENDANT | | JURY |
| **6064  D-1-GN-24-003424** | **GLOVER SHERRY ANN** | | **vs.** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6065  D-1-GN-24-003500** | **LOPEZ PORTILLO ELVIN** | | **vs.  HERNANDEZ DAVID** | |
| | | | **WASTEWATER TRANSPORT SERVICES, LLC** | |
| 4 days | | Set By PLAINTIFF | | JURY |
| **6066  D-1-GN-24-003382** | **IVES JOANN** | | **vs.  TEXAS DEPARTMENT OF PUBLIC SAFETY** | |
| 3 days | | Set By PLAINTIFF | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 09, 2026,  09:01 AM

6067  D-1-FM-24-005969  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  BLALOCK BRYAN**
**THOMPSON JENNIFER MARIE**

3 days  Set By PETITIONER  JURY

| 5055 | D-1-GN-25-000057 | C TEN 31 LLC | | vs. | COFFEE UNPLUGGED LLC<br>CU DESIGNATED MANAGER 2 LLC  S<br>KARNES DUSTIN<br>TARBOX JOHN<br>TERRY JUSTIN<br>VIMONT JORDAN | PREF ((MEACHUM)) |
| | 5 days | | Set By PLAINTIFF | | | JURY |
| | | | | | | (MEACHUM) |

| 6001 | D-1-GN-24-005011 | CARROLL JASON | | vs. | LARKIN ELIZABETH MARIE | |
| | 5 days | | Set By DEFENDANT | | | JURY |

| 6002 | D-1-GN-24-004376 | ZUNIGA KITZIA VAZQUEZ<br>ZUNIGA NORMA | | vs. | DIVINE ALLIANCE, LLC<br>HOELEWYN DAVID WORTH | |
| | 3 days | | Set By PLAINTIFF | | | JURY |

| 6003 | D-1-GN-24-005254 | ZARCHI MEHDI | | vs. | SAMPATH ANAGHA | |
| | 4 days | | Set By PLAINTIFF | | | JURY |

| 6004 | D-1-GN-24-005594 | CHAPMAN DANIEL | | vs. | 614 S 1ST STREET TENANT, LLC<br>H &amp; H TEXAS PARTNERS, LTD.<br>RPM LIVING<br>RPM LIVING, LLC<br>TEXAS WORKFORCE HOUSING FOUNDATION<br>TIMBERCREEK APARTMENTS | |
| | 3 days | | Set By PLAINTIFF | | | JURY |

| 6005 | D-1-GN-24-007684 | CARS AMERICA, INC. | | vs. | TALLEY JOLYNE | |
| | 10 days | | Set By DEFENDANT | | | JURY |

| 6006 | D-1-GN-25-000440 | LY THUY<br>PHAM HIEU | | vs. | LAND JOSEPH | |
| | 2 days | | Set By PLAINTIFF | | | JURY |

| 6007 | D-1-GN-24-004374 | GUYTON MICHAEL | | vs. | SALVADOR JESUS ALAMILLO SORIA | |
| | 4 days | | | | | JURY |

| 6008 | D-1-GN-24-003866 | MITCHELL LADONNA | | vs. | CALIBER BODYWORKS OF TEXAS, LLC<br>GOULD DANIEL KADEN | |
| | 5 days | | Set By PLAINTIFF | | | JURY |

| 6009 | D-1-GN-22-000295 | TOVAR VANESSA | | vs. | HIPPO REALTY, LLC | |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 23, 2026, 09:01 AM

| | | |
|---|---|---|
| 3 days | Set By PLAINTIFF | JURY |

**6010  D-1-GN-25-000232**  **MAYER KRISTINA**  vs. **CITY OF AUSTIN**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6011  D-1-GN-24-006231**  **DESEAY, LLC**  vs. **TRAVIS CENTRAL APPRAISAL DISTRICT**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6012  D-1-GN-23-002588**  **GLASSCOCK KENNETH**
**LAVIN ROXANA**
vs. **GREENBERG FRANK**
**KWAN APRIL**
**KWAN HSIAOTZE**
**VILLA MONTANA REALTY, L.L.C.**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6013  D-1-GN-21-002143**  **SANCHEZ CARLOS J**  vs. **HANDS AND FEET CONTRACTING LLC**
**JHC FRAMING, LLC**
**OHT CONSTRUCTION LLC**

| | | |
|---|---|---|
| 10 days | Set By PLAINTIFF | JURY |

Atty: MELENDEZ ROBERT M (512-467-0600)   Atty: Baldo Nicholas S (4098355200)

**6014  D-1-GN-23-002768**  **PIERCE CLAY**  vs. **COLBERT  STEVEN**
**HERRERA FABRICATING, INC.**
**LONGHORN CAR-TRUCK RENTAL, INC.**
**RUSH ENTERPRISES, INC.**
**SCC INDUSTRIAL, LLC**

| | | |
|---|---|---|
| 3 days | Set By PLAINTIFF | JURY |

**6015  D-1-GN-21-006697**  **MATTHEW SCHOENBERG, TRUSTEE OF THE MATTHEW**
**SCHOENBERG LIVING TRUST**
vs. **AAA FENCE COMPANY OF AUSTIN, INC**
**C STAFF CONSTRUCTION, LLC**
**CRUZ CONCRETE SERVICES, LLC**
**DAV PLASTER INC., LLC**
**DELEON JOHN**
**DOORS R US, LLC**
**IBARRA STEVEN**
**MCNEELY ELECTRIC, INC**
**PHILLIPS MAINTENANCE SERVICES, LLC**
**PHILLIPS MARK**
**QUALITY CUSTOM POOLS, INC**
**RIOS JOSE**
**SAGIV OHAD**
**SAGIVS TX INC**
**SOVA CONSTRUCTION, INC.**
**TEX-TAR WATERPROOFING, INC**
**VARELA DOUGLASS A**
**VOX INTEGRATIONS, LLC**

| | | | | | |
|---|---|---|---|---|---|
| | 8 days | | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6016 | D-1-GN-23-005284 | EXTRA SPACE PROPERTIES 112 LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
| | 2 days | | Set By PLAINTIFF | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6017 | D-1-GN-23-001548 | LEDEZMA CARILU | | vs. MAKAROV VICTOR | |
| | 3 days | | Set By PLAINTIFF | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6018 | D-1-GN-23-000480 | ESTORGA YOLANDA | | vs. | |
| | 5 days | | Set By PLAINTIFF | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6019 | D-1-GN-23-001306 | NORCOM CATHERINE | | vs. DELPRO ENTERPRISES, LLC.<br>RAY SAMIR<br>RESIDENTIAL WARRANTY COMPANY, LLC | |
| | 4 days | | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6020 | D-1-GN-23-008429 | RUIZ CHRISTIE ANN | | vs. FORWOOD JOEANNA | |
| | 4 days | | Set By PLAINTIFF | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6021 | D-1-GN-21-004183 | HAMMOND JAIME | | vs. AUSTIN GASTROENTEROLOGY PLLC<br>HAVEMANN BENJAMIN | |
| | 5 days | | Set By PLAINTIFF | | JURY |
| | | Atty: MCLEAN MARK RICHARD (512-222-5641) | | Atty: BEAMAN MARK THOMAS (512-472-0288) | |

| | | | | | |
|---|---|---|---|---|---|
| 6022 | D-1-GN-24-005016 | PRESTON CHARLES | | vs. CUMBERLAND TRUST &amp; INVESTMENT CO.<br>CUMBERLAND TRUST AND INVESTMENT COMPANY | |
| | 5 days | | Set By PLAINTIFF | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6023 | D-1-GN-24-002469 | HILL CHANDLER<br>HILL CHRISTOPHER | | vs. KRAMER JEANNETTE | |
| | 3 days | | Set By DEFENDANT | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6024 | D-1-GN-24-005515 | JB WIER CONSTRUCTION, LLC | | vs. ARS SPECIALTY CONTRACTORS, LLC | |
| | 3 days | | Set By PLAINTIFF | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6025 | D-1-GN-23-000207 | SEJDIU IZJA | | vs. 156 METAL RECYCLING LLC<br>BETTY BOOKER AS THE REPRESENTATIVE OF THE ESTATE<br>OF LOYETT WESLEY BOOKER, JR. | |
| | 7 days | | Set By PLAINTIFF | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| 6026 | D-1-GN-25-001635 | HELMS JAMES | | vs. HILL COUNTRY HOSPITALITY MANAGEMENT, LLC | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 4 days | Set By PLAINTIFF | JURY |

---

**6027  D-1-GN-24-004242**  **CARBONBETTER, LLC**  vs.  **WALTON IMANI**  
**WHITE WATER MIDSTREAM SERVICES CO.,LLC**

4 days  Set By PLAINTIFF  JURY

---

**6028  D-1-GN-24-005326**  **CORTES LIZETTE KARINA**  vs.  **CHOI VIVIEN**

5 days  Set By PLAINTIFF  JURY

---

**6029  D-1-GN-24-004271**  **SANG CHANG RICHARD II**  vs.  **CANYON CREEK APARTMENTS**  
**MARTIN ADAM**  
**MARTIN JAY**  
**MARTIN JORDAN**  
**NORTH BY NORTHWEST LAWNS, LLC**  
**NORTHLAND CANYON CREEK II, LLC**  
**NORTHLAND INVESTMENT CORPORATION**  
**PETERS TIFFANY**

3 days  Set By PLAINTIFF  JURY

---

**6030  D-1-GN-24-009364**  **NORIEGA JUAN JOSE**  vs.  **COVERT BUICK, INC.**  
**COVERT CHEVROLET, INC.**  
**TAQUINO JOHN ALAN**

5 days  Set By PLAINTIFF  JURY

---

**6031  D-1-GN-24-005322**  **BRADLEY FRANKLIN**  vs.  **BETTS  JOSHUA**

3 days  Set By PLAINTIFF  JURY

---

**6032  D-1-GN-23-008146**  **PHILLIPS APRIL**  vs.  **FLOWERS THOMAS**  
**FLOWERS TRUCKING INC.**

4 days  Set By PLAINTIFF  JURY

---

**6033  D-1-GN-23-007270**  **SANCHEZ JOSE**  vs.  **FALDUTO  ERNESTO**  
**TEXAS ENTERPRISES, INC**

4 days  Set By DEFENDANT  JURY

---

**6034  D-1-FM-21-000304**  **SANDERS HEATHER JO**  vs.  **TURNER BRANDON MICHAEL**

4 days  JURY

**6035 D-1-GN-23-002874**  GUERRERO JACK **vs.** COLORADO MATERIALS MANAGEMENT CO., LC
COLORADO MATERIALS, LTD
IVY'S TRUCKING CORP.
JOSEPH CARRIERS, LLC
MIRANDA ISMAEL

3 days     Set By DEFENDANT     JURY

---

**6036 D-1-GN-24-009570**  VELASQUEZ FLORES ROBERT **vs.** ALLIED UNDERGROUND LLC
VILLA GUILLERMO RODOLFO ADRIAN

4 days     Set By PLAINTIFF     JURY

---

**6037 D-1-GN-24-009094**  COCHRAN RYAN
GOMEZ GEORGE
MOLLEUR RACHEL     **vs.** VERNALLIS MARK

2 days     Set By AS NEXT FRIEND OF     JURY

---

**6038 D-1-GN-24-000971**  SPRIGGS LASHONDA **vs.** MOORE CLEAN OF BELL COUNTY, LLC
MOORE CLEAN, LLC
OLIVER SCOTT
WIGGINS COREY

3 days     Set By PLAINTIFF     JURY

---

**6039 D-1-GN-24-006371**  VALDEZ TREJO ARACELY **vs.** TRAN MICHELE

3 days     Set By DEFENDANT     JURY

---

**6040 D-1-GN-23-002527**  LEVY PREMIUM FOODSERVICE LLC
LEVY TEXAS BEVERAGES LLC     **vs.** CIRCUIT OF THE AMERICAS LLC
LEVY HOLDINGS GP, INC.
LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP
LEVY RESTRAURANT LIMITED PARTNERSHIP

8 days     JURY

---

**6041 D-1-GN-24-001771**  4600 E CESAR CHAVEZ, LLC **vs.** TITLE RESOURCES GUARANTY COMPANY

6 days     Set By PLAINTIFF     JURY

---

**6042 D-1-GN-24-001913**  MOMIN SHAMIR **vs.** LANGFELD CHRISTINE REINECKE

4 days     Set By DEFENDANT     JURY

---

**6043 D-1-GN-24-006906**  ARAUJO JUSTIN **vs.** STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY

4 days     Set By PLAINTIFF     JURY

---

**6044 D-1-GN-24-005848**  CARDIOTHORACIC AND VASCULAR SURGEONS, P.A. **vs.** ASCENSION SETON

| | | | | | |
|---|---|---|---|---|---|
| | | 3 days | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6045  D-1-GN-23-008807** | **SMITH AI LINN** | | **vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY** | |
| | 4 days | Set By DEFENDANT | | JURY |

| | | | | |
|---|---|---|---|---|
| **6047  D-1-GN-24-005625** | **HFT HOLDINGS - WELLS BRANCH, LLC** | | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| | 5 days | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6048  D-1-GN-24-009008** | **WEGMILLER  LINDA  REICH** | | **vs.  LIBERTY COUNTY MUTUAL INSURANCE COMPANY**<br>**MANGLOS  PHILLIP DAVID** | |
| | 4 days | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6049  D-1-GN-24-000125** | **BRAVO MARIELLA** | | **vs.  STATE FARM MUTUAL AUTOMOBILE INSURANCE**<br>**COMPANY** | |
| | 3 days | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6050  D-1-GN-24-006176** | **BERGSTROM BLAKE** | | **vs.  DILLARD BRANDON**<br>**HERMAN ABBEY** | |
| | 6 days | Set By DEFENDANT | | JURY |

| | | | | |
|---|---|---|---|---|
| **6051  D-1-GN-23-007088** | **BROOKS KEVIN** | | **vs.  PONCE DOMITILO** | |
| | 3 days | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6052  D-1-GN-24-005956** | **DICKERSON AMANDA** | | **vs.  STANLEY ALBERTA**<br>**WEDRIVEU, INC.** | |
| | 3 days | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6053  D-1-GN-24-003631** | **BEZNER MADELEINE**<br>**RAMPICK KIM**<br>**WESTBROOK HEIDI** | | **vs.  ASHFORD LAKEWAY LP**<br>**ASHFORD TRS LAKEWAY LLC**<br>**NGUYEN NINH** | |
| | 5 days | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6056  D-1-GN-23-005021** | **ML-AUSTIN-I, LLC** | | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| | 5 days | Set By DEFENDANT | | JURY |

| | | | | |
|---|---|---|---|---|
| **6057  D-1-GN-23-006863** | **FCA ESTABLISHMENT (AUSTIN) PROPCO, LLC** | | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| | 4 days | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 23, 2026, 09:01 AM

**6058 D-1-GN-24-004219**    **RAMOS HECTOR**      **vs. FAIVOR MICHAEL A.**

4 days      Set By DEFENDANT      DECLARATORY JUDGMENT
JURY

---

**6061 D-1-GN-24-010168**    **PACE CAROLINE**      **vs. PAUL RAPHAEL**

5 days      JURY

---

**6062 D-1-GN-23-001598**    **DAY JACK**      **vs. GRIME TIME, LLC**
**MEZA CARLOS RENE**

4 days      Set By PLAINTIFF      JURY

---

**6063 D-1-GN-24-005113**    **CITY OF BEE CAVE, TEXAS**      **vs. GARZA JAMES CLINT**
**KBC ADVISORS- TEXAS, LLC**
**KBC TX DEVELOPMENT, LLC**
**KBC TX INVESTMENTS, LLC**
**VELOCIS BEE CAVE JF, LP,**
**VELOCIS BEE CAVE JV, L.P.**
**WS-COS DEVELOPMENT, LLC**
**WS-COS INVESTMENTS, LLC**

10 days      JURY

---

**6065 D-1-FM-25-000920**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs. ANDERSON DEVIN WALTER**
**PETSCHEN-RODRIGUEZ KAILIE MARIE**

3 days      Set By PETITIONER      JURY

---

**6066 D-1-GN-24-002499**    **RILEY KEITH**      **vs. AMPM TOWING LLC**
**JOHK MCGEHEE LLC**
**VALDEZ SILVINO TRUJILLO**

3 days      Set By PLAINTIFF      JURY

---

**6067 D-1-FM-25-001531**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs. MONRROY-FORTIN SERGIO HERNAN**
**URBINA REYES KENIA SARAI**

3 days      Set By PETITIONER      JURY

---

**6068 D-1-GN-24-005256**    **SCHWAUSCH MICHAEL**      **vs. GRAY ERNEST**
**YOUNGEARTH ARM, LLC**

3 days      Set By PLAINTIFF      JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 23, 2026, 09:01 AM

**6069  D-1-GN-23-004269**   **CHEE STANLEY**   vs.  **FRANCO-FLORES MARIA DEL CARMEN**
**GUZMAN-PEREZ EFRAIN ONIEL**
**IN CHARGE ELECTRICAL SERVICES, LLC**
**ROBINSON SETH R**
**SANCHEZ ELECTRIC WORK, LLC**
**SANCHEZ LOPEZ ELMER G**

4 days                                    Set By PLAINTIFF                                                          JURY

---

**6070  D-1-FM-25-001622**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   vs.  **MARTINEZ LUIS**
**RENTERIA BETHANY**

3 days                                    Set By PETITIONER                                                        JURY

---

**6071  D-1-GN-24-000774**   **JENNINGS JOHN P.**   vs.  **ACCENTCARE HOMEHEALTH OF TAYLOR**
**JENNINGS-GOMEZ TRACEY**                          **DESSAU HEALTHCARE, INC.**
**LOGAN BRENDA**                                   **VELOCITY VENTURES, LLC**

5 days                                    Set By PLAINTIFF                                                          JURY

---

**6072  D-1-GN-23-007416**   **EMPLOYERS INSURANCE COMPANY OF WAUSAU**   vs.  **MYCON GENERAL CONTRACTORS, INC**
**VECTOR CONCEPTS, INC.**

4 days                                    Set By PLAINTIFF                                                          JURY

---

**6073  D-1-GN-24-008358**   **BRN WAUKESHA PROPERTIES LLC**   vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

2 days                                    Set By PLAINTIFF                                                          JURY

---

**6074  D-1-GN-23-005657**   **MOORE CRYSTAL**   vs.  **BARTON PHILLIP**
**MOORE STEDMAN**                                  **PHILBRU LLC**

4 days                                    Set By PLAINTIFF                                                          JURY

---

**6075  D-1-GN-24-000171**   **RAMIREZ BERENICE**   vs.  **ALDANA JHENIER ARIAS**

3 days                                    Set By PLAINTIFF                                                          JURY

---

**6076  D-1-GN-24-002733**   **MARICORP U.S., LLC**   vs.  **LAKE TRAVIS LODGES MARINA ASSOCIATION**

8 days                                    Set By COUNTER-PLAINTIFF                                                  JURY

---

**6077  D-1-GN-24-004427**   **VARGAS BENJAMIN**   vs.  **MARTINEZ-BONILLA WALTER  ORLANDO**
**STAR 1**
**STAR 1 UTILITIES, L.L.C.**

4 days                                    Set By PLAINTIFF                                                          JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 23, 2026, 09:01 AM

**6078 D-1-GN-25-001910**  **J5 MOTORS, LLC**                                    vs.  **143 TUMBLEWEED LLC**

4 days                                Set By COUNTER-PLAINTIFF                                                      JURY

---

**6079 D-1-GN-25-000332**  **MOBILITY PRO PT, PC**                               vs.  **B&amp;B INC.**
                                                                                      **JAMESON SLAYTER**
                                                                                      **KIRKPATRICK DAVID**

3 days                                Set By PLAINTIFF                                                              JURY

---

**6080 D-1-GN-24-004372**  **ALEMAN GABRIEL**                                    vs.  **R A D TRUCKING LTD**
                                                                                      **RAMOS JERSON J.**

5 days                                Set By DEFENDANT                                                             JURY

---

**6081 D-1-GN-24-008157**  **ROONEY BRENDAN**                                    vs.  **AMPERSAND PM, LLC**
                           **ROONEY CHRISTY ROMANO**                                  **ANGUELOVA BISTRA**
                                                                                      **BINGUELOVA FAMILY REVOCABLE TRUST**
                                                                                      **BINNEY JOSEPH**

5 days                                Set By COUNTER-DEFENDANT                                                      JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, March 23, 2026,  09:01 AM

**6001  D-1-GN-23-009209**  BARRIOS MAUREEN

vs.  AUSTIN 19 HOTEL, LLC
MARRIOTT INTERNATIONAL, INC.
OTTO TRINITY
SUPREME BRIGHT DALLAS II SUBTENANT, LLC, D/B/A AC
HOTEL AUSTIN-UNIVERSITY
SUPREME BRIGHT DALLAS II SUBTENANT, LLC.
WHITE LODGING SERVICES CORPORATION

5 days                            Set By PLAINTIFF                                           JURY

---

**6002  D-1-GN-24-009669**  DINDERMAN DEBORAH                        vs.  LY APOLLO

4 days                            Set By PLAINTIFF                                           JURY

---

**6003  D-1-GN-24-005513**  PAREKH NEHA

vs.  BARTLEY SCOTT C
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY

5 days                            Set By PLAINTIFF                                           JURY

---

**6004  D-1-GN-24-004031**  MENDOZA CARLOS                          vs.  LOPEZ GABRIELA ALONSO

3 days                            Set By PLAINTIFF                                           JURY

---

**6005  D-1-GN-24-003903**  PENA GRETER RODRIGUEZ                   vs.  AKERS CHARLES

3 days                            Set By PLAINTIFF                                           JURY

---

**6006  D-1-GN-25-001060**  FAN LILY                                vs.  ALVARADO JORDYN

4 days                            Set By PLAINTIFF                                           JURY

---

**6007  D-1-GN-24-008559**  BUSTOS JOHN                             vs.  OLT THOMAS

3 days                            Set By PLAINTIFF                                           JURY

---

**6008  D-1-GN-24-002868**  AWONUGA ADEWOLE
TRIPPLE LOVE LLC

vs.  COVERT AUTO INC
FCA US LLC

10 days                           Set By DEFENDANT                                          JURY

---

**6009  D-1-GN-24-001091**  GREY STREET INVESTMENTS, LLC

vs.  HERSCH ROBERT S.
MVA FUNDING, LLC

5 days                            Set By PLAINTIFF                                           JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, March 23, 2026, 09:01 AM

| 6010 | D-1-GN-23-004759 | LAKEWAY MOB PARTNERS, LLC<br>OGH DEVELOPMENT, LLC | | vs. | ADLER ALAN E.<br>ADLER, INC.<br>MASTER ENGINEERS AND DESIGNERS, INC.<br>ROSKELLEY SAMUEL K. | |
|---|---|---|---|---|---|---|
| | 10 days | | Set By DEFENDANT | | | JURY |

| 6011 | D-1-GN-25-001121 | MONDRAGON FABRICIO | | vs. | ALLIED FIRE PROTECTION, L.P.<br>ALLIED FIRE PROTECTION-SA, L.P.<br>CACERES CABRERA KEVIN | |
|---|---|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | | JURY |

| 6012 | D-1-GN-25-001368 | CAMPO ANTHONY<br>CAMPO BRYAN<br>CAMPO FABIO | | vs. | PIMENTAL ALMANZA MARTIN | |
|---|---|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | | JURY |

| 6013 | D-1-GN-24-005178 | HASHITSUME PAULINE | | vs. | CHORUS SMARTSECURE TEXAS,LLC<br>COY STEVEN | |
|---|---|---|---|---|---|---|
| | 5 days | | Set By PLAINTIFF | | | JURY |

| 6014 | D-1-GN-24-010015 | HINSLEY CECILIA JO | | vs. | SCHULTZ KAIA EMMA LINH | |
|---|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | | JURY |

| 6015 | D-1-GN-24-007673 | GASPAR-RODRIGEZ SEVERIANO | | vs. | BANEGAS MUNGUIA ELMER | |
|---|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | | JURY |

| 6018 | D-1-GN-24-009751 | BERNAL KARINA | | vs. | AWAN MALIK | |
|---|---|---|---|---|---|---|
| | 4 days | | | | | JURY |

| 6019 | D-1-GN-22-003874 | JOINER - ROGERS GLENDA LEE | | vs. | FARMERS INSURANCE EXCHANGE<br>FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY | |
|---|---|---|---|---|---|---|
| | 4 days | | | | | JURY |

| 6020 | D-1-GN-24-008537 | PETTY MATTHEW | | vs. | SMART POOL SERVICES, LLC<br>THOMPSON DAVID ALLEN | |
|---|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | | JURY |

**6021  D-1-GN-23-006210**  HOLLAHAN GINA LYNN  vs.  APAC-TEXAS INC. WHEELER COMPANIES
ELEMENTS MASSAGE
ELEMENTS THERAPEUTIC MASSAGE
FESPERMAN DAVID
FREEDOM CENTRE PROPERTIES, LLC
GREENLAWN CROSSING
GREENLAWN CROSSING CENTER
IRONWOOD REAL ESTATE GP, LLC
QUANTUM MERIT VENTURES, INC.
RASSIER CHRISTOPHER
RASSIER JOHN
RASSIER PROPERTIES, LLC
RASSIER PROPERTIES-GREENLAWN CROSSING CENTER, LLC
STRIPE IT UP, LLC
TEXAS MATERIALS CROUP, INC.
WHEELER COMPANIES

5 days                          Set By CROSS PLAINTIFF                          JURY

---

**6022  D-1-GN-25-000663**  LIN ZHONG  vs.  BETTER TREES OF TEXAS
SOTX GROWERS LLC
UHING MARCUS

5 days                          Set By PLAINTIFF                          JURY

---

**6023  D-1-GN-25-000663**  LIN ZHONG  vs.  BETTER TREES OF TEXAS
SOTX GROWERS LLC
UHING MARCUS

5 days                                                         JURY

---

**6024  D-1-GN-25-001003**  WADDEL RODRICK  vs.  INNOVATION TRUCKING LLC
RODRIGUEZ BUEZO JOSE RAMON

3 days                          Set By PLAINTIFF                          JURY

---

**6025  D-1-GN-24-002132**  BAUGHN BEVIN HANNAH  vs.
BERG PARKER

4 days                          Set By DEFENDANT                          JURY

---

**6026  D-1-GN-24-003243**  ASBURY KENNETH  vs.  C.F. MCDONALD ELECTRIC, INC.

3 days                          Set By PLAINTIFF                          JURY

---

**6027  D-1-GN-24-007669**  USON CARLY  vs.  HSIAO MU FAN
USON JASON

5 days                                                         JURY

| 6028 D-1-GN-25-001151 | POPP CARSON<br>POPP HAYDEN | | vs. LANGE JOEL<br>LANGE SANDRA | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6029 D-1-GN-24-009858 | ARISPE ADAM | | vs. BACKSLIDERS, LLC<br>LEBLANC BROOKE MARIE | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6030 D-1-GN-22-003356 | MCKENZIE ANGELA<br>MCKENZIE DEREK | | vs. AUSTIN REGIONAL CLINIC, P.A.<br>BELT MELANIE<br>ST. DAVID'S HEALTHCARE PARTNERSHIP L.P., LLP | |
|---|---|---|---|---|
| 10 days | | Set By PLAINTIFF | | JURY |

| 6031 D-1-GN-24-001324 | REYNOSO-DE-RUIZ DELIA | | vs. CHARLIE MORRIS ELECTRIC DIAL ONE INC<br>ELLSTROM MATTHEW | |
|---|---|---|---|---|
| 4 days | | Set By DEFENDANT | | JURY |

| 6032 D-1-GN-25-001847 | HOT SHOT FINAL MILE, LLC | | vs. J &amp; j E-LITE ENTERPRISES, LLC<br>JOHNSON JAMIE<br>NIHILO TRANSPORT, LLC | |
|---|---|---|---|---|
| 4 days | | | | JURY |

| 6033 D-1-GN-24-004116 | LCD ACQUISITIONS, LLC<br>LMP OW WEST CAMPUS, LLC | | vs. FUN 'N' SUN POOLS, INC.<br>ODEN HUGHES TAYLOR CONSTRUCTION, LLC | |
|---|---|---|---|---|
| 8 days | | Set By DEFENDANT | | JURY |

| 6034 D-1-GN-24-008490 | BEDOLLA JAVIER | | vs. CLASSIC CARGO SOLUTIONS<br>WALKER GARRY | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6035 D-1-GN-24-001609 | HIDALGO JOSE | | vs. CASH CONSTRUCTION COMPANY<br>MASTEC, INC.<br>QUICHOCHO SOPHIA | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6036 D-1-GN-24-009750 | MILLER DONNA | | vs. ALBA GILBERT<br>GRACY WOODS HEALTHCARE LLC<br>JOHN DOE | |
|---|---|---|---|---|
| 4 days | | | | JURY |

| 6037 D-1-GN-24-000831 | NINO MONICA<br>VEGA HECTOR HERNANDEZ | | vs. LAZO ELIZABETH | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 4 days | | Set By DEFENDANT | | JURY |

---

**6038  D-1-GN-25-002102**  **STAUB LANDRY**  vs.  **FERRARI CHRISTINE**
**FERRARI HAROLD D**
**FERRARI TYLER MATTHEW**

| | | | | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

---

**6039  D-1-GN-25-000976**  **STUCHELL  CASANDRA**  vs.  **AUSTIN PLASTIC SURGEON CENTRAL, PLLC**
**FRANCO JOHNNY**

| | | | | |
|---|---|---|---|---|
| 5 days | | | | JURY |

---

**6040  D-1-GN-24-010070**  **PORTER LORENZO**  vs.  **BROWN KATHRYN**
**KEOLIS TRANSIT SERVICES, LLC**

| | | | | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

---

**6041  D-1-GN-23-000247**  **TREVINO JESUS**  vs.  **COAST TO COAST INSURANCE SERVICES, LLC**
**GONZALEZ GILBERT**
**LARA ARREBATO MAYTE**
**LARA MARTIN**
**MORALES ANDRIO PEREZ**
**TIKI TRUCKING, LP**

| | | | | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

---

**6042  D-1-GN-24-002935**  **ALANIZ  NICOLE**  vs.  **GRENIER SERVICE COMPANY LLC**

| | | | | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

---

**6043  D-1-GN-25-003034**  **MARTIN LARRY**  vs.  **FERNANDEZ KASSEDY**

| | | | | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

---

**6044  D-1-GN-24-009143**  **AYALA JOSETTE**
**CASTRO RAQUEL MARIE**  vs.  **COMPASS GROUP USA, INC.**
**GONZALEZ SALINAS CESAR  ALEJANDRO**

| | | | | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

---

**6045  D-1-GN-24-009163**  **CORDOVA LUIS CARLOS**  vs.  **BISSONNET BARRY ELWOOD**
**PROGRESSIVE DIRECT INSURANCE COMPANY**

| | | | | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

---

**6046  D-1-GN-25-000756**  **BRICENO NATALIE**  vs.  **BERKO DAVID**
**LYFT, INC.**

| | | | | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

---

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, March 23, 2026,  09:01 AM

**6047  D-1-GN-22-004138**  ALI  NERMIN  MICHELLE

vs.  SAWVEL JAMES ALLEN
SMART CHARGE AMERICA, LLC
SMART CHARGE RESIDENTIAL INC

5 days                                    Set By DEFENDANT                                                    JURY

---

**6048  D-1-GN-22-002942**  MINOR MICHAEL  CODY

vs.  FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY
TRAVIS COUNTY, TEXAS

3 days                                    Set By PLAINTIFF                                                    JURY

---

**6049  D-1-GN-24-000723**  RIVERA DELINDA
RIVERA ESTEBAN
WATSON JASON

vs.  MEDINA RENE
MEDINA ROBERT

4 days                                                                                                        JURY

---

**6050  D-1-GN-25-001048**  CALZADA GONZALEZ JESUS

vs.  SURESH OLI

3 days                                    Set By PLAINTIFF                                                    JURY

---

**6051  D-1-GN-25-001143**  AVILA BENITES BELCID CAROLINA

vs.  HARTON KAI ARYANNA

3 days                                    Set By PLAINTIFF                                                    JURY

---

**6052  D-1-GN-24-009337**  COMANCHE HOLDINGS, LLC

vs.  FROGMOUTH, INC.
RIGBY LAURA

2 days                                    Set By COUNTER-PLAINTIFF                                            JURY

---

**6053  D-1-GN-24-001939**  RITCHIE JANIE

vs.  DOE JOHN
GUARDADO MARCOS
LAJUG SERGIO OTONIEL
PEREZ MENDEZ EDDY DAVID
PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

4 days                                                                                                        JURY

---

**6054  D-1-GN-21-004799**  MARTINEZ ALFREDO
MARTINEZ LETICIA

vs.  J.D. ABRAMS L.P.

3 days                                                                                                        JURY

Atty: STEWART STEPHEN W. (512-326-3200)

---

**6055  D-1-GN-24-001868**  BERAS ANDRES

vs.  GEICO COUNTY MUTUAL INSURANCE COMPANY
MAIO DAVID MICHAEL
MAIO NICHOLAS DAVID

4 days                                    Set By DEFENDANT                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, March 23, 2026,  09:01 AM

**6056  D-1-GN-25-002012**      **RIOS RICARDO**                                         **vs.  PATRIDGE HERBERT**
                                                                                          **RANGER EXCAVATING, L.P.**

4 days                                      Set By PLAINTIFF                                                                  JURY

---

**6058  D-1-FM-18-004312**      **BEDOLLA JOHN P**                                       **vs.  BEDOLLA ANNA S**

2 days                                      Set By RESPONDENT                                                                 MERITS - DIVORCE

                                                                          Atty: POWERS WILLIAM D. (512-610-6199)

---

**6060  D-1-GN-25-001876**      **MEJIA MEDINA LUZ**                                     **vs.  PACE REBECCA MORGAN**

5 days                                      Set By PLAINTIFF                                                                  JURY

---

**6061  D-1-GN-23-003876**      **SEBAHIZI MANOA**                                       **vs.  CHAPA VINCENT**
                                                                                          **MARTINEZ ERICK**
                                                                                          **MAYA GARZA TRANSPORT LLC**

2 days                                      Set By PLAINTIFF                                                                  JURY

---

**6062  D-1-GN-23-007123**      **BCF I LAKESHORE, LLC**                                 **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                      Set By COUNTER-DEFENDANT                                                          JURY

---

**6063  D-1-GN-23-007150**      **NICHOLS PARK TFP, LTD.**                               **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                      Set By PLAINTIFF                                                                  JURY

---

**6064  D-1-GN-17-006515**      **BURROFF TERESA**                                       **vs.  ARNOLD TIMOTHY W**
                                **CHINN TIMOTHY**                                         **DAVIS DENNIS D**
                                                                                          **DESMOND DEBBIE**
                                                                                          **SATTVA, INC.**
                                                                                          **STEIB KAREN ANN**

4 days                                                                                                                        JURY

                                Atty: WILLIAMS M. MATTHEW (512-902-1554)                 Atty: GORTHEY KEMP W. (512-699-8006)
                                                                                          Atty: MITCHELL MOLLY JEAN (512-474-9486)

---

**6065  D-1-GN-24-003769**      **MURILLO-MATUTE RONI FERNANDO**                         **vs.  MCALPIN JAMES HOMER**

3 days                                      Set By PLAINTIFF                                                                  JURY

---

**6066  D-1-GN-24-001425**      **PHILLIPS JASON JON**                                   **vs.  AGUILAR ALYSSA**
                                                                                          **CHILI'S BEVERAGE COMPANY INC.**
                                                                                          **CHILI'S GRILL AND BAR**

4 days                                      Set By AS NEXT FRIEND OF                                                          JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, March 23, 2026,  09:01 AM

**6067  D-1-GN-23-001893**  GREEN MONKEY DEVELOPMENT GROUP, LLC

vs.  CHICAGO TITLE OF TEXAS, LLC
COHEN SHLOMI
HART TABITHA
SANABRIA INVESTMENTS, LLC
WILEY EVA
WILEY KEN

7 days                              Set By PLAINTIFF                                                                    JURY

---

**6068  D-1-GN-18-001690**  GUARINO JAKE AUSTIN
GUARINO JAKE LOUIS
GUARINO JILL

vs.  BAILEY CHUCK
BAILEY ROBERT EARL
COX RUSSELL BRYAN
FIELDTURF USA INC
RS GLOBAL INC

5 days                              Set By PLAINTIFF                                                                    JURY

Atty: Beck David J (713-951-3700)                          Atty: Bennett Joshua James (214550818834)
Atty: Ford Troy Ray (7139513700)                           Atty: Dubois Douglas Wayne (8179008202)
Atty: FURLOW JACQUELINE MOORE (713-951-6276)
Atty: Towner Joel Thomas (2147532723)

---

**6069  D-1-GN-24-002703**  ZAMBONI BRIAN
ZIELINSKI AMY

vs.  AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY

3 days                              Set By PLAINTIFF                                                                    JURY

---

**6070  D-1-GN-24-000269**  LAURICH BRADLEY

vs.  BLACKMON MOORING OF AUSTIN, LLC
GRANT RAY JEROME

4 days                              Set By PLAINTIFF                                                                    JURY

---

**6071  D-1-GN-24-007236**  INMAN  HUNTER
INMAN  MELISSA

vs.  DOUGLAS ELLIMAN OF TEXAS, LLC
REISOR  MICHAEL
VEZINA FERNANDA

5 days                              Set By PLAINTIFF                                                                    JURY

---

**6072  D-1-GN-24-004946**  MARTINEZ RICKY

vs.  GHALI DAVID

5 days                              Set By COUNTER-PLAINTIFF                                                            JURY

---

**6073  D-1-GN-24-000606**  RAMIREZ LEE W.

vs.  ADEROUNMU SALIF ADESOLA
LYFT, INC

5 days                              Set By PLAINTIFF                                                                    JURY

---

**6074  D-1-GN-24-004051**  EATON CHARLES EDWARD

vs.  BERNAL TORRES LEYDY JOHANA
LONE STAR CONCRETE, LLC

5 days                              Set By PLAINTIFF                                                                    JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, March 23, 2026,  09:01 AM

6075  D-1-GN-24-002435    **ZUNIGA BEATRIZ**                                      **vs.  HENDRICK AUTOMOTIVE GROUP**
                                                                                        **HORSLEY TREVOR L**

4 days                                      Set By PLAINTIFF                                                     JURY

| | | | |
|---|---|---|---|
| **2003  D-1-GN-20-002168** | **ARISPE IRENE GONZALES** | **vs.  ASHNEM HAULING, L.L.C** | |
| | | **CCAMPOS TRUCKING LLC** | |
| | | **DAWKINS KENNETH** | |
| | | **GUTIERREZ RAFAEL** | |
| 5 days | | | JURY |

Atty: CUMMINGS CHRISTOPHER SCOTT (512-505-0053)

| | | | |
|---|---|---|---|
| **5038  D-1-GN-21-003788** | **AHRENS CAROLYN** | **vs.  31-W INSULATION, CO., INC** | PREF (SOIFER) |
| | **AHRENS JON** | **A &amp; B POOLS LLC** | |
| | **APPLEWHITE CHRISTIE** | **A + POOL LEAK DETECTIVES, LLC** | |
| | **APPLEWHITE RICHARD** | **Allegiant Contractors, LLC** | |
| | **AQUATIC IDEAS, LLC** | **AQUATIC IDEAS, LLC** | |
| | **ARCH CONSULTING ENGINEERS, PLLC** | **AQUATIC REFLECTIONS, INC.** | |
| | **ASHER JOHN HART** | **ARROYO' S POOLS CONSTRUCTION** | |
| | **ASHLEY JAMES** | **ASHBY CAPITAL INVESTMENTS, LLC 401K PLAN** | |
| | **ASHLEY JENNIFER** | **ASHBY JILL K.** | |
| | **BAILLARGEON KRISTEN** | **ASHBY NORMAN E.** | |
| | **BAILLARGEON ROBERT** | **ATLANTIS POOLS PLASTERING INC** | |
| | **BAILLARGEON ROBERT R** | **AUSTIN READY MIX, LLC** | |
| | **BAKER TERRANCE** | **Austin Ready-Mix LLC** | |
| | **BALTZ JOSHUA** | **AUSTINTATIOUS POOLS, INC** | |
| | **BATSON PAUL** | **BAILEY BRENT** | |
| | **BEAULIEU BRYAN** | **BAIRD BRADY** | |
| | **BEAULIEU NICOLE** | **BASTROP SAND SUPPLY, LLC** | |
| | **BLAIR  JASON** | **BOULDER POOLS, LLC** | |
| | **BLAIR CHERYL** | **BRAD FARRIS, P.E.** | |
| | **BOWDOIN DUSTIN** | **BRIGHTEN POOLS, LLC** | |
| | **BRADLEY AND NICOLE HOLDEN TRUST** | **BRISCO JAMES** | |
| | **BRESHEARS JEREMY** | **CATTLES CONSTRUCTION,INC.** | |
| | **BRESHEARS RIANNE** | **CCP&amp;S, LTD** | |
| | **BRODY YULIYA** | **CEMPLEX GROUP TEXAS, LLC** | |
| | **BROWN DRU** | **CHANAS AGGREGATES, LLC** | |
| | **BUCHANAN NATALIE** | **COLLIER MATERIALS, INC.** | |
| | **BUCHANAN RYAN** | **CONSTRUCTION MANAGERS OF AUSTIN LLC** | |
| | **BYCHOWSKI MARK** | **CRYSTAL CLEAR CONSTRUCTION, LTD** | |
| | **Cahak Brian** | **dba Premier POOL &amp; SPAS AND PREMIER** | |
| | **Cahak Rebecca** | **POOLS&amp; SPAS** | |
| | **CARAS MAHSHID** | **DIMENSION CUSTOM POOLS, LLC** | |
| | **Carroll Daniel P.** | **DIRECT ROOFING, INC** | |
| | **Carroll Morgan** | **EASY MIX CONCRETE SERVICES, LLC** | |
| | **CARROLL MORGAN P.** | **ELITE POOLS OF AUSTIN GP, INC** | |
| | **CARTER REGINA** | **ELITE POOLS OF AUSTIN, LTD** | |
| | **CARTER RICHARD** | **ELY EDWARD ELLIOT** | |
| | **CHATFIELD JONATHAN** | **ELY EDWARD MITCHELL** | |
| | **CHATFIELD SARA** | **ELY MATTHEW BRANDES** | |
| | **CHING ERICK** | **ELY PROPERTIES, INC.** | |
| | **CHING RACHEL** | **EPPRIGHT HOMES, LLC** | |
| | **CHIUMENTI JUSTIN** | **Fried Gabrielle** | |
| | **CHO YUKYUNG** | **Fried Michael** | |

| | |
|---|---|
| CLARK JESSICA | FUN N SUN POOLS OF AUSTIN INC |
| CLASSIC NEIGHBORHOOD DEVELOPMENT LLC | GRYCO INC. |
| COCHRAN ANGELA | H&amp;H TILE AND PLASTER OF AUSTIN LTD LP |
| COCHRAN JAMIE | HAMPLE POOLS &amp; SERVICE LLC |
| COFFEY MICHELLE | HARVEY JAMES |
| COPELAND RYAN | HAYLEX GP, LLC. |
| CRAN JONATHAN | HAYLEX PARTNERS, LTD. |
| DARGIS AMBER | HEATH WILLIAM C. |
| DARGIS MATTHEW | HERZOG RANDY |
| DAVIS BRIAN | JD HUNT CUSTOM HOMES INCORPORATED |
| DAVIS LORI | JIMMY EVANS COMPANY, LTD |
| DEATON BRIAN | JOSH WILLIS CUSTOM HOMES, INC. |
| DEJOHN TAMARA | KAUFMANN BRAD |
| DIGEATANO MICHAEL | KB CUSTOM POOLS, LLC. |
| DIMEO JAMES M | LEGACY DCS LLC |
| DIMEO TINA M | LEHIGH CEMENT COMPANY, LP |
| Donald LaBove | LYON DYNAMIC ENTERPRISES, INCORPORATED |
| DUFFIE CONNOR | MARTINEZ SIMON |
| DUFFIE KAYTI | MATT SITRA CUSTOM HOMES, INC. |
| FARRIS BRAD | MCFADYEN JOHN CODY |
| FIELDS ASHLEY | MCGUIRE  JUSTIN |
| FIELDS SHARON | MILLENNIUM POOLS, INC |
| FISCHER JUSTIN | MILLENNIUM POOLS, INC. |
| FLINT KIERSTEN | NALLE CUSTOM HOMES, INC |
| FLORES YVETTE | NORMAN E. ASHBY, TRUSTEE |
| FONTENOT ASHLEY | OMEGA DRY WALL COMPANY, INC |
| FONTENOT CHRISTOPHER | Omega Dry Wall Company, Inc. |
| FORD JOHN | OMEGA FRAMING LLC |
| FORD VICKI | Omega Framing, L.L.C. |
| FRIED GABRIELLE | PACK POOLS, INC. |
| FRIED MICHAEL | PCA BOOT RANCH, LLC |
| Fu Yulai | POND SPRINGS CUSTOM POOLS, LLC |
| FUN N SUN POOLS OF AUSTIN, INC | PRECISION WATERSHAPES, INC |
| GAITHER JARROD | PRECISION WATERSHAPES, INC. |
| GARRETT ROBERT | PREMIER ATX INDUSTRIES, LLC |
| GREEN ADAM | PROVENANCE CONSTRUCTORS LLC |
| GREEN LAUREN | PROVENANCE DEVELOPMENT LLC |
| GREGG JODI | QUALITY CUSTOM POOLS INC |
| GREGG PRESTON | REDLINE CONCRETE, LLC |
| GRIEGO JEANNIE | RIVERA ENGINEERING LLC |
| GRIEGO JON | RODRIGUEZ BIG R POOL &amp; CONSTRUCTION, LLC |
| HAMPSTEIN PHILLIP | RODRIGUEZ CARLOS |
| HAMPSTEN KRISTIN | RODRIGUEZ IGNACIO |
| Hanks Kristin | ROUND ROCK POOL PROS LLC |
| Hanks, Jr. Elbert Wayne | SASSENBERG  BRANDON |
| HARPER JACK | SAYRE MICHAEL B. |
| HARPER PAMELA | SENDERO DEVELOPMENT, INC. |
| HATLEY DEREK | SIERRA BUILDERS, INC. |
| HATLEY HEATHER | SM POOL CONSTRUCTION, LLC |
| HAYES AMBER | SM Pools |
| HAYES JOSEPH | SMART POOLS SERVICES, LLC |
| HEINROTH CHE | SOLARA CUSTOM POOLS, LLC |

HEINROTH ERIC
HELTA DYLAN
HELTON KYRA
HESTER TINA
HULLUM BRADLEY
HULLUM CANADA
HUSER MATTHEW
JOHN GEORGE
JOYCE JACQUE
JOYCE JAMES
KEENEY SAMANTHA
KEENEY SHANNON
KEY  CHRISTOPHER
KEY CORYNN
KOWALIK KRIS
KOWALIK KRISTI
LANDERS PATRICIA
LANDERS WADE
LARSON GLENN
LARSON MICHELLE
LAWLOR RICHARD
LEHRMANN DEBRA
LEHRMANN GREG
LEUNG FRANK
LITTLE MEGAN
LITTLE NATHAN
LYON DOUGLAS HAROLD
MADDEN JOHN
MADDEN MELISSA
MANNING DAVID
MANNING JANET
MARCHMAN TAYLOR
MCFERRIN CLINTON
MCGREGOR KARA
MEAD BRIAN
MEINEN COURTNEY
MEINEN JASON
MERITAGE HOMES OF TEXAS, LLC
Michael Floyd
MOORE JONATHAN
MYERS AMANDA
NALLE CUSTOM HOMES, INC.
NAM DEBBIE
OLIVER DANIELA
OLIVER GUILLERMO
OLSON  BLAKE
PEPPER ANDREW
PEPPER INGRID
PETERSON CRAIG
PETERSON CRAIG  JON
PETERSON JILL VICARS
PISCITELLI DAWN

SOUTHPAW POOLS, INC.
STAG POOLS, LLC
SUNRISE CONCRETE SERVICES, LLC
TEXAN PROPERTIES, LLC
TEXAS LEHIGH CEMENT COMPANY L.P.
TEXAS LUXURY OUTDOORS, LLC
TEXAS MATERIALS GROUP, INC.
THE FLATS ON SOUTH CONGRESS LLC
THE JMHH COMPANY LLC
TIME FRAMING &amp; CONSULTING, LLC
TRANSOU HOLDINGS, INC.
TRAVIS MATERIALS GROUP, LTD.
TRI COUNTY POOLS SERVICE, LP.
TRI COUNTY POOLS, INC.
UNLIMITED SPRINKLER FIRE PROTECTION, INC
URBAN CONSTRUCTORS, INC.
VOLUTE PARTNERS, LLC
WALDEN KIRK
WATERVIEW CUSTOM POOLS, LLC
WATERVIEW POOLS
WATERVIEW POOLS, INC

QUINTANA JULIO
RAMEY NEELEY
RIBBLE  JOE
ROBERTS HARLAN
RUSSO CHARLIE
SAVITT  ELAN
SAVITT  ROISIN
SCHERER GEOFFREY
SCHULTZ ERIC
SCHWARZBACH ANNA
SCHWARZBACH DAVID
SEAFLOWER, LLC
SEARLE BARRY
SHUMAKER AARON
SIGMON JAMES
SIGMON TRACI
Singh Teja
SMITH  MARK
SMITH GERRY
SMITH MICHELLE
SORRENTINO JAMIE
SORRENTINO MATTHEW
STAIGERWALD JOHN
STAIGERWALD LISA
STEIN JENNIFER
STEIN RUSSELL
STEWART CLAIRE
STEWART POETRELL
SWANGER DERRY
SWART BRYAN
SWART JEAN
TAVARES DEBBIE
TAVARES VINNY
THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY
AS SUBROGEE OF STAG POOLS, LLC
THE PUBLIC CONDOMINIUM COMMUNITY INC
THE TRUSTEE FOR THE PUBLIC CONDOMINIUM PROPERTY
IRREVOCABLE
Thomson Will
TRIBUNE CASSANDRA
TRIBUNE DAVID
VAN ARSDALE CORBIN
VANDER GHEYNST JOHN
VANDER GHEYNST LESLIE
VANDERVEEN ARTHUR
VASQUEZ LUDY
WALTERS MICHELLE
WALTERS NEIL B
WEEKLEY HOMES LLC
WEITKEMPER KELLEY
WEITKEMPER PAUL
WHEELER BRAD

**WHITE REX**
**WHITE TERRI**
**WILCHER GARY**
**WILLAMS HANNAH**
**WILLENS SHAINA**
**WILLENS ZACHARY**
**WILLIAMS DAMON**
**WITTLIFF REID**
**WITTLIFF SUSAN**
**WOOD BRIAN**

20 days | | JURY

Atty: Perczak Margene K. (3037790077) | Atty: WILKINSON MEREDYTHE HEATON (512-503-4878)

---

**6001 D-1-GN-24-004560** | **MEASE KEVIN** | **vs. DEARMAN DONNA**
| **REEDY MORGAN** | **GARZA ERICA C**
| | **GIFTED NURSES LLC**
| | **ST DAVID'S HEALTHCARE PARTNERSHIP LP,LLP**
| | **WILDFLOWER OB/GYN, PLLC**

10 days | Set By DEFENDANT | JURY

---

**6002 D-1-GN-23-008576** | **WILLIAMS MEGAN** | **vs. CONSUMERS COUNTY MUTUAL INSURANCE COMPANY**
| | **SMITH PHILIPPE ROBERT**

3 days | Set By PLAINTIFF | JURY

---

**6004 D-1-GN-20-001914** | **DE SOLIS HERNANDEZ MA ANGELICA** | **vs. ASCENSION SETON**
| **HERNANDEZ ALEJANDRA SOLIS** | **AUSTIN GASTROENTEROLOGY PA**
| **HERNANDEZ MOISES SOLIS** | **AUSTIN GASTROENTEROLOGY, PA**
| **RICO SERAFIN SOLIS** | **AYDELOTTE JAYSON**
| | **BRADLEY JASON A**
| | **HERRINGTON CATHERINE**
| | **POREDDY VIJAYRAMA**

5 days | Set By DEFENDANT | JURY

Atty: PROBUS MICHAEL M. (512-480-9504) | Atty: BEAMAN MARK THOMAS (512-472-0288)
| Atty: HARGETT ROBERT L. (512-660-5960)
| Atty: HARRIS TERRI S. (512-476-1094)

---

**6005 D-1-GN-24-009107** | **JAQUEZ MARGARITA  RIVERA** | **vs. TREVINO  JEFFREY**
| | **WASTE MANAGEMENT OF TEXAS INC**

10 days | | JURY

---

**6006 D-1-GN-24-007425** | **MELBER CARPENTER, LLC** | **vs. CAREY DEMETRICE**
| | **STATE FARM LLOYDS**
| | **STATE FARM LLOYDS, INC.**

4 days | Set By PLAINTIFF | JURY

---

**6007 D-1-GN-24-006594** | **ALCANTARA PENELOPE** | **vs. GARZA PEDRO**
| **RICE DARIUS** | **TEXAS DISPOSAL SYSTEMS, INC.**

| | | | | |
|---|---|---|---|---|
| | 5 days | | Set By DEFENDANT | JURY |

**6008  D-1-GN-24-009135**  BROTEN EDITH  vs.  **BRINKER INTERNATIONAL, INC.**
**BRINKER TEXAS, INC.**
**CHILI'S, INC.**

4 days  Set By PLAINTIFF  JURY

**6009  D-1-GN-24-004160**  FINANCE INSURANCE RESOURCE &amp; SERVICES TRAINING, INC.  vs.  **FRANKLIN JARED**
FIRST GUARD WARRANTY CORPORATION  **MAYNARD AUSTIN**
**MILLER DAVID**
**PRINCIPLE DEALER SOLUTIONS, LLC**

6 days  Set By COUNTER-DEFENDANT  JURY

**6010  D-1-GN-23-007620**  PRECISION ROOFING, INC.  vs.  **FRONTIER PLASTERING, LLC**

5 days  Set By COUNTER-DEFENDANT  JURY

**6011  D-1-GN-24-009031**  HORTNESS ANDRE  vs.  **JONES LOGISTICS, LLC**
**TRIBUE BREN**

7 days  Set By PLAINTIFF  JURY

**6012  D-1-GN-24-009945**  BROCATO WALTER  vs.  **CELLA MARINA**
**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

5 days  Set By PLAINTIFF  JURY

**6013  D-1-GN-24-009769**  UGARTE DE PAZ ARMANDO  vs.  **ARNOLD OIL COMPANY OF AUSTIN, L.P.**
**JOHN DOE**
**JOINER STEPHON**

5 days  JURY

**6014  D-1-GN-24-001540**  MCCARDLE DENNIS STEPHEN  vs.  **MONJARAS JOSE DE JESUS**

4 days  Set By PLAINTIFF  JURY

**6015  D-1-GN-25-000213**  BENDAWALD JOSEPH  vs.  **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**
**RAMI TRANSPORTATION, INC.**
**SOPO EMEILO**

3 days  Set By PLAINTIFF  JURY

**6016  D-1-GN-24-008247**  ROBLEDO RAY DANIEL  vs.  **MOHAMMADI FARHAD**

3 days  Set By DEFENDANT  JURY

**6017  D-1-GN-22-000368**      DRIFTWOOD COMMERCIAL LLC                                   vs.  SANDERS GEREMY L.
                                                                                                TIPS PRIMARY HOLDING LLC

7 days                                               Set By 3RD PARTY PLAINTIFF                                                  JURY

---

**6018  D-1-GN-21-005238**      ADAMS RAMON                                               vs.  MADER JOSHUA
                                RUKAYAT JIMON

5 days                                               Set By DEFENDANT                                                           JURY

Atty: Nielsen Eric David (713-524-4800)

---

**6019  D-1-GN-24-003970**      CULLETON RICHARD                                          vs.  SCHROLL SCHAEFER ANNE MARIE

3 days                                                                                                                          JURY

---

**6020  D-1-GN-22-000884**      WINNER JAYSON                                             vs.  MILLER COLIN DIAS
                                                                                                PAO'S MANDARIN HOUSE, INC

4 days                                               Set By PLAINTIFF                                                           JURY

---

**6021  D-1-GN-23-000736**      FERGUSON  CATHERINE  HOLLY                                vs.  HARVEST RENAISSANCE- AUSTIN LLC
                                                                                                RAMSAY MENDI

4 days                                                                                                                          JURY

---

**6022  D-1-GN-25-000917**      IHNS MIKAYLA                                              vs.  MCEACHERN ENTERPRISES, INC.
                                                                                                YOUNG LAVAR

3 days                                               Set By PLAINTIFF                                                           JURY

---

**6023  D-1-GN-24-004426**      PAKULA STACEY                                             vs.  MOHR HOTEL I LLC

5 days                                               Set By DEFENDANT                                                           JURY

---

**6024  D-1-GN-25-000071**      RAMIREZ DIANA                                             vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

5 days                                                                                                                          JURY

---

**6025  D-1-GN-23-008159**      RAMIREZ TONYA  CRYSTAL                                    vs.  VESSA ANTHONY
                                                                                                VESSA ANTHONY LEE
                                                                                                VESSA CORY

4 days                                               Set By PLAINTIFF                                                           JURY

---

**6026  D-1-GN-24-008252**      CARRINGTON SHIRLEY                                        vs.  GAMBLE GARRETT  CAVIN
                                MACK COREY

3 days                                               Set By PLAINTIFF                                                           JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 06, 2026,  09:01 AM

**6027  D-1-GN-24-003374**    THORNTON AARON                                    vs.  REDLINE MODS, LLC
                                                                                     SPOT BE GONE LLC

5 days                              Set By PLAINTIFF                                                      JURY

---

**6028  D-1-GN-21-007135**    OLIVARES MARICELA                                 vs.  GUTIERREZ DEBRA
                                                                                     MARTINEZ RITA

3 days                              Set By PLAINTIFF                                                      JURY

---

**6029  D-1-GN-24-009489**    PETERS PATRICIA                                   vs.  H-E-B, LP

4 days                              Set By DEFENDANT                                                     JURY

---

**6030  D-1-GN-25-000535**    GIAMONA JOHN                                      vs.  FACILITY SOLUTIONS GROUP, INC.
                                                                                     SONG SEUNG JOON

5 days                                                                                                    JURY

---

**6031  D-1-GN-23-008005**    KHAN MOAZ H.                                      vs.  BOATWRIGHT TERRANCE DAWAGIEK
                                                                                     MUELLER MASTER COMMUNITY, INC
                                                                                     SUB ZERO TRANSPORTATION LIMITED LIABILITY COMPANY
                                                                                     THE MUSKIN COMPANY

5 days                              Set By PLAINTIFF                                                      JURY

---

**6032  D-1-GN-24-008564**    CURIEL DAVID                                      vs.  A+ AUSTIN GROUP SOUTH AUSTIN, LLC
                              CURIEL SHERYL JAN                                       A+ AUTO GROUP CEDAR PARK, LLC
                                                                                     A+ AUTO GROUP HOLDINGS, LLC
                                                                                     A+ AUTO GROUP MANAGEMENT, LLC
                                                                                     A+ AUTO GROUP ROUND ROCK, LLC
                                                                                     CEDAR PARK AUTOMOTIVE GROUP, INC.
                                                                                     HAWK TIMOTHY EUGENE
                                                                                     NORTH AUSTIN AUTOMOTIVE GROUP, INC.
                                                                                     ROBERTS DANIEL  M.
                                                                                     SOUTH AUSTIN AUTOMOTIVE GROUP, INC.

5 days                                                                                                    JURY

---

**6033  D-1-GN-22-006981**    VASQUEZ DANIEL                                    vs.  MCBRIDE MICHAEL BRANDON
                                                                                     TRAMPSPORTS, LLC

4 days                                                                                                    JURY

**6034  D-1-GN-24-001241**     NORTHEDGE CONDOMINIUMS HOA INC.     **vs.  BENCHMARK LAND DEVELOPMENT INC.**
**MACMORA LTD**
**MACMORA PARTNERS INC**
**MADISON CITY HOMES LLC**
**WES PEOPLES HOMES - CONDOS LLC**
**WES PEOPLES HOMES - SF LLC**
**WES PEOPLES HOMES, LLC**
**WJP CONSTRUCTION SERVICES LLC**

15 days     Set By COUNTER-DEFENDANT     JURY

---

**6035  D-1-GN-25-000885**     CRAWFORD HARRISON     **vs.  JONES BRYAN ELLIS**

3 days     Set By PLAINTIFF     JURY

---

**6036  D-1-GN-24-002250**     WILLIS KENNIS
WILLIS VIRGINIA     **vs.  FASTENAL COMPANY**
**TRIMBLE AUBREY WILLIAM**

5 days     Set By PLAINTIFF     JURY

---

**6037  D-1-GN-24-010192**     WATTS DARRAL EUGENE     **vs.  STATE FARM MUTUAL AUTOMOBILE INSURANCE**
**COMPANY**

5 days     Set By DEFENDANT     JURY

---

**6039  D-1-GN-24-004557**     THURINGER ETHAN     **vs.  AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY**

4 days     Set By PLAINTIFF     JURY

---

**6040  D-1-GN-24-000593**     GUERRA ROSALINDA     **vs.  DOE  JANE**
**DOE  JOHN**
**J.C. PENNEY CORPORATION INC.**
**LOPEZ EVOMEE**
**PENNY INTERMEDIATE HOLDINGS, LLC**

4 days     Set By PLAINTIFF     JURY

---

**6041  D-1-GN-25-002197**     SEWARD JAMES CLIFTON     **vs.  MOTHE TANYA REDDY**
**REDDY NITHIN CHANDRAM**

5 days     Set By PLAINTIFF     JURY

---

**6042  D-1-GN-24-002292**     DIAZ THOMAS     **vs.  CAPITAL METROPOLITAN TRANSPORTATION AGENCY**
**KEOLIS TRANSIT AMERICA, INC.**
**KEOLIS TRANSIT SERVICES, LLC**
**WILLIAMS JASON**

4 days     Set By DEFENDANT     JURY

| 6043 D-1-GN-25-002393 | GONZALES TINA<br>GONZALEZ MIKE | | vs. | ADAMSON AMANDA  SHEA<br>ADAMSON BRENDA JEAN<br>ADAMSON DAVID  MICHAEL | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6044 D-1-GN-24-008807 | ROBINSON MATTHEW | | vs. | METRO FIBERNET, LLC<br>METRONET HOLDINGS, LLC<br>Q SERVICES, LLC | |
|---|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | | JURY |

| 6045 D-1-GN-22-003724 | MORGAN RONALD | | vs. | KIMPTON HOTEL AND RESTAURANT GROUP, LLC | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6046 D-1-GN-24-003432 | MARTIN CRYSTAL | | vs. | FLORIEN PAUL  BRIAN<br>WYNN HEAVEN SENT LLC | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6047 D-1-GN-24-009397 | SHAMALY ERICA | | vs. | ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br>HARRIS CHRISTINE CAROL | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6048 D-1-GN-24-009848 | SERVICE AMERICAN INDEMNITY COMPANY<br>STATE NATIONAL INSURANCE COMPANY | | vs. | MARQUIS STAFFING GROUP, LLC | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6049 D-1-GN-24-003632 | TRAN ANH TIEN | | vs. | SOSA MARIBEL | |
|---|---|---|---|---|---|
| 3 days | | Set By DEFENDANT | | | JURY |

| 6050 D-1-GN-25-000297 | GRIFFIN JADY | | vs. | NISSAN NORTH AMERICA, INC.<br>TOWN NORTH NISSAN<br>VALVOLINE LLC | |
|---|---|---|---|---|---|
| 2 days | | Set By PLAINTIFF | | | JURY |

| 6051 D-1-GN-25-003357 | GARZA DANIELLE JOAN<br>GARZA RICHARD | | vs. | MEDLOCK CHRISTOPHER TODD | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6052 D-1-GN-23-001692 | DONG DAVID | | vs. | 2020 CONGRESS CONDOMINIUM COMMUNITY, INC<br>ONEFORCE RESTORATION  ATX, LLC | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6053 | D-1-GN-24-002567 | CHA SANGJOON | | vs. | BENNETT ANDREW ELWAY |
| | | | | | HATCH TRICK, INC. |
| | 5 days | | Set By PLAINTIFF | | JURY |

| 6054 | D-1-GN-23-003403 | MARTINEZ ROCIO ELIZABETH | | vs. | CONEJO-ABOYTES JAIME GUILLERMO |
| | | SAMANO CHISTOPHER JOSE | | | |
| | 2 days | | Set By PLAINTIFF | | JURY |

| 6055 | D-1-GN-24-007666 | ADAMS GABRIEL | | vs. | CHIDAMBARA RISHI |
| | | | | | CHIDAMBARA SUNDARARAJAN |
| | 5 days | | Set By PLAINTIFF | | JURY |

| 6056 | D-1-GN-24-000572 | BOLLING WILLIAM | | vs. | OXFORD HOUSE, INC |
| | 4 days | | Set By PLAINTIFF | | JURY |

| 6057 | D-1-GN-24-004822 | HAMILTON CALEB | | vs. | MCINTYRE OLIVIA REANNE |
| | 5 days | | Set By DEFENDANT | | JURY |

| 6058 | D-1-GN-22-000037 | REYES ANTONIO VELARDES | | vs. | TIMBERLAKE SITE SERVICES |
| | 2 days | | Set By DEFENDANT | | JURY |

| 6059 | D-1-GN-24-009600 | GIAVOTELLA JENNIFER | | vs. | EBERT NEXT DOOR LLC |
| | 2 days | | Set By PLAINTIFF | | JURY |

| 6060 | D-1-GN-22-000570 | STEWART CLAUDIA | | vs. | HORVATH PETER |
| | 4 days | | Set By DEFENDANT | | JURY |

| 6061 | D-1-GN-22-006093 | STAR III CANYON RESORT LLC | | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |
| | 1 days | | | | JURY |

| 6062 | D-1-GN-24-009761 | GALAVIZ BLAS  C. | | vs. | LITTON TIFFANY R. |
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6063 | D-1-GN-22-001366 | DELANEY  KAYLA  MARIE | | vs. | GUTTMAN  JOHN  DAVID |
| | | THOMPSON JENNIFER | | | |
| | 5 days | | | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 06, 2026,  09:01 AM

| | | | |
|---|---|---|---|
| 6064 D-1-GN-24-009866 | **VARGAS ROSA** | **vs.** | **KHMO ALEND RASHID** |
| | | | **RAMIREZ LETICIA** |
| 3 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| 6065 D-1-GN-19-006561 | **BOSKOFF CARA** | **vs.** | **WALTON BRENDA** |
| | **BOSKOFF JESSE** | | **WALTON HOMES LLC** |
| 5 days | | | JURY |
| | | Atty: COOMER JASON SCOTT (512-474-1477) | |

| | | | |
|---|---|---|---|
| 6067 D-1-GN-24-009083 | **DEROSE JOHN** | **vs.** | **BEHERA  DEV** |
| | | | **FCCI INSURANCE COMPANY** |
| | | | **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY** |
| 3 days | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 20, 2026,  09:01 AM

**5067  D-1-GN-23-001946**  **GREGORY JAMES**  **vs.  BGICO, LLC**  PREF ((WONG))
GREGORY JENNIFER  GREGORY BOBBY E.
GREGORY JUSTIN  OKAPI ENVIRONMENTAL SERVICES, L.L.C.
OKAPI LEASING, LLC
TDS ENVIRONMENTAL SERVICES, L.L.C.
TDS LAND MANAGEMENT LP
TEXAS DISPOSAL SYSTEMS INC
TEXAS DISPOSAL SYSTEMS LANDFILL INC
TEXAS LANDFILL MANAGEMENT LLC
THE AUSTIN SAVANNA, LLC.
TXALLOY, INC.

10 days  JURY

---

**6001  D-1-GN-24-009042**  **REAL  GABRIEL**  **vs.  GONZALEZ  JOSEPH**
5 days  Set By PLAINTIFF  JURY

---

**6002  D-1-GN-24-000628**  **ACOSTA JOHN**  **vs.  REBER CODY**
RICHTER ANGELA
5 days  Set By PLAINTIFF  JURY

---

**6003  D-1-GN-24-006215**  **BELL CARMECIA**  **vs.  PEREZ EDUARDO SALCEDO**
4 days  Set By PLAINTIFF  JURY

---

**6004  D-1-GN-24-003971**  **DEL BLANCO RICARDO**  **vs.  HALL KAREN**
STATE FARM LLOYDS
5 days  Set By DEFENDANT  JURY

---

**6005  D-1-GN-24-005452**  **INDEPENDENCE WOODS, LLC**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
5 days  Set By PLAINTIFF  JURY

---

**6006  D-1-GN-23-003215**  **NDAM HENRY MUCHOCK**  **vs.  DR TRUCKING LLC**
GARCIA FREDDY
O'BRIEN TYLER JAMES
RODRIGUEZ DURAN ELIDA
SHARK ENTERPRISES, LLC
5 days  Set By DEFENDANT  JURY

---

**6007  D-1-GN-24-009518**  **MARTIN  TYLER CHARLES**  **vs.  DUNNING  BAILEY MARIE**
NEIGHBORFAVOR, INC
5 days  Set By DEFENDANT  JURY

---

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, April 20, 2026, 09:01 AM

**6008  D-1-GN-24-003244**  MILLER TAMETHEIUS       vs. ALMAGUER RAMIRO
TEXAS DISPOSAL SYSTEMS, INC.

5 days      Set By DEFENDANT      JURY

---

**6009  D-1-GN-23-003238**  BOWDEN DONNA
BOWDEN MARK       vs. AAJ &amp; LOGISTICS TRANSPORT, LLC
LIRA TASIS  JUAN  MANUEL

5 days      Set By DEFENDANT      JURY

---

**6010  D-1-GN-22-000700**  JACKSON ERNEST       vs. ACROTEX GYMNASTICS, INC.
DYNAMIC GYMNASTICS, LLC

3 days      Set By PLAINTIFF      JURY

---

**6011  D-1-GN-25-000800**  ALVARADO CARLOS       vs. PEREZ DEVEN

5 days      Set By PLAINTIFF      JURY

---

**6012  D-1-GN-24-008886**  CHAMBERS SIXTA I.
SANCHEZ NORMA L.       vs. JACK AND NANCY DWYER WORKFORCE DEVELOPMENT
CENTER, INC.
REGENCY IHS OF SOUTHPARK MEADOWS, LLC
REGENCY INTEGRATED HEALTH SERVICES, LLC

10 days      Set By PLAINTIFF      JURY

---

**6013  D-1-GN-23-004106**  GODWIN TY'QUASHA DENIQUA       vs. AMSTUTZ THOMAS
STEVE BROUGHER'S PLUMBING REPAIR, INC.

5 days      Set By DEFENDANT      JURY

---

**6014  D-1-GN-24-003681**  HERNANDEZ HALEY       vs. RIVERA LUIS DAVID
TK ELEVATOR CORPORATION
TK ELEVATOR MANUFACTURING, INC.

7 days      Set By PLAINTIFF      JURY

---

**6015  D-1-GN-24-010118**  KENNEDY DAN       vs. STELLAR RESTAURANTS, INC.

5 days      Set By PLAINTIFF      JURY

---

**6016  D-1-GN-23-007378**  ZUNGIA GABRIELA
ZUNIGA MAURICIO       vs. FLEXDRIVE SERVICE, LLC
HUSSEIN OMAR
LYFT, INC

4 days      Set By AS NEXT FRIEND OF      JURY

**6017  D-1-GN-23-005132**  **AMLI DOWNTOWN AUSTIN RESIDENTIAL, L.P.**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
**AMLI DOWNTOWN AUSTIN, L.P.**

3 days                          Set By PLAINTIFF                                                                    JURY

---

**6018  D-1-GN-23-006069**  **IMP SOUTH LAMAR LLC**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                          Set By PLAINTIFF                                                                    JURY

---

**6019  D-1-GN-25-001276**  **WALKER THOMAS**  **vs.  BERSEN LAURIE**

5 days                          Set By PLAINTIFF                                                                    JURY

---

**6020  D-1-GN-24-009655**  **HENTON ANTONIO**  **vs.  ALPINE GUADALUPE, LLC**
**DWF V 6&amp;G COMMERCIAL OWNER, LLC AS NOMINEE**
**FOR THE BENEFIT OF SERIES O/R OF DWF V 6&amp;G**
**SERIES OWNER, LLC**
**DWF V 6&amp;G COMMERCIAL OWNER, LLC AS**
**SUCCESSOR IN INTEREST TO DWF V 6&amp;G SERIES**
**OWNER, LLC**
**LINCOLN PROPERTY COMPANY**
**QUALITY ELEVATOR INSPECTIONS OF TEXAS LLC**
**TK ELEVATOR CORPORATION**

5 days                          Set By PLAINTIFF                                                                    JURY

---

**6021  D-1-GN-25-000310**  **AGUIRRE  EDNA**  **vs.  DOORDASH INC.**
**MANCEBO  REBECCA**

4 days                          Set By PLAINTIFF                                                                    JURY

---

**6022  D-1-GN-23-007461**  **HOWARD MICHAEL**  **vs.  BUNDICK DAVID**
**HYDRO RESOURCES HOLDINGS, INC.**
**HYDRO RESOURCES LEASING COMPANY, LLC**
**HYDRO RESOURCES, INC.**
**HYDRO RESOURCES-MID CONTINENT, INC.**

5 days                                                                                                              JURY

**6023  D-1-GN-20-006596**  BROWN JIMMIE YUL  vs.  **ASHMAN MARISA LYAL**
**BAKEMARK USA LLC**
**BONE JASON ALLEN**
**BRUMMETT PHILLIPE**
**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

5 days  Set By OTHER PARTIES  JURY

Atty: Burgess Lauren Leigh (512-472-7700)
Atty: Durbin Jennifer Gibbins (210-734-7488)
Atty: PETTINEO DAVID RICHARD (972-580-1249)
Atty: PLAUT DAVID L. (512-472-7700)
Atty: Willis Katherine Marie (210-734-7488)

---

**6024  D-1-GN-24-000924**  MCLAUGHLIN SHALIZA ALI  vs.  **DAVIS DANIEL**
**FOUNDATION COMMUNITIES, INC.**
**GOODWILL INDUSTRIES OF CENTRAL TEXAS**

5 days  Set By DEFENDANT  JURY

---

**6025  D-1-GN-25-000892**  MORTON ISAAC  vs.  **GARIS TROY**
3 days  Set By PLAINTIFF  JURY

---

**6026  D-1-GN-24-005219**  DUNCAN JACKIE  vs.  **APEX FOUNDATION OF AUSTIN LLC**
**PACESETTER HOMES, LLC**
**VELASQUEZ BAIRON CABALLERO**

3 days  Set By PLAINTIFF  JURY

---

**6027  D-1-GN-24-009404**  LABRADA ROCIO  vs.  **PERRY'S STEAKHOUSE &amp; GRILLE**
**PIERRE AUGUSTE LYNEVEA**

5 days  Set By DEFENDANT  JURY

---

**6028  D-1-GN-24-003087**  JAMES DAVID
WEST PLACE CONDOMINIUMS  vs.  **BAOKIM VO GOLDIN**
**WEST PLACE HOMEOWNER'S ASSOCIATION, INC.**

5 days  Set By CROSS DEFENDANT  JURY

---

**6029  D-1-GN-25-001279**  LEJEUNE JEAN  vs.  **FUN SPOT MANUFACTURING, LLC**
**LONESTAR TPLD 1, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6030  D-1-GN-23-000076**  COLONY INSURANCE COMPANY
GREAT AMERICAN INSURANCE COMPANY  vs.  **ACE FIRE EQUIPMENT COMPANY INC.**
**PYE-BARKER FIRE &amp; SAFETY, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6031  D-1-GN-24-005697**  BEESE JENNIFER
ESTES BRIAN  vs.  **BIG DOG GUNITE LLC**
**DIMENSION CUSTOM POOLS, LLC**

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, April 20, 2026,  09:01 AM

| | | Set By PLAINTIFF | | | JURY |
|---|---|---|---|---|---|
| 4 days | | | | | |

| 6032 D-1-GN-24-003137 | BLAISDELL HENRY SERGEY<br>BLAISDELL MELISSA | | vs. | GEORGETOWN BEHAVIORAL HEALTH INSTITUTE, LLC<br>IKEKWERE JOSEPH<br>MUHIA NICHOLAS<br>PATEL MONICA LEIGH<br>RODOM MEDICAL CONSULTING, PA<br>ROSE &amp; NICK HEALTH, LLC<br>SIGNATURE HEALTHCARE SERVICES, LLC<br>SOUTHWEST PSYCHIATRIC SERVICES | |
| 8 days | | Set By DEFENDANT | | | JURY |

| 6033 D-1-GN-25-000750 | HILL EMILY | | vs. | USAA CASUALTY INSURANCE COMPANY | |
| 4 days | | Set By DEFENDANT | | | DECLARATORY JUDGMENT<br>JURY |

| 6034 D-1-GN-25-000461 | YOUNG JORDAN  CHRISTOPHER | | vs. | FITZGERALD BILLY WILSON<br>GARRISON PROPERTY AND CASUALTY INSURANCE<br>COMPANY | |
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6035 D-1-GN-25-002381 | SWIST BRANDON | | vs. | SHREESH YAM BAHADUR | |
| 5 days | | | | | JURY |

| 6036 D-1-GN-24-005698 | SEALS WILLIE | | vs. | NOACK JOHN JEFFREY | |
| 4 days | | Set By DEFENDANT | | | JURY |

| 6037 D-1-GN-24-009511 | MAILHES CAI<br>SAMPSON MICHAEL | | vs. | LOPEZ ANGEL LUIS<br>RAISER, LLC<br>UBER TECHNOLOGIES, INC. | |
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6038 D-1-GN-25-001594 | HUSSEIN IDALIA | | vs. | VILLALPANDO-CARRASCO JUAN | |
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6039 D-1-GN-25-001798 | GARCIA CIANNA<br>GARCIA JEANNIE | | vs. | AMERICAN EROSION CONTROL<br>PELLER BRIAN | |
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6040 D-1-GN-25-002359 | GORDON SHEILA | | vs. | SARDUY LEON MILENA | |
| 5 days | | | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 20, 2026,  09:01 AM

**6041  D-1-GN-24-008684**   **MARROQUIN  RAQUEL**   **vs.  MCGOWAN  JAMES**
**MID-CITIES HOME MEDICAL DELIVERY SERVICE L.L.C**

4 days   Set By PLAINTIFF   JURY

---

**6042  D-1-GN-25-002331**   **GIL CONCEPCION**   **vs.  CENTRAL TEXAS REFUSE, LLC**
**GONZALES HERNANDEZ JOSE**   **YBARRA LOUIS**

5 days   Set By PLAINTIFF   JURY

---

**6043  D-1-GN-24-007368**   **RODRIGUEZ  BELFOUR  RUEDA**   **vs.  BATISTE  MICHELLE**

3 days   Set By PLAINTIFF   JURY

---

**6044  D-1-GN-20-007772**   **HENRY CODY**   **vs.  LOPEZ FRANK**

3 days   JURY

Atty: ZUNIGA JESUS (571-292-1209)

---

**6046  D-1-GN-24-000844**   **CASTILLO RUBY**   **vs.  AMAZON LOGISTICS, INC.**
**AMAZON.COM SERVICES, LLC**
**ENGINE LOGISTICS, LLC**
**JUAREZ ANGEL**

5 days   Set By DEFENDANT   JURY

---

**6047  D-1-GN-24-009014**   **CADENA CHRISTOPHER**   **vs.  HAIMOWITZ MAX**
**MIER BELINDA**

4 days   Set By PLAINTIFF   JURY

---

**6048  D-1-GN-25-000192**   **MELCHER LAURA**   **vs.  MKM HOTEL GROUP LLC**
**MKM LODGING SERVICE LLC**
**STAYBRIDGE SUITES**

3 days   Set By PLAINTIFF   JURY

---

**6049  D-1-GN-24-005394**   **GOURD JASON**   **vs.  LOPEZ EDUARDO SALCEDO**
**VOLCON, INC.**

5 days   Set By DEFENDANT   JURY

---

**6050  D-1-GN-23-001786**   **PIXLEY LAURA**   **vs.  AUTOZONE PARTS, INC.**
**CASAZZA BRETT D.**

5 days   JURY

---

**6051  D-1-GN-23-006435**   **HAWES HAL**   **vs.  AMAZON LOGISTICS, INC.**
**HAWES KRISTAL**   **AMAZON.COM SERVICE, LLC**
**LOPEZ YVETTE**
**VIELMA MICHAEL**

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, April 20, 2026, 09:01 AM

| | | | |
|---|---|---|---|
| 5 days | | Set By PLAINTIFF | JURY |

---

**6052  D-1-GN-23-002421**  **OBERG MARK**  vs.  **ACADEMY, LTD**
**DIVERSIFIED MAINTENANCE SYSTEMS, LLC**

| | | | |
|---|---|---|---|
| 5 days | | Set By CROSS PLAINTIFF | JURY |

---

**6053  D-1-GN-25-001131**  **AMOS TAYLOR MATTHEW**  vs.  **USAA**

| | | | |
|---|---|---|---|
| 5 days | | Set By PLAINTIFF | JURY |

---

**6054  D-1-GN-21-007184**  **BERRO  JOSEPH**  vs.  **BERRY LUKE**
**COVID TESTING SOLUTIONS LLC**   **BLUE FLYING HORSESHOE**
   **CABOT LAB LLC**
   **HARRIS ROSS**
   **MOLA  GIOVANNI**
   **MOLA NICOLA**
   **MOLA VINCENZO**
   **ORTA AARON**
   **SUPREME MEDICAL LABORATORIES LLC**
   **TEXAS STAR MED CLINIC LLC**

| | | | |
|---|---|---|---|
| 10 days | | Set By PLAINTIFF | JURY |

---

**6055  D-1-GN-24-008845**  **HERRERA CARLOS**  vs.  **CASA GARCIA MEXICAN RESTAURANT &amp; CANTINA**
   **KPG COMMERCIAL, LLC**
   **WINDERMERE ATX, LP**

| | | | |
|---|---|---|---|
| 2 days | | Set By DEFENDANT | JURY |

---

**6056  D-1-GN-24-002259**  **HALL ERIN**  vs.  **KOLKHORST HARRISON**
   **MEIGS MATTHEW**
   **MEIGS SARAH**

| | | | |
|---|---|---|---|
| 4 days | | | JURY |

---

**6057  D-1-GN-24-005485**  **FLORES RHIO ANNE**  vs.  **POMEROY KOREY  LYNN**
   **PROSERV CRANE &amp; EQUIPMENT, INC.**

| | | | |
|---|---|---|---|
| 5 days | | Set By PLAINTIFF | JURY |

---

**6058  D-1-GN-25-002598**  **CANTU CASSANDRA**  vs.  **CASTELLANO LESLIE**
**RUNKLE DEREK**

| | | | |
|---|---|---|---|
| 3 days | | Set By PLAINTIFF | JURY |

| 6059 D-1-GN-22-000690 | WYATT JOE | vs. LDG MANCHACA COMMONS LP |
|---|---|---|
| | | RICKHAUS DESIGN LLC |
| | | SHFC MANCHACA LAND LLC |
| | | SHFCTC GP MANCHACA LLC |
| | | XPERT DESIGN AND CONSTRUCTION LLC |
| 3 days | Set By PLAINTIFF | JURY |

| 6060 D-1-GN-24-000109 | MCKESSON CORPORATION | vs. COX SHANNON D. |
|---|---|---|
| | | SHIMKUS BRIAN J. |
| 4 days | Set By PLAINTIFF | JURY |

| 6061 D-1-GN-25-001302 | WEBB CASSANDRA | vs. FOLEY GLORIA LIBERTAD |
|---|---|---|
| | | GLORIA LIBERTAD FOLEY AS TRUSTEE OF THE GLORIA |
| | | FOLEY LIVING TRUST |
| | | PINKBUBBLEAUSTIN L.L.C. |
| 4 days | Set By PLAINTIFF | JURY |

| 6062 D-1-GN-21-001720 | PADDY SAMMY K | vs. EDWIN W. PREWITT JR |
|---|---|---|
| | | GREAT HILLS PINNACLE LLC |
| | | WINDY BROOK CONSTRUCTION COMPANY LLC |
| 3 days | Set By PLAINTIFF | JURY |
| | Atty: ICENOGLE ANTHONY L (512-342-9519) | Atty: SNELL JASON W (512-477-5291) |
| | | Atty: STANLEY CHRISTOPHER (512-930-9775) |

| 6064 D-1-GN-24-010081 | RUIZ LOPART ALEJANDRO | vs. CASSIDY CONSTRUCTION, LLC |
|---|---|---|
| | | CAVAGNA GROUP S.P.A OMECA DIVISION |
| | | CAVAGNA NORTH AMERICA, INC. |
| | | FERRELLGAS PARTNERS, L.P. |
| | | FERRELLGAS, L.P. |
| | | KW PREFERRED HOMES,LLC KC WHETSTONE |
| | | ROTTS MICHAEL  B. |
| | | SHARP JASMINE |
| 7 days | Set By PLAINTIFF | JURY |

| 6065 D-1-GN-22-006133 | COOK SARAH | vs. CERVENKA BLAKE |
|---|---|---|
| | | TEXAS HIGHWAY WALLS INC |
| 8 days | Set By PLAINTIFF | JURY |

| 6066 D-1-GN-25-000172 | TIJERINA  ANTONIO | vs. GEICO TEXAS COUNTY MUTUAL INSURANCE COMPANY |
|---|---|---|
| 4 days | Set By PLAINTIFF | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 20, 2026,  09:01 AM

**6068  D-1-GN-25-000289**  **EDMAN TIMOTHY DAVID**  **vs.  DORSETT CHARLES  ROBERT**
**ELLISOR NATHAN LEE**

4 days  Set By PLAINTIFF  JURY

---

**6069  D-1-GN-24-000127**  **NEVIN HUNTER**  **vs.  3CJS, LLC**
**FREZON CAMERON**
**FREZON JENNIFER**
**FREZON STEVEN**
**WILLOW SKY RANCH, LLC**

7 days  JURY

---

**6070  D-1-GN-24-009940**  **ADNOVA, LLC**  **vs.  APEX TRADER FUNDING, INC.**
**MONTANO MARTIN**  **MARTIN DARRELL**
**SKELTON JOHN**

10 days  Set By COUNTER-PLAINTIFF  JURY

---

**6071  D-1-GN-24-010231**  **CASTILLO PATRICIA**  **vs.  CLARK KYLE REED**
**HERNANDEZ MENDEZ MARIA CECILLA**  **RANGER EXVACATING, L.P.**

5 days  Set By PLAINTIFF  JURY

---

**6072  D-1-GN-24-003909**  **GST AMERICA, INC.**  **vs.  BATISTE INSUN**
**MANNING REALTY GROUP, LLC**
**MAY MYRNA**
**MOORE JOSE  RAUL**
**MOORE LAURA GUADALUPE**
**UNITED REAL ESTATE AUSTIN, LLC**
**XINDARIS CHRISTOPHER**

7 days  Set By PLAINTIFF  JURY

---

**6073  D-1-GN-25-000786**  **BARNETT SHAWN**  **vs.  DUPRE INVESTMENTS, INC.**
**DUPRE LOGISTICS, LLC**
**HAZZARD SHANNON NAASSON**

3 days  Set By PLAINTIFF  JURY

---

**6074  D-1-GN-24-004369**  **SCHNIER SPENCER THOMAS**  **vs.  AMAZON.COM SERVICES LLC**
**DNT CONSTRUCTION,LLC**
**ENGINE LOGISTICS SERVICES**
**ROBISON ZACHARY WAYNE**
**STRIPE IT UP, LLC**
**TURNER'S CROSSING RESIDENTIAL COMMUNITY, INC.**

3 days  Set By PLAINTIFF  JURY

**6075  D-1-GN-24-004547**  **LINSCOMB CHLOE**  **vs.  JACKSON  DEWITT  DENARD**

5 days  Set By PLAINTIFF  JURY

---

**6076  D-1-GN-23-007511**  **THAYER DONNA**  **vs.  BRUECHER FOUNDATION SERVICES, INC**

3 days  Set By PLAINTIFF  JURY

---

**6077  D-1-GN-24-002759**  **SATASIA MEHUL**  **vs.  CUSTOM TRENCH INC.**
**ORTIZ  JUAN**

7 days  Set By PLAINTIFF  JURY

---

**6078  D-1-GN-24-008056**  **LLANES CYNTHIA**  **vs.  FAIRMONT HOTELS &amp; RESORTS, INC.**
**MANCHESTER AUSTIN HOLDING COMPANY, LLC**
**MANCHESTER AUSTIN JOINT VENTURE, LLC**
**MANCHESTER AUSTIN PARENT, LLC**
**MANCHESTER AUSTIN, LLC**
**MANCHESTER FAIRMONT AUSTIN HOLDING COMPANY, LLC**
**MANCHESTER FAIRMONT AUSTIN JOINT VENTURE, LLC**
**MANCHESTER FAIRMONT AUSTIN PARENT, LLC**
**MANCHESTER FAIRMONT AUSTIN, LLC**
**MANDARIN FLOWER CO., INC.**

3 days  Set By PLAINTIFF  JURY

---

**6079  D-1-GN-24-002904**  **RUDOMEN JULIA**  **vs.  963 DELIVERY, LLC**
**AMAZON LOGISTICS, INC.**
**GELCO FLEET TRUST**
**PRIDGIN BRIAN**

5 days  Set By INTERVENER  JURY

---

**6080  D-1-GN-24-002705**  **CLARK ANNE**  **vs.  WALDROP RICKY**
**HERNANDEZ BRANDON**

5 days  Set By DEFENDANT  JURY

---

**6081  D-1-GN-24-000786**  **DOE JANE**  **vs.  AMERICAN AIRLINES, INC.**
**DOE JOHN**  **THOMPSON ESTES  CARTER**

5 days  Set By AS NEXT FRIEND OF  JURY

---

**6082  D-1-GN-24-002859**  **JORDAN LYDIA**  **vs.  CITY OF AUSTIN**

3 days  Set By PLAINTIFF  JURY

| | | | |
|---|---|---|---|
| 5032  D-1-GN-21-003788 | AHRENS CAROLYN | vs.  31-W INSULATION, CO., INC | PREF (SOIFER) |
| | AHRENS JON | A &amp; B POOLS LLC | |
| | APPLEWHITE CHRISTIE | A + POOL LEAK DETECTIVES, LLC | |
| | APPLEWHITE RICHARD | Allegiant Contractors, LLC | |
| | AQUATIC IDEAS, LLC | AQUATIC IDEAS, LLC | |
| | ARCH CONSULTING ENGINEERS, PLLC | AQUATIC REFLECTIONS, INC. | |
| | ASHER JOHN HART | ARROYO' S POOLS CONSTRUCTION | |
| | ASHLEY JAMES | ASHBY CAPITAL INVESTMENTS, LLC 401K PLAN | |
| | ASHLEY JENNIFER | ASHBY JILL K. | |
| | BAILLARGEON KRISTEN | ASHBY NORMAN E. | |
| | BAILLARGEON ROBERT | ATLANTIS POOLS PLASTERING INC | |
| | BAILLARGEON ROBERT R | AUSTIN READY MIX, LLC | |
| | BAKER TERRANCE | Austin Ready-Mix LLC | |
| | BALTZ JOSHUA | AUSTINTATIOUS POOLS, INC | |
| | BATSON PAUL | BAILEY BRENT | |
| | BEAULIEU BRYAN | BAIRD BRADY | |
| | BEAULIEU NICOLE | BASTROP SAND SUPPLY, LLC | |
| | BLAIR  JASON | BOULDER POOLS, LLC | |
| | BLAIR CHERYL | BRAD FARRIS, P.E. | |
| | BOWDOIN DUSTIN | BRIGHTEN POOLS, LLC | |
| | BRADLEY AND NICOLE HOLDEN TRUST | BRISCO JAMES | |
| | BRESHEARS JEREMY | CATTLES CONSTRUCTION,INC. | |
| | BRESHEARS RIANNE | CCP&amp;S, LTD | |
| | BRODY YULIYA | CEMPLEX GROUP TEXAS, LLC | |
| | BROWN DRU | CHANAS AGGREGATES, LLC | |
| | BUCHANAN NATALIE | COLLIER MATERIALS, INC. | |
| | BUCHANAN RYAN | CONSTRUCTION MANAGERS OF AUSTIN LLC | |
| | BYCHOWSKI MARK | CRYSTAL CLEAR CONSTRUCTION, LTD | |
| | Cahak Brian | dba Premier POOL &amp; SPAS AND PREMIER | |
| | Cahak Rebecca | POOLS&amp; SPAS | |
| | CARAS MAHSHID | DIMENSION CUSTOM POOLS, LLC | |
| | Carroll Daniel P. | DIRECT ROOFING, INC | |
| | Carroll Morgan | EASY MIX CONCRETE SERVICES, LLC | |
| | CARROLL MORGAN P. | ELITE POOLS OF AUSTIN GP, INC | |
| | CARTER REGINA | ELITE POOLS OF AUSTIN, LTD | |
| | CARTER RICHARD | ELY EDWARD ELLIOT | |
| | CHATFIELD JONATHAN | ELY EDWARD MITCHELL | |
| | CHATFIELD SARA | ELY MATTHEW BRANDES | |
| | CHING ERICK | ELY PROPERTIES, INC. | |
| | CHING RACHEL | EPPRIGHT HOMES, LLC | |
| | CHIUMENTI JUSTIN | Fried Gabrielle | |
| | CHO YUKYUNG | Fried Michael | |
| | CLARK JESSICA | FUN N SUN POOLS OF AUSTIN INC | |
| | CLASSIC NEIGHBORHOOD DEVELOPMENT LLC | GRYCO INC. | |
| | COCHRAN ANGELA | H&amp;H TILE AND PLASTER OF AUSTIN LTD LP | |
| | COCHRAN JAMIE | HAMPLE POOLS &amp; SERVICE LLC | |
| | COFFEY MICHELLE | HARVEY JAMES | |
| | COPELAND RYAN | HAYLEX GP, LLC. | |
| | CRAN JONATHAN | HAYLEX PARTNERS, LTD. | |
| | DARGIS AMBER | HEATH WILLIAM C. | |

DARGIS MATTHEW
DAVIS BRIAN
DAVIS LORI
DEATON BRIAN
DEJOHN TAMARA
DIGEATANO MICHAEL
DIMEO JAMES M
DIMEO TINA M
Donald LaBove
DUFFIE CONNOR
DUFFIE KAYTI
FARRIS BRAD
FIELDS ASHLEY
FIELDS SHARON
FISCHER JUSTIN
FLINT KIERSTEN
FLORES YVETTE
FONTENOT ASHLEY
FONTENOT CHRISTOPHER
FORD JOHN
FORD VICKI
FRIED GABRIELLE
FRIED MICHAEL
Fu Yulai
FUN N SUN POOLS OF AUSTIN, INC
GAITHER JARROD
GARRETT ROBERT
GREEN ADAM
GREEN LAUREN
GREGG JODI
GREGG PRESTON
GRIEGO JEANNIE
GRIEGO JON
HAMPSTEIN PHILLIP
HAMPSTEN KRISTIN
Hanks Kristin
Hanks, Jr. Elbert Wayne
HARPER JACK
HARPER PAMELA
HATLEY DEREK
HATLEY HEATHER
HAYES AMBER
HAYES JOSEPH
HEINROTH CHE
HEINROTH ERIC
HELTA DYLAN
HELTON KYRA
HESTER TINA
HULLUM BRADLEY
HULLUM CANADA
HUSER MATTHEW
JOHN GEORGE

HERZOG RANDY
JD HUNT CUSTOM HOMES INCORPORATED
JIMMY EVANS COMPANY, LTD
JOSH WILLIS CUSTOM HOMES, INC.
KAUFMANN BRAD
KB CUSTOM POOLS, LLC.
LEGACY DCS LLC
LEHIGH CEMENT COMPANY, LP
LYON DYNAMIC ENTERPRISES, INCORPORATED
MARTINEZ SIMON
MATT SITRA CUSTOM HOMES, INC.
MCFADYEN JOHN CODY
MCGUIRE  JUSTIN
MILLENNIUM POOLS, INC
MILLENNIUM POOLS, INC.
NALLE CUSTOM HOMES, INC
NORMAN E. ASHBY, TRUSTEE
OMEGA DRY WALL COMPANY, INC
Omega Dry Wall Company, Inc.
OMEGA FRAMING LLC
Omega Framing, L.L.C.
PACK POOLS, INC.
PCA BOOT RANCH, LLC
POND SPRINGS CUSTOM POOLS, LLC
PRECISION WATERSHAPES, INC
PRECISION WATERSHAPES, INC.
PREMIER ATX INDUSTRIES, LLC
PROVENANCE CONSTRUCTORS LLC
PROVENANCE DEVELOPMENT LLC
QUALITY CUSTOM POOLS INC
REDLINE CONCRETE, LLC
RIVERA ENGINEERING LLC
RODRIGUEZ BIG R POOL &amp; CONSTRUCTION, LLC
RODRIGUEZ CARLOS
RODRIGUEZ IGNACIO
ROUND ROCK POOL PROS LLC
SASSENBERG  BRANDON
SAYRE MICHAEL B.
SENDERO DEVELOPMENT, INC.
SIERRA BUILDERS, INC.
SM POOL CONSTRUCTION, LLC
SM Pools
SMART POOLS SERVICES, LLC
SOLARA CUSTOM POOLS, LLC
SOUTHPAW POOLS, INC.
STAG POOLS, LLC
SUNRISE CONCRETE SERVICES, LLC
TEXAN PROPERTIES, LLC
TEXAS LEHIGH CEMENT COMPANY L.P.
TEXAS LUXURY OUTDOORS, LLC
TEXAS MATERIALS GROUP, INC.
THE FLATS ON SOUTH CONGRESS LLC

JOYCE JACQUE
JOYCE JAMES
KEENEY SAMANTHA
KEENEY SHANNON
KEY  CHRISTOPHER
KEY CORYNN
KOWALIK KRIS
KOWALIK KRISTI
LANDERS PATRICIA
LANDERS WADE
LARSON GLENN
LARSON MICHELLE
LAWLOR RICHARD
LEHRMANN DEBRA
LEHRMANN GREG
LEUNG FRANK
LITTLE MEGAN
LITTLE NATHAN
LYON DOUGLAS HAROLD
MADDEN JOHN
MADDEN MELISSA
MANNING DAVID
MANNING JANET
MARCHMAN TAYLOR
MCFERRIN CLINTON
MCGREGOR KARA
MEAD BRIAN
MEINEN COURTNEY
MEINEN JASON
MERITAGE HOMES OF TEXAS, LLC
Michael Floyd
MOORE JONATHAN
MYERS AMANDA
NALLE CUSTOM HOMES, INC.
NAM DEBBIE
OLIVER DANIELA
OLIVER GUILLERMO
OLSON  BLAKE
PEPPER ANDREW
PEPPER INGRID
PETERSON CRAIG
PETERSON CRAIG  JON
PETERSON JILL VICARS
PISCITELLI DAWN
QUINTANA JULIO
RAMEY NEELEY
RIBBLE  JOE
ROBERTS HARLAN
RUSSO CHARLIE
SAVITT  ELAN
SAVITT  ROISIN
SCHERER GEOFFREY

THE JMHH COMPANY LLC
TIME FRAMING &amp; CONSULTING, LLC
TRANSOU HOLDINGS, INC.
TRAVIS MATERIALS GROUP, LTD.
TRI COUNTY POOLS SERVICE, LP.
TRI COUNTY POOLS, INC.
UNLIMITED SPRINKLER FIRE PROTECTION, INC
URBAN CONSTRUCTORS, INC.
VOLUTE PARTNERS, LLC
WALDEN KIRK
WATERVIEW CUSTOM POOLS, LLC
WATERVIEW POOLS
WATERVIEW POOLS, INC

SCHULTZ ERIC
SCHWARZBACH ANNA
SCHWARZBACH DAVID
SEAFLOWER, LLC
SEARLE BARRY
SHUMAKER AARON
SIGMON JAMES
SIGMON TRACI
Singh Teja
SMITH  MARK
SMITH GERRY
SMITH MICHELLE
SORRENTINO JAMIE
SORRENTINO MATTHEW
STAIGERWALD JOHN
STAIGERWALD LISA
STEIN JENNIFER
STEIN RUSSELL
STEWART CLAIRE
STEWART POETRELL
SWANGER DERRY
SWART BRYAN
SWART JEAN
TAVARES DEBBIE
TAVARES VINNY
THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY
AS SUBROGEE OF STAG POOLS, LLC
THE PUBLIC CONDOMINIUM COMMUNITY INC
THE TRUSTEE FOR THE PUBLIC CONDOMINIUM PROPERTY
IRREVOCABLE
Thomson Will
TRIBUNE CASSANDRA
TRIBUNE DAVID
VAN ARSDALE CORBIN
VANDER GHEYNST JOHN
VANDER GHEYNST LESLIE
VANDERVEEN ARTHUR
VASQUEZ LUDY
WALTERS MICHELLE
WALTERS NEIL B
WEEKLEY HOMES LLC
WEITKEMPER KELLEY
WEITKEMPER PAUL
WHEELER BRAD
WHITE REX
WHITE TERRI
WILCHER GARY
WILLAMS HANNAH
WILLENS SHAINA
WILLENS ZACHARY
WILLIAMS DAMON
WITTLIFF REID

**WITTLIFF SUSAN**
**WOOD BRIAN**

20 days                                                                                                                                                    JURY

Atty: Perczak Margene K. (3037790077)                              Atty: WILKINSON MEREDYTHE HEATON (512-503-4878)

---

**6001 D-1-GN-24-005641**    **ANDERSON JOHNETTA**                      vs.  **CLEAN SCAPES - DALLAS, LLC.**
                                                                            **CLEAN SCAPES ENTERPRISES, INC**
                                                                            **VASQUEZ ELUIT ARCINEGA**

5 days                                        Set By PLAINTIFF                                              JURY

---

**6002 D-1-GN-25-000330**    **LOPEZ VELASQUEZ PEDRO**                vs.  **TAYLOR ELLIOT ISAACS**

4 days                                        Set By PLAINTIFF                                              JURY

---

**6003 D-1-GN-25-001037**    **LANDRY JAMAL**                          vs.  **HERRERA LESLIE**

3 days                                        Set By PLAINTIFF                                              JURY

---

**6004 D-1-GN-23-007669**    **BELL FUND VI SOUTH AUSTIN, LLC**        vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
                              **BELL FUND VII SOUTHPARK MEADOWS LLC**
                              **BELL FUND VII SOUTHPARK SPRINGS LLC**

3 days                                        Set By PLAINTIFF                                              JURY

---

**6005 D-1-GN-23-007143**    **PPF AMLI 1000 SAN MARCOS STREET, LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                        Set By PLAINTIFF                                              JURY

---

**6006 D-1-GN-25-000113**    **LEATHERS KEVIN  JAMES**                 vs.  **WARD  TAYLOR KINSLEY**

4 days                                                                                                      JURY

---

**6007 D-1-GN-24-008740**    **O'BRIEN LAWRENCE**                      vs.  **O'BRIEN PAUL**
                              **O'BRIEN MARY**                               **O'BRIEN TIFFANIE**

4 days                                        Set By PLAINTIFF                                              JURY

---

**6008 D-1-GN-23-001811**    **CORDOVA SELENA**                        vs.  **CORTES CESAR LOPEZ**
                              **SANCHEZ LAURA**                              **LA CAMPENA TRUCKING LLC**
                                                                            **VASQUEZ ALCANTARA MERLY**

4 days                                        Set By PLAINTIFF                                              JURY

---

**6009 D-1-GN-23-001015**    **LINDE MARIANNE**                        vs.  **HEFFERNAN CYNTHIA**
                                                                            **HEFFERNAN GLENN**
                                                                            **HEFFERNAN NICHOLAS ALEXANDER**

3 days                                        Set By PLAINTIFF                                              JURY

| 6010 D-1-GN-25-000702 | DARNELL RUSSELL | | vs. | ALONSO HERLY |
|---|---|---|---|---|
| | | | | KMYC THE HOUSTON LLC |
| | | | | MORALES PALMERO KENIEL |
| 5 days | | Set By DEFENDANT | | JURY |

| 6011 D-1-GN-25-002188 | RAMOS AMY | | vs. | E.A. SWEEN COMPANY |
|---|---|---|---|---|
| | | | | LUCAS KENDRICK |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6012 D-1-GN-24-007785 | RAMOS  BRYAN | | vs. | BLUEBONNET ELECTRIC COOPERATIVE, INC. |
|---|---|---|---|---|
| | | | | KIESCHNICK KYLE |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6013 D-1-GN-23-002387 | KIRA SPRINGER AS REPRESENTATIVE OF THE ESTATE OF MARY MCCOY | | vs. | GRONA MARTHA SUE |
|---|---|---|---|---|
| | | | | GRONA MICHELLE |
| | | | | GRONA ROBERT |
| 4 days | | Set By DEFENDANT | | JURY |

| 6014 D-1-GN-24-008821 | HERNANDEZ HECTOR | | vs. | SIGNATURE AVIATION USA, LLC |
|---|---|---|---|---|
| | | | | SIGNATURE FLIGHT SUPPORT LLC |
| | | | | STEPHENS KATHY |
| 7 days | | Set By PLAINTIFF | | JURY |

| 6015 D-1-GN-24-009980 | TORRES NIEVES STEPHANIE | | vs. | CUNNINGHAM JOSLYN ALASIA |
|---|---|---|---|---|
| | | | | LAZ PARKING TEXAS, LLC |
| 2 days | | Set By PLAINTIFF | | JURY |

| 6016 D-1-GN-25-000399 | REESE CHRISTINE | | vs. | PEREZ ERIN JOEL |
|---|---|---|---|---|
| | | | | SATELLITE INDUSTRIES, INC. |
| 5 days | | | | JURY |

| 6017 D-1-GN-24-008410 | ZAMBRANO SANCHEZ CHARLI ANTONI | | vs. | HENSON WYATT TAYLOR |
|---|---|---|---|---|
| | | | | JIM MCNABB, INC. |
| | | | | MORRIS LAUREL |
| | | | | REED ADDISON RENE |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6018 D-1-GN-25-002782 | MACDONALD SHAWN | | vs. | GAMEZ MARIO |
|---|---|---|---|---|
| | | | | RICO-GUTIERREZ MARIA |
| 4 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, May 04, 2026,  09:01 AM

**6019  D-1-GN-24-003589**     FERRIS SHARON                                          vs.  DEGROOT JUDITH
                                                                                            SNIDER ASHLEY CHERI
                                                                                            SNYDER ASHLEY

3 days                              Set By DEFENDANT                                                                          JURY

---

**6020  D-1-GN-24-002539**     K. M.                                                  vs.  AVELA REAL ESTATE PARTNERS, INC.
                                                                                            MENLO MUELLER AUSTIN APARTMENTS, LLC

5 days                              Set By PLAINTIFF                                                                          JURY

---

**6021  D-1-GN-24-003151**     MENDOZA ISIDRO CASTANON                                vs.  GATEWAY US HOLDINGS, INC.
                                MENDOZA MEJIA REYNA VICTORIA                                RENTERIA JOSHUA ANDRADE
                                                                                            SANCHEZ CARLOS LOYOLA

4 days                                                                                                                       JURY

---

**6022  D-1-GN-24-004396**     BERRY CARLEIGH                                         vs.  MCCLANAHAN MAGGI
                                                                                            ROZEGNAL COLVIN JOHN

5 days                              Set By DEFENDANT                                                                          JURY

---

**6023  D-1-GN-24-000166**     HARRIS WILLIAM                                         vs.  ATX COOP TAXI
                                                                                            KHAN MANIK

5 days                              Set By PLAINTIFF                                                                          JURY

---

**6024  D-1-GN-25-001155**     MUNTINGH MARC                                          vs.  CHARLES SCHWAB &amp; CO., INC.

5 days                              Set By PLAINTIFF                                                                          JURY

---

**6025  D-1-GN-23-002747**     DIMATTEO DAVID                                         vs.  AMERICAN PRIDE MOVING COMPANY, LLC
                                                                                            FLOURNOY RYAN MICHAEL
                                                                                            LIVING PROOF CONSTRUCTION, LLC

3 days                              Set By PLAINTIFF                                                                          JURY

---

**6026  D-1-GN-23-004287**     GILLISPIE SAVANNAH                                     vs.  TEXAS OAKS PSYCHIATRIC HOSPITAL, L.P.
                                                                                            TIRADO CARLOS

5 days                              Set By DEFENDANT                                                                          JURY

---

**6027  D-1-GN-24-004231**     CHOI JINHO                                             vs.  FARMER RICKIE JOSEPH
                                KIM HYOJEONG                                                LYFT, INC.
                                                                                            VASQUEZ-BRACHO RONY ALEXANDER

5 days                              Set By PLAINTIFF                                                                          JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, May 04, 2026, 09:01 AM

**6028  D-1-GN-24-008299**      MENDEZ CYNTHIA                                    **vs.  O'CONNELL DANIEL**
MENDEZ MONICA

5 days                                                                                                           JURY

---

**6029  D-1-GN-24-008437**      RODRIGUEZ GUSTAVO                                 **vs.  MONDRAGON AVILES ANN  ROSA**

4 days                           Set By PLAINTIFF                                                              JURY

---

**6030  D-1-GN-23-003134**      COSTCO WHOLESALE CORPORATION                      **vs.  TRAVIS APPRAISAL REVIEW BOARD**

4 days                           Set By PLAINTIFF                                                              JURY

---

**6031  D-1-GN-25-000439**      PUPO GUEVARA NADIEL                               **vs.  HACKFIELD JOHN  KEITH**
SALAS PORTELLES MAYLIN

3 days                           Set By PLAINTIFF                                                              JURY

---

**6033  D-1-GN-23-000945**      THE SABINE MASTER CONDOMINIUM ASSOCIATION, INC.   **vs.  FIRSTSERVICE RESIDENTIAL AUSTIN, LLC**
                                                                                       **INTERSTATE RESTORATION LLC**
                                                                                       **TRUCK INSURANCE EXCHANGE**

8 days                           Set By DEFENDANT                                                             JURY

---

**6034  D-1-GN-24-008485**      LYON APRIL                                        **vs.  PAFAT**
                                                                                       **PAFAT, L.P.**

5 days                           Set By PLAINTIFF                                                              JURY

---

**6035  D-1-GN-24-009829**      FOSTER ISA                                        **vs.  AFONJA ADESOJI**
                                                                                       **PROGESSIVE COUNTY MUTUAL INSURANCE COMPANY**

5 days                                                                                                           JURY

---

**6036  D-1-GN-24-009399**      SHELLEY MAX                                       **vs.  THE CITY OF MANOR**

4 days                           Set By PLAINTIFF                                                              JURY

---

**6037  D-1-GN-17-003376**      841 AIRPORT BLVD LTD                              **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

5 days                           Set By DEFENDANT                                                             JURY

Atty: NASSOUR JASON R. (512-904-9500)                          Atty: SANCHEZ MARY (512-323-0797)

---

**6038  D-1-GN-24-005428**      LOPEZ  MAGAN                                      **vs.  LIBERTY COUNTY MUTUAL INSURANCE COMPANY**
                                                                                       **WOODSON JADE  E.**

4 days                           Set By PLAINTIFF                                                              JURY

| 6039 D-1-GN-24-010181 | DONALDSON JENNY<br>DONALDSON MICHAEL | | vs. PARKER SIMON  LEE | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6040 D-1-GN-25-001309 | SANTIAGO ANDREA | | vs. ESTEVEZ CARDOZA ELIUT<br>SERRANO LOPEZ RAQUEL ALEJANDRA | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6041 D-1-GN-24-009392 | FERRIS NICOLAS | | vs. DURSO STEVE<br>QUICK DANIEL WAYNE | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

| 6042 D-1-GN-24-001240 | ARTISTIC MINDS EARLY LEARNING ACADEMY, LLC | | vs. DR. BEEMER, LLC<br>JSDS 620 INVESTMENTS, LLC<br>KNAPP KRIS<br>POTX DKK, LLC<br>SUVRIDDHI INVESTMENTS LLC | |
|---|---|---|---|---|
| 5 days | | Set By CROSS DEFENDANT | | JURY |

| 6043 D-1-GN-24-004378 | MORRISON  JAMES | | vs. ROCKIN' DISPOSAL INC.<br>WASHINGTON JOHNNY | |
|---|---|---|---|---|
| 7 days | | Set By PLAINTIFF | | JURY |

| 6044 D-1-GN-25-001269 | CAMACHO OLARTE RICARDO | | vs. CASTELAN SANTANA MELISSA<br>SHIRZOI ASADULLAH | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6045 D-1-GN-24-008371 | REYES KRYSTAL<br>REYES MARIA DEL CARMEN | | vs. DAUGHERTY ASHTON REBECCA<br>PAEZ EDGAR HUMBERTO | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

| 6046 D-1-GN-25-001534 | NASH CURTIS | | vs. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY<br>SAUNDERS RICHARD G. | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, May 18, 2026,  09:01 AM

**4053  D-1-GN-18-005944**                                                           vs.  **EASY STREET CAPITAL LLC**
                                                                                          **HORNET CAPITAL LLC**
                                                                                          **THE BOWIE LAW FIRM**

  3 days                                                                                                                    JURY

                     Atty: Petersen Robert Young (713-904-5272)                           Atty: CHILDS KEVIN R. (512-279-0805)
                                                                                          Atty: O'TOOLE BRIAN (512-476-4740)
                                                                                          Atty: TAYLOR JOHN MICHAEL (512-920-1340)

---

**6001  D-1-GN-24-008499**   **WOODROW  MARIA**                                       vs.  **GIRARD  JAMES**
                                                                                          **TELSA MOTOR INC**
                                                                                          **TESLA, INC**

  5 days                                          Set By PLAINTIFF                                                          JURY

---

**6002  D-1-GN-23-004662**   **SERRANO MARIA CERVANTES**                              vs.  **MOORE CLEAN LLC**
                                                                                          **NICKERSON GARIS BERNARD**

  4 days                                          Set By PLAINTIFF                                                          JURY

---

**6003  D-1-GN-24-004442**   **NAMBO HOMERO**                                         vs.  **T7 ENTERPRISES, LLC**
                                                                                          **WEYMIER  MICHAEL SHAWN**

  4 days                                          Set By PLAINTIFF                                                          JURY

---

**6004  D-1-GN-24-001019**   **S. E.**                                                vs.  **DE LAO KARIM**
                             **SERNA JOHNNY**
                             **SERNA JONATHAN**

  3 days                                          Set By AS NEXT FRIEND OF                                                  JURY

---

**6005  D-1-GN-24-009843**   **GARZA MATHEW**                                         vs.  **BADOWSKI DREW**
                             **RIVAS DENIS**

  4 days                                          Set By PLAINTIFF                                                          JURY

---

**6006  D-1-GN-23-008920**   **VAN NIEKERK CLAUDETTE**                                vs.  **MARTINEZ ZACHARY  LEON**
                                                                                          **TEXAS MATERIALS GROUP, INC.**
                                                                                          **TRP CONSTRUCTION GROUP, LLC**

  6 days                                          Set By DEFENDANT                                                          JURY

---

**6007  D-1-GN-23-007673**   **MUELLER AUSTIN MULTIFAMILY III, LLC**                  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
  3 days                                          Set By PLAINTIFF                                                          JURY

---

**6008  D-1-GN-23-008494**   **PRINCIPALS ASSURANCE FUND, LLC**                       vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
                             **SC PARTNERS LLC**

  3 days                                          Set By PLAINTIFF                                                          JURY

**6009  D-1-GN-24-003105**      **HILL COUNTRY WEAVERS, LLC**                                        **vs.  BERRY KENNEDY**
                                                                                                              **BETHKE KAIWEN**
                                                                                                              **Knit ATX LLC**

5 days                                          Set By PLAINTIFF                                                                    JURY

---

**6010  D-1-GN-24-004370**      **MARTINEZ PEDRO**                                                   **vs.  ADAMS AKELA**
                                                                                                              **AYCOCK MATTHEW**
                                                                                                              **GARCIA GABRIEL**
                                                                                                              **ROY JORGENSEN ASSOCIATES, INC.**

5 days                                                                                                                              JURY

---

**6011  D-1-GN-24-009235**      **PARKS CHARLOTTE AMELIA**                                           **vs.  BASKIN MICHAEL HOWARD**
                                                                                                              **COASTLINE TWO, LLC**

5 days                                          Set By PLAINTIFF                                                                    JURY

---

**6012  D-1-GN-24-009646**      **DEFRANK VICTORIA**                                                 **vs.  BOWEN FRANKLIN**
                                **MANEATES JASMINE**

4 days                                          Set By PLAINTIFF                                                                    JURY

---

**6013  D-1-GN-24-005887**      **WILLIAMS JUSTIN**                                                  **vs.  WESTERN MARC  WELDON**

3 days                                          Set By PLAINTIFF                                                                    JURY

---

**6014  D-1-GN-24-004032**      **OLSZEWSKI LEAH**                                                   **vs.  SOLOMON AMANDA**
                                                                                                              **SOLOMON PROPERTIES TX, LLC**
                                                                                                              **SOLOMON SIMON**

5 days                                          Set By PLAINTIFF                                                                    JURY

---

**6015  D-1-GN-23-008925**      **CHAVEZ CASEY**                                                     **vs.  NISSAN MOTOR CO., LTD**
                                **LONGORIA SUSANNA**                                                        **NISSAN NORTH AMERICA, INC.**
                                **MATTHEWS PORTIA**                                                         **ROBERTSON JOSHUA**
                                **ZEPEDA  JANET**                                                           **VALERIA GONZALEZ AS REPRESENTATIVE OF THE ESTATE**
                                                                                                              **OF VERONICA DE LA CRUZ CORDOVA**
                                                                                                              **WRIGHT  ARTHUR**

10 days                                         Set By PLAINTIFF                                                                    JURY

---

**6016  D-1-GN-24-000261**      **HERNANDEZ CARMEN**                                                 **vs.  CENTRAL TEXAS SURGICAL ASSOCIATES**
                                **ROSALES ANNIE**                                                           **HAWTHORNE ANDY**
                                **ROSALES PAUL**
                                **ROSALES STEPHAN**

5 days                                          Set By DEFENDANT                                                                   JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, May 18, 2026, 09:01 AM

**6017 D-1-GN-25-001361**   AVILES GUSTAVO RICARDO          vs.  JUAREZ ARAUJO GRICELDA
                                                                  NEVAREZ NOEL
                                                                  THE GLASS HOUSE INC

   5 days                          Set By PLAINTIFF                                              JURY

---

**6018 D-1-GN-24-001513**   DANIEL DAVILA FAMILY LIMITED PARTNERSHIP   vs.  DK PARTNERS PC
                            DAVILA DANIEL                                   KANGAS STEVEN
                                                                           SIMMONS BRIAN

   5 days                          Set By PLAINTIFF                                              JURY

---

**6020 D-1-GN-24-004251**   SCHOPPE  MICHAEL               vs.  CAPITAL RANGER PROTECTIVE SERVICES, L.P.
                                                                RANGER PROTECTION AGENCY 2.0, LLC
                                                                WILLIAMS JAWASKII

   7 days                          Set By PLAINTIFF                                              JURY

---

**6021 D-1-GN-25-001002**   LIBERTY DAVID                  vs.  AMADOR GARCIA COSME
                                                                IGA INTERNATIONAL FREIGHT LINE INC'S

   5 days                          Set By PLAINTIFF                                              JURY

---

**6022 D-1-GN-24-008361**   DECASTRO ADRIANA               vs.  SALON X CHANGE LLC
   3 days                          Set By PLAINTIFF                                              JURY

---

**6023 D-1-GN-24-005508**   ANDREEVA OLGA                  vs.  ARDOLINO MORGAN
                                                                PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

   3 days                          Set By COUNTER-PLAINTIFF                                      JURY

---

**6024 D-1-GN-25-000275**   GRAY JAMES                     vs.  H-E-B, LP
   5 days                          Set By PLAINTIFF                                              JURY

---

**6025 D-1-GN-23-004931**   MELENDEZ RUBEN                 vs.  DE LA CRUZ NELSON CASTILLO
                                                                TRANSFER TRUCKS CORP

   3 days                          Set By PLAINTIFF                                              JURY

---

**6026 D-1-GN-24-002424**   CHAVEZ JESUS                   vs.  DIAZ EDMUNDO ORONIA
                                                                GARCIA COSTRUCTION ATX, LLC

   4 days                          Set By DEFENDANT                                              JURY

---

**6027 D-1-GN-23-008537**   FAKS  ROBERTO  KOUSSA          vs.  LANPHER MEGGAN
                            MOLINA  ENMANUEL  TORRES

   4 days                          Set By PLAINTIFF                                              JURY

**6028  D-1-GN-24-006301**      SHAW JASMINE                                    **vs.  HARRISON - PEARSON ASSOC., INC.**
                                                                                **LAKE CENTER LIMITED PARTNERSHIP**
                                                                                **MASCO ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP**

                                                                                **MOTY YEKUTIEL, INC.**
                                                                                **WILLIAMSON  JAY**
                                                                                **ZHAO JIAN CORPORATION**

       4 days                         Set By DEFENDANT                                                               JURY

---

**6029  D-1-GN-25-003021**      PIPER SANDRA  JOY                               **vs.  SUAREZ RODRIGUEZ OSVALDO**
       3 days                         Set By PLAINTIFF                                                                JURY

---

**6030  D-1-GN-24-003360**      BENITEZ JACIEL                                  **vs.  NELSON TONY**
       5 days                         Set By DEFENDANT                                                               JURY

---

**6031  D-1-GN-24-009378**      ZELINSKY  CHRISTOPHER  LEE                      **vs.  ADVANCE STORES COMPANY,INC.**
                                                                                **EIDENSCHINK CLIFFORD PAUL**

       3 days                         Set By PLAINTIFF                                                                JURY

---

**6032  D-1-GN-24-009018**      WAGNER JARETT                                   **vs.  CRAVEN PHILLIP**
                                WAGNER RACHELLE                                 **STATE FARM MUTUAL AUTOMOBILE INSURANCE**
                                                                                **COMPANY**

       5 days                         Set By PLAINTIFF                                                                JURY

---

**6033  D-1-GN-25-001056**      MILLER BRYAN R                                  **vs.  FRNKA MICHAEL D**
                                MILLER EBTISAM S                                **OWP ENTERPRISES INC**

       3 days                         Set By PLAINTIFF                                                                JURY

---

**6035  D-1-GN-25-001815**      PADILLA ANTHONY                                 **vs.  BSTX 2607 W. BRAKER LANE, LLC**
                                                                                **CAPITAL PARKING AT-X, LLC**
                                                                                **CENTRAL PARKING ENFORCEMENT, LLC**
                                                                                **EXTRA SPACE STORAGE, INC.**
                                                                                **HERNANDEZ ZAPATA ROILAN**
                                                                                **LIFE STORAGE HOLDINGS, INC.**
                                                                                **LIFE STORAGE LP**
                                                                                **LIFE STORAGE MANAGEMENT, LLC**
                                                                                **LIFE STORAGE SOLUTIONS, LLC**

       5 days                         Set By COUNTER-DEFENDANT                                                        JURY

**6036  D-1-GN-20-005064**

| JOHANNESMEYER JENNIFER | vs. | CHAPARRAL DISTRIBUTING |
| JOHANNESMEYER JOHN | | GELCO FLEET TRUST |
| | | JAMES EDWARD AND COMPANIES INC |
| | | JONES JORDAN |
| | | RED BULL |

3 days
JURY

Atty: PUTMAN STAN M. (512-326-3200)        Atty: VANN ALLISON WARNER (512-856-6351)

---

**6037  D-1-GN-24-003410**

HAYDEN DIANA                                    vs.  LOWE JOSHUA

3 days                          Set By COUNTER-PLAINTIFF                          JURY

---

**6038  D-1-GN-25-002697**

THOMPSON MEGAN                                    vs.  EARLEY MICHELLE

5 days                          Set By PLAINTIFF                          JURY

---

**6039  D-1-GN-25-002387**

DIAZ ESME                                    vs.  ALVARADO RENE
MAYFIELD KRISTOPHER                                    GO DOORSTEP, LLC

5 days                          JURY

---

**6040  D-1-GN-22-006563**

MORTON JASON                                    vs.  POLLOK PHILIP DANIEL
MORTON KATHLEEN

4 days                          Set By DEFENDANT                          JURY

---

**6041  D-1-GN-23-003285**

INGRAHAM BRENDON                                    vs.  AMERICAN AIRLINES, INC
INGRAHAM DAVID                                    BAE SYSTEMS RESOLUTION INC
                                    INGRAHAM DAVID
                                    INGRAHAM MICHAEL
                                    MENZIES AVIATION TEXAS, INC.
                                    MENZIES AVIATION USA, INC.

10 days                          JURY

---

**6042  D-1-GN-25-001660**

VANOS DAKOTA                                    vs.  HALL BRENDA ORONA

2 days                          JURY

---

**6043  D-1-GN-21-005785**

ALMANAC 13 LLC                                    vs.  ACCUREX LLC
                                    AYS ENGINEERING, LLC

7 days                          Set By PLAINTIFF                          JURY

---

**6044  D-1-GN-25-003824**

SPARKS LISA                                    vs.  BAO XIAO
SPARKS SCOTT                                    STATE FARM MUTUAL AUTOMOBILE INSURANCE
                                    COMPANY

4 days                          Set By PLAINTIFF                          JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, May 18, 2026, 09:01 AM

**6045 D-1-GN-22-002001**   **BURDETT MARCUS**                                  **vs. ERICKSON TYLER DAVID**
                            **WILLIAMS JAQUICE**

3 days                                           Set By DEFENDANT                                              JURY

---

**6046 D-1-GN-24-004941**   **COLVIN SHANNTELL**                                **vs. ALDRIGE GRACIE ANN**

5 days                                           Set By DEFENDANT                                              JURY

---

**6047 D-1-GN-25-000375**   **HONIG DANIEL**                                    **vs. BAKER BRAYDEN MATTHEW**
                                                                               **EMPLOYERS MUTUAL CASUALTY COMPANY**

3 days                                           Set By PLAINTIFF                                              JURY

---

**6048 D-1-GN-24-004711**   **JAY EMILY DANYELLE**                              **vs. GALEGA WALTER GAHBILA**
                                                                               **LYFT, INC.**
                                                                               **REYNA ARACELI SUSTAITA**

4 days                                           Set By PLAINTIFF                                              JURY

---

**6049 D-1-GN-25-000839**   **GRANT ANDREA**                                    **vs. RHODES TIFFANY**

3 days                                           Set By PLAINTIFF                                              JURY

---

**6050 D-1-GN-19-005130**   **HARRIS VICTOR L**                                 **vs. CAPITAL METROPOLITAN TRANSPORTATION AUTHORITY**
                                                                               **RATP DEV AMERICA**
                                                                               **SZKARADEK JESSE**

5 days                                           Set By PLAINTIFF                                              JURY

                            Atty: WARREN LESLIE ARIN (512-680-6861)

---

**6051 D-1-GN-24-003615**   **ALLEN CHARLES**                                   **vs. KONG YUAN**

3 days                                           Set By PLAINTIFF                                              JURY

---

**6052 D-1-GN-23-001686**   **SANDOVAL SANDRA IVETTE RIVERA**                   **vs. BATAMULIZA FRANCINE**

4 days                                           Set By DEFENDANT                                              JURY

---

**6054 D-1-GN-22-006566**   **FIELDS JOSHUA**                                   **vs. BURNSIDE'S TAVERN**
                                                                               **GUSTAFSON PETER**

4 days                                           Set By PLAINTIFF                                              JURY

---

**6055 D-1-GN-24-005411**   **CALONICA RONALD DUANE**                           **vs. DRAGON ESP, LLC**
                                                                               **EGD TRANSPORT LLC**
                                                                               **ESTRADA BAYGRON RAUL**

4 days                                           Set By PLAINTIFF                                              JURY

6056  D-1-GN-25-001070     **ALVARADO LINDA**                                   vs.   **RANDOLPH CORDELL EMANUEL**
                           **PACK GREGORY DANIEL**                                    **TPS PARKING AUSTIN, LLC**

5 days                                      Set By PLAINTIFF                                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, June 01, 2026,  09:01 AM

**6001  D-1-GN-24-009187**   JOHNSON KARL                                                vs.  GEBREHIWET TESFOM

4 days                                      Set By PLAINTIFF                                                                    JURY

---

**6002  D-1-GN-23-007477**   BROTTER JESSE                                               vs.  GUEULE DE BOIS, LLC
                                                                                              RESOUND, LLC

5 days                                      Set By PLAINTIFF                                                                    JURY

---

**6003  D-1-GN-24-001376**   VALDEZ JULIANNA                                             vs.  CONSUMERS COUNTY MUTUAL INSURANCE COMPANY
                                                                                              FREEDOM CHARTERS &amp; TOURS, LLC
                                                                                              MENDOZA HUGO RAMIREZ

5 days                                      Set By PLAINTIFF                                                                    JURY

---

**6004  D-1-GN-23-007149**   AUSTIN 1106, LLC                                            vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days                                      Set By PLAINTIFF                                                                    JURY

---

**6005  D-1-GN-23-007148**   McCORMICK JAMES                                             vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days                                      Set By PLAINTIFF                                                                    JURY

---

**6006  D-1-GN-24-001034**   SMITH ROBERT                                                vs.  WAL-MART STORES TEXAS, LLC

3 days                                      Set By DEFENDANT                                                                    JURY

---

**6007  D-1-GN-25-000864**   GATES BRIAN                                                 vs.  JOHN MARIAM

4 days                                      Set By PLAINTIFF                                                                    JURY

---

**6008  D-1-GN-23-004158**   LAWSON LARRY                                                vs.  ENVISION CONSTRUCTION SERVICES, LLC
                              LAWSON NANCY                                                     HERRING DANA
                                                                                              HERRING WILLIAM

4 days                                      Set By PLAINTIFF                                                                    JURY

---

**6009  D-1-GN-25-002615**   BRAMLETT CASEY                                              vs.  BURNETT MARK G.
                              BRAMLETT DOROTHY
                              BRAMLETT STEPHEN
                              BRAMLETT SUSAN DENISE
                              SUSAN DENISE BRAMLETT EXECUTOR OF THE ESTATE OF MICHAEL
                              GAYLE BRAMLETT

5 days                                      Set By DEFENDANT                                                                    JURY

---

**6010  D-1-GN-24-009158**   MATA STEPHANIE                                              vs.  LOPEZ EDUARDO

3 days                                      Set By PLAINTIFF                                                                    JURY

**6011  D-1-GN-23-008614**　　**DOE JANE**　　　　　　　　**vs.  H. E. BUTT STORE PROPERTY COMPANY NO. ONE**
**H-E-B, LP**
**W&amp;J WELLNESS FOOT SPA INC.**
**WU LONFEI**
**ZHANG TENG**

5 days　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JURY

---

**6012  D-1-GN-24-005009**　　**MIKHAYLIK VERA**　　　　　**vs.  BILBO TRANSPORTS, INC.**
**DPR CONSTRUCTION, INC.**
**GRAY DONALD**
**GRAY TRUCKING, INC.**

5 days　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　JURY

---

**6013  D-1-GN-25-001260**　　**BREIR SAID**　　　　　　　　**vs.  HINES POOL AND SPA, INC.**
**HINES POOL AND SPA, LP**
**OGLE KYLE  SCOTT**

3 days　　　　　　　　Set By DEFENDANT　　　　　　　　　　　　　JURY

---

**6014  D-1-GN-25-001968**　　**SHANKLE CATHERINE**　　　**vs.  BOX KAILEY LAYNE**
**VIDALES OLGA**

5 days　　　　　　　　Set By DEFENDANT　　　　　　　　　　　　　JURY

---

**6015  D-1-GN-25-002596**　　**LEE  GLENN**　　　　　　　**vs.  MORTON  ALYSSA**

3 days　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　JURY

---

**6016  D-1-GN-22-001593**　　**YENER EREN EMRE**　　　　**vs.  DALE ROBERT STEENROD**

3 days　　　　　　　　Set By DEFENDANT　　　　　　　　　　　　　JURY

---

**6017  D-1-GN-25-000139**　　**TREVINO ALEX**　　　　　　**vs.  BALCONES RECYCLING INC.**
**MARES JOSE NATIVIDAD**

3 days　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　JURY

---

**6018  D-1-GN-24-007801**　　**PANTOJA-PEREZ JOE ANTHONY**　　**vs.  C R R TRANSPORTATION, LLC,**
**FLORES JUAN C.**
**STATEWIDE MATERIALS TRANSPORT, LTD.**

5 days　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　JURY

---

**6019  D-1-GN-24-008928**　　**HERNANDEZ YVONNE**　　　**vs.  DOMAIN HOTEL OPERATING COMPANY, LLC**
**WHITE LODGING SERVICES CORPORATION**

5 days　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　JURY

| | | | |
|---|---|---|---|
| **6020 D-1-GN-21-000904** | **BEIM STEVEN ALEXANDER** | **vs. PRYOR CUSTOM HOMES LP** | |
| | | **PRYOR EDMUND R** | |
| | | **RPCH MANAGEMENT LLC** | |
| 5 days | Set By PLAINTIFF | | JURY |
| | Atty: SNELL JASON W (512-477-5291) | | |
| **6021 D-1-GN-24-005852** | **SANCHEZ FREDDY** | **vs. CERTIFIED TREE CARE AUSTIN, LLC** | |
| | | **CERTIFIED TREE CARE FORT WORTH, LLC** | |
| | | **CERTIFIED TREE CARE HOUSTON, LLC** | |
| | | **CERTIFIED TREE CARE SAN ANTONIO, LLC** | |
| | | **CERTIFIED TREE CARE, LLC** | |
| | | **CERTIFIED TREE GROUP, LLC** | |
| 4 days | Set By PLAINTIFF | | JURY |
| **6022 D-1-GN-25-000300** | **LIBURD JEAN** | **vs. BARRIENTOS  MARIA** | |
| 4 days | | | JURY |
| **6023 D-1-GN-25-000239** | **MUDD RYAN  JAMES** | **vs. GRAVES  GINA  ASHLEY** | |
| 3 days | Set By PLAINTIFF | | JURY |
| **6024 D-1-GN-24-005132** | **MAYS  JASMINE** | **vs. ROMO SILVESTER CHRISTOPHER** | |
| | **MAYS STOGLIN RAE  DORCAS** | **USAA GENERAL INDEMNITY COMPANY** | |
| 4 days | | | JURY |
| **6025 D-1-GN-25-002790** | **ESTRADA DANIELA** | **vs. HIGGS DEVAN** | |
| 4 days | Set By PLAINTIFF | | JURY |
| **6026 D-1-GN-25-002321** | **SMITH CORNELIUS RAY** | **vs. RICE MATTHEW  SCOTT** | |
| | | **TEXAS DISPOSALS SYSTEMS, INC.** | |
| 5 days | Set By PLAINTIFF | | JURY |
| **6027 D-1-GN-24-002516** | **DAWOD GEBRIEL** | **vs. MIKOSH NATHANIEL** | |
| 4 days | Set By PLAINTIFF | | JURY |
| **6028 D-1-GN-25-000321** | **ANDRE JULIEN ROMAIN PATRICK** | **vs. APEX TRADER FUNDING, INC.** | |
| | | **MARTIN DARRELL** | |
| | | **SKELTON JOHN** | |
| 10 days | Set By COUNTER-PLAINTIFF | | JURY |
| **6029 D-1-GN-25-002756** | **QUINONEZ ANNA** | **vs. AUSTIN INDEPENDENT SCHOOL DISTRICT** | |
| 5 days | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, June 01, 2026,  09:01 AM

| 6030 D-1-GN-24-003464 | HUERTAS ROLANDO | | vs. | MCGUIRE TRANSPORTATION, INC. |
| | | | | MORRIS ISAACS STANLEY |
| 5 days | | Set By PLAINTIFF | | JURY |

| 6031 D-1-GN-25-001319 | FERNANDEZ ALIENA | | vs. | AUSTIN INDEPENDENT SCHOOL DISTRICT |
| | LABANINO NOELIO | | | WALDROP STEPHEN LEE |
| | QUIALA KAIDER | | | |
| | ZAYAS QUIALA NOLBERTO | | | |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6032 D-1-GN-25-002557 | CARRINGTON EDWARD | | vs. | KOPLIN BENJAMIN |
| | | | | KOPLIN GUIIA |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6033 D-1-GN-24-008480 | FARLEY LEILANI M | | vs. | CARVANA, LLC |
| | | | | NNN REIT LP |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6034 D-1-GN-25-003340 | CHOU SEEPONG | | vs. | ADAMS ELISABETH |
| | COOLVAMOS, LLC | | | MARTINEZ LUIS |
| | JPCV SERIES, A SERIES OF JETPACK VENTURES, LLC | | | TORTUGA VENTURES, A SERIES OF SHIPLAP INVESTMENTS, LLC |
| 5 days | | Set By PLAINTIFF | | JURY |

| 6035 D-1-GN-25-000730 | DIAZ GUILLERMINA | | vs. | STATEWIDE BUILDING MAINTENANCE, LLC. |
| | | | | WALGREEN CO. |
| 4 days | | Set By DEFENDANT | | JURY |

| 6036 D-1-GN-23-009081 | SVEA RACING, LLC | | vs. | SVEA TRANSPORTATION, LLC |
| 5 days | | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| 3027 D-1-GN-25-000961 | CROCE MICHAEL<br>DELGADO TANYA<br>NOVA BRITTNEY | vs. | B AND D CONTRACTORS, INC | PREF ((SHEPPERD)) |

vs. B AND D CONTRACTORS, INC
BAKER DRYWALL AUSTIN, LTD
BAKER DRYWALL DALLAS, LTD
BAKER DRYWALL FORT WORTH, LTD
BAKER DRYWALL HOUSTON, LTD
BAKER DRYWALL INVESTMENTS, LLC
BAKER DRYWALL MANAGEMENT, LTD
BAKER DRYWALL, LTD
BAKER RYWALL PARTNERSIP LLP
BAKER TRIANGLE PREFAB, LTD
BORDNER CLINT
GEDR AT UNION ON 24TH LLC
GEDR AT UNION ON SAN ANTONIO, LLC
GREP TEXAS LLC
GREYSTAR DEVELOPMENT AND CONSTRUCTION, LP
GREYSTAR DEVELOPMENT CENTRAL LLC
GREYSTAR DEVELOPMENT GROUP, LP
GREYSTAR DEVELOPMENT LLC
GREYSTAR GP II, LLC
GREYSTAR INVESTMENT GROUP, LLC
GREYSTAR MANAGEMENT SERVICES, LLC
GREYSTAR REAL ESTATE PARTNERS GP LLC
GREYSTAR REAL ESTATE PARTNERS, LLC
GREYSTAR STUDENT HOUSING GROWTH AND INCOME
FUND OP, LP
GREYSTAR WORLDWIDE, LLC
HAEGLIN WEHMEYER CONSTRUCTION, LTD
KELLEY DREW
LANDMARK CONSTRUCTION
SFI COMPLIANCE, INC.
TRIANGLE PLASTERING MANAGEMENT, LLC
TRIANGLE PLASTERING, LTD
UNITED FORMING, INC

5 days                                                                                    JURY

(SHEPPERD)

| | | | |
|---|---|---|---|
| 6001 D-1-GN-25-000673 | DIAS ASHLEY | vs. | MARONEY MADELEINE<br>USA POOP SCOOP, LLC |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| 6002 D-1-GN-22-005531 | IMP REPUBLIC PLACE LLC | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| 6003 D-1-GN-22-005533 | IMP SOUTH LAMAR, LLC | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| 6004 D-1-GN-24-005799 | BELL FUND V FOUR POINTS, LLC | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, June 22, 2026, 09:01 AM

| | | | | | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

---

**6005  D-1-GN-24-001721**  **R SYSTEMS NA, INC.**  **vs.  DELL TECHNOLOGIES, INC.**

10 days                                                      JURY

---

**6006  D-1-GN-24-007649**  **HERNANDEZ JOSE  MISAAC**  **vs.  RAMIREZ COELLO DAVID**
                                                                 **SOCO RIDES, LLC**

3 days         Set By PLAINTIFF                            JURY

---

**6007  D-1-GN-23-001691**  **THOMPSON BRADLEY**  **vs.  AMERICAN VAPE COMPANY, LLC**
                              **THOMPSON KAREN**                             **BREEZY TREES BOTANICAL, INC.**
                              **THOMPSON KERRY**                            **CREATE A CIG LIMTED LIABILITY COMPANY**
                              **EMMONS GEORGE**
                              **EMPOWERED CREATIONS, LLC**
                              **GGC, LLC**
                              **HAMRICK GEORGE T.**
                              **INTERNET PRODUCT SOLUTIONS, LLC**
                              **MMK HOLDINGS, L.P.**
                              **NATURALLY DISTRO, LLC**
                              **PURE LIFE BOTANICAL, LLC**

10 days       Set By AS NEXT FRIEND OF                   JURY

---

**6008  D-1-GN-25-002584**  **JOHNSON TAMARA**  **vs.  DODSON CARTER**

3 days         Set By PLAINTIFF                            JURY

---

**6009  D-1-GN-25-002163**  **2018 1500-1501 EAST AUSTIN, LP**  **vs.  CITY OF AUSTIN, TEXAS**

5 days         Set By PLAINTIFF                            JURY

---

**6010  D-1-GN-24-005957**  **LEWIS  TRACY**  **vs.  GIPSON  WILLIE  JOE**

4 days         Set By PLAINTIFF                            JURY

---

**6011  D-1-GN-24-000764**  **MORALES ADAN**  **vs.  AMAZON LOGISTICS, INC.**
                              **AMAZON.COM LLC**
                              **AMAZON.COM SERVICES, LLC**
                              **KATHIRIYA SUMIT**
                              **TRINITY TRANSPORTATION SOLUTIONS, INC.**

4 days         Set By PLAINTIFF                            JURY

**6012  D-1-GN-24-003329**  **WILLIAMS JEFFERY**  **vs.  FRANKS ANDREW**
**GOTHARD KELTON**
**LEYVA SIMON**
**RDM, INC**
**SANDERS TYRONE W**
**TRES HABANEROS/ARBOR WALK, LTD.**

4 days                              Set By PLAINTIFF                                              JURY

---

**6013  D-1-GN-25-000781**  **CORRIGAN MICHAEL JOSEPH**  **vs.  CENTRAL TEXAS REFUSE, LLC**
**HAYES CRISTIAN DEVON**
**RUSH TRUCK CENTERS OF TEXAS, L.P.**
**Rush Truck Centers of Texas, LP dba Rush Crane &amp;**
**Refuse Systems**

5 days                                                                                           JURY

---

**6014  D-1-GN-24-003054**  **OVP AUSTIN, LLC**  **vs.  ALINE GENPARTNER II, LLC**
**WAGNER  SEBASTIEN**       **ALINE, LTD**
**BEL AIR AS**
**OAK VALLEY PARTNERS, LLC**
**WATER OAK ESTATE, LLC**

5 days                                                                                           JURY

---

**6015  D-1-GN-25-000446**  **DENYER CHARLES**  **vs.  OATES ELI**

5 days                              Set By PLAINTIFF                                              JURY

---

**6016  D-1-GN-23-009029**  **WILLIAMSON MARSHALL**  **vs.  BRANA YODIMIR YERA**
**MK1 CONSTRUCTION SERVICES L.L.C.**

4 days                                                                                           JURY

---

**6017  D-1-GN-25-000654**  **MIDBOE CAROL**  **vs.  NICLAIR LYNNE**
**ROUGHTON STEPHANIE**

3 days                              Set By PLAINTIFF                                              JURY

---

**6018  D-1-GN-25-002468**  **DJC LAW, PLLC**  **vs.  GACOVINO STEVEN**
**DJC Law, PLLC f/k/a DC Law, PLLC**       **GACOVINO, LAKE AND ASSOCIATES, PC**
**FOCUS Case Support Services, LLC**

5 days                              Set By PLAINTIFF                                              JURY

---

**6019  D-1-GN-25-000036**  **PINALES IRMA  ADELA**  **vs.  GUTTI &amp; ORTIZ TRUCKING, LLC**
**ORTIZ GILBERT VIGIL**

5 days                              Set By PLAINTIFF                                              JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, June 22, 2026,  09:01 AM

**6020  D-1-GN-25-001192**  QUIALA KAIDER  **vs.  TOWNSLEY ALECZANDER**
ROJAS YULIOR
TORRES GEOVANNI

3 days                                  Set By PLAINTIFF                                          JURY

---

**6021  D-1-GN-24-009993**  FRANKLIN ALENA  **vs.  AMERISHIELD GROUP, LLC**
GUAJARDO TESHINA                        NRP INVESTMENTS LLC
                                        NRP MANAGEMENT LLC

5 days                                  Set By AS NEXT FRIEND OF                                  JURY

---

**6022  D-1-GN-25-001418**  LIM GLORIA  **vs.  AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY**

5 days                                                                                           JURY

---

**6023  D-1-GN-22-000591**  ORTEGA MARIA PARDO  **vs.  REGENCY IHS OF WEST OAKS LLC**
PARDO MARCOS

7 days                                  Set By DEFENDANT                                         JURY

---

**6024  D-1-GN-25-001770**  RODRIGUEZ ENRIQUE  **vs.  DASH MART, LLC.**
                                        DOOR DASH ESSENTIALS, LLC
                                        DOOR DASH, INC.

5 days                                  Set By PLAINTIFF                                          JURY

---

**6025  D-1-GN-21-000020**  WARAMIT PRANEE  **vs.  COMANCHE XPRESS LLC**
                                        RYANS MICHAEL EDWARD

5 days                                                                                           JURY

Atty: FAUDOA BERTHA ALICIA (512-220-1800)          Atty: ZOPOLSKY JOSEPH D. (972-419-8300)

---

**6026  D-1-GN-24-000570**  FISCHER SHELLIE  **vs.  DELEON SYLVIA**
FLAGG JOHN                              FLAGG PATRICIA  LYNN
                                        THE STANDARD FIRE INSURANCE COMPANY
                                        USAA GENERAL INDEMNITY COMPANY

5 days                                  Set By PLAINTIFF                                          JURY

---

**6028  D-1-GN-25-004181**  GONZALES MARY ANN  **vs.  ANZURES MIGUEL**
                                        HAUL-BROOKE, INC.

5 days                                  Set By PLAINTIFF                                          JURY

---

**6029  D-1-GN-25-000434**  FRICK-PILGRIM MADISON L.  **vs.  BAPTISTE BRIAN M.**

5 days                                  Set By PLAINTIFF                                          JURY

---

**6030  D-1-GN-25-004049**  D'AMBROSIO NICOLE  **vs.  GLASS WAREHOUSE, LLC**
NARDELLA MICHAEL                        WAYFAIR, LLC

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, June 22, 2026,  09:01 AM

5 days                                                                                    JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, July 06, 2026,  09:01 AM

| 6001 D-1-GN-24-008958 | KI SOHYUN | | vs. KWON TAE JIN | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6002 D-1-GN-25-001327 | PATE BARBARA | | vs. GRAYSON LAURA VELA | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6003 D-1-GN-24-004010 | NOKKING, INC. | | vs. THERABODY, INC. | |
|---|---|---|---|---|
| 4 days | | | | JURY |

| 6004 D-1-GN-25-001108 | ELLISON FRANK | | vs. PADILLA ROSENDO<br>PORTIER, LLC<br>UBER TECHNOLOGIES, INC | |
|---|---|---|---|---|
| 5 days | | | | JURY |

| 6005 D-1-GN-24-001985 | QUINTANILLA ERNESTINA | | vs. HEB GROCERY COMPANY LP | |
|---|---|---|---|---|
| 4 days | | Set By DEFENDANT | | JURY |

| 6006 D-1-GN-24-002512 | FIGUEROA PHILLIP | | vs. DOMINGUEZ-MOORE CAROLINA<br>GARCIA GABRIEL DIAZ<br>GOMEZ EDWARD OJEDA<br>PENA-HUAPILLA GERARDO<br>SILVA ADAM RENDON<br>VICKERS STEPHANIE ANN | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

| 6007 D-1-GN-24-003639 | BUTTROSS DAVID A | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6008 D-1-GN-24-005979 | OMNINET CHASE PARK, LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, July 20, 2026,  09:01 AM

**6001  D-1-GN-24-004916**      **GOTTESMAN DAVID**                                    **vs.  VAUGHN  TWYLA**

3 days                                         Set By PLAINTIFF                                                                                    JURY

---

**6002  D-1-GN-24-005316**      **CAMERON WILDWOOD, LP**                       **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                         Set By PLAINTIFF                                                                                    JURY

---

**6003  D-1-GN-24-005408**      **IMP BURNET, LLC**                                    **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                         Set By PLAINTIFF                                                                                    JURY

---

**6004  D-1-GN-24-005579**      **MUELLER AUSTIN MULTIFAMILY III, LLC**    **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                         Set By PLAINTIFF                                                                                    JURY

---

**6005  D-1-GN-24-009524**      **RAND PHILLIS**                                       **vs.  JOHN DOE**
                                                                                                          **LABORDA IVAN ALDANA**
                                                                                                          **RGCA TRUCKING LLC**

3 days                                         Set By PLAINTIFF                                                                                    JURY

---

**6006  D-1-GN-23-008070**      **MORALES JESSICA**                                 **vs.  FLORES BRIAN**

2 days                                         Set By DEFENDANT                                                                                 JURY

---

**6007  D-1-GN-25-000146**      **DAVIS TIFFANY MICHELLE**                      **vs.  GREEN DOORS**

5 days                                         Set By PLAINTIFF                                                                                    JURY

---

**6008  D-1-GN-25-001220**      **BRAXTON CHRISTOPHER**                        **vs.  H-E-B, L.P.**

5 days                                         Set By PLAINTIFF                                                                                    JURY

---

**6009  D-1-GN-25-000600**      **HAWTHORN ANDREW**                            **vs.  BACKSTROM PHILIP VON**
                                                                                                          **CANAAN INTERCONTINENTAL, LLC**
                                                                                                          **KW ATX BROKER, LLC**
                                                                                                          **VILLARREAL MARIA**

5 days                                         Set By PLAINTIFF                                                                                    JURY

---

**6010  D-1-GN-21-007252**      **LONG JACK**                                          **vs.  AUSTIN REGIONAL CLINIC PA**
                                          **LONG KELLY**                                               **AUSTIN UROGYNECOLOGY PLLC**
                                                                                                          **SHASHOUA GEORGE**
                                                                                                          **VAZ SHARON A**

5 days                                         Set By DEFENDANT                                                                                 JURY

---

**6011  D-1-GN-24-002930**      **HASENBERG HUNTER M.**                        **vs.  HULME HUDSON**
                                          **SCHENEMAN JEANNE M.**
                                          **SCHENEMAN STEVEN M.**

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, July 20, 2026, 09:01 AM

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

---

**6012  D-1-GN-17-003382**  TEXAS DISPOSAL SYSTEMS LANDFILL INC
TLM LLC
**vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

Atty: Michel Lorri (512-477-0200)

Atty: BAXTER SHARON COFFEE (512-323-3200)
Atty: GOETTSCHE NICHOLAS EDWARD (806-683-4433)
Atty: MCCARTY STEPHEN TYLER (512-323-3200)
Atty: TEPPER MATTHEW (512-323-3200)

---

**6013  D-1-GN-24-003525**  DE LA CRUZ FELIPE
**vs.  CLARK WILSON BUILDER GC, LLC**
**CLARK WILSON BUILDER, INC.**
**CLARK WILSON BUILDER, LLC**
**DON JUAN SERRANO MIGUEL ANGEL**
**DR. STUCCO, LLC**
**LOCAL AT DS GP, LLC**
**LOCAL AT DS LP**
**OMEGA MAGNUM CONSTRUCTION, LLC**
**SFI COMPLIANCE, INC.**
**WILSON CAPITAL GP I, LLC**

| | | | |
|---|---|---|---|
| 5 days | Set By 3RD PARTY PLAINTIFF | | JURY |

---

**6014  D-1-GN-24-008732**  MUNEZERO AIMABLE
**vs.  WOKHLU SUSHMA**

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

---

**6015  D-1-GN-24-000745**  ZAVALETA-MUNOZ JEYME
**vs.  GONZALEZ HERNANDEZ MORGAN**
**RUBBISH INC., LLC**

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

---

**6016  D-1-GN-25-002762**  CALLAWAY MELODY
**vs.  SHELTON TREVOR AIDAN**

| | | | |
|---|---|---|---|
| 4 days | | | JURY |

---

**6017  D-1-GN-23-006723**  GUADARRAMA GUILLERMO
MARCUM SAMMANTHIA
**vs.  HERNDON FOREST**

| | | | |
|---|---|---|---|
| 3 days | Set By PLAINTIFF | | JURY |

---

**6018  D-1-GN-24-010176**  BARRON NICOLAS
GUEVARA MARIA
**vs.  J. F. FONTAINE &amp; ASSOCIATES,INC'S**
**RICE INSPECTION**
**WHITNEY UNDERGROUND UTILITIES INC**

| | | | |
|---|---|---|---|
| 15 days | Set By DEFENDANT | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, July 20, 2026,  09:01 AM

| 6019 D-1-GN-25-004716 | DAVIS LEA MICHELLE | | vs. SAYEGH CHRISTINE NATALIE | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6020 D-1-GN-25-002189 | MALIK ZAUREZ TAJDAR SAJIDA | | vs. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY SALAU SULE | |
|---|---|---|---|---|
| 4 days | | Set By AS NEXT FRIEND OF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6001  D-1-GN-24-008801** | **DEUTSCH JORDAN** | | **vs.  EVANS VINSON** | |
| 5 days | | Set By PLAINTIFF | | JURY |
| **6002  D-1-GN-24-005921** | **1620 EAST RIVERSIDE DRIVE, LLC** | | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6003  D-1-GN-24-005819** | **740 WEST ELM, LLC** | | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6004  D-1-GN-24-005839** | **BUFFALO EQUITIES, LLC** | | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6005  D-1-GN-25-000089** | **AHART ERIK C.** | | **vs.  LEIF JOHNSON FORD TRUCK CITY** <br> **POPE SARAH** | |
| 1 days | | Set By DEFENDANT | | JURY |
| **6006  D-1-GN-25-000986** | **GARCIA ROBINSON** | | **vs.  LENNAR HOMES OF TEXAS LAND AND CONSTRUCTION, LTD** <br> **MONREAL FRAMING CORPORATION** | |
| 5 days | | Set By DEFENDANT | | JURY |
| **6007  D-1-GN-24-010244** | **BONNER HEATHER** <br> **BONNER KEVIN** | | **vs.  VTX ENERGY OPERATING, LLC** | |
| 5 days | | Set By PLAINTIFF | | JURY |
| **6008  D-1-GN-24-009803** | **HORNE TARA** | | **vs.  SANCHEZ-HERNANDEZ JOSE ALFREDO** | |
| 3 days | | Set By AS NEXT FRIEND OF | | JURY |
| **6009  D-1-GN-25-002515** | **VETTERS GILBERT** | | **vs.  ONE BARTON PLACE CONDOMINIUMS OWNERS' ASSOCIATION, INC.** <br> **PREFERRED ASSOCIATION MANAGEMENT COMPANY** | |
| 4 days | | Set By DEFENDANT | | JURY |
| **6010  D-1-GN-24-002615** | **MAAHS ALLISON** | | **vs.  FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6011  D-1-GN-24-000450** | **MORGAN ALLISUN** | | **vs.  RETHABER JESSICA** | |
| 3 days | | Set By AS NEXT FRIEND OF | | JURY |
| **6012  D-1-GN-24-008418** | **NEWMAN CHARLES** | | **vs.  GRAND OPENINGS OF AUSTIN, INC.** | |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, August 03, 2026,  09:01 AM

| | | | |
|---|---|---|---|
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6013 D-1-GN-25-000749** | **EARL KRISTEN** | **vs.  TEXAS HOT RIDES, LLC.** | |
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6014 D-1-GN-24-010176** | **BARRON NICOLAS**<br>**GUEVARA MARIA** | **vs.  J. F. FONTAINE &amp; ASSOCIATES,INC'S**<br>**RICE INSPECTION**<br>**WHITNEY UNDERGROUND UTILITIES INC** | |
| 15 days | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, August 17, 2026,  09:01 AM

**6001  D-1-GN-24-002234**    RICHARDSON KEVA    vs.  **C3 PRESENTS, LLC**
**FAHNTOOSH ENTERPRISES, LLC**
**THE CITY OF AUSTIN**

3 days    Set By PLAINTIFF    JURY

---

**6002  D-1-GN-24-009485**    HALL LATARA    vs.  **OLIPHANT ROBERT**
**TEXAS DISPOSAL SYSTEMS, INC.**
**TXALLOY INC**

5 days    Set By DEFENDANT    JURY

---

**6003  D-1-GN-24-005802**    BCF I LAKESHORE, LLC    vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days    Set By PLAINTIFF    JURY

---

**6004  D-1-GN-24-005566**    PPF AMLI COVERED BRIDGE DRIVE, LLC    vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days    Set By PLAINTIFF    JURY

---

**6005  D-1-GN-23-007424**    PRASAI ROJI    vs.  **BICKEL KAILEY**
**MCCONNELL HEATHER**

3 days    Set By PLAINTIFF    JURY

---

**6006  D-1-GN-24-005282**    MOSLEY CAROLYN    vs.  **FAR DANIEL HAGHIGHAT**

4 days    Set By PLAINTIFF    JURY

---

**6007  D-1-GN-24-002057**    LAMAR JACQUELINE PATRICIA    vs.  **GEORGE CAROL ANN**

3 days    Set By PLAINTIFF    JURY

---

**6008  D-1-GN-25-001054**    CHEVEZ RIGOBERTO    vs.  **DELEON CARLOS**
**PLATINUM EQUIPMENT HAULERS L.L.C.**

5 days    JURY

---

**6009  D-1-GN-25-003416**    MORALES ALDAPE HECTOR    vs.  **CHARANZA EMILY**
**PENA MALIK**

5 days    Set By PLAINTIFF    JURY

---

**6010  D-1-GN-25-002329**    DUBE MATTHEW    vs.  **KOA CARRIER LLC**
**URBINO CRUZ JUNIOR**
**YUC TRUCKING LLC**

4 days    Set By PLAINTIFF    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 14, 2026,  09:01 AM

**6001  D-1-GN-24-005803**  **BELL FUND V SOUTH LAMAR, LLC**                                            vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days                                          Set By PLAINTIFF                                                                          JURY

**6002  D-1-GN-24-005559**  **IMP YAUPON, LLC**                                            vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days                                          Set By PLAINTIFF                                                                          JURY

**6003  D-1-GN-24-005582**  **PPF AMLI 1000 SAN MARCOS STREET, LLC**                                            vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days                                          Set By PLAINTIFF                                                                          JURY

**6004  D-1-GN-25-002649**  **PHILLIPS WESLEY**                                            vs.  **AUSTIN INDEPENDENT SCHOOL DISTRICT**
3 days                                          Set By PLAINTIFF                                                                          JURY

**6005  D-1-GN-21-004365**  **SEMICON BUSINESS PARK LTD**                                            vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
5 days                                          Set By PLAINTIFF                                                                          JURY

Atty: Michel Lorri (512-477-0200)                              Atty: MCCARTY STEPHEN TYLER (512-323-3200)

**6006  D-1-GN-25-003244**  **ARORA ALYSSA**                                            vs.  **CODY POOLS, INC.**
**ARORA MAYANK**
3 days                                          Set By PLAINTIFF                                                                          JURY

**6007  D-1-GN-25-003673**  **ESKEW HAROLD**                                            vs.  **TAYLOR KEVIN**
**UBER TECHNOLOGIES, INC.**
5 days                                          Set By DEFENDANT                                                                          JURY

**6008  D-1-GN-25-002618**  **CONTI JOHN CHARLES**                                            vs.  **HERNANDEZ-CASILLAS ERNESTINA**
**SANCHEZ PRECIOUS**
5 days                                          Set By PLAINTIFF                                                                          JURY

**6009  D-1-GN-25-002754**  **GARCIA JORGE**                                            vs.  **LEVINE WENDY**
3 days                                          Set By PLAINTIFF                                                                          JURY

**6010  D-1-GN-24-009897**  **LEMLEY JEFFREY**                                            vs.  **FIELDS JONATHAN**
**MV TRANSPORTATION, INC.**
4 days                                          Set By PLAINTIFF                                                                          JURY

**5013  D-1-GN-24-000604**    HS 2900 MLK VENTURE, LLC                                      **vs.  HARRIS JUSTIN  TABOR**                    PREF ((GUERRA GAMBLE))
**KELLEY GARY R.**
**TRIBBLE &amp; STEPHENS CONSTRUCTORS RESIDENTIAL IV, LTD**
**TRIBBLE &amp; STEPHENS CONSTRUCTORS, LTD**
**TS MARTIN HOLDINGS, LLC**
**VAN MARTIN JEFFERY**

15 days                                                                                                                                              JURY

---

**6001  D-1-GN-24-005808**    BELL FUND VI SOUTH AUSTIN, LLC                          **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
BELL FUND VII SOUTHPARK MEADOWS, LLC
BELL FUND VII SOUTHPARK SPRINGS, LLC

3 days                                     Set By PLAINTIFF                                                                      JURY

---

**6002  D-1-GN-24-005568**    MUELLER ALDRICH NE L2B3, L.P.                             **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                     Set By PLAINTIFF                                                                      JURY

---

**6003  D-1-GN-24-005922**    TMP AIRPORT BLVD PROJECT, LLC                           **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                     Set By PLAINTIFF                                                                      JURY

---

**6004  D-1-GN-24-009433**    NOLASCO HERMENEGILDO                                     **vs.  973 MATERIALS, LLC**
**B 6 INVESTMENTS LLC**
**HFP OPPORTUNITY ZONE FUND, LLC**
**RANGER EXCAVATING, L.P.**

5 days                                     Set By DEFENDANT                                                                  JURY

---

**6005  D-1-GN-24-007370**    OSUNA SELENA                                                       **vs.  GARCIA JOSE EDUARDO**

4 days                                     Set By AS NEXT FRIEND OF                                                     JURY

---

**6006  D-1-GN-24-003101**    SKOK JAKOB                                                           **vs.  AHMED ABDELAAL YASIM MOHAMED**

3 days                                     Set By AS NEXT FRIEND OF                                                     JURY

---

**6007  D-1-GN-25-000686**    CANTU LYDIA                                                          **vs.  BEST COLOR BEST SERVICE LLC**
TREVINO JOSE                                                              **FIGUEROA AMAYA DENIS**

5 days                                     Set By PLAINTIFF                                                                      JURY

---

**6008  D-1-GN-25-000686**    CANTU LYDIA                                                          **vs.  BEST COLOR BEST SERVICE LLC**
TREVINO JOSE                                                              **FIGUEROA AMAYA DENIS**

5 days                                     Set By PLAINTIFF                                                                      JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 28, 2026,  09:01 AM

**6009  D-1-GN-25-002989**

HOLMES FALCON
HOLMES SAPPHIREA
MATOS JENNIFER

**vs.  PATINO JORGE ARRIOLA**

4 days     Set By AS NEXT FRIEND OF     JURY

---

**6010  D-1-GN-24-001854**

GASCHOT BERTRAND
GASCHOT ELISABETH
MCNEIL INES

**vs.  1400 SO CO HOPDODDY, LLC**
DOMINGUEZ CRYSTAL
HOPDODDY BURGER BAR, INC.
THOM'S MARKET, LLC

5 days     Set By PLAINTIFF     JURY

---

**6011  D-1-GN-24-008724**

MACEDO AXEL RUIZ

**vs.  GUTIERREZ GABRIEL**
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY

5 days     Set By PLAINTIFF     JURY

---

**6012  D-1-GN-23-002803**

CEBALLOS BARBARA
FIERRO GILDA AIDE
MOLINA ELSI
MOLINA FIERRO JASMINE
VASQUEZ MICHAEL

**vs.  COLORADO MATERIALS, LTD**
FIERRO GILDA AIDE
PATIN CONSTRUCTION LLC
STATEWIDE MATERIALS TRANSPORT, LTD
STONE TRANSPORTATION, L.L.C.

4 days     Set By OTHER PARTIES     JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 12, 2026, 09:01 AM

**6001 D-1-GN-22-004721**  **AG HILLTOP EAST RIVERSIDE 1300 PROPERTY OWNER, LP**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By COUNTER-DEFENDANT  JURY

**6002 D-1-GN-23-004612**  **HILLTOP BRISTOL HEIGHTS PROPERTY OWNER, LP**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6003 D-1-GN-22-004586**  **AG-HILLTOP EAST RIVERSIDE 1301 PROPERTY OWNER, LP**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By COUNTER-PLAINTIFF  JURY

**6004 D-1-GN-23-004611**  **AG HILLTOP EAST  RIVERSIDE 1300 PROP OWNER LP**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
**AG HILLTOP EAST RIVERSIDE 1301 PROP OWNER, LP**
3 days  Set By PLAINTIFF  JURY

**6005 D-1-GN-24-005571**  **IMP SOUTH CONGRESS, LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6006 D-1-GN-24-005577**  **IMP SOUTH LAMAR, LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6007 D-1-GN-24-005561**  **5020 MANOR RD., LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6008 D-1-GN-24-005562**  **BARTON OAKS OFFICE CENTER, LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6009 D-1-GN-24-005563**  **PPF AMLI 300 NORTH LAMAR BOULEVARD, LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6010 D-1-GN-24-000656**  **BAYER CASSANDRA**  **vs. 222 EAST 6TH, LLC**
**DORCHESTER INVESTMENTS, LLC**
**PAUL NATIN**
**PAUL PEARL**
**RECESS ARCADE BAR, LLC**
**WORLD CLASS CAPITAL GROUP, LLC**
3 days  Set By PLAINTIFF  JURY

**6011 D-1-GN-25-002485**  **HALLAK FAYROUZ**  **vs. GOVERNMENT EMPLOYEES INSURANCE COMPANY**
2 days  Set By PLAINTIFF  JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, October 26, 2026,  09:01 AM

| 6001 D-1-GN-25-001095 | ERVIN DAVID | | vs. PARSONS HAYDEN | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6002 D-1-GN-25-000711 | WHETSTONE MATTHEW | | vs. CENTRAL TEXAS REFUSE, LLC<br>PEREZ EDGAR | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6003 D-1-GN-24-005406 | IMP ELEVEN, LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6004 D-1-GN-24-005407 | THE MONARCH BY WINDSOR, LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6005 D-1-GN-24-005557 | TOWN LAKE ASSOCIATES, LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6006 D-1-GN-24-005569 | IMP REPUBLIC PLACE, LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6007 D-1-GN-24-005558 | WINDSOR RIDGE AUSTIN, LP | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6008 D-1-GN-23-002394 | WHITENER ENTERPRISES, INC | | vs. GLENN HEGAR TEXAS COMPTROLLER OF PUBLIC<br>ACCOUNTS<br>KEN PAXTON ATTORNEY GENERAL OF TEXAS | |
|---|---|---|---|---|
| 5 days | | | | JURY |

| 6009 D-1-GN-25-000333 | ESPINOZA EDWARD | | vs. BABINEAUX CAMARIA<br>SOLIDCORE INTERNATIONAL, INC. | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6010 D-1-GN-25-000293 | LIAO KAREN | | vs. CORONA ANTONIO AUGUSTIN<br>MORA  JOSE | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, October 26, 2026,  09:01 AM

**6011  D-1-GN-24-007636**  **MELTON SAMAIYA**  **vs.  BH MANAGEMENT SERVICES, LLC**
**DOMAIN NORTHSIDE RESIDENTIAL PROPERTY OWNER, LP**
**NORTHWOOD RETAIL, LLC**
**THE STANDARD AT DOMAIN NORTHSIDE APARTMENTS**

5 days                            Set By PLAINTIFF                                                                      JURY

---

**6012  D-1-GN-24-007626**  **AROSTEGUI PATRICIA FABELO**  **vs.  AL ZUHAIRI HUSAM**
**LABANINO ADRIANA RODRIGUEZ**  **FMA LLC**
**RODRIGUEZ ABREU CARLOS**

5 days                            Set By DEFENDANT                                                                      JURY

---

**6013  D-1-GN-25-000765**  **JONES TREVIUS D.**  **vs.  H-E-B, LP**

5 days                            Set By DEFENDANT                                                                      JURY

---

**6014  D-1-GN-25-000145**  **SIFUENTES JOHANA**  **vs.  PARKS 1420, LLC**
**PARKS COFFEE ENTERPRISES, INC.**
**PARKS HOLDINGS TEXAS, INC.**
**PARKS ROASTERY, INC.**
**ZEPEDA ABRAHAM**

5 days                            Set By AS NEXT FRIEND OF                                                              JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 16, 2026, 09:01 AM

**6001 D-1-GN-23-001785** PAYNE DONNELL vs. MICHELADAS
OLSCRHTI BEV DOS, LLC
RIVERA HERRERA BRYAN GUADALUPE
W&amp;C INVESTMENTS, LLC

4 days | Set By PLAINTIFF | JURY

---

**6002 D-1-GN-23-006849** RIOS THERESA ALEJANDRA vs. MONTAGE LOGISTICS, LLC
PLAIR DESMOND ROYCE

3 days | Set By PLAINTIFF | JURY

---

**6003 D-1-GN-22-004194** VISTA LOHMAN'S CROSSING, LTD. vs. TRAVIS CENTRAL APPRAISAL DISTRICT

4 days | Set By PLAINTIFF | JURY

---

**6004 D-1-GN-21-005030** HAROLD STREET vs. TRAVIS CENTRAL APPRAISAL DISTRICT
PLAZAS LHP LLC
RUSKIN VENTURES I LLC
VISTA PARK CENTRAL LTD

4 days | Set By PLAINTIFF | JURY

Atty: GALINDO CHARLES LEA (512-296-2115)

---

**6005 D-1-GN-20-007093** HAROLD STREET vs. TRAVIS CENTRAL APPRAISAL DISTRICT
PLAZAS LHP LLC
RUSKIN VENTURES I LLC
VISTA PARK CENTRAL LTD

4 days | Set By PLAINTIFF | JURY

Atty: GALINDO CHARLES LEA (512-296-2115)     Atty: SANCHEZ MARY (512-323-0797)

---

**6006 D-1-GN-21-005031** VISTA LOHMANS CROSSING LTD vs. TRAVIS CENTRAL APPRAISAL DISTRICT

4 days | Set By PLAINTIFF | JURY

Atty: GALINDO CHARLES LEA (512-296-2115)

---

**6007 D-1-GN-24-009636** MARTINEZ ANA vs. BROOKS COURTNEY
USAA GENERAL INDEMNITY COMPANY

3 days | Set By PLAINTIFF | JURY

---

**6008 D-1-GN-23-004228** TERRY ENTERPRISES, LLC vs. TRAVIS CENTRAL APPRAISAL DISTRICT

5 days | Set By PLAINTIFF | JURY

---

**6009 D-1-GN-24-005805** BELL FUND VII SOUTH SHORE DISTRICT, LP vs. TRAVIS CENTRAL APPRAISAL DISTRICT

3 days | Set By PLAINTIFF | JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 16, 2026, 09:01 AM

**6010 D-1-GN-24-005330**  **NICHOLS PARK TFP, LTD.**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6011 D-1-GN-24-005400**  **PRINCIPALS ASSURANCE FUND, LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
**SC PARTNERS, LLC**

3 days  Set By PLAINTIFF  JURY

---

**6012 D-1-GN-24-005402**  **MCCORMICK JAMES L**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6013 D-1-GN-24-005403**  **PROMESA APARTMENTS, LTD.**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6014 D-1-GN-24-006444**  **SHIELDS YNGIUEZ THOMAS FOX**  **vs. SALEM LEASING CORPORATION**
**UNKNOWN DRIVER**

5 days  Set By PLAINTIFF  JURY

---

**6015 D-1-GN-25-002004**  **PIVARAL DE ZAPATA KARINA**  **vs. CRH AMERICAS INC.**
**SANCHEZ MARIA LUISA**  **JP MORGAN CHASE BANK, NATIONAL ASSOCIATION**
**MENDOZA VILLARREAL LEONARDO**
**OLDCASTLE MATERIALS TEXAS, INC.**
**TEXAS MATERIALS GROUP PRODUCTION ASSETS**
**COMPANY, LLC**
**TEXAS MATERIALS GROUP, INC.**

4 days  JURY

---

**6016 D-1-GN-24-008357**  **2209 SF DEVELOPMENT LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

2 days  Set By PLAINTIFF  JURY

---

**6017 D-1-GN-23-008899**  **SANDERS ISLEY**  **vs. MCCLANAHAN KIP RICHARD**

4 days  Set By PLAINTIFF  JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 30, 2026,  09:01 AM

**6001  D-1-GN-24-005564**      **PPF AMLI SIMOND AVENUE, LLC**                    **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                                            Set By PLAINTIFF                                                                                           JURY

---

**6002  D-1-GN-24-005567**      **AMLI DOWNTOWN AUSTIN RESIDENTIAL, L.P.**          **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
                                                 **AMLI DOWNTOWN AUSTIN, LP**

3 days                                                            Set By PLAINTIFF                                                                                           JURY

---

**6003  D-1-GN-24-005583**      **AMLI RESIDENTIAL PROPERTIES, L.P.**               **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                                            Set By PLAINTIFF                                                                                           JURY

---

**6004  D-1-GN-24-005920**      **PPF AMLI ALDRIDGE AVENUE, LLC**                   **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                                            Set By PLAINTIFF                                                                                           JURY

---

**6005  D-1-GN-24-005923**      **TMP VINEYARD PROJECT, LLC**                       **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                                            Set By PLAINTIFF                                                                                           JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 14, 2026,  09:01 AM

**6001  D-1-GN-24-008653**　　　**PANTALEON LUIS RODRIGUEZ**　　　　　　　　　　**vs.  SIMONET BILLYGRAM**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SIMONET FINANCIAL GROUP, LLC**

　　5 days　　　　　　　　　　　　　　　Set By DEFENDANT　　　　　　　　　　　　　　　　　　JURY

---

**6002  D-1-GN-24-005905**　　　**AUSTIN 1106, LLC**　　　　　　　　　　　　　**vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

　　3 days　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　JURY

---

**6003  D-1-GN-24-005927**　　　**PFLUGERVILLE PROPERTY OWNER, LLC**　　　**vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

　　3 days　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　JURY

---

**6004  D-1-GN-24-005810**　　　**HOWARD APARTMENTS, LLC**　　　　　　　　**vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

　　3 days　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　JURY

---

**6005  D-1-GN-24-005812**　　　**BABAY TOWNE OAKS APARTMENTS, LTD.**　　**vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

　　3 days　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　JURY

---

**6006  D-1-GN-24-005816**　　　**615 WONSLEY, LTD.**　　　　　　　　　　　**vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

　　3 days　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　JURY

---

**6007  D-1-GN-25-005000**　　　**MEDITERRANEAN FOOD AND CATERING SERVICES, LLC**　　**vs.  MUSLEH ISLAM A.**

　　3 days　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　JURY

---

**6008  D-1-GN-24-008604**　　　**HASHEMI MATTHEW**　　　　　　　　　　　**vs.  AVILAR FRANK**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**LOVE YOUR PLANTS, INC.**

　　5 days　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　JURY

4/24/2025 3:35 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-17-006831
Ana Lopez

**D-1-GN-17-006831**

| | | |
|---|---|---|
| **ARNULFO P. ALCORTA, et al.** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **OF TRAVIS COUNTY, TEXAS** |
| **GLENN ALLEN HEGAR, JR.,** | § | |
| **TEXAS COMPTROLLER** | § | |
| **OF PUBLIC ACCOUNTS,** | § | |
| | § | |
| *Defendant*. | § | **53RD JUDICIAL DISTRICT** |

## DEFENDANT'S NOTICE OF CHANGE OF ATTORNEY IN CHARGE

Defendant Glenn Allen Hegar, Jr., Texas Comptroller of Public Accounts, files this notice pursuant to Rule 8 of the Texas Rules of Civil Procedure.

Assistant Attorney General ("AAG") Jennifer Cook, whose signature and bar number appear below, is replacing AAG Alyssa Bixby-Lawson as counsel and attorney-in-charge for Defendant in this matter. AAG Jennifer Cook is to receive all communications for Defendant from the Court and other parties. Notice of this designation has been provided to all parties, as required by Texas Rule of Civil Procedure 21a.

Additionally, AAG Alyssa Bixby-Lawson is no longer counsel on this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

*/s/ Jennifer Cook*
JENNIFER COOK
Attorney-in-Charge
Assistant Attorney General
State Bar No. 00789233
Tel: (512) 475-2540
Jennifer.Cook@oag.texas.gov

General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Fax: (512) 320-0667

*Counsel for Glenn Allen Hegar, Jr.,*
*Texas Comptroller of Public Accounts*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, the foregoing was efiled and served on the following parties of record via EFileTexas.gov.

Nicholas S. Bressi                              Via eFileTexas
Law Office of Nicholas Bressi
704 West 9th Street
Austin, Texas 78701
Nick@Bressilaw.com

*Counsel for Plaintiffs*

*/s/ Jennifer Cook*
JENNIFER COOK
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 100059874
Filing Code Description: Notice
Filing Description: DEFENDANT'S NOTICE OF CHANGE OF ATTORNEY IN CHARGE
Status as of 4/25/2025 3:35 PM CST

Associated Case Party: ARNULFO ALCORTA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicholas Bressi | 2959485 | nick@bressilaw.com | 4/24/2025 3:35:01 PM | SENT |
| Tracia Lee | 24013021 | tlee@tleelaw.com | 4/24/2025 3:35:01 PM | SENT |
| nick bressi | | nsb4x4@gmail.com | 4/24/2025 3:35:01 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jon Smith | | jon@jonmichaelsmith.com | 4/24/2025 3:35:01 PM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 4/24/2025 3:35:01 PM | SENT |
| Murl Miller | | Murl.Miller@cpa.texas.gov | 4/24/2025 3:35:01 PM | SENT |

Associated Case Party: GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 4/24/2025 3:35:01 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 4/24/2025 3:35:01 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 4/24/2025 3:35:01 PM | SENT |
| H. Melissa Mather | | melissa.mather@oag.texas.gov | 4/24/2025 3:35:01 PM | ERROR |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104147949
Filing Code Description: Motion
Filing Description: 20250808_Appellants Unopposed Motion to Reset Oral Argument
Status as of 8/8/2025 12:34 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 8/8/2025 12:26:29 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 8/8/2025 12:26:29 PM | SENT |
| Susie Smith | | ssmith@scottdoug.com | 8/8/2025 12:26:29 PM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 8/8/2025 12:26:29 PM | SENT |
| Kemp Kasling | | kkasling@kaslinglaw.com | 8/8/2025 12:26:29 PM | SENT |
| Angie Espinoza | | aespinoza@scottdoug.com | 8/8/2025 12:26:29 PM | SENT |
| Carla Matheson | | cmatheson@scottdoug.com | 8/8/2025 12:26:29 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 8/8/2025 12:26:29 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 8/8/2025 12:26:29 PM | SENT |

Associated Case Party: Broadmoor Austin Associates, a Texas Joint Venture

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sara W.Clark | | sclark@scottdoug.com | 8/8/2025 12:26:29 PM | SENT |
| Casey Dobson | | cdobson@scottdoug.com | 8/8/2025 12:26:29 PM | SENT |